Fill in this information to identify the case:

United States Bankruptcy Court for the:

__NORTHERN__ District of __FLORIDA__
(State)

Case number (if known): _____ Chapter _____

☐ Check if this is an amended filing

## Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   Check one:
   ☒ Chapter 7
   ☒ Chapter 11

### Part 2: Identify the Debtor

2. **Debtor's name**

   UNITED STATES CORPORATION COMPANY   EIN 13-6149455   DUNS number 049 053 391
   Agents, Subsidiaries, successors, Assigns

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or doing business as names.

   CORPORATION SERVICE COMPANY EIN: 91-2009610 DUNS NUMBER 167973858
   CIS / COASTAL INTERNATION SECURITY, INC EIN: 57-0940943 DUNS NUMBER
   FIFTH FLORIDA LIVIN OPTIONS, INC EIN: 33-1097306 DUNS: 150389979 007129116
   CHINATELETCH HOLDING INC: EIN: 59-3565377
   DUNS NUMBER 9677318 24

4. **Debtor's federal Employer Identification Number (EIN)**

   ☐ Unknown

   1 3 - 6 1 4 9 4 5 5
   EIN

5. **Debtor's address**

   **Principal place of business**

   1201 HAUS ST
   Number  Street

   TALLAHASSEE
   
   TALLAHASSEE       FL   32301-2699
   City              State ZIP Code

   LEON
   County

   **Mailing address, if different**

   _____
   Number  Street

   P.O. Box _____

   _____  _____  _____
   City             State  ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number  Street

   _____

   _____  _____  _____
   City             State  ZIP Code

Debtor  UNITED STATES CORPORATION COMPANY          Case number (if known) _____
        Name

6. **Debtor's website (URL)**  lawyer-map.com/csc_united_states_corporation_company_information_services_corporation_ser_Attorneys_in_Tallahassee_Florida_9882

7. **Type of debtor**
   - ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☑ Other type of debtor. Specify: FLORIDA PROFIT CORPORATION

8. **Type of debtor's business**

   Check one:
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☐ None of the types of business listed.
   - ☑ Unknown type of business.

9. **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**
   - ☐ No          unknown to claimants/creditors
   - ☐ Yes. Debtor _____  Relationship _____
     District _____  Date filed ___/___/_____  Case number, if known _____
     
     Debtor _____  Relationship _____
     District _____  Date filed ___/___/_____  Case number, if known _____

## Part 3: Report About the Case

10. **Venue**

    Check one:
    - ☑ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
    - ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

11. **Allegations**

    Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
    The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

    *At least one box must be checked:*
    - ☑ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
    - ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

12. **Has there been a transfer of any claim against the debtor by or to any petitioner?**
    - ☑ No
    - ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Debtor  __UNITED STATES CORPORATION COMPANY__
         Name

Case number (if known) _____

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | |
|---|---|---|
| Highly Favored Shekinah El d/b/a Moorish Science Temple of America/ Court of Equity & Truth (SYTERIA HEPHZIBAH) 10105905 (Tax Immunity # for the Moorish Nation) | True Bill, Just Compensation Lawful Remedy for Damages/ Imperiable Harm, Concrete Injuries in Case 16-2017-004274-XXXX-MA | $1,815,200,800.00 Lawful Money per True Bill per Case # 16-2017-CA-004274 Duval County Courthouse |
| | | $1,834,400,000.00 Lawful Money per True Bill per Case # 16-2017-CA-004274 Duval County Courthouse |
| Matiak Rababa El d/b/a Moorish Science Temple of America/ Court of Equity & Truth (TAQUAN GULLETT) 10105905 (Tax Immunity # for the Moorish Nation) | True Bill, Just Compensation Lawful Remedy for Damages/ Imperiable Harm, Concrete Injuries in Case 16-2017-004274-XXXX-MA | Lawful Money, Bookkeeping, Entry Credit, Exempter Created & control of Letter of Credit Right, UCC-9-107 |

**Total of petitioners' claims**  # 28,2278,000,000  Lawful Money per True Bill pages $0.50 Case # 16-2017-CA-004274cp Duval County Courthouse Lawful Bookkeeping Entry Credit Exempter Created and Control of Letter of Credit Right, UCC 9-107

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature along with the signature of the petitioner's attorney.

### Part 4: Request for Relief

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

| Petitioners or Petitioners' Representative | Attorneys |
|---|---|
| **Name and mailing address of petitioner** | |
| Highly Favored Shekinah El d/b/a Moorish Science Temple of America / Court of Equity and Truth (SYTERIA HEPHZIBAH) 10105905 (Tax Immunity # for the Moorish Nation) | Printed name _____ |
| 422 East 27th Street | Firm name, if any _____ |
| Jacksonville (Timacua)  Florida Republic [32206-2217] | Number Street _____ |
| **Name and mailing address of claimants Lawful Consul if any** | City  State  ZIP Code |
| Zoser-Ra Neterkheti El d/b/a Minister of Defense Asiatic Nation of North America/ Moorish Science Temple Court of Equity and Truth 10105905 (Tax Immunity # ) | Contact phone _____  Email _____ |
| 2082 Harrison Avenue | Bar number _____ |
| Cincinnati  Ohio  [45214-1195] | State _____ |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  09/26/2020
           MM / DD / YYYY

X __By: Highly Favored Shekinah El__   All Rights Reserved UCC1-103
                                        Without Recourse UCC1-308
                                        Without Prejudice UCC1-308
                                        Letter of Credit Right UCC 9-107

Signature of petitioner or representative, including representative's title
Beneficiary, Heir of the Vast Estate, Creditor

X _____
Signature of attorney

Date signed _____
            MM / DD / YYYY

Official Form 205   Involuntary Petition Against a Non-Individual   page 3

Debtor **UNITED STATES CORPORATION COMPANY**
Name

Case number (if known) _____

**Name and mailing address of petitioner**

Name: Maalik Rahshe El d/b/a Moorish Science Temple of America / Court of Equity and Truth (TAQUAN GULLETT) 10105905 (Tax Immunity for the Moorish Nation
Number Street: 422 East 27th Street
City: Jacksonville (Timucua)    State: Florida Republic    ZIP Code: [32206] 224

Printed name _____
Firm name, if any _____
Number Street _____
City _____ State _____ ZIP Code _____
Contact phone _____ Email _____
Bar number _____
State _____

**Name and mailing address of petitioner's representative, if any**

Name: Zoser-Ra Neterkeht El d/b/a Minister of Defense for the Assistant Grand Sheik of North America Moorish Science Temple of America / Court of Equity and Truth 10105905 (Tax Immunity #)
Number Street: 2082 Harrison Avenue
City: Cincinnati    State: Ohio    ZIP Code: [45214-1195]

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 09/26/2020
MM / DD / YYYY

All Rights Reserved UCC 1-103
Without Prejudice UCC 3-308
Without Recourse
Letters of Credit Rights

By: Maalik Rahshe El d/b/a Moorish Science Temple of America Court of Equity and Truth 10105905
Heir of the Past Estate, Creditor, Beneficiary
Signature of petitioner or representative, including representative's title

Signature of attorney _____
Date signed _____ MM / DD / YYYY

**Name and mailing address of petitioner**

Name: N/A

Printed name: N/A

**Name and mailing address of petitioner's representative, if any**

(blank)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___ MM / DD / YYYY

Signature of petitioner or representative, including representative's title

Signature of attorney _____
Date signed ___ MM / DD / YYYY

Official Form 205    Involuntary Petition Against a Non-Individual    page 4