


# NOTARIZED CERTIFICATE OF SERVICE
## NOTICE TO AGENT IS NOTICE TO PRINCIPAL-NOTICE TO PRINCIPAL IS NOTICE TO AGENT APPLICABLE TO ALL SUCCESSORS AND ASSIGNS

It is hereby certified that on October 10, 2020, 2020, *Highly Favored Shekinah El*©™® (any and all derivatives and variations) d/b/a Asiatic Nation of North America / Moorish Science Temple of America/Court of Equity & Truth (SYTERIA LAWRENCE©™®/SYTERIA HEPHZIBAH©™® , any and all derivatives and variations), 10105905 (Tax Immunity Number for the Moorish Nation) mailed to the below listed Recipients, enforcing "Charge Sheet, Invoice, True Bill Just Compensation Perfected Claim for multiple continuous & ongoing "International War Crimes, being committed, by Agents, Successors & Assigns who work for UNITED STATES CORPORATION COMPANY, upon the Body, Mind, Spirit, Land, Dwelling, Possessions / Property of Moorish American Nationals starting February 5, 2015 to the present day of October 10, 2020, combined 5 years, combined 77 months, combined 2318 days and counting, in violations of the united States for America Constitution, Supreme Law of the Land, and International Treaties governing the Laws of Nations:

UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION
110Park Ave #100, Tallahassee, Florida 32301

1. UNITED STATES POSTSL SERVICE POSTAL MONEY ORDER Serial Number 26938483345 in the amount of $317.00 of $1717.00 required Extortion Fees in order to access the Courts to execute Adversary Proceeding Lawful Remedy (1 pg)
2. UNITED STATES POSTSL SERVICE POSTAL MONEY ORDER Serial Number 26938481488 in the amount of $400.00 0f $1717.00.00 required Extortion Fees in order to access the Courts to execute Adversary Proceeding Lawful Remedy(1pg)
3. UNITED STATES POSTSL SERVICE POSTAL MONEY ORDER Serial Number 26938483334 in the amount of $1000.00 0f $1717.00required Extortion Fees in order to access the Courts to execute Adversary Proceeding Lawful Remedy(1pg)
4. IMANDATORY NOTICE OF CLAIMANT RIGHT TO COURT WITHOUR FEES (1 pg)
5. USC TITLE 18-1-101-2071(1 pg)
6. Syteria Lawrence©™® Estate Allodial Cost Schedule (1 pg)
7. Taquan Rashie Gullett©™® Estate Allodial Cost Schedule (1 pg)
8. Official Form 205 Involuntary Petition Against a Non-Individual
9. Copy of Special Power of Attorney BY INDIVIDUAL FOR THE COLLECTION OF CHECKS DRAWN ON THE UNITED STATES TREASURY, MOORISH SCIENCE TEMPLE OF AMERICA, *Zoser-ra Neterkhef*©™®, Defense Minister (1 pg)
10. Copy of STATE DEPARTMENT OF VISA PASSPORT ASIATIC NATION OF NORTH AMERICA MOORISH SCIENCE TEMPLE OF AMERICA, Defense Minister *Zoser-Ra Neterkeht El*©™® (5 pgs)
11. RE: **ORDER, IN CONCERT WITH THE Dejure, Organic united States for America Constitution, Supreme Law of the Land and International Laws & Treaties in support thereof, DEMANDING IMMEDIATE UNCONDITIONAL DISCHARGE from UNLAWFUL FALSE IMPRISONMENT UNLAWFUL DETAINMENT HUMAN TRAFFICKING ENSLAVEMENT BY THE BAR MAFIA for,** *Maalik Rahshe El*©™®**, Moorish American National**
12. Copy of STATE DEPARTMENT OF VISA PASSPORT ASIATIC NATION OF NORTH AMERICA MOORISH SCIENCE TEMPLE OF AMERICA, Missionary *Highly Favored Shekinah El*©™® (9 pgs)
13. Copy of STATE DEPARTMENT OF VISA PASSPORT ASIATIC NATION OF NORTH AMERICA MOORISH SCIENCE TEMPLE OF AMERICA, *Maalik Rahshe El*©™® (5 pgs)
14. True Bill / Default Judgment Compensatory / Punitive Damages for International War Crimes of Human Trafficking / Genocide, Misprision of Felony / Misprision of Treason, Irreparable Harm, Multiple Concrete Injuries, inflicted upon Moorish American Nationals by International War Criminals (6 pgs)
15. CIVIL COVER SHEET for Case Number 16-20170CA-00474-XXXX-MA IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT, IN AND FOR DUVAL COUNTY, FLORIDA. ( 2 pgs, front & back)
16. Universal and International Humanitarian Declaration For Common Law Prejudgment Writ of Personal Replevin **True Bill** (63 pgs)
17. TAQUAN RASHIE GULLETT ©®™ Estate (any and/or all alphabetical and/or numerical variations) SYTERIA LAWRENCE©®™ ESTATE (any and/or all alphabetical and/or numerical variations) and /Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors-A Delict Penal Action (216 pgs front & back)
18. Final Judgment and Civil Orders (77 pgs, front & back)

  

19. Pictures of Larry Brown, Jessie Alverez & 6-7 additional U.S. Marshals committing Attempted Murder upon the person of *Maalik Rahshe El*©™®, Moorish American National on February 12, 2015 (2 pgs)
20. Manta Business Listing for FCI Coleman Medium, a privately held company in Coleman Florida (1 pg)
21. Manta Business Listing for Timothy J Corrigan, a privately held company in Jacksonville Florida (1 pg)
22. Manta Business Listing for US Marshal a privately held company in Jacksonville Florida (1 pg)
23. Manta Business Listing for Angela C Dempsey a privately held company in Tallahassee Florida (1 pg)
24. Demonic Order, declaring, Highly Favored Shekinah El©™®, is has a "severe mental illness", BAKER ACTING her in OPEN COURT & placing her under extreme armed threat, duress coerced submission to maintain a certain level of psycho-trophic drugs in her bodily systems or be re-arrested and returned to prison, endorsed by Angela Cote Dempsey, Florida Bar Mafia Agent & certified by Gwendolyn Marshal Clerk & Comptrolier of Leon County Courthouse (5 pgs)
25. NOTICE OF HEARING from OFFICE OF ATTORNEY GENERAL Criminal Harassment demands for against Highly Favored Shekinah El, Moorish American National to pay "Extortion Fees" to INTERNATIONAL WAR CRIMINALS, in retaliation for her exercising her Divine, Natural & Constitutional Rights to Lawful Remedy (8 pgs)
26. General Service Administration listing for JUDICIARY COURTS OF THE STATE OF FLORIDA DUNS #360706212 CAGE CODE: 5AXBB0 (1 pg.)
27. Manta Business Listing for Office of Attorney General a privately held company in Tallahassee Florida (1 pg)
28. Manta Business Listing for FCI Tallahassee a privately held company in Tallahassee Florida (1 pg
29. Manta Business Listing for FCI Tallahassee, a privatey held company in Jacksonville Florida (1 pg)
30. Manta Business Listing for Honorable M Morales Howard, a privatey held company in Jacksonville Florida (1 pg)
31. Manta Business Listing for US District Court a privately held company in Jacksonville Florida (1 pg)
32. ORDER OF DISCHARGE for SYTERIA LAWRENCE / SYTERIA HEPHZIBAH TRUST ACCOUNT #XXX-XX-1890 Case 18-40381-KKS (2 pgs front & back)
33. ORDER OF DISCHARGE for TAQUAN RASHIE GULLETT TRUST ACCOUNT XXX-XX-8532 (2 pgs front & back
34. Case 3:20-bk-00618-JAF (2 pgs front & back
35. ORDER STRIKING DOCUMENT AS UNINTELLIGIBLE, signed by Jerry A. Funk, United States Bankruptcy Judge (2 pgs. Front & back)
36. LETTER ROGATORY FOR INTERNATIONAL JUDICIAL ASSISTANCE and APPLICATION FOR EX. REL ACTION / HUMANITARIAN INTERVENTION attacked vial unlawful ORDER STRIKING DOCUMENT AS UNINTELLIGIBLE from the Record, by Jerry A Funk, United States District Court Judge (1 pg front & back)
37. Affidavit of Truth Continuous Criminal Harassment, Stalking and Terrorism by Jacksonville Sheriff Office et al (3 pgs)
38. Manta Business Listing for Jacksonville Sheriff Admin a privately held company in Tallahassee Florida (1 pg)
39. UNITED STATES CORPORATION COMPANY Florida Profit Corporation listing with FLORIDA DIVISION OF CORPORATIONS (4 pgs. front & back)
40. Articles of Incorporation for the UNITED STATES CORPORATION CCOMPANY. (10 pgs. front & back
41. CORPORATION SERVICE COMPANY Florida Profit Corporation listing with FLORIDA DIVISION OF CORPORATIONS (4 pgs. front & back)
42. FIFTH FLORIDA LIVING OPTIONS LLC Florida limited Liability Company listing with FLORIDA DIVISION OF CORPORATIONS (7 pgs. front & back)
43. CHINA TELETECH HOLDING, INC., Florida Profit Corporation listing with FLORIDA DIVISION OF CORPORATIONS (10 pgs. front & back)
44. CHINA TELCOM (AMERICAS) CORPORATION Florida Profit Corporation listing with FLORIDA DIVISION OF CORPORATIONS (2 pgs. front & back)
45. COASTAL INTERNATIONAL SECURITY, INC Foreign Profit Corporation listing with FLORIDA DIVISION OF CORPORATIONS (2 pgs. front & back)
46. Letter from Donald Trump & dated May 4, 2020 to "**ROGER ALLEN MOORE/AMEXEM MOOR RAFA EL**" (1 pg)
47. This Certificate of Service (2 pgsP

This Certificate of Service, On October 9, 2020, the above listed documents were placed into an envelope bearing REGISTERED MAIL NUMBER RE 307 159 792 US, affixed with Postal Stamps (not Metered ) and deposited into the custody and care of the United States Post Office for the execution of "Honest Services" and prompt delivery to the above listed address.

Set All Indigenous People Free from Diabolical Deeds 

  

19. Pictures of Larry Brown, Jessie Alverez & 6-7 additional U.S. Marshals committing Attempted Murder upon the person of *Maalik Rahshe El*©™®, Moorish American National on February 12, 2015 (2 pgs)
20. Manta Business Listing for FCI Coleman Medium, a privately held company in Coleman Florida (1 pg)
21. Manta Business Listing for Timothy J Corrigan, a privately held company in Jacksonville Florida (1 pg)
22. Manta Business Listing for US Marshal a privately held company in Jacksonville Florida (1 pg)
23. Manta Business Listing for Angela C Dempsey a privately held company in Tallahassee Florida (1 pg)
24. Demonic Order, declaring, Highly Favored Shekinah El©™®, is has a "severe mental illness", BAKER ACTING her in OPEN COURT & placing her under extreme armed threat, duress coerced submission to maintain a certain level of psycho-trophic drugs in her bodily systems or be re-arrested and returned to prison, endorsed by Angela Cote Dempsey, Florida Bar Mafia Agent & certified by Gwendolyn Marshal Clerk & Comptroller of Leon County Courthouse (5 pgs)
25. NOTICE OF HEARING from OFFICE OF ATTORNEY GENERAL Criminal Harassment demands for against Highly Favored Shekinah El, Moorish American National to pay "Extortion Fees" to INTERNATIONAL WAR CRIMINALS, in retaliation for her exercising her Divine, Natural & Constitutional Rights to Lawful Remedy (8 pgs)
26. General Service Administration listing for JUDICIARY COURTS OF THE STATE OF FLORIDA DUNS #360706212 CAGE CODE: 5AXBBO (1 pg.)
27. Manta Business Listing for Office of Attorney General a privately held company in Tallahassee Florida (1 pg)
28. Manta Business Listing for FCI Tallahassee a privately held company in Tallahassee Florida (1 pg
29. Manta Business Listing for FCI Tallahassee, a privatey held company in Jacksonville Florida (1 pg)
30. Manta Business Listing for Honorable M Morales Howard, a privatey held company in Jacksonville Florida (1 pg)
31. Manta Business Listing for US District Court a privately held company in Jacksonville Florida (1 pg)
32. ORDER OF DISCHARGE for SYTERIA LAWRENCE / SYTERIA HEPHZIBAH TRUST ACCOUNT #XXX-XX-1890 Case 18-40381-KKS (2 pgs front & back)
33. ORDER OF DISCHARGE for TAQUAN RASHIE GULLETT TRUST ACCOUNT XXX-XX-8532 (2 pgs front & back
34. Case 3:20-bk-00618-JAF (2 pgs front & back
35. ORDER STRIKING DOCUMENT AS UNINTELLIGIBLE, signed by Jerry A. Funk, United States Bankruptcy Judge (2 pgs. Front & back)
36. LETTER ROGATORY FOR INTERNATIONAL JUDICIAL ASSISTANCE and APPLICATION FOR EX. REL ACTION / HUMANITARIAN INTERVENTION attacked vial unlawful ORDER STRIKING DOCUMENT AS UNINTELLIGIBLE from the Record, by Jerry A Funk, United States District Court Judge (1 pg front & back)
37. Affidavit of Truth Continuous Criminal Harassment, Stalking and Terrorism by Jacksonville Sheriff Office et al (3 pgs)
38. Manta Business Listing for Jacksonville Sheriff Admin a privately held company in Tallahassee Florida (1 pg)
39. UNITED STATES CORPORATION COMPANY Florida Profit Corporation listing with FLORIDA DIVISION OF CORPORATIONS (4 pgs. front & back)
40. Articles of Incorporation for the UNITED STATES CORPORATION CCOMPANY. (10 pgs. front & back
41. CORPORATION SERVICE COMPANY Florida Profit Corporation listing with FLORIDA DIVISION OF CORPORATIONS (4 pgs. front & back)
42. FIFTH FLORIDA LIVING OPTIONS LLC Florida limited Liability Company listing with FLORIDA DIVISION OF CORPORATIONS (7 pgs. front & back)
43. CHINA TELETECH HOLDING, INC., Florida Profit Corporation listing with FLORIDA DIVISION OF CORPORATIONS (10 pgs. front & back)
44. CHINA TELCOM (AMERICAS) CORPORATION Florida Profit Corporation listing with FLORIDA DIVISION OF CORPORATIONS (2 pgs. front & back)
45. COASTAL INTERNATIONAL SECURITY, INC Foreign Profit Corporation listing with FLORIDA DIVISION OF CORPORATIONS (2 pgs. front & back)
46. Letter from Donald Trump & dated May 4, 2020 to **"ROGER ALLEN MOORE/AMEXEM MOOR RAFA EL"** (1 pg)
47. This Certificate of Service (2 pgsP

This Certificate of Service, On October 9, 2020, the above listed documents were placed into an envelope bearing REGISTERED MAIL NUMBER RE 307 159 792 US, affixed with Postal Stamps (not Metered ) and deposited into the custody and care of the United States Post Office for the execution of "Honest Services" and prompt delivery to the above listed address.

Set All Indigenous People Free from Diabolical Deeds 





## NOTARIZED CERTIFICATE OF SERVICE

State of Florida.         }
                          }
Duval County.             }

On this __10th__ day of October, 2020, for the purposes of verification, I, the undersigned Notary Public, being in the County and State named above, do certify that I stand as a disinterested third party only for the purpose of response from parties in regard to this matter presented through me to the respondents listed herein and *Highly Favored Shekinah El* and I personally verified that the above listed documents are deposited into an envelope, with postage affixed. The above listed instruments were placed in an envelope and deposited into the hands of the United States Post Office. Total pages, including this Certificate of Service is 455.

WITNESS my hand and official seal

_____         __10 October 2024__         (Seal):
    NOTARY                              DATE

My commission expires: __25 April 2024__, 20

**Certified Notary Public**

    LIZZIE RODGERS
    Notary Public - State of Florida
    Commission # GG 976365
    My Comm. Expires Apr 25, 2024
    Bonded through National Notary Assn.

3