

Case 3:19-mc-00029-MMH-JBT    Document 1    Filed 09/27/19    Page 6 of 7 PageID 6



MANDATORY NOTICE OF CLAIMANT RIGHT TO COURT WITHOUT "FEES"

Without waiving rights to special appearance and in Propria persona sui juris

As found in New York ex rel. Bank of Commerce v. Commissioner of Taxes for City and County of New York, 2 Black 620 (1863)

Please take mandatory notice (Federal Rules of Evidence 201 (d) that Plaintiff/Petitioner has a lawful right to proceed without cost based upon the following law:

The U.S. Supreme Court has ruled that a natural individual entitled to relief is entitled to free access to its judicial tribunals and public offices in every State in the Union - Cordell v. Nevada, 6 Wall 35).

And as stated by the United States Department of the Treasury 1789, the presenter may not be charged fees, or cost for the lawful and constitutionally secured right to petition for redress in matters in which he is entitled to relief, as it appears that the filing fee rule was originally implemented for fictions of subjects of the State and cannot be applied to the presenter as he is not a collective entity, that he is sentient self-aware, competent, responsible, adult who is a natural living man/woman entitled to relief. (Hale v. Henkel) (201 U.S. 43), and under international laws as well as laws of humanity.

Any coupons presented by the presenter is backed by the full faith and credit of the United States of America, is a legal tender for all obligations associated with this matter.

Declaration of "valuables"

It is determined that replacements, in accordance with the procedures established under section 3 of the Government Losses in Shipment Act (50 Stat. 479, as amended;

5 U.S.C (3b), of the articles or things or representatives of value enumerated and referred to in this section would be in the public interest; accordingly, they are hereby declared to be "valuables" within the meaning of the act.

a) Money of the United States and foreign countries. Currency included mutilated currency and canceled currency and canceled currency, coins including uncurrent coins, and specie.
b) Securities and other instruments or documents, private and public

**ABSTRACTS OF TITLE, ASSIGNMENTS, BILL BONDS CERTIFICATES OF DEPOSIT, CERTIFICATES OF INDEBTEDNESS, CHECKS, DRAFTS AND MONEY ORDERS, COUPONS, DEBENTURES, DEEDS, EQUIPMENT TRUST CERTIFICATES, MORTGAGES, NOTES, STAMPS, INCLUDING POSTAGE, REVENUE, LICENSE CERTIFICATES, MORTGAGES, NOTES, STAMPS, INCLUDING POSTAGE, REVENUE, LICENSE, FOOD ORDER AND PUBLIC DEBT, STAMPED ENVELOPES AND POSTAL CARDS, STOCK CERTIFICATES, TRUST RECEIPTS, VOTING TRUST RECEIPTS, WAREHOUSE RECEIPTS, WARRANTS.**

By: Lefty Tubshek Shebinah El d/b/a Moorish Science Science Temple of America (Court of Equity) and Truth (SYTERIA HEPHZIBAH) 10 105905 Tax Immunity Number for the Moorish Science Temple UCC1-103, UCC 1-308, UCC 3-308 All Rights Reserved without Prejudice, without Recourse



# USC TITLE 18-1-101-2071

*Little v. Morton Rubber Indus., Inc., 785 S.W.2d 143, 144 (Tex.1990).*
"An instrument is deemed in law filed at the time it is delivered to the clerk, regardless of whether the instrument is filemarked."

The minute all documents are received, it is recorded. Refusal to record documents once deposited to the county recorder is considered criminal subject to Title 18 USC § 2071 and it is punishable by fines and imprisonment without regard to third party intervention and where consent to third party intervention is refused by the party recording the document.

Title 18 USC - Crimes and Criminal Procedure
Part I - CRIMES
Chapter 101 - Records and Reports
Section 2071 - Concealment, removal, or mutilation generally

(a) Whoever willfully and unlawfully conceals, removes, mutilates, obliterates, or destroys, or attempts to do so, or, with intent to do so takes and carries away any record, proceeding, map, book, paper, document, or other thing, filed or deposited with any clerk or officer of any court of the United States, or in any public office, or with any judicial or public officer of the United States, shall be fined under this title or imprisoned not more than three years, or both.

(b) Whoever, having the custody of any such record, proceeding, map, book, document, paper, or other thing, willfully and unlawfully conceals, removes, mutilates, obliterates, falsifies, or destroys the same, shall be fined under this title or imprisoned not more than three years, or both; and shall forfeit his office and be disqualified from holding any office under the United States. As used in this subsection, the term "office" does not include the office held by any person as a retired officer of the Armed Forces of the United States.

Revised Statutes of The United States, 1st Session, 43 Congress 1873-1874.
TITLE LXX. --- CRIMES. --- CH. 4 CRIMES AGAINST JUSTICE
SEC. 5403. [Destroying, &c., public records.]
Every person who willfully destroys or attempts to destroy, or, with intent to steal or destroy, takes and carries away any record, paper, or proceeding of a court of justice, filed or deposited with any clerk or officer of such court, or any paper, or document, or record filed or deposited in any public office, or with any judicial or public officer, shall, without reference to the value of the record, paper, document, or proceeding so taken, pay a fine of not more than two thousand dollars, or suffer imprisonment, at hard labor, not more than three years, or both: [See § § 5408, 5411, 5412.]

SEC. 5407. [Conspiracy to defeat enforcement of the laws.]
If two or more persons in any State or Territory conspire for the purpose of impeding, hindering, obstructing, or defeating, in any manner, the due course of justice in any State or Territory, with intent to deny to any citizen the equal protection of the laws, or to injure him or his property for lawfully enforcing, or attempting to enforce, the right of any person, or class of persons, to the equal protection of the laws, each of such persons shall be punished by a fine of not less than five hundred nor more than five thousand dollars, or by imprisonment, with or without hard labor, not less than six months nor more than six years, or by both such fine and imprisonment. See § § 1977-1991, 20042010, 5506-5510.4

SEC. 5408. [Destroying record by officer in charge.]
Every officer, having the custody of any record, document, paper, or proceeding specified in section fifty-four hundred and three, who fraudulently takes away, or withdraws, or destroys any such record, document, paper, or proceeding filed in his office or deposited with him or in his custody, shall pay a fine of not more than two thousand dollars, or suffer imprisonment at hard labor not more than three years, or both, and shall, moreover, forfeit his office and be forever afterward disqualified from holding any office under the Government of the United States.

The Oath of Office is a quid pro quo contract (U.S. Const. Art. 6, Clauses 2 and 3, Davis Vs. Lairgess Surety Corporation., 459 S.W. 2nd. 655, 657., Tex. Civ. App.) in which clerks, officials, or officers of the government pledge to perform (Support and uphold the United States and State Constitution) in return for substance (wages, perks, benefits). Proponents are subjected to the penalties and remedies for Breach of Contract, conspiracy under Titled 18 U.S.C., sections 241, 242., treason under the Constitution at Article 3, Section 3., and intrinsic fraud as per Auerbach Vs. Samuels., 10 Utah 2d. 152., 349 P. 2d. 1112, 1114., Alleghany Corp Vs. Kirby., D.C.N.Y. 218 F. Supp. 164, 183., and Keeton Packing Co. Vs. State., 437 S.W. 2d. 28.

| Violation | Code Section | Recommended Penalty |
|---|---|---|
| Breach of Oath Contract | T18 § 3571 | (each violation) $250,000.00 |
| Denial of proper Warrant | T18 § 3571 | (each violation) $250,000.00 |
| (no supporting affidavit, no Miranda Warning / no damaged complaining party & etc.) | | |
| Denial of Claim of Special Appearance | T18 § 3571 | (each violation) $250,000.00 |
| Denial of Reasonable Defense Arguments | T18 § 3571 | (each violation) $250,000.00 |
| Denial of Access to All Evidence | T18 § 3571 | (each violation) $250,000.00 |
| Denial to Right to Truth in Evidence | T18 § 3571 | (each violation) $250,000.00 |
| Attempted Slavery | T18 § 3571 | (each violation) $250,000.00 |

(Forced Compliance to (adhesion) Contracts not held) Example Requiring a citizen to participate in the Federal Reserve Banking System/Conversion of the Constitutional Right to Travel to a State Privilege i.e., no driver's license, no auto tag, no compulsory insurance, no inspection sticker, failure to fasten a seat belt, failure to stop for inspection, search without a proper warrant, etc.

By: *[signature]* Edward Stewart El d/b/a Moorish Science Temple of America/Court of Equity and Truth for the Moorish Nation All Rights Reserved Without Prejudice
10105-905 (Tax Immunity Number)
Without Recourse UCC 1-103, UCC 1-308, UCC 3-308





## Syteria Lawrence©™® Estate Allodial Cost Schedule

Each respondent(s) agrees to compensate Syteria Hephzibah-El, General Executrix, protector and guardian of the Syteria Lawrence©™® Estate and all alphabetical and numerical derivations thereof, hereinafter "Estate", for the following infringements, trespasses, damages and sanctions:

1. $1,000,000.00 (One Million U.S. Dollars) per instance, per respondent(s) in rent due for any use of the Estate title in any instance.
2. $1,000,000.00 (One Million U.S. Dollars) per respondent(s) involved for each instance of arrest or detainment and incarceration conducted by respondent(s) or their officers, agents, employees, successors, and/or assigns, and the same amount each day thereafter until discharged.
3. $1,000,000.00 (One Million U.S. Dollars) per respondent(s) for each instance of impeding Syteria Lawrence's commerce in anyway whatsoever or treble (triple) damages, whatever is greater.
4. $1,000,000.00 (One Million U.S. Dollars) per respondent (s) for each instance of arrest, search and seizure, detainment, damage of Estate property, court order, warrant, or charge issued by respondent(s) or their officers, agents, employees, successors, and/or assigns, and the same amount each day thereafter until released.
5. $1,000,000.00 (One Million U.S. Dollars) per respondent(s) for each instance of or the semblance of harassment, threat or any act of terrorism or war from any one of the respondent(s) or their officers, agents, employees, successors, and/or assigns.
6. Failure to state a claim upon which relief can be granted $1,000,000.00 (One Million U.S. Dollars) per count, per violation, per respondent(s).
7. Failure to respond as outlined $1,000,000.00 (One Million U.S. Dollars) per count, per violation, per respondent(s).
8. $1,000,000.00 (One Million U.S. Dollars) for Default by non-response or incomplete response per count, per violation, per respondent (s).
9. $1,000,000.00 (One Million U.S. Dollars) for Dishonor In Commerce - per count, per violation, per respondent(s).
10. $5,000,000.00 (Five Million U.S. Dollars) for Fraud - per count, per violation, per respondent(s).
11. $1,000,000.00 (One Million U.S. Dollars) for Racketeering - per count, per violation, per respondent(s).
12. $1,000,000.00 (One Million U.S. Dollars) for Theft of Public Funds - per count, per violation, per respondent(s).
13. $1,000,000.00 (One Million U.S. Dollars) for Conspiracy - per count, per violation, per respondent(s).
14. $1,000,000.00 (One Million U.S. Dollars) for Collusion - per count, per violation, per respondent(s).
15. Failure to remit claim in full within Thirty (30) Calendar Days of issuance of INVOICE – VERIFIED STATEMENT OF ACCOUNT or Default as contained herein is interest of 2.0 % per month. Thirty (30) Days from the date of Default beginning on the Thirty-first (31st) Day after Default, the penalties in interest for failure to remit will increase to 3.0% per month until Claim is remitted in full, plus interest as indicated herein.
16. All claims are stated in Dollars which means that a Dollar is defined, for the purposes of this claim as, a One Ounce Silver coin of .9999 fine Silver, or the equivalent par value as established by law or the exchange rate, whichever is the higher amount, for a certified One Ounce Silver Coin.
17. Punitive Damages will be assessed as the total amount of the damages as outlined herein times three (3). This will be added to the original amount of damages for a total of all damages.
18. The terms and conditions of this instrument/presentment, agreement and quasi-contract, contain but are not limited to a waiver on respondent(s)' part of any and all immunities libelees might claim should respondent(s) in any way violate Syteria Lawrence, or the General Executor, protector, and guardian for the Estate and/or permit others to do so, and those acts are deemed Ultra Vires, Willful and Gross Negligence.
19. The sum certain per agreement of all violations is with the respondent(s)' acceptance, agreement, and consent to the Syteria Lawrence ©® Estate Allodial Cost Schedule contained herein and the respondent(s)' full acceptance of all liability joint and several for the claim contained herein. If any provision of this Syteria Lawrence©® Estate Allodial Cost Schedule is subject to Estoppel, the remaining provisions shall nevertheless remain in effect.
20. Of this presentment FIRST AND FINAL NOTICE is hereby given. Take due heed, and govern thy Self according EXPRESSION IN A RECORD is intended as a complete and exclusive statement of the terms of the agreement he
21. **All terms and conditions of this agreement are accepted, approved, and with consent of all parties.**



By H. Caliphaworld Shench El et I
Moorish Science Temple of Am
Court of Equity and Truth
1010 5905 Tax Immunity No
for the Moorish Nation

Addendum Notice of Lis Pendens
10 of 11

  

# Taquan Rashie Gullett<sup>©™®</sup> Estate Allodial Cost Schedule

Each respondent(s) agrees to compensate Taquan Rahshe Gullett-El, General Executor, protector and guardian of the Taquan Rashie Gullett<sup>©™®</sup> Estate, and all alphabetical and numerical derivations thereof, hereinafter "Estate", for the following infringements, trespasses, damages and sanctions:

1. $1,000,000.00 (One Million U.S. Dollars) per instance, per respondent(s) in rent due for any use of the Estate title in any instance.
2. $1,000,000.00 (One Million U.S. Dollars) per respondent(s) involved for each instance of arrest or detainment and incarceration conducted by respondent(s) or their officers, agents, employees, successors, and/or assigns, and the same amount each day thereafter until discharged.
3. $1,000,000.00 (One Million U.S. Dollars) per respondent(s) for each instance of impeding Taquan Rashie Gullett's commerce in anyway whatsoever or treble (triple) damages, whatever is greater.
4. $1,000,000.00 (One Million U.S. Dollars) per respondent (s) for each instance of arrest, search and seizure, detainment, damage of Estate property, court order, warrant, or charge issued by respondent(s) or their officers, agents, employees, successors, and/or assigns, and the same amount each day thereafter until released.
5. $1,000,000.00 (One Million U.S. Dollars) per respondent(s) for each instance of or the semblance of harassment, threat or any act of terrorism or war from any one of the respondent(s) or their officers, agents, employees, successors, and/or assigns.
6. Failure to state a claim upon which relief can be granted $1,000,000.00 (One Million U.S. Dollars) per count, per violation, per respondent(s).
7. Failure to respond as outlined $1,000,000.00 (One Million U.S. Dollars) per count, per violation, per respondent(s).
8. $1,000,000.00 (One Million U.S. Dollars) for Default by non-response or incomplete response per count, per violation, per respondent (s).
9. $1,000,000.00 (One Million U.S. Dollars) for Dishonor In Commerce - per count, per violation, per respondent(s).
10. $5,000,000.00 (Five Million U.S. Dollars) for Fraud - per count, per violation, per respondent(s).
11. $1,000,000.00 (One Million U.S. Dollars) for Racketeering - per count, per violation, per respondent(s).
12. $1,000,000.00 (One Million U.S. Dollars) for Theft of Public Funds - per count, per violation, per respondent(s).
13. $1,000,000.00 (One Million U.S. Dollars) for Conspiracy - per count, per violation, per respondent(s).
14. $1,000,000.00 (One Million U.S. Dollars) for Collusion - per count, per violation, per respondent(s).
15. Failure to remit claim in full within Thirty (30) Calendar Days of issuance of INVOICE – VERIFIED STATEMENT OF ACCOUNT or Default as contained herein is interest of 2.0 % per month. Thirty (30) Days from the date of Default beginning on the Thirty-first (31st) Day after Default, the penalties in interest for failure to remit will increase to 3.0% per month until Claim is remitted in full, plus interest as indicated herein.
16. All claims are stated in Dollars which means that a Dollar is defined, for the purposes of this claim as, a One Ounce Silver coin of .9999 fine Silver, or the equivalent par value as established by law or the exchange rate, whichever is the higher amount, for a certified One Ounce Silver Coin.
17. Punitive Damages will be assessed as the total amount of the damages as outlined herein times three (3). This will be added to the original amount of damages for a total of all damages.
18. The terms and conditions of this instrument/presentment, agreement and quasi-contract, contain but are not limited to a waiver on respondent(s)' part of any and all immunities libelees might claim should respondent(s) in any way violate Taquan Rashie Gullett, or the General Executor, protector, and guardian for the Estate and/or permit others to do so, and those acts are deemed Ultra Vires, Willful and Gross Negligence.
19. The sum certain per agreement of all violations is with the respondent(s)' acceptance, agreement, and consent to the Taquan Rashie Gullett<sup>©®</sup> Estate Allodial Cost Schedule contained herein and the respondent(s)' full acceptance of all liability joint and several for the claim contained herein. If any provision of this Taquan Rashie Gullett<sup>©®</sup> Estate Allodial Cost Schedule to Estoppel, the remaining provisions shall nevertheless remain in effect.
20. Of this presentment FIRST AND FINAL NOTICE is hereby given. Take due heed, and govern thy Self FINAL EXPRESSION IN A RECORD is intended as a complete and exclusive statement of the term between the parties.
21. **All terms and conditions of this agreement are accepted, approved, and with consent of all parties.**



Addendum Notice of Lis Pendens (TAQUAN GULLETT)

10 of 11