


# Special Power of Attorney

### BY INDIVIDUAL FOR THE COLLECTION OF
### CHECKS DRAWN ON THE UNITED STATES TREASURY

Know all by these Presents:

That the undersigned MOORISH SCIENCE TEMPLE OF AMERICA of 1080 East 33rd St, Suite 206 Baltimore, Maryland Republic, near [ ] *(address)*

does hereby appoint Zoseffra Netchekhet es of c/o 2080 Hardin Ave, Republic, near, Cincinnati, Ohio 45215-1093 *(address)*

as his/her attorney to receive, endorse, and collect checks payable to the order of the undersigned, drawn on the United States Treasury and issued for discharge, set-off and payment of all debts *(Purpose for which checks are issued)*

and to give full discharge for same, hereby ratifying and confirming all that said attorney shall lawfully do by virtue hereof. This power of attorney is not given to carry into effect an assignment to the attorney, or to any other person, of the right of the undersigned to receive the above-described payments.

## DURABILITY OF THIS POWER OF ATTORNEY:

Initial the appropriate line. If the grantor fails to initial in front of any option, (a) shall be presumed

_N/A_ a. This Power of Attorney shall automatically be revoked upon a determination that I, the grantor, am incompetent.

_N/A_ b. This Power of Attorney shall remain effective to the extent authorized by 31 CFR Part 240 following a determination that I, the grantor, am incompetent.

_N/A_ c. This Power of Attorney shall become effective upon a determination that I, the grantor, am incompetent and shall remain effective to the extent authorized by 31 CFR Part 240.

**WITNESS** the signature of the undersigned, this _12th_ day of _June_ , 20 _20_

_____
*(Signature of grantor)*

* Personally appeared before me the above-named _Zoseffra Netchekhet_ known or proved to me to be, the same person who executed the foregoing instrument, and acknowledged to me that he executed the same as his free act and deed.

**WITNESS** my signature, official designation, and seal.

_____
*(Signature of attesting officer)*

_____
*(Official designation)*

Dated at _Cincinnati, OH_ , this _12th_ day of _June_ , 20 _20_

My commission expires _April 25_ , 20 _22_

**IMPORTANT** – Do not execute this instrument without first reading the instructions on the next page. Exact compliance with these instructions will avoid complications.

* See Instructions on next page – Paragraphs 3(a) and 3(b)



Moorish American

### STATE DEPARTMENT OF
# VISA
**ASIATIC NATION OF NORTH AMERICA**
Pursuant To: Holy Koran Circle 7 Chapter 45 Page 56 Paragraph (1)
**MOORISH SCIENCE TEMPLE OF AMERICA**
Pursuant to 22 U.S.C. 288a(c), 185, 168, 192
**POLITICAL STATUS: Classified- Truth A-1 Freehold by Inheritance**
**Library of Congress Diplomatic Immunity Registration No.** AA222746

General Delivery
Enterprise Ruler, HAKIM EL AMEN-EP ALEF
Care of: 19½ East 13ᵗʰ Street, Suite 200
On Mahomet Maryland Republic [21749]
Phone: 410 983 7944 Email:
Fax: 410 245 6095

The United States of America in General
In Congress Assembled 36 U.S.C. Section 172
**Proclamation-Certificate of Nationality,**
**Citizenship, Religious Creed & Race**
**(Jus Gentium, Ligas>Liga)**
**(Els & BEYs)**
**Birthright Title: EL**
**EX HOC CIVITATEM DONA VIMUS**
# PASSPORT

**Issued To:** Def&Fin Minister Zoser-Ra Neterkeht El
**For entitlement to Full faith and credit**

**Missionary** Def&Fin Minister Zoser-Ra Neterkeht El Race: Asiatic, Religious Creed: Moslem/Islamism, Nationality: Moorish American-hereby solemnly affirms to the pure unvarnished truth of the said Certificate of The Religious Affidavit of Organization (Affirmation and Evidence) of Religious Corporation (Collegium Religium Alienum) for the Moorish Science Temple of America (M.S.T. of A.), part and parcel of said Government of the united States of America (de jure). ELs and BEYs so organized in accordance with American Jurisprudence, The Great Koran of Mohammed and The Holy Koran Circle Seven of the M.S.T. of A. pursuant to Chapter 47 page 57 Express Trust (Res) of our State Government, Nation Dominion and inheritance of **Missionary** Def&Fin Minister Zoser-Ra Neterkeht El As a beneficiary of said Trust (Res) extent from North-East and South-West Africa (Amexum) across the Great Atlantic even unto the Present North, South and Central America, Mexico and the Atlantis Islands (Amexum); before the Great Earthquake, which caused The Great Atlantic Ocean.

Thus, **Missionary** Def&Fin Minister Zoser-Ra Neterkeht El The Asiatic Nation of North America / M.S.T. of A. am autochthonous / indigenous, a Native and Natural born National of the General Government of the united



...of America. I one of the 9[..] The People, declare, proclaim, to Law, [...] and do implement my Sovereign Rights of a Natural in accord with S.L.C. See. Exhibit(s) [...] and the true exercise of Prophet Noble Drew Ali Presidents Abraham Lincoln and Andrew Jackson. **Missionary** _____, has taken, subscribed, affirmed and pledged allegiance to the Constitution for the united States, upholding the Thirteenth Amendment with Twenty Sections. Citizenship in the "S.L. Persons 'You' The united States General Governance Republic, to the Family of Nations, according to the Law of Nations, also having repledged the "Original Pledge" of Allegiance to the Private Continental and Official Flag of America (Cherry Tree) and the Moorish Flag (Red Flag with a five point green star in the center), thereby having complete and perfect inhabitance on America, hereinafter define "Moors".

One. **Missionary** _____ accepts the National Identification and Passport with All VISA of The Asiatic Nation of North America that entitles Free Passage and Immunity when Traveling within the Dominion of Africa and the territorial jurisdiction of the UNITED STATES (Corporative Government, 28 U.S.C. 1602-15 in **abroad**. In Law and fact, pronounced from between 3 degrees North-East of present day Mogadishu and 22 degrees North Latitude at Yemen (Moab), 5 degrees West of Sahara, 12 degrees East of the Kingdom of Axum to 42 degrees East longitude 2,982 miles longitude. Latitude and South Africa 12 degrees East longitude. South-West of Moab at Luanda (Angola), just below the Congo, across the Great Atlantic, even unto the Present North, Farthest West, top of America 72 degrees North Latitude. 4,949 miles; 150 degrees West longitude. 23 miles, above the equator from Moab- 3,160 miles, and Central or Meso America including Mexico and the Atlantic Islands at 19 degrees North latitude, 1,330 miles, 122 degrees West longitude- 74 miles next to the equator from Moab- 9,028 miles. South America at 52 degrees South latitude from Moab, for a Geographical span of over 18,376 miles, equivalent to 236,421,376 square miles, more than three-quarters of the Earth.

One. **Missionary** _____ of the Asiatic Nation of North America M.S.T. of A. further confirm that the M.S.T. of A. is organized pursuant to, however not inferred to Supreme Treaty Law Exempli Gratia, 1786/1787 C.E. Treaty of Amity and Commerce (Peace and Friendship) between the UNITED STATES of AMERICA and the Moorish Sultan of Morocco- Seyyidi Ibn Abdallah Mohammed XVII and the language of the Treaty of Amity and Commerce between the UNITED STATES of AMERICA and the Bey of Tripoli Yussef Bashaw Mahomet, Article 11 states "As the government of the United States of America is not in any sense founded on the Christian Religion," as it has in itself no character of enmity against the laws, religion or tranquility of Mussel men [Moors] and as the said States has never entered into any war or act of hostility against any Muhammedan [Moorish] nation, it is declared by the parties that no pretext arising from religious opinions shall ever produce an interruption of the harmony existing between the two countries.

Finally, **Missionary** _____ also affirms that the Corporate Seal was executed and affixed to this document is the authentic and original jurisdiction Seal of the Asiatic Nation of North America formed by the "Religious Affidavit" of Organization recorded to the County of Cook, Illinois. SSN.010105905 Immunity Tax Number 10105905 (See certified 1099 form copy attached).

**Notice**

Using a notary and seal on this document does not constitute any adhesion contracts, nor does it alter my status in any manner. The purpose for notary is verification -endorsing and identification only and not for entrance into any foreign jurisdiction(s).

By _____



⑦

# Moorish Science Temple of America/Asiatic Nation of North America Adept Chamber (3rd Heaven)

Regulations and policies must yield to and is superseded by the Private International Law of Juristic Persons,Conflict of Law,Center of Gravity and Renvoi Doctrines.See Republical V. Sween,1 Dallas 49. See 28 U.S.C. 3002. 15 (a),(b) and (c). See also Ius gentium / Fez gentium - Law of Nations, in addition to the mandatory obligation and requirement of the full faith and credit provision of Article IV, Section 1,pursuant to the Constitution for the United States of America (1787), being extended to and commanding that the public acts, records and judicial proceedings of The Moorish American Nation/State/ Theocratic government and body politic of The Moorish Science Temple of America be given full faith and credit by every other Nation/State.

Issued this 14th day of April, 1440

Executive Ruler of the Moorish
Science Temple of America
Adept Chamber (3rd Heaven)

Date

This is to certify, that this is a
True Test Copy of the document(s) recorded and filed
in the Court of the Executive Rulers of the
Adept Chamber of The Moorish Science Temple of
America 3rd Heaven
Enroller/Recorder Shri Kara

Minister of Defense        Date

State of Ohio)
                )ss: JURANT
County of Hamilton)

Certified and Affirmed to in the presence of a Notary Public this 2 day of June 1440 M.C.Y./ C.C.Y. 2020.

Notary Signature

CHRISTOPHER WALLS
Notary Public, State of Ohio
My Commission Expires
January 30, 2024

This act Done per Our Authority No.10103903 Cook County Illinois 1928,and Done subject to any foreign jurisdiction.

⑦



# Moorish Science Temple of America/Asiatic Nation of North America Adept Chamber (3rd Heaven)

Certified Warrant And Certificate of Authority
## Zoser-Ra Neterkeht El, Minister of Defense.
(MSTA ADEPT CHAMBER 3rd HEAVEN)

**BE IT KNOWN;**

Sheik - General Zoser-Ra Neterkeht El, a natural Person, has demonstrated degrees necessary for the position of Minister of Defense in the Moorish Science Temple of America. It is affirmed under authority of the Divine Constitution and By-Laws of the Moorish Science Temple of America that Sheik / General / Zoser-Ra Neterkeht El is qualified and certified to teach the Law and Governmental principles sent to humanity by Allah's true and Divine Prophets. Sheik / Zoser-Ra Neterkeht El is duly commissioned to propagate the faith of Noble Drew Ali-Sheik Sharif Abdul Ali and give instructions to humanity for the uplifting of fallen humanity and to encourage all to obey the law. Defense Minister, Zoser-Ra Neterkeht El pursuant to sovereign governmental Authority of the above Titled Nation/ State deriving it's power and authority from the great Koran of Muhammad,Religious affidavit of organization - Form 1099,State of Illinois Moorish Calendar year/M.C.Y. 1348, Christian Calendar Year 1928, Society Security Number 0-101105905, Tax immune Number (10105905) ,pursuant to Religious Corporation Act 1872, C Watson V. Jones, U.S. Supreme Court decision 1872, trial of Society said event established before landmark Case of Erie Railroad V. Tompkins.

The herein Named Governmental Cabinet Official, Minister of Defense, General/Sheik Zoser-Ra Neterkeht El,is hereby Granted full scope of his Office to Create /Act and Enforce the Ecclesiastical / National and International laws that pertains to the Moorish Science Temple of America/Asiatic Nation of North America upon our vast estate as outlined in our vast estate trust document filed in Cook County Illinois under the Ucs 808s and Chapter 47 of Our Circle 7 Holy Koran Moreover, When there is a conflict of law, the Corporate United States and it's Franchise States that are doing business/Commerce pursuant to The Acts of State Doctrine as a Corporate body politic under, Statutes, Codes, ordinances ,rules,regulations or policies in a administrative or ministerial capacity 'in the land' of the Moorish American Nationals Dominion, their Acts of State administered through Roman / English, Ius Civil and/or Fez Civil, Statutes, Codes, Rules , Regulations and policies must yield to and is superseded by the Private International Law of Juristic Persons,Conflict of Law,Center of Gravity and Renvoi Doctrines See Republical V Sween,1 Dallas 49 See 28 U.S.C. 3002. 15 (a),(b) and (c). See also Ius gentium / Fez gentium -

*This act Done per Our Authority No.10105905 Cook County Illinois, 1928 and Delegation of Authority order number, 101105905905 CY No subject to any foreign jurisdiction.*



