

**NOTICE TO PRINCIPAL IS NOTICE TO AGENT AND NOTICE TO PRINCIPAL IS NOTICE TO AGENT. APPLICABLE TO ALL SUCCESSORS AND ASSIGNS**

**Asiatic Nation of North America/Moorish Science Temple of America /Court of Equity & Truth 3rd Heaven Adapt Chamber / Executive and Grand Body / Court of Equity and Truth d/b/a** *Zoser Ra Neterkeht* **d/b/a Minister of Defense and Finance Minister for the Asiatic Nation of North America / Moorish Science Temple of America Ecclesiastical Judge:** *King El*

VS

**UNITED STATES CORPORATION COMPANY INTERNATIONAL WAR CRIMINALS:**
Jorge L. Pastrana, In Your Private, Public & Special Capacity
United States Department of Justice FCI Coleman Federal Bureau of Prisons
DUNS #022654126
P. O Box 1032
Coleman, Florida 33521

Joseph M. Henger, In Your Private, Public & Special Capacity
United States Department of Justice FCI Coleman Federal Bureau of Prisons
DUNS #022654126
P. O Box 1032
Coleman, Florida 33521

Joseph Sullivan, In Your Private, Public & Special Capacity
United States Department of Justice FCI Coleman Federal Bureau of Prisons
DUNS #022654126
1709 Se 38th Ave
Oscala, Florida 34471-5658

Thomas Kane, In Your Private, Public & Special Capacity
Federal Bureau of Prisons Central Office
DUNS #878435213
320 First Street N.W.
Washington, District of Columbia 20534

Hugh J. HurwitzIn Your Private, Public & Special Capacity
Acting BOP Director Federal Bureau of Prisons Central Office
DUNS #878435213
320 First Street N.W.
Washington, District of Columbia 20534

J. A. Keller, In Your Private, Public & Special Capacity
Federal Bureau of Prisons Central Office Director
DUNS #878435213
320 First Street N.W.
Washington, District of Columbia 20534

1

**Christina Snyder,** In Your Private, Public & Special Capacity
California BAR Number 56118
First Street Courthouse
Duns #080103320, 102431389
350 West First Street, Courtroom 8D 8th Floor
Los Angeles, CA 90012

**Jacqueline Chooljian,** In Your Private, Public & Special Capacity
California BAR Number #126667
United States Courthouse, Roybal Federal Building
**DUNS #102431389, 080103320**
255 East Temple Street, Courtroom 750
Los Angeles, CA, 90012

Patricia D. Barksdale, In Your Private, Public & Special Capacity
Florida BAR Number:96326
United States District Court of The Middle District of Florida Jacksonville Division
Duns #612131987
**Chambers: 5-311Courtroom: 5B**
300 North Hogan Street
Jacksonville, Florida 32202

Timothy J. Corrigan, In Your Private, Public & Special Capacity
BAR Number: 612131987
United States District Court of The Middle District of Florida Jacksonville Division
**DUNS #6**12131987
Chambers 11-100
300 North Hogan Street
Jacksonville, Florida 32202

James Robert Klindt, In Your Private, Public & Special Capacity
Florida BAR #612847
United States District Court of The Middle District of Florida Jacksonville Division
**DUNS #6**12131987
Chambers 5-111
300 North Hogan Street
Jacksonville, Florida 32202

Henry Lee Adams In Your Private, Public & Special Capacity
Florida BAR #117068
United States District Court of The Middle District of Florida Jacksonville Division
**DUNS #6**12131987
Chambers 5-111
300 North Hogan Street Suite 11-200
Jacksonville, Florida 32202

Joel Barry Toomey, In Your Private, Public & Special Capacity
Florida BAR Number 378976
United States Bankruptcy Court of The Middle District of Florida Jacksonville Division
DUNS #117525104
300 North Hogan Street Suite 5 211

2

Jacksonville, Florida 32202

Jerry A. Funk, In Your Private, Public & Special Capacity
Florida BAR Number 127228
United States Bankruptcy Court of The Middle District of Florida Jacksonville Division
DUNS #117525104
300 North Hogan Street, Suite 4-104
Jacksonville, Florida 32202-4254

William O Farmer, Jr, In Your Private, Public & Special Capacity
Sumpter County Sheriff's Offie
DUNS # **016723937, 069279544, 102747339**
7361 Powell Road
Wildwood, Florida 34875

Michael Williams, In Your Private, Public & Special Capacity
Jacksonville Sheriff's Office DUNS 078589394
500 West Bay Street
Jacksonville, Florida 32202

Alex Villanueva, In Your Private, Public & Special Capacity
Los Angeles Sheriff's Office
DUNS #781443551
4500 City Terrace Drive
Los Angeles, California 90063-1010

Jerry Brown, In Your Private, Public & Special Capacity
Governor of California
DUNS #081508845
c/o State Capitol, Suite 1173
Sacramento, California 95814

Ron Desantis, In Your Private, Public & Special Capacity
Governor of Florida, DUNS #62098183
The Capitol
400 South Monroe Street
Tallahassee, Florida 32399-0001

**Ashley Moody,** In Your Private, Public & Special Capacity
Florida Attorney General
DUNS # 078835791
The Capitol, Plaza Level 01;
400 South Monroe Street
Tallahassee, Florida 32399

Pamela Jo Bondi, In Your Private, Public & Special Capacity
Florida BAR Number 886440
DUNS #020839002, 023350367
601 13th Street NW
Washington, District of Columbia 20005-3816


Xavier Becerra, In Your Private, Public & Special Capacity

California Department of Justice Attorney General
DUNS #603815440, 013480459
P. O. Box 944255
Sacramento, California 94244-2550

**Charles P. Retting, In Your Private, Public & Special Capacity**
**Internal Revenue Service, Commissioner**
**DUNS #116699826, 043199304,**
1111 Constitution Avenue NW.
Washington, District of Columbia 20224

William Pellman Barr, In Your Private, Public & Special Capacity
United States DepartmentAttorney950 Pennsylvania Avenue, NW
Washington, District of Columbia
20530-0001

**Arnold Bernard Corsmeier,** In Your Private, Public & Special Capacity
United States Attorney's Office
Florida BAR # 869139
**DUNS #079958214**
300 North Hogan Street, Suite 700
Jacksonville, Florida 32202

Brandon Fox, In Your Private, Public & Special Capacity
United States Attorney's Office
California BAR Number#290409
**DUNS #965611858**
312 North Spring Street, 12th floor
Los Angeles, California 90013

Cathy J. Ostiller, In Your Private, Public & Special Capacity
**UNITED STATES ATTORNEYS EXECUTIVE OFFICE**
California BAR #174582
**DUNS #965611858**
300 N Los Angeles St Lbby,Los Angeles,CA 90012-3336

Larry Brown, In Your Private, Public & Special Capacity
United States Marshal Service
Duns #182739110
300 North Hogan Street Suite 2450
Jacksonville, Florida 32202-4266

Penelope Knox, In Your Private, Public & Special Capacity
United States Marshal Service
Duns #182739110
300 North Hogan Street Suite 2450
Jacksonville, Florida 32202-4266

Tim Fraley, In Your Private, Public & Special Capacity

United States Marshal Service
Duns #182739110
300 North Hogan Street Suite 2450
Jacksonville, Florida 32202-4266

Jessie Alverez, In Your Private, Public & Special Capacity
United States Marshal Service
Duns #182739110
300 North Hogan Street Suite 2450
Jacksonville, Florida 32202-4266

Consuelo M. Callahan, In Your Private, Public & Special Capacity
Ninth Circuit Court of Appeals
Duns #080103320
California BAR #65370
95 Seventh Street
Sacramento, California 94103

Jacquelline H. Guyen, In Your Private, Public & Special Capacity
Ninth Circuit Court of Appeals
Duns #080103320
California BAR #65370
95 Seventh Street
Sacramento, California 94103

Stephen Reinhardt, In Your Private, Public & Special Capacity
Ninth Circuit Court of Appeals
Duns #080103320
95 Seventh Street
Sacramento, California 94103

Peter L. Shaw, In Your Private, Public & Special Capacity
Ninth Circuit Court of Appeals
Duns #080103320
95 Seventh Street
Sacramento, California 94103

Kim Lee Watson, In Your Private, Public & Special Capacity
United States District Court for the Middle District of Florida Jacksonville Division
DUNS #071827644
300 North Hogan Street Suite 2-200
Jacksonville, Florida 32202

James Haskett, In Your Private, Public, & Special Capacity

United States District Court for the Middle District of Florida Jacksonville Division
DUNS #071827644
300 North Hogan Street Suite 2-200
Jacksonville, Florida 32202

Patrick Sheridan In Your Private, Public, & Special Capacity
United States District Court for the Middle District of Florida Jacksonville Division
DUNS #071827644
300 North Hogan Street Suite 2-200
Jacksonville, Florida 32202

Sheryl Loesh, In your Private, Public, & Special Capacity
United States District Court Clerk
DUNS #080102897
801 North Florida Avenue
Tampa, Florida 33602-3849

Elizabeth Warren, In Your Private, Public, & Special Capacity
United States District Court Clerk
DUNS #612131987
300 North Hogan Street
Jacksonville, Florida 32202

Andrew Suart. Cowan, In Your Private, Public, & Special Capacity
California BAR#165435
811 Wilshire Blvd, Suite 1460
Los Angeles, California. 90017-2610

And ALL Agents, Subsidiaries, Successors, Assigns, Trustees, Fiduciaries, in any capacity whatsoever who are participating in this Demonic Reign of Domestic Terrorism against *Maalik Rahshe El*™, Moorish American National.


RE: **ORDER**, IN CONCERT WITH THE Dejure, Organic united States for America Constitution, Supreme Law of the Land and International Laws & Treaties in support thereof, DEMANDING IMMEDIATE UNCONDITIONAL DISCHARGE from UNLAWFUL FALSE IMPRISONMENT UNLAWFUL DETAINMENT for Moorish American National, Maalik Rahshe El™, FALSELY IMPRISONED and UNLAWFULLY DETAINED under the TRUST name "TAQUAN GULLETT™, INMATE / ALIEN/ U. S. MARSHAL #62013-018, subjected to 77 months of Ongoing and continuous ARMED THREAT, DURESS, COERCION, DOMESTIC TERRORISM, GENOCIDE, ATTEMPTED MURDER, MISPRISION OF FELONY, MISPRISION OF PRISON, MISPRISION OF TREASON, OBSTRUCTION OF JUSTICE, JURY TAMPERING, WITNESS TAMPERING, SEXUAL BATTERY, FALSE STATEMENTS, EXTREME ARMED THREAT, DURESS, and COERCION TO SUBMIT TO UNLAWFUL, DEMONIC, DIABOLICAL ORDERS, VIOLATIONS OF RIGHTS UNDER COLOR OF LAW / COLOR OF AUTHORITY / COLOR OF OFFICIAL POSITION,

CONTRACTS / TRUSTS IN RESTRAINT / MONOPLY OF TRADE / COMMERCE, RADIATION POISINING VIA 24/7 ANKLE MONITORING DEVICE STRAPPED TO his LEG, INVASION OF PRIVACY, ARMED HOME INVASION, ASSAULT WITH DEADLY CHEMICAL WEAPONS, EXTORTION, UNLAWFUL CONVERSION, CONSTRUCTIVE FRAUD, MAILING THREATENING COMMUNICATIONS, PUBLIC CORRUPTION, NUMEROUS R.I.C.O. CRIMES, LIBEL, SLANDER, GENOCIDE, ROBBERY, PILLAGE, TREASON, SEDITION, SECURITIES FRAUD, IDENTITY THEFT, MULTIPLE FORCED CHEMICAL INJECTIONS INTO his BODY OR ELSE BE ON LOCKDOWN IN SOLITARY CONFINEMENT, LIBEL, SLANDER, DEFAMATION OF CHARACTER, THEFT OF PRIVATE PROPERTY, PSYCHOLOGICAL WARFARE, FALSE STATEMENTS, MAIL TAMPERING / REROUTING / WITHHOLDING, FORCED TO WEAR A FACE MASK, FORCED LOCKDOWNS & CUT OFF FROM COMMUNICATION FROM FAMILY FOR WEEKS, Public Servant Fiduciary Trustees' REFUSAL TO PROPERLY IDENTIFY SELF, REFUSAL TO PLACE DELEGATION OF AUTHORITY, IDENTIFICATION CARD, POWERS OF APPOINTMENT, OATH, PUBLIC HAZARD BOND, INTO THE RECORD, etc., COPYRIGHT/ TRADEMARK / REGISTERED NAME INFRINGEMENT, UNJUST FINANCIAL GAIN, FORCED TO ATTEND "HIGH SCHOOL" CLASSES THOUGH this Moorish National has a MASTER'S DEGREE IN KINESIOLOGY, MULTIPLE CONCRETE INJURIES, ABUNDANCE OF IRREPARABLE HARM, HUMAN TRAFFICKING to NUMEROUS SLAVERY CONCENTRATION CAMPS, and includes ANY and ALL UNLAWFUL UNCONSTITUTIONAL RESTRICTIONS whatsoever, upon the Living Spirit, Mind and Body of this Moorish American National's Divine, Natural and Constitutional Unalienable, Rights to Life, Liberty and the Pursuit of Happiness, per Dejure, Organic united States for America Constitution and International Treaties supporting the Laws of Nations, to which INTERNATIONAL WAR CRIMINALS, may SCHEME to HUMAN TRAFFICK / ENSLAVE, Moorish National, *Maalik Rahshe El*™

Asiatic Nation of North America/Moorish Science Temple of America/court of Equity & Truth
3rd Heaven Adapt Chamber / Executive and Grand Body / Court of Equity and Truth
d/b/a *Zoser Ra Neterkeht*™ d/b/a
Minister of Defense and Finance Minister for the Asiatic Nation of North America/
Moorish Science Temple of America
Ecclesiastical Judge: *King El*™
**Executed this 8th day of October in the year 2020**