# FINAL CERTIFICATE OF AUTHENTICITY

Crim.R.27:10 Attastation for Foreign Document by Consular Officer

(28 U.S.C.& 1741,Fed R.Civ.44[a][2]

_____N/A_

| | | |
|---|---|---|
| Asiatic Nation of North America | ) | Case No. |
| | | Judge |
| The Republic of Maryland | ) | |
| Province of State Department | ) | Licenses or Certificate-Holder |
| City of Baltimore | ) | For the corporate DISTRICT OF COLUMBIA   an 50,United States an Enclaves&World at Large.- |

FOREIGN GOVT. NTL. DO NOT DETAIN OR ARREST!

At the Adapt Chamber of the

Moorish Temple of America

(3rd Heaven)

---

I Hakim El Emmanuel Alli am the Executive Ruler of the Adapt Chamber of the Moorish Science Temple of America located at Baltimore, North America. I am duly commissioned and qualified serve in this capacity.

In my capacity as Executive Ruler of the Adapt Chamber of the Moorish Science Temple of America. I certify that the document attached to this certificate was duly certified by **Shekinak El** who on the date of the initial Certificate of Authenticity signed by him/her was Missionary Highly Favored Shekinah-El the lawful custodian of the original document attached to this certificate.

In proof of the facts set out in this certificate, I have signed this certificate and affixed the seal of the ASIATIC NATION OF NORTH AMERICA Adapt Chamber of the MOORISH SCIENCE TEMPLE OF AMERICA (3rd Heaven)at Baltimore, North America, "The North Gate".

The certificate was executed by me on this 1st day of Oct. 1440 MYC/Moorish Calendar Year 2020 CCY/Christian Calendar Year.

/S/ _Hakim Emmanuel Alli_

Executive Ruler Hakim El Emmanuel Alli

By/Rep Executive Ruler Hakim Emmanuel Alli
Adept Chamber of the Moorish Science Temple
of America (3rd Heaven).

Moorish American



**FOREIGN GOVT. NTL**
**DO NOT DETAIN**
**OR ARREST!**

# STATE DEPARTMENT OF
# VISA

**ASIATIC NATION OF NORTH AMERICA**
Pursuant To: Holy Koran Circle 7 Chapter 45 Page 56 Paragraph (1)
**MOORISH SCIENCE TEMPLE OF AMERICA**
Pursuant to 22 U.S.C. 288(a), (b), (c), (d)
**POLITICAL STATUS: Classified- Truth A-1 Freehold by Inheritance**
**Library of Congress Diplomatic Immunity Registration No.** AA222141

"General Delivery"
Executive Ruler, HAKIM EL AMENUEL ALLI
Care of: 1050 East 33rd Street, Suite 206
On Baltimore Maryland Republic [21218]
Phone: 410 903 7544 Email: hakimelamenuel7@yahoo.com
Fax: 410 243 4095

**The United States of America in General**
**In Congress Assembled 36 U.S.C. Section 172**
**Proclamation-Certificate of Nationality,**
**Citizenship, Religious Creed & Race**
**(Jus Gentium, Ligas>Liga)**
**(Els & BEYs)**
**Birthright Title:** EL
**EX HOC CIVITATEM DONA VIMUS**

# PASSPORT



**Issued To:** Sheikess Highly Favored Shekinah El
**For entitlement to Full faith and credit**

**Missionary** Sheikess Highly Favored Shekinah El    Race: Asiatic, Religious Creed: Moslem/Islamism, Nationality: Moorish American-hereby solemnly affirms to the pure unvarnished truth of the said Certificate of The Religious Affidavit of Organization (Affirmation and Evidence) of Religious Corporation (Collegium Religium Alienum) for the Moorish Science Temple of America (M.S.T. of A.), part and parcel of said Government of the united States of America (de jure). ELs and BEYs so organized in accordance with American Jurisprudence, The Great Koran of Mohammed and The Holy Koran Circle Seven of the M.S.T of A. pursuant to Chapter 47 page 57 Express Trust (Res) of our State Government, Nation Dominion and inheritance of **Missionary** Sheikess Highly Favored Shekinah El . As a beneficiary of said Trust (Res) extent from North-East and South-West Africa (Amexum) across the Great Atlantis even unto the Present North, South and Central America, Mexico and the Atlantis Islands (Amexum); before the Great Earthquake, which caused The Great Atlantic Ocean.

Thus, **Missionary** Sheikess Highly Favored Shekinah El , The Asiatic Nation of North America / M.S.T. of A., am autochthonous / indigenous, a Native and Natural born National of the General Government of the united

I HEREBY CERTIFY THIS TO BE A TRUE COPY OF THE ORIGINAL OF THIS DOCUMENT GIVEN TO ME FOR COPYING AND CERTIFYING THIS ___ DAY OF ___

News All Presidents Abraham Lincoln and Andrew Johnson. **Missionary** Sheikess Highly Favored Shekinah El has taken, subscribed, affirmed and pledged allegiance to the Constitution for the united States- including the Thirteenth Amendment with Twenty Sections. Citizenship in the 1782- Present- "Seal" The united States General Government Republic, in the Family of Nations, according to the Law of Nations' who having repledged the "Original Pledge" of Allegiance to the Private, Continental and Official Flag of America (Cherry Tree) and the Moorish Flag ( Red Flag with a five point green star in the center), thereby having complete and perfect inhabitance on America hereinafter define "Moors."

One, **Missionary** Sheikess Highly Favored Shekinah El accepts the National identification and Passport with A1 VISA of The Asiatic Nation of North America that enforces Free Passage and Immunity when Traveling within the Dominion of Africa and the territorial jurisdiction of the UNITED STATES (Corporative Government, 28 U.S.C. 3002(15))- **abroad**. In Law and fact, protracted from between 3 degrees North-East of present day Mogadishu and 22 degrees North latitude at Yemen (Moab), 5 degrees West of Sabaea, 12 degrees East of the Kingdom of Axum to 42 degrees East longitude 2,982 miles longitude, latitude and South Africa 12 degrees East longitude, South-West of Moab at Luanda (Angola), just below the Congo, across the Great Atlantis, even unto the Present North, Farthest West, top of America 72 degrees North Latitude- 4,940 miles; 150 degrees West longitude- 21 miles, above the equator from Moab- 3,160 miles- and Central or Meso America including Mexico and the Atlantis Islands at 19 degrees North latitude- 1,330 miles, 122 degrees West longitude- 74 miles near to the equator from Moab- 9,028 miles- South America at 52 degrees South latitude from Moab, for a Geographical span of over 15,376 miles, equivalent to 236,421,376 square miles- more than three-quarters of the Earth.

One, **Missionary** Sheikess Highly Favored Shekinah El of the Asiatic Nation of North America/M.S.T. of A. further confirm that the M.S.T. of A. is organized pursuant to, however not begirted to Supreme Treaty Law, Exempli Gratia, 1786/1787 C.E. Treaty of Amity and Commerce (Peace and Friendship) between the UNITED STATES of AMERICA and the Moorish Sultan of Morocco- Seyyidi Ibn Abdallah Mohammed XVII and the language of the Treaty of Amity and Commerce between the UNITED STATES of AMERICA and the Bey of Tripoli Yussef Bashaw Mahomet. Article 11 states "As the government of the United States of America is not in any sense founded on the Christian Religion," as it has in itself no character of enmity against the laws, religion or tranquility of Mussel men [Moors] and as the said States has never entered into any war or act of hostility against any Mohammedan [Moorish] nation, it is declared by the parties that no pretext arising from religious opinions shall ever produce an interruption of the harmony existing between the two countries.

Finally, **Missionary** Sheikess Highly Favored Shekinah El also affirms that the Corporate Seal so executed and affixed to this document is the authentic and original jurisdiction Seal of the Asiatic Nation of North America formed by the "Religious Affidavit" of Organization recorded in the County of Cook, illinois. SSN 010105905/ Immunity Tax Number 10105905 (See certified 1099 form copy attached)



**Notice**
Using a notary and seal on this document does not constitute any adhesion contracts, nor does it alter my status in any manner. The purpose for notary is verification –endorsing and identification only and not for entrance into any foreign jurisdiction(s).

Sheikess
By: Highly Favored Shekinah El Moor Shamerican Nathnal

2

I HEREBY CERTIFY THIS TO BE A TRUE COPY OF THE ORIGINAL OF THIS DOCUMENT GIVEN TO ME FOR COPYING AND CERTIFICATION

Florida State )
                ) LS
Duval county )
Continental united States of America

As a Notary Public for said County and State, I do hereby certify that on this 10th day of October, 2100 (MCY) / _____ (CCY), that the Divine Being above mentioned, Highly Favored Shekinah El _____ appeared before me and existing in his/her own proper person, executed the forgoing, under penalty of perjury without the statutory UNITED STATES that the statements, Exhibits, National and International Laws, made herein are true to the best of his/hers knowledge, understanding and belief so sayeth (s)he.

Witness my hand and seal:

_Lizzie Rodgers_ (signature)
Notary Public

Lizzie Rodgers
Notary Public (print)

My Commission Expires: 25 Apr/2024

[Notary Seal:]
LIZZIE RODGERS
Notary Public - State of Florida
Commission # GG 976365
My Comm. Expires Apr 25, 2024
Bonded through National Notary Assn.

FOREIGN GOVT. NTL.
DO NOT DETAIN
OR ARREST!

I HEREBY CERTIFY THIS TO BE A
TRUE COPY OF THE ORIGINAL OF
THIS DOCUMENT GIVEN TO ME FOR
COPYING AND CERTIFYING THIS

*American*

Flag: Pursuant to: But not limited to 4 U.S.C. Chapter 1, Section 1

*Unity*




ALLAH/ADONIS/IS

Page (1)

## ATTACHMENT

### Asiatic of North America / M.S.T. of A.

**Transportation Department**
**and**
**Motorize Carriage Division (PERMITS #  4595)**

### GREETINGS

### In our Nation / State Divine Principles of:
### Love, Truth, Peace, Freedom, and Justice.

### To whom this Sovereign Missive do hereby effect.

This is to certify –Highly Favored Shekinah El who credential (s) are positively confirmed by the foregoing VISA & PASSPORT attachment hereto.

That said Missionary, Moorish America National has meet all skills and requirements according to the Laws and Authority of the Asiatic Nation of North America / M.S.T. of A. Transportation Department and Motorize Carriage Division and is certified to operate a Motorize Carriage / Vehicle with (absolute) (right) and to travel by motorize carriage vehicle (NOT FOR HIRE) (UNMOLESTED).

### WITHIN

The United States of America and the present Dominion of the Express Trust Vast Estate, of the Moorish American (s) Beneficiaries. Pursuant To: Private Ecclesiastical International Law / Conflict of Law of the M.S.T. of A. Holy Koran Circle Seven Chapter (47) page (57). Title: EGYPT, THE CAPITAL EMPIRE of DOMINION of AMEXUM / AFRICA. (said DEED) Express Trust Recorded with Religious Affidavit of Organization (Our Authority) Copy Book 521, Page 579 State of Illinois, Cook County, Society (Security # 010105905/ Tax Immune # 10105905) as expressed on form 1099. See Positive Proof Document (#P1) (Our Authority) attached.

\* Please Note: As Documented and Recorded in the Adept Chamber / Court of the M.S.T. of A. 3rd Heaven / Asiatic Nation of North America. (Document # P2 which warrant Full Faith and Credit). The Asiatic Nation of North America / M.S.T. of A. Entitlement derive from Article (1) of The Articles of Confederation, and guaranteed. Pursuant To: Article 4 Section 4 of The Constitution of The United States.

I HEREBY CERTIFY THIS TO BE A TRUE COPY OF THE ORIGINAL OF THIS DOCUMENT GIVEN TO ME FOR COPYING AND CERTIFYING THIS

(SUPREMUSAUM NOTATIONIS) is hereby given. That the Territorial Jurisdiction of the U.S. / United States is within the present Express Trust (Res) Dominion Metes, Bounds, Latitude, and Longitude of the Vast Estate of all Moorish American (Beneficiaries) to include beneficiary –Highly Flaovored Shekinah El cited in paragraph (1) of this attachment said Missionary, has Absolute Right to operate a Motorize Carriage and to Travel (Freely) (UNMOLESTED) within said Beneficiary's Vast Estate. Pursuant To: (STATE) law cited and State Permit granted by this Moorish / El / Al Moroccan Islam / Islamic State of The(Republic) of The United States of America.

\* Immune / No Permit / No License needed from The U.S. / United States Christian Government (State) (s). Pursuant To: Moorish Holy Koran Circle Seven Asiatic Nation of North America / M.S.T. of A. State Law Pursuant To: The full enforcement of (State's Rights) Expressed in Article (1) and Article (2) and last Paragraph of Article (4) of The Articles of Confederation. Our Moorish, Moslem Forefathers Contracted / agreed to in 1777 and enforced March 1, 1781.

To whom this Sovereign Missive affect with the power and authority to act thereon namely the President of The United States, State Governors, State and County Law Enforcement (s) and all Public Officials / Courts etc. Pursuant To: The Constitution of The United States Article 6.

The foregoing legal document to include attachment (s) is for the protection of our Missionaries, Moorish American National (s) and Family whom are non-combatant (s) during The National Emergency declared in Senate Report 93-549 (93rd Congress), 1st Section, 1973, War and Emergency Powers Act (EVERY "CITIZEN of The United States" is (NOW) legally established as an "enemy" of The U.S. / United States).

Therefore, Pursuant To: Article (4) Section (4) of The Constitution of The United States, This formal application is for the protection of the Moorish American Islamic State within The Republic Union of State, warrant Full Enforcement by The United States Government and State Governments. Executed by the Executive Officer, Executive Ruler of The Adept Chamber / Court of the M.S.T. of A. 3rd Heaven.

Executed and Signed by: The Executive Officer,
The Executive Ruler of the
Adept Chamber / Court
of the M.S.T. of A. 3rd
Heaven.

FOREIGN GOVT. NTL.
DO NOT DETAIN
OR ARREST!

December 04, 2014
1:33 Post Meridian

By/Bey Executive Ruler *Hakim Pameeny* Alli
Adept Chamber of the Moorish Science Temple
of America (3rd Heaven).

I HEREBY CERTIFY THIS TO BE A TRUE COPY OF THE ORIGINAL OF THIS DOCUMENT GIVEN TO ME FOR COPYING AND CERTIFYING THIS

I -Highly Flavored Shekinah El bear witness to agree to all that is expressed in the foregoing Legal Document to include attachments so expressed, to be the Truth, the Whole Truth so help me Allah / God.

Missionary _Highly Flavored Shekinah El North American National_

Notary _Lizzie Rodgers_

LIZZIE RODGERS
Notary Public - State of Florida
Commission # GG 976365
My Comm. Expires Apr 25, 2024
Bonded through National Notary Assn.

This State Credential's / Instrument warrant Full Faith and Credit
Pursuant To: Article 4 Section 1 of the U.S. / United States / Constitution.

FOREIGN GOVT. NTL.
DO NOT DETAIN
OR ARREST!

I HEREBY CERTIFY THIS TO BE A
TRUE COPY OF THE ORIGINAL OF
THIS DOCUMENT GIVEN TO ME FOR
COPYING AND CERTIFYING THIS

Case 20-40375-KKS  Doc 1-5  Filed 10/14/20  Page 8 of 9

101059305

STATE OF ILLINOIS
COOK COUNTY } SS. NO.
FILED FOR RECORD

1928 AUG 1 PM 2 52

AND RECORDED IN
BOOK           PAGE
_____  RECORDER

CORPORATIONS.—Religious.—Affidavit of Organization.    Form No. 1099    Printed and sold by the Chicago Legal News Co.

**State of Illinois,** } ss.
**County of COOK**

I, NOBLE DREW ALI, do solemnly swear that at a meeting of the members of the MOORISH SCIENCE TEMPLE OF AMERICA held at Chicago in the County of Cook and State of Illinois, on the 20th day of July A. D. 1928, for that purpose, the following persons were ~~elected~~ appointed ~~Trustees~~ SHEIKS _____ according to the rules and usages of such MOORISH SCIENCE TEMPLE OF AMERICA

NOBLE DREW ALI, MEALY EL, MALL BEY, LOVETT BEY, AND FOREMAN BEY. The Moorish Science Temple of America deriving its power and authority from the Great Koran of Mohammed to propagate the faith and extend the learning and truth of the Great Prophet of Ali in America. To anoint appoint and consecrate missionaries of the prophet and to establish the faith of Mohammed in America.

And said MOORISH SCIENCE TEMPLE OF AMERICA adopted as its corporate name, the following MOORISH SCIENCE TEMPLE OF AMERICA

And At said meeting, this affiant acted as Presiding officer

Subscribed and Sworn to Before me,
_____ day of _____ A. D. 1928

Drew Ali

Juanita M. Council
Notary Public

Ill's Rev. Stat. Chap. 32, § 36.    ° Or appointed.    † Or Wardens, vestrymen, or whatever name they may adopt.

I, NOBLE DREW ALI, _____

do solemnly swear that at a meeting of the members of the MOORISH SCIENCE TEMPLE OF AMERICA held at Chicago in the County of Cook and State of Illinois, on the 20th day of July A. D. 1928, for that purpose, the following persons were ~~elected~~ appointed ~~Trustees~~ SHEIKS _____ according to the rules and usages of such MOORISH SCIENCE TEMPLE OF AMERICA

NOBLE DREW ALI, MEALY EL, MALL BEY, LOVETT BEY, AND FOREMAN BEY. The Moorish Science Temple of America deriving its power and authority from the Great Koran of Mohammed to propagate the faith and extend the learning and truth of the Great Prophet of Ali in America. To anoint appoint and consecrate missionaries of the prophet and to establish the faith of Mohammed in America.

And said MOORISH SCIENCE TEMPLE OF AMERICA adopted as its corporate name, the following MOORISH SCIENCE TEMPLE OF AMERICA

And at said meeting, this affiant acted as Presiding officer

Subscribed and Sworn to Before me,
_____ day of _____ A. D. 1928

Drew Ali

_____
Notary Public

Ill's Rev. Stat., Chap. 32, § 36.    ° Or appointed.    † Or Wardens, vestrymen, or whatever name they may adopt.

I HEREBY CERTIFY THIS TO BE A TRUE COPY OF THE ORIGINAL OF THIS DOCUMENT GIVEN TO ME FOR COPYING AND CERTIFYING THIS _____ DAY OF July 2013

Kenesha ____

KENESHA ANTOINE
Notary Public
State of Louisiana
Notary ID # 86023