

# TAQUAN RASHIE GULLETT©™® Estate

(any and/or all alphabetical and/or numerical variations and/or derivations)

# SYTERIA LAWRENCE©™® Estate

(any and/or all alphabetical and/or numerical variations and/or derivations)

Notice to Agent is Notice to Principal – Notice to Principal is Notice to Agent
Applicable to all Successors and Assigns

## Affidavit of Information, Report, and Preferral of Charges:

### Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors – A Delict Penal Action

# Appendix

16-2017-CP-001025-XXXX-MA

Filing #55640343 E-Filed 04/26/2017 06:22:31 PM

  

## IN THE CIRCUIT COURT, FOURTH JUDICIAL CIRCUIT, IN AND FOR DUVAL COUNTY, FLORIDA

In Re: Estate of,

- TAQUAN RASHIE GULLETT
                Deceased.

Registered Mail # RB 917 549 140 US

File Number:

Probate Division:

## CAVEAT

1. The interest of the caveator is that of the General Executor of Taquan Rashie Gullett, deceased, who died on or about October 8, 1977.

2. Caveator's name and specific mailing location is:

    Taquan Rahshe Gullett-El
    ℅ 6722 Arlington Expressway, Suite 67213
    Jacksonville, Florida [32211]

3. Caveator hereby designates Taquan Rahshe Gullett-El, General Executor, in Duval County, whose specific mailing location is above-listed, as caveator's agent for the service of notice. Caveator requests that the Court not admit a Will of the Decedent to probate or appoint a personal representative without formal notice on caveator or his designated agent and that caveator be given such additional notice as the Florida Probate Rules require.

    Under penalties of perjury, I declare that I have read the foregoing, and the facts alleged are true, to the best of my knowledge and belief.

    Autographed on the Twenty-Fifth Day of the Fourth Month M.C.Y. 1437 [G.C.Y. 2017]

    _Taquan Rahshe Gullett-El_
                        Caveator.

Acceptance

I CERTIFY that I hereby accept the foregoing designation as agent.
Autographed on the Twenty-Fifth Day of the Fourth Month M.C.Y. 1437 [G.C.Y. 2017]

    _Taquan Rahshe Gullett-El_
                        Agent

Caveat: Declaration of Final Default Judgment.
1 of 7                                     RB 917 549 140 US.

ACCEPTED: DUVAL COUNTY, RONNIE FUSSELL, CLERK, 04/27/2017 09:20:17 AM

# <u>Caveat: Declaration of Final Default Judgment</u>

1. TO ALL PARTIES AND TO THEIR ATTORNEY(S) OF RECORD TAKE NOTICE that On the Record and for the Record, present is Taquan Rahshe Gullett-El, also called Maalik Rahshe El, Divine Immortal Spirit in Live Flesh and Blood Natural Man of majority on the Land, In Propria Persona by Sui Juris capacity, Jus Sanguinis, Heir Apparent by Freehold of Inheritance, Original Autochthonous American Moor Alien (Friend) Republican Government Style and Form, a people of Our state and of sound firm mind; Competent by Conduct and Virtue for Moral Integrity and Upright Character, Honor, Fidelity, Respect, Courage, Temperance, Faith, Hope, Wisdom, Will, Love, Truth, Peace, Freedom, Justice, Prudence, Humility, and Service, guided only by Our Most High Creator Divine Source for the Force Universal Allah (All-Law) whom sustains all protection and provision for Life, Liberty, and Property.

2. One, the Original Autochthonous American Moor Alien (Friend) Republican Government Style and Form, hereinafter, "declarant," rises and gives honor and recognition to The Holy Koran Circle 7, The Zodiac Constitution (Registration No. AA222141 Truth A1-Class A), The Holy Qur'an, The American Declaration of Independence (1776), The Treaty of Peace and Friendship (1787), The Madrid Convention on Protection in Morocco (July 3, 1880), The Universal Declaration on Human Rights (1948), The American Declaration of the Rights and Duties of Man (1948), The United Nations Declaration of the Rights of the Child (1959), The Universal Declaration on the Rights of Indigenous Peoples (2006), The International Proclamation for the Original Autochthonous American Moor Alien (Friend) Republican Government Style and Form (2016), and The International Resolution For Competence By Conduct and Virtue — Affidavit of Bona Fide Moral Integrity and Upright Character Lawful Status (2016).

RB917519 140 US

3.  The declarant is General Executor of TAQUAN RASHIE GULLETT Authenticated Birth Certificate, Registered Copyright, Registered Trademark (united states for America Post Office No. RE246590423US), Copyright / Trade-Name / Trademark Contract, Registered Fictitious Name (Florida Department of State No. G15000018576), Registered Surety Bond with Collateral (EL 156253975 US), Fiduciary Appointment Contract (EL 156253975 US), Taquan Rashie Gullett©® Estate Allodial Cost Schedule, Paramount Security Interest Holder (Maritime Lien No. RE246590573US Putnam County Florida Inst. No. 201054714241, California UCC 10-. 7228787860, California UCC 10-7253610631, California UCC 13-7375042214, California UCC 13-73750423, California UCC 14-7415317710, Kentucky UCC 2014-2695084-41.01) over TAQUAN RASHIE GULLETT©® Estate.

4. The declarant does hereby reserve all Natural rights, all Human rights, and in accord with [Florida Statutes 731.110 and Florida Rules of Evidence 90:201, 90:202, & 90.203] does hereby give <u>Caveat: Declaration of Final Default Judgment:</u>

5.  The declarant does hereby declare the above-named judgment debtor(s) / propounder(s) failure and neglect to sufficiently or timely answer or respond by presentment of a valid and verified documentary evidence rebuttal to declarant's Private Civil Action Fourth Judicial Circuit Case Number 16-2017-CA-2142, does constitute judgment debtor(s) / propounder(s) consent to Entry of Final Default Judgment and Estoppel upon judgment debtor(s) / propounder(s) and judgment debtor(s) / propounder(s) accept all liability in this matter, as well as judgment debtor(s) / propounder(s) tacit acquiescence, acceptance, approval, consent, and agreement to all terms, conditions, and stipulations in declarant's Private Civil Action Fourth Judicial Circuit Case Number 16-2017-CA-2142 without limitation (see annexed Case Number 16-2017-CA-2142 Notice of Default and Estoppel – Docket Entry 35).

6. The debtor(s) / propounder(s) are in Default. As an operation of law (ipso jure) debtor(s) / propounder(s) by dishonor of declarant's Private Civil Action Fourth Judicial Circuit Case Number 16-2017-CA-2142 have caused Default. By the terms, conditions, and stipulations of the agreement resulting from the offer and acceptance of declarant's Private Civil Action Fourth Judicial Circuit Case Number 16-2017-CA-2142, debtor(s) / propounder(s) are under the duty and obligation to timely and in good faith rebut with law and great specificity and/or honor declarant's documentary evidence in declarant's Private Civil Action Fourth Judicial Circuit Case Number 16-2017-CA-2142 within twenty (20) days of presentment and to provide rebuttal verification in the form of documentary evidence. A dishonor of declarant's Private Civil Action Fourth Judicial Circuit Case Number 16-2017-CA-2142 discharges any alleged liability against declarant that debtor(s) / propounder(s) have attempted to claim. Allowing twenty (20) days for rebuttal, and the time allowed having passed for rebuttal, and with the Registrar (Probate Court) / Recorder / Clerk of Court showing no record of rebuttal, declarant now deems Private Civil Action Fourth Judicial Circuit Case Number 16-2017-CA-2142 is dishonored on or about the Twenty-Fourth Day of the Fourth Month Fourteen Thirty Seven (1437) [G.C.Y. 2017 – April 24], and therefore a judgment by confession. a judgment nil dicit. and a judgment by default is warranted.

7. As an operation of law (ipso jure), the FINAL admission of the facts and evidence set forth in declarant's Private Civil Action Fourth Judicial Circuit Case Number 16-2017-CA-2142, does establish that the whole matter of declarant's Private Civil Action Fourth Judicial Circuit Case Number 16-2017-CA-2142 is deemed Res Judicata and Stare Decisis. Therefore, ipso jure does hereby ADJUDGE, DECREE, and DECLARE:

RD.917539 t.al.US.

*FIRST:* Let it be known to all whom these presents come, with Universal Allah (All-Law) as my witness that, Taquan Rashie Gullett (settlor) did create the final Will and Testament of Taquan Rashie Gullett on the continental land mass of the Crest of Asia / Temple of the Moon and Sun / Northwest Amexem / Northwest Africa / North America / The North Gate / Al Maghrib Al Aqsa'(Alaska) / Al Moroccan (American) / Morocco – the most extreme west; on Moorish Calendar Year 1432 – Second Day of the Third Month [Gregorian Calendar Year 2012 – March 2nd]. Let it be known that by Will and Intent of this Notice, Taquan Rashie Gullett©™® Estate (title of trust) is Testate, and because the estate is Testate, the estate will never enter the courts of Probate (see annexed Amended Notice of Existence of Final Will and Testament of Taquan Rashie Gullett – Case 16-2017-CA-2142 Docket Entry 20);

*SECOND:* Let it be known to all, that upon the sacred Moorish Calendar Year 1397 – Eighth Day of the Tenth Month [Gregorian Calendar Year 1977 – October 8th](date of death / date of trust), by this duly recorded Notice that the Office of General Executor for the Taquan Rashie Gullett©™® Estate (lex loci rei sitre Duval County Florida Timucuan Al Andalusia Northwest Amexem [Morocco]) is hereby occupied by *Maulik Taquan Rahshe Gullett-El; Now at Present, Nunc Pro Tunc, and Henceforth* (see annexed Notice of Appointment of General Executor – Case 16-2017-CA-2142 Docket Entry 14; see Notice of Absolute and Final Confirmation of General Executor of Taquan Rashie Gullett Estate – Case 16-2017-CA-2142 Docket Entry 26);

*THIRD:* Let it be known to all, that a valid and verified Claim of Right is duly registered and recorded into the Rolls of the Estate and into the rolls of the Registrar (Probate Court) / Recorder Duval County Florida (see annexed Notice of Claim of Right – Case 16-2017-CA-2142 Docket Entry 15);

*FOURTH:* Let it be known to all, that a valid and verified Claim of Title is duly registered and recorded into the Rolls of the Estate and into the rolls of the Registrar (Probate Court) / Recorder Duval County Florida (see annexed Notice of Claim of Title – Case 16-2017-CA-2142 Docket Entry 16);

*FIFTH:* Let it be known to all; that declarant Taquan Rahshe Gullett-El, General Executor, is caveator / creditor, and Kim Lee Watson; Jim Haskett; Patrick Sheridan; Jorge L. Pastrana; Larry Brown; Arnold B. Corsmeier; Patricia D. Barksdale; Paul Shorstein; Samuel Hernandez; Andrew Cowan; Kim Cassulo; Christina A. Snyder; Jaqueline Chooljian; Suzanne H. Segal; Julian L. Andre; Eddie Jauregui; Cathy Ostiller; Terri Nafisi; Moriah Radin; Lilliana Coronado; Brad Cooper; Thomas R. Kane; FCI Coleman Medium, and all subsidiaries and agents thereof; BI Incorporated, and all subsidiaries and agents thereof; U.S. Marshals Service,

and all subsidiaries and agents thereof; U.S. Probation and Pretrial Services, and all subsidiaries and agents thereof; U.S. Attorney's Office, and all subsidiaries and agents thereof; U.S. Department of Justice, and all subsidiaries and agents thereof; Federal Bureau of Prisons, and all subsidiaries and agents thereof; are _judgment debtor(s)_ / _propounder(s)_;

_SIXTH:_ Let it be known to all, that declarant is entitled to all of the relief petitioned for in Private Civil Action Fourth Judicial Circuit Case Number 16-2017-CA-2142; including, without limitation, Taquan Rashie Gullett©™® Estate rights, titles, and interests; the personal body of Taquan Rashie Gullett©™® Estate and all collateral free and clear of any distresses, constraints, restraints, or detainments; the sum certain for debtor(s) / propounder(s) remittance of compensation of Seven Hundred Eighty-One ($781,000,000.00) Million One Ounce Silver coins of .9999 fine silver and remittance of damages of Two Hundred Thirty-Four ($234,300,000.00) Million Three Hundred Thousand One Ounce Silver coins of .9999 fine silver, plus costs incurred in bringing this action for debtor(s) / propounder(s) acts of unlawful detainment, trespass, and executor de son tort;

_SEVENTH:_ Let it be known to all, that declarant reserves the right to a full inventory, forensic tracing, audit, and accounting, and declarant further reserves the right to seek a deficiency against the debtor(s) / propounder(s) for any and all sums which may remain due to the declarant and unremitted after disposition of the collateral described in Taquan Rashie Gullett©™® Estate Title, Rights, and Interests Documents;

_EIGHTH:_ Let it be known to all, that no order, action, declaration, decree, settlement, or any like or similar conveyance be made in regard to Taquan Rashie Gullett©™® Estate without prior notice to the undersigned General Executor;

8. Of this Caveat: Declaration of Final Default Judgment take due Notice and heed and govern accordingly. This Caveat: Declaration of Final Default Judgment is a complete and exclusive final statement of the terms of the agreement between the parties.

Respectfully and In Honor.

## Verification

I, Taquan Rahshe Gullett-El, also called Maalik Rahshe El, Divine Immortal Spirit in Live Flesh and Blood Natural Man of majority on the Land, In Propria Persona by Sui Juris capacity, Jus Sanguinis, Heir Apparent, Original Autochthonous American Moor Alien (Friend) Republican Government Style and Form, do hereby declare and affirm by virtue of Divine Law, under penalties of perjury under the laws of Our Most High Creator Divine Source for the Force Universal Allah (All-Law), The Holy Koran Circle 7, The Zodiac Constitution, the laws of the State of Florida, and the laws of the United States of America, that I am competent to state the matters set forth, and herein, and that all of the facts stated are true, correct, complete, certain, not misleading, admissible as evidence, in accordance with declarant's best first-hand knowledge, understanding, and honorable intent, and if called upon for rhetoric as a witness to the veracity of evidence preferred and proffered, declarant shall so state.

[*State v. Shearer*, 617 So.2d (Fla. App. 5 Dist. 1993)]

This Affidavit is dated the Twenty-Fifth Day of the Fourth Month
in the Year of Our Universal Allah (All-Law)
Fourteen Hundred Thirty-Seven [Gregorian Calendar Year 2017 – April, 25]

In Honor.



I am: Maalik Taquan Rahshe Bullett-El Autochthonous American Moor Alien Friend

Taquan Rahshe Gullett-El, also called Maalik Rahshe El, Divine Immortal Spirit in Live Flesh and Blood
Jus Sanguinis, Natural Man of majority on the Land, In Propria Persona by Sui Juris capacity, Heir Apparent
Original Autochthonous American Moor Alien (Friend) Government Style and Form
c/o 6722 Arlington Expressway, Suite 67213, Jacksonville Florida state
Timucuan Al Andalusia Northwest Amexem (Morocco).

Witness 1: Rohly Archheil Shehena-P Autochthonous American Moor Alien Friend

Witness 2: _____

Caveat: Declaration of Final Default Judgment
7 of 7

RD 917 519 148 US





## IN THE CIRCUIT COURT, FOURTH JUDICIAL CIRCUIT, IN AND FOR DUVAL COUNTY, FLORIDA

Taquan Rahshe Gullett-El,
    petitioner,

v.

Kim Lee Watson, a private person,
Jim Haskett, a private person,
Patrick Sheridan, a private person,
Jorge L. Pastrana, a private person,
Larry Brown, a private person,
Arnold B. Corsmeier, a private person,
Patricia D. Barksdale, a private person,
Paul Shorstein, a private person,
Sam Hernandez, a private person,
Andrew Cowan, a private person,
Kim Cassulo, a private person,
Christina A. Snyder, a private person,
Jaqueline Chooljian, a private person,
Suzanne H. Segal, a private person,
Julian L. Andre, a private person,
Eddie Jauregui, a private person,
Cathy Ostiller, a private person,
Terri Nafisi, a private person,
Moriah Radin, a private person,
Lilliana Coronado, a private person,
Brad Cooper, a private person,
Thomas R. Kane, a private person,
FCI Coleman Medium, a privately held company, and all subsidiaries and agents thereof,
BI Incorporated, a privately held company, and all subsidiaries and agents thereof,
U.S. Marshals Service, a privately held company, and all subsidiaries and agents thereof,
U.S. Probation and Pretrial Services, a privately held company, and all subsidiaries and agents thereof,
U.S. Attorney's Office, a privately held company, and all subsidiaries and agents thereof,
U.S. Department of Justice, a privately held company, and all subsidiaries and agents thereof,
Federal Bureau of Prisons, a privately held company, and all subsidiaries and agents thereof,
    respondent(s).

**AFFIDAVIT OF FACT**

Registered Mail # RB 917 549 140 US

Case Number: 16-2017-CA-2142

Division: CV-B

## Letter Rogatory: Indemnity Bond & Hold Harmless Writ of Assistance

## Letter Rogatory: Indemnity Bond & Hold Harmless Writ of Assistance

1. TO ALL SHERIFFS, CHIEFS, AND CONSTITUTIONALLY DELEGATED AUTHORITIES OF RECORD TAKE NOTICE that On the Record and for the Record, present is Taquan Rahshe Gullett-El, also called Maalik Rahshe El, Divine Immortal Spirit in Live Flesh and Blood Natural Man of majority on the Land, In Propria Persona by Sui Juris capacity, Jus Sanguinis, Heir Apparent by Freehold of Inheritance, Original Autochthonous American Moor Alien (Friend) Republican Government Style and Form, a people of Our state and of sound firm mind; Competent by Conduct and Virtue for Moral Integrity and Upright Character, Honor, Fidelity, Respect, Courage, Temperance, Faith, Hope, Wisdom, Will, Love, Truth, Peace, Freedom, Justice, Prudence, Humility, and Service, guided only by Our Most High Creator Divine Source for the Force Universal Allah (All-Law) whom sustains all protection and provision for Life, Liberty, and Property.

2. One, the Original Autochthonous American Moor Alien (Friend) Republican Government Style and Form, hereinafter, "declarant," rises and gives honor and recognition to The Holy Koran Circle 7, The Zodiac Constitution (Registration No. AA222141 Truth A1- Class A), The Holy Qur'an, The American Declaration of Independence (1776), The Treaty of Peace and Friendship (1787), The Madrid Convention on Protection in Morocco (July 3, 1880), The Universal Declaration on Human Rights (1948), The American Declaration of the Rights and Duties of Man (1948), The United Nations Declaration of the Rights of the Child (1959), The Universal Declaration on the Rights of Indigenous Peoples (2006), The International Proclamation for the Original Autochthonous American Moor Alien (Friend) Republican Government Style and Form (2016), and The International Resolution For Competence By Conduct and Virtue — Affidavit of Bona Fide Moral Integrity and Upright Character Lawful Status (2016).

3. The declarant is General Executor of TAQUAN RASHIE GULLETT©™® Authenticated Birth Certificate, Registered Copyright, Registered Trademark (united states for America Post Office No. RE246590423US), Copyright / Trade-Name / Trademark Contract, Registered Fictitious Name (Florida Department of State No. G15000018576), Registered Surety Bond with Collateral (EL 156253975 US), Fiduciary Appointment Contract (EL 156253975 US), Taquan Rashie Gullett©™® Estate Allodial Cost Schedule, Paramount Security Interest Holder (Maritime Lien No. RE246590573US Putnam County Florida Inst. No. 201054714241, California UCC 10-7228787860, California UCC 10-7253610631, California UCC 13-7375042214, California UCC 13-73750423, California UCC 14-7415317710, Kentucky UCC 2014-2695084-41.01) over TAQUAN RASHIE GULLETT©™® Estate.

# Indemnity Bond & Hold Harmless Writ of Assistance

4. The declarant does hereby reserve all Natural rights, all Human rights, and does hereby give Notice by Letter Rogatory: Indemnity Bond & Hold Harmless Writ of Assistance, that all Sheriffs, Chiefs, and constitutionally delegated Authorities are fully bonded, insured, underwritten, and indemnified to immediately, speedily, and expeditiously provide assistance of maximum maintenance, maximum cure, and maximum remedy to declarant in the enforcement of the judgment of this Private Civil Action Fourth Judicial Circuit Case Number 16-2017-CA-2142 for the protection and preservation of (Alien Friend) Taquan Rashie Gullett©™® Estate lex loci rei sitæ Timucuan Al Andalusia Northwest Amexem [Morocco] (see Case Number 16-2017-CA-2142 Docket Entry 11, Declarant's [Filed, Accepted, & Approved] Replevin Bond RB 917 549 140 US page 2, pages 9-29, pages 39-40, pages 49-50). [see Case Number 16-2017-CA-2142 - Notice of Default and Estoppel (Docket Entry 35)].

5. This Writ of Assistance is for (Alien Friend's) declarant's enforcement of judgment against for respondent(s)' [remitter(s)'] remittance of compensation sum certain in the amount of Seven Hundred Eighty-One ($781,000,000.00) Million One  Ounce Silver coins of .9999 fine silver and remittance of damages sum certain in the amount of Two Hundred Thirty-Four ($234,300,000.00) Million Three Hundred Thousand One Ounce Silver coins of .9999 fine silver, plus costs incurred in bringing this action. **This Writ of Assistance is also for the protection and preservation of (Alien Friend) Taquan Rashie Gullett©™® Estate** *lex loci rei sitæ* Timucuan Al Andalusia Northwest Amexem (Morocco) from respondent(s)' acts of Trespass, Executor De Son Tort, Unlawful Reversion of Estate and Hereditaments, and Unlawful Escheatment of Estate and Hereditaments in violation of Private International Law and International Treaties.

6. The declarant reserves the right to seek a deficiency against the respondent(s) for any and all sums which may remain due to the declarant and unremitted after disposition of the collateral described in Taquan Rashie Gullett©™® Estate Title, Rights, and Interests Documents.

7. All Sheriffs, Chiefs, constitutionally delegated authorities, and officers of the uniformed services of the United States have a duty to support and defend the Constitution of the United States, and all treaties before and after, against all enemies, foreign and domestic, as set forth in the United States Uniformed Services Oath of Office [U.S. Code § 3331 – Oath of office], which each officer takes upon commissioning:

> "I, AB, do solemnly swear (or affirm) that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God."

8. Whoever, having knowledge of the actual commission of a felony cognizable by a court of the United States, conceals and does not as soon as possible make known the same to some judge or other person in civil or military authority under the United States, shall be fined under this title or imprisoned not more than three years, or both.

**Misprision of felony [18 U.S. Code § 4]**
The offense of concealing a felony committed by another, but without such previous concert with or subsequent assistance to the felon as would make the party concealing an accessory before or after the fact. 4 Steph. Comm. 260; 4 Bl. Comm. 121; *Carpenter v. State*, 62 Ark. 286, 36 S.W. 900. *Black's Law Dictionary 2nd Edition*

**Misprision of Treason [18 U.S. Code § 2381]**
The bare knowledge and concealment of an act of treason or treasonable plot, that is without any assent or participation therein, for if the latter elements be present the party becomes a principal. 4 Bl. Comm. 120; Pen. Code Cal. § 38.
*Black's Law Dictionary 2nd Edition*

9. This Writ of Assistance is in full accord with the following International Treaties and International Law:

- The Treaty of Peace and Friendship (1787)

- The Madrid Convention on Protection in Morocco (July 3, 1880) - designates the status of Moroccan subjects, Moors and Our families, as Internationally Protected Persons:
  - Codified at [Title 18 U.S.C§11]- Foreign government defined; [Title 18 U.S.C§112] - Protection of foreign officials, official guests, and internationally protected persons; [Title 18 U.S.C§878] - Threats and extortion against foreign officials, official guests, or internationally protected persons; [Title 18 U.S.C§1116] - Murder or manslaughter of foreign officials, official guests, or internationally protected persons; [Title 18 U.S.C§1201] - Kidnapping; [Title 18 U.S.C§877] - Mailing threatening communications from foreign country.

- The Universal Declaration on Human Rights (1948)

- The American Declaration of the Rights and Duties of Man (1948)

- The United Nations Declaration of the Rights of the Child (1959)
- The Universal Declaration on the Rights of Indigenous Peoples (2006)
- The International Proclamation for the Original Autochthonous American Moor Alien Republican Government Style and Form (2016)
- The International Resolution For Competence By Conduct and Virtue — Affidavit of Bona Fide Moral Integrity and Upright Character Lawful Status (2016)
- Florida Stand Your Ground Law codified at [Florida Statutes Chapter 776 §§ 776.012 − 776.09]
- [Executive Order 13773] — Enforcing Law With Respect to Transnational Criminal Organizations, Federal Register Volume 82, Number 29, Thursday, February 9, 2017 (published Tuesday, February 14, 2017), pages 10691 − 10693

Respectfully and In Honor.

Cc:

Admiral James Alexander Winnefeld, Jr.
Vice Chairman
Joint Chiefs of Staff
9999 Joint Staff Pentagon
Washington, DC 20318-9999

General Joseph Francis Dunford, Jr.
Commandant of the Marine Corps
Headquarters, US Marine Corps
3000 Marine Corps
Pentagon Washington, DC 20350

General Frank J. Grass
Chief, National Guard Bureau
1636 Defense Pentagon Suite 1E 169
Washington, DC 20301-0001

Admiral Jonathan William Greenert
Chief of Naval Operations
2000 Navy Pentagon
Washington, DC 20350-2000

General Raymond Thomas Odierno
Army Chief of Staff
200 Army Pentagon
Washington, DC 20310-0200

General Mark Anthony Welsh III
Air Force Chief of Staff
1670 Air Force Pentagon
Washington, DC 20330-1670

Provost Marshal General Mark S. Inch
Office of the Provost Marshal General
Attention: CID Office
2800 Army Pentagon
Washington, District of Columbia
20310-2800

General Joseph Francis Dunford, Jr.
Chairman Joint Chiefs of Staff
9999 Joint Staff Pentagon
Washington, District of Columbia
20318-9999

Jeff Sessions, U.S. Attorney General
950 Pennsylvania Avenue, NW
Washington, District of Columbia
20530-0001

Inter-American Commission on Human Rights
Organization of American States
1889 F. Street, NW
Washington, District of Columbia 20318-9999

Melissa Nelson, State Attorney
Fourth Judicial Circuit
311 West Monroe Street
Jacksonville, Florida 32202-4242

Rick Swearingen, FDLE Commissioner
Florida Department of Law Enforcement
2331 Phillips Road
Tallahassee, Florida 32308

Florida Department of Law Enforcement
Jacksonville Regional Operations Center
Northeast Florida Investigations &
Domestic Security Task Force
921 North Davis Street, Building E
Jacksonville, Florida 32209-6804

Florida Department of Law Enforcement
Statewide Office of Investigations &
Domestic Security Task Force
2331 Phillips Road
Tallahassee, Florida 32308

Mike Williams, Duval County Sheriff
501 East Bay Street
Jacksonville, Florida 32202-2975

W. Stephen Muldrow, U.S. Attorney
400 North Tampa Street, Suite 3200
Tampa Florida 33602

United States Department of State
U.S. Central Authority for Hague and
Inter-American Service Conventions
Office of International Judicial Assistance
1100 L. Street, N.W., Room 11006
Washington, District of Columbia
20522-1710

R. Adm. Sandra L. Stosz, Superintendent
United States Coast Guard Academy
31 Mohegan Avenue
New London, Connecticut 06420

Office of the Staff Judge Advocate
RLSO MIDLANT HQ
United States Navy
9620 Maryland Avenue, Suite 201
Norfolk, Virginia 23511-2939

Office of the Staff Judge Advocate
RLSO SOUTHWEST HQ
United States Navy
3939 Sturtevant Street, Suite 9
San Diego, California 92136

Office of the Staff Judge Advocate
RLSO MIDWEST HQ
United States Navy
Building 2
2540 Paul Jones Street, Suite 300
Great Lakes, Illinois 60088-2936

Office of the Staff Judge Advocate
RLSO NORTHWEST HQ
United States Navy
Building 433 Code 1308
365 South Barclay Street
Bremerton, Washington 98314

G. E. Lattin
Director, General Litigation Division
Department of the Navy
Office of the Judge Advocate General
1332 Patterson Ave, SE, Suite 3000
Washington Navy Yard, D.C. 20374

Lt. Cdr. Breier Scheetz
Judge Advocate General
NLSO Central Branch Office
400 Russell Avenue, Bldg. 492, Rm. 102
NAS JRB Belle Chasse
New Orleans, Louisiana 70143-6100

Office of the Staff Judge Advocate
Marine Corps Installations East
Marine Corps Base Camp Lejeune
812 Holcomb Boulevard
Jacksonville, North Carolina 28542

Office of the Staff Judge Advocate
Marine Corps Base Camp Pendleton
Building #56
3395 Sturtevant Street, Suite 2
San Diego, California 92136-5138

Office of the Staff Judge Advocate
HQ, XVIII Airborne Corps
ATTN: AFZA-JA
2175 Reilly Road, Stop A
Fort Bragg, North Carolina 28310-5000

Office of the Staff Judge Advocate
United States Army
Training Center and Fort Jackson
2600 Lee Road
Fort Jackson, South Carolina 29207

Office of the Staff Judge Advocate
United States Army
Building 29718
419 B Street
Fort Gordon, Georgia 30905

Office of the Staff Judge Advocate
United States Army
Combined Arms Center
615 McClellan Avenue
Fort Leavenworth, Kansas 66027

Col. S. Shubert
Judge Advocate General
United States Army
8090 Alabama Avenue, Bldg. 1454
Fort Polk, Louisiana 71459

Office of the Staff Judge Advocate
United States Army South
HQ 101st Airborne Division (Air Assault)
ATTN: AFZB-JA-ADM
Fort Campbell, Kentucky 42223-5208

Office of the Staff Judge Advocate
Joint Base Lewis-McChord
Building 2027 A-Wing
North 8th and Lissett Avenue
JBLM, Washington 98433

Office of the Staff Judge Advocate
96th Test Wing
Building 2, Suite 1
401 West Van Matre Avenue
Eglin AFB, Florida 32542-438

Lt. Gen. Robert L. Caslen
Superintendent
United States Military Academy
West Point, New York 10996

Office of the Staff Judge Advocate
United States Army South
4130 Stanley Road, Suite 604
Fort Sam Houston, Texas 78234

Office of the Staff Judge Advocate
United States Army
Building 359
7021 Ingersoll Avenue
Fort Benning, Georgia 31905

Office of the Staff Judge Advocate
87th Air Base Wing Legal Office
Joint Base McGuire-Dix- Lakehurst
2901 Falcon Lane
JB MDL, New Jersey 08641

V. Adm. Walter E. Carter, Jr.
Superintendent
United States Naval Academy
121 Blake Road
Annapolis, Maryland 21402

Lt. Gen. Michelle D. Johnson
Superintendent
United States Air Force Academy
2304 Cadet Drive, Suite 3300
USAFA, Colorado 80840




## CERTIFICATE OF SERVICE (PROOF OF SERVICE)

I, Taquan Rahshe Gullett-El, also called Maalik Rahshe El, Divine Immortal Spirit in Live Flesh and Blood Natural Man of majority on the Land, In Propria Persona by Sui Juris capacity, Jus Sanguinis, Heir Apparent by Freehold of Inheritance, Original Autochthonous American Moor Alien (Friend) Republican Government Style and Form; hereby certify under penalty of bearing false witness that on or about this Twenty-First Day of the Fourth Month in the Year of Our Universal Allah (All-Law) Fourteen-Hundred Thirty-Seven [Gregorian Calendar Year 2017 — April 21], I caused to be hand-delivered and/or emailed and/or placed in the U.S. Registered or Certified Mail (First Class postage, pre-paid) and/or placed in Fed Ex and/or UPS delivery (First Class postage, pre-paid) one (1) original and/or one (1) copy of the following:

1. **Letter Rogatory: Indemnity Bond & Hold Harmless Writ of Assistance (11 pages)**
2. Reference copy of this Certificate of Service (PROOF OF SERVICE) (signed original on file) (1 page).

All parties required to be served have been served at the following mailing location:

Kim Lee Watson, 300 North Hogan Street, Suite 2-200, Jacksonville, Florida 32202
Jim Haskett, 300 North Hogan Street, Suite 2-200, Jacksonville, Florida 32202
Patrick Sheridan, 300 North Hogan Street, Suite 2-200, Jacksonville, Florida 32202
Jorge L. Pastrana, 846 NE 54th Terrace, Coleman, Florida 33521
Larry Brown, 300 North Hogan Street, Suite 2-450, Jacksonville, Florida 32202
Arnold Corsmeier, 300 North Hogan Street, Suite 700, Jacksonville, Florida 32202
Patricia D. Barksdale, 300 North Hogan Street, Chambers 5-311, Courtroom 5D, Jacksonville, Florida 32202
Paul Shorstein, 6550 St. Augustine Road #303, Jacksonville, Florida 32217.
Sam Hernandez, 312 North Spring Street, Room 754, Los Angeles California 90012
Andrew Cowan, 315 west 9th Street, Suite 501, Los Angeles, California 90015
Kim Cassulo, 600 U.S. Courthouse, 312 North Spring Street, Los Angeles, CA 90012-4703
Christina A. Snyder, 350 West First Street, Courtroom 8D, 8th Floor, Los Angeles, California 90012
Jacqueline Chooljian, 312 North Spring Street, Courtroom 20, 3rd Floor, Los Angeles, California 90012
Suzanne Segal, 255 East Temple Street, Courtroom 590, 5th Floor, Los Angeles, California 90012
Julian L. Andre, 312 North Spring Street, Suite 1200, Los Angeles, California 90012
Eddie Jauregui, 312 North Spring Street, Suite 1200, Los Angeles, California 90012
Cathy Ostiller, 312 North Spring Street, Suite 1200, Los Angeles, California 90012
Terri Nafisi, 312 North Spring Street, Room G-8, Los Angeles, California 90012
Moriah Radin, 321 East 2nd Street, Los Angeles, California 90012
Lilliana Coronado, 321 East 2nd Street, Los Angeles, California 90012
Brad Cooper, 6265 Gunbarrel Avenue, Suite B, Boulder, Colorado 80301
Thomas Kane, 320 First Street, Washington, D.C., 20534
FCI Coleman Medium, 846 NE 54th Terrace, Sumterville, Sumter County, Florida 33521
BI Incorporated, 6265 Gunbarrel Avenue, Suite B, Boulder, Boulder County, Colorado 80301
U.S. Marshals Service, 300 North Hogan Street, Suite 2-450, Jacksonville, Duval County, Florida 32202
U.S. Probation and Pretrial Services, 300 North Hogan Street, Suite 2-200 and Suite 6350, Jacksonville, Duval County, Florida 32202
U.S. Department of Justice, 300 North Hogan Street, Suite 700, Jacksonville, Duval County, Florida 32202
U.S. Attorney's Office, 300 North Hogan Street, Suite 700, Jacksonville, Duval County, Florida 32202
U.S. Department of Justice, 300 North Hogan Street, Suite 700, Jacksonville, Duval County, Florida 32202
Federal Bureau of Prisons, 320 First Street, Washington, District of Columbia, 20534

I am: _Maalik Taquan Rahshe Gullett-El Autochthonous American Moor Alien_

Taquan Rahshe Gullett-El, also called Maalik Rahshe El, Divine Immortal Spirit in Live Flesh and Blood Jus Sanguinis, Natural Man of majority on the Land, In Propria Persona by Sui Juris capacity, Heir Apparent Original Autochthonous American Moor Alien Government Style and Form
c/o 6722 Arlington Expressway, Suite 67213, Jacksonville Florida state
Timucuan Al Andalusia Northwest Amexem (Morocco)

## Verification

I, Taquan Rahshe Gullett-El, also called Maalik Rahshe El, Divine Immortal Spirit in Live Flesh and Blood Natural Man of majority on the Land, In Propria Persona by Sui Juris capacity, Jus Sanguinis, Heir Apparent, Original Autochthonous American Moor Alien (Friend) Republican Government Style and Form, do hereby declare and affirm by virtue of Divine Law, under penalties of perjury under the laws of Our Most High Creator Divine Source for the Force Universal Allah (All-Law), The Holy Koran Circle 7, The Zodiac Constitution, the laws of the State of Florida, and the laws of the United States of America, that I am competent to state the matters set forth, and herein; and that all of the facts stated are true, correct, complete, certain, not misleading, admissible as evidence, in accordance with declarant's best first-hand knowledge, understanding, and honorable intent, and if called upon for rhetoric as a witness to the veracity of evidence preferred and proffered, declarant shall so state.

[*State v. Shearer,* 617 So.2d (Fla. App. 5 Dist. 1993)]

This Affidavit is dated the Twenty-Fourth Day of the Fourth Month
in the Year of Our Universal Allah (All-Law)
Fourteen Hundred Thirty-Seven [Gregorian Calendar Year 2017 – April, 24]

In Honor.




I am: Maalik Taquan Rahshe Gullett-El Autochthonous American Moor Alien

Taquan Rahshe Gullett-El, also called Maalik Rahshe El, Divine Immortal Spirit in Live Flesh and Blood
Jus Sanguinis, Natural Man of majority on the Land, In Propria Persona by Sui Juris capacity, Heir Apparent
Original Autochthonous American Moor Alien (Friend) Government Style and Form
c/o 6722 Arlington Expressway, Suite 67213, Jacksonville Florida state
Timucuan Al Andalusia Northwest Amexem (Morocco)

Witness 1: Autochthonous American Moor Alien

Witness 2:

  

## Letter Rogatory: Indemnity Bond & Hold Harmless Writ of Assistance

**Re:** Natural Rights and Human Rights Infringements of International Law of Peace and Law of War Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the *Geneva Conventions* and all annexes thereto

1. TO ALL SHERIFFS, CHIEFS, CONSULS, AND CONSTITUTIONALLY DELEGATED AUTHORITIES OF RECORD TAKE NOTICE that On the Record and for the Record, present is Taquan Rahshe Gullett-El, also called Maalik Rahshe El, Divine Immortal Spirit in Live Flesh and Blood Natural Man of majority on the Land, In Propria Persona by Sui Juris capacity, Jus Sanguinis, Heir Apparent by Freehold of Inheritance, Original Autochthonous American Moor Alien (Friend) Republican Universal Government Form and Testamentary Style [AAMARU©™®], a people of Our state and of sound firm mind; Competent by Conduct and Virtue for Moral Integrity and Upright Character, Honor, Fidelity, Respect, Courage, Temperance, Faith, Hope, Wisdom, Will, Love, Truth, Peace, Freedom, Justice, Prudence, Humility, and Service, guided only by Our Most High Creator Divine Source for the Force Universal Allah (All-Law) whom sustains all protection and provision for Life, Liberty, Property, Family, Natural Environment, and Cultural Heritage.

2. One, the Original Autochthonous American Moor Alien (Friend) Republican Universal Government Form and Testamentary Style [AAMARU©™®], hereinafter, "declarant," rises and gives honor and recognition to The Holy Koran Circle 7, The Zodiac Constitution (Registration No. AA222141 Truth Ai-Class A)and all annexes thereto; The Holy Qur'an, The Great Law of Peace, The Iroquois Constitution, The American Declaration of Independence

(1776); The Treaty of Peace and Friendship (1787), The Madrid Convention on Protection in Morocco (July 3, 1880), Articles of united states for America Organic Constitution (1787), Bill of Rights of united states for America Organic Constitution (1787), The Universal Declaration on Human Rights (1948), The American Declaration of the Rights and Duties of Man (1948) inclusive without limitation all annexes thereto, The United Nations Declaration of the Rights of the Child (1959), The Universal Declaration on the Rights of Indigenous Peoples (2006), The International Proclamation for the Original Autochthonous American Moor Alien (Friend) Republican Universal Government Form and Testamentary Style [AAMARU©™®](2016), The International Resolution For Competence By Conduct and Virtue – Affidavit of Bona Fide Moral Integrity and Upright Character Lawful Status (2016), United Nations General Assembly Declaration on the Granting of Independence to Colonial Countries (Countees) and Peoples 1514 (XV) 947th Plenary Meeting (14 December 1960), the *Hague Conventions* and the *Geneva Conventions* inclusive without limitation of all annexes thereto.

3. The declarant is General Executor / Caveator-Creditor by testamentary style trust conveyancing of Caveat: Declaration of Final Default Judgment 16-2017-CP-1025 [RB 917 549 140 US] (Registrar (Probate Court) Recorder Doc # 2017104658; OR BK 17971, Pages 674-680), TAQUAN RASHIE GULLETT©™® Estate Authenticated Birth Certificate, Registered Copyright, Registered Trademark (united states for America Post Office No. RE246590423US), Copyright / Trade-Name / Trademark Contract, Registered Fictitious Name (Florida Department of State No. G15000018576); Registered Surety Bond with Collateral (EL 156253975 US), Fiduciary Appointment Contract (EL 156253975 US), Taquan Rashie Gullett©™® Estate Allodial Cost Schedule 16-2017-CA-2142 [RB 917 549 140 US] (Registrar (Probate Court) Recorder Doc #2017082163; OR BK 17940, Page 1662),

Paramount Security Interest Holder (Maritime Lien No. RE246590573US Putnam County Florida Inst. No. 201054714241, California UCC 10-7228787860, California UCC 10-7253610631, California UCC 13-7375042214, California UCC 13-73750423, California UCC 14-7415317710, Kentucky UCC 2014-2695084-41.01), over all alphabetical and/or numerical derivations and/or variations of TAQUAN RASHIE GULLETT©™© Estate Letters Patent, Sign Manuals, Rights, Titles, and Interests inclusive without limitation of all annexes thereto.

## Indemnity Bond & Hold Harmless Writ of Assistance

4. The declarantdoes hereby reserve all Natural rights, all Human rights, and in accord with the International (Transnational) Law of Peace and the International (Transnational) Law of War, does hereby give **Notice** of Natural Rights and Human Rights Infringements of International Law of Peace and Law of War Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and *Geneva Conventions* and all annexes thereto by this **Letter Rogatory: Indemnity Bond & Hold Harmless Writ of Assistance.** All **Sheriffs, Chiefs, Consuls,** and constitutionally delegated Authorities <u>are fully bonded, insured, underwritten, and indemnified to immediately, speedily, and expeditiously provide assistance of maximum maintenance, maximum cure, and maximum remedy to</u> declarant in the enforcement of the judgment of this Private Civil Action Fourth Judicial Circuit Case Number 16-2017-CA-2142 for the protection and preservation of (Alien Friend) Taquan Rashie Gullett©™© Estate *lex loci rei sitæ* Timucuan Al Andalusia Northwest Amexem [Morocco] [see Case Number 16-2017-CA-2142 Docket Entry 11, Declarant's [Filed, Accepted, & Approved] Replevin Bond RB 917 549 140 US page 2, pages 9-29, pages 39-40, pages 49-50]; [see Case Number 16-2017-CA-2142 - Notice of Default and Estoppel (Docket Entry 35); see Notice of Appeal Doc # 2017095681, OR BK 17958, pages 1466-1470; see Appeal 1D17-1699 - Notice of Default and Estoppel]; [see 1st DCA Appeal 1D17-1699; 1st DCA Appeal 1D17-1851; and all annexes thereto]; [see Caveat: Declaration of Final Default Judgment 16-2017-CP-1025 [RB 917 549 140 US] (Registrar (Probate Court) Recorder Doc # 2017104658, OR BK 17971, Pages 674-680)].

- *Law of Peace*, Volume 1," Headquarters, Department of the Army, September 1979 page 1-1) [hereinafter cited as *"Law of Peace"*]

- *Law of War Manual* – Department of Defense Directive 2310.0E, *DoD Law of War Program.* ¶5.1.4 (2006) [hereinafter cited as *"Law of War"*]

5. This Writ of Assistance is for (Alien Friend's) declarant's enforcement of judgment against for respondent(s)' [remitter(s)'] remittance of compensation sum certain in the amount of Seven Hundred Eighty-One ($781.000.000.00) Million One _ Ounce Silver coins of .9999 fine silver and remittance of damages sum certain in the amount of Two Hundred Thirty-Four ($234.300.000.00) Million Three Hundred Thousand One Ounce Silver coins of .9999 fine silver, plus costs incurred in bringing this action. This Writ of Assistance is also for the protection and preservation of (Alien Friend) Taquan Rashie Gullett©™® Estate *lex loci rei sitæ* Molly's Garden Countee, Timucuan Al Andalusia, Northwest Amexem (Morocco) [Jacksonville Florida state] from respondent(s)' acts of Trespass, Executor De Son Tort, Unlawful Reversion of Estate and Hereditaments, and Unlawful Escheatment of Estate and Hereditaments in violation of Private International Law, Law of Peace, Law of War, and International Treaties.

6. The declarant reserves the right to seek a deficiency against the respondent(s) for any and all sums which may remain due to the declarant and unremitted after disposition of the collateral described in Taquan Rashie Gullett©™® Estate Title, Rights, and Interests Documents.

7. All Sheriffs, Chiefs, Consuls, constitutionally delegated Authorities, and Officers of the uniformed services of the United States have a duty to support and defend the Constitution of the United States, and all treaties before and after, against all enemies, foreign and domestic, as set forth in the United States Uniformed Services Oath of Office [U.S. Code § 3331 - Oath of office], which each officer takes upon commissioning:

"I, AB, do solemnly swear (or affirm) that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. (So help me God)."

8. Whoever, having knowledge of the actual commission of a felony cognizable by a court of the United States, conceals and does not as soon as possible make known the same to some judge or other person in civil or military authority under the United States, shall be fined under this title or imprisoned not more than three years, or both.

### Misprision of felony codified at [18 U.S. Code § 4]
#### Elements
The offense of concealing a felony committed by another, but without such previous concert with or subsequent assistance to the felon as would make the party concealing an accessory before or after the fact. 4 Steph. Comm. 260; 4 Bl. Comm. 121; *Carpenter v. State*, 62 Ark. 286, 36 S.W. 900. *Black's Law Dictionary 2nd Edition*

### Misprision of Treason codified at [18 U.S. Code § 2381]
#### Elements
The bare knowledge and concealment of an act of treason or treasonable plot, that is without any assent or participation therein, for if the latter elements be present the party becomes a principal. 4 Bl. Comm. 120; Pen. Code Cal. § 38.
*Black's Law Dictionary 2nd Edition*

### Action for neglect to prevent codified at [42 U.S. Code § 1986]
#### Elements
Every person who, having knowledge that any of the wrongs conspired to be done, and mentioned in section 1985 of this title, are about to be committed, and having power to prevent or aid in preventing the commission of the same, neglects or refuses so to do, if such wrongful act be committed, shall be liable to the party injured, or his legal representatives, for all damages caused by such wrongful act, which such person by reasonable diligence could have prevented; and such damages may be recovered in an action on the case; and any number of persons guilty of such wrongful neglect or refusal may be joined as defendants in the action; and if the death of any party be caused by any such wrongful act and neglect, the legal representatives of the deceased shall have such action therefor, and may recover not exceeding $5,000 damages therein, for the benefit of the widow of the deceased, if there be one, and if there be no widow, then for the benefit of the next of kin of the deceased. But no action under the provisions of this section shall be sustained which is not commenced within one year after the cause of action has accrued. (R.S. § 1981.)

9.  This Writ of Assistance is in full accord with the following International Treaties and
International Law:

- The Treaty of Peace and Friendship (1787)

- The Madrid Convention on Protection in Morocco (July 3, 1880) – designates the
  status of Moroccan subjects, Moors and Our families, as Internationally Protected
  Persons:
    o Codified at [Title 18 U.S.C§11]– Foreign government defined;
      [Title 18 U.S.C§112] – Protection of foreign officials, official
      guests, and internationally protected persons; [Title 18
      U.S.C§878] – Threats and extortion against foreign officials,
      official guests, or internationally protected persons; [Title 18
      U.S.C§1116] — Murder or manslaughter of foreign officials,
      official guests, or internationally protected persons; [Title 18
      U.S.C§1201] – Kidnapping; [Title 18 U.S.C§877] — Mailing
      threatening communications from foreign country.

- The Universal Declaration on Human Rights (1948)

- The American Declaration of the Rights and Duties of Man (1948)

- The United Nations Declaration of the Rights of the Child
  (1959)

- The Universal Declaration on the Rights of Indigenous Peoples (2006)

- The International Proclamation for the Original Autochthonous American
  Moor Alien Republican Government Style and Form (2016)

- The International Resolution For Competence By Conduct
  and Virtue — Affidavit of Bona Fide Moral Integrity and
  Upright Character Lawful Status (2016)

- Florida Stand Your Ground Law codified at [Florida
  Statutes Chapter 776 §§ 776.012 — 776.09]

- [Executive Order 13773] — Enforcing Law With Respect to
  Transnational Criminal Organizations, Federal Register
  Volume 82, Number 29, Thursday, February 9, 2017
  (published Tuesday, February 14, 2017), pages 10691 —
  10693

- Apostolic Letter Issued *Motu Proprio* (2013) on the jurisdiction of judicial authorities of Vatican City State in criminal matters

- United Nations General Assembly Declaration on the Granting of Independence to Colonial Countries (Countees) and Peoples 1514 (XV) 947th Plenary Meeting (14 December 1960)

- *Hague Conventions and Geneva Conventions* and all annexes thereto

Respectfully and In Honor.

Cc:

Vice Admiral James W. Crawford III, Judge Advocate General Navy
Rear Admiral John G. Hannik, Deputy Judge Advocate General Navy
Command Master Chief (Code 004), JAG / NLSC Inspector General (Code 002)
Special Assistant for Strategic Planning (Code SASP), Criminal Law (Code 20)
1322 Paterson Avenue, Suite 3000, Washington Navy Yard, District of Columbia 20374-5066

Anne M. Brennan, Acting General Counsel of the Navy
Garrett L. Ressing, Deputy General Counsel of the Navy
2000 Navy Pentagon, Washington, District of Columbia 20350

Major General Michael A. Calhoun, Adjutant General Florida Army & Air National Guard
St. Francis Barracks, 82 Marine Street, St. Augustine, Florida 32084

Rear Admiral Steven J. Anderson, Judge Advocate General & Chief Counsel U.S. Coast Guard
(TJAG) CG-094. HQ* room 2E 19-00
Mr. Calvin Lederer, Deputy Judge Advocate General U.S. Coast Guard
CG-094D. HQ* room 2E 19-00
* COMMANDANT (CG-094#), ATTN: US COAST GUARD STOP 7213
2703 MARTIN LUTHER KING JR AVENUE SE, WASHINGTON, DISTRICT OF COLUMBIA 20593-7213

RB 917 519 140 US

Secretary-General Antonio Guterres
Deputy Secretary-General Amina J. Mohammed
United Nations Security Council
International Court of Justice
United Nations Headquarters
405 East 42nd Street, New York, New York 10017

H. E. Mr. Peter Thompson, President
United Nations General Assembly
United Nations Headquarters
405 East 42nd Street, New York, New York 10017

The International Law Commission
United Nations Headquarters
Attn: Secretary of the International Law Commission
2 United Nations Plaza
323 East 44th Street, Room: DC2-0566
New York, New York 10017

Admiral James Alexander Winnefeld, Jr.
Vice Chairman
Joint Chiefs of Staff
9999 Joint Staff Pentagon
Washington, DC 20318-9999

General Joseph Francis Dunford, Jr.
Commandant of the Marine Corps
Headquarters, US Marine Corps
3000 Marine Corps
Pentagon Washington, DC 20350

General Frank J. Grass
Chief, National Guard Bureau
1636 Defense Pentagon Suite 1E169
Washington, DC 20301-0001

Admiral Jonathan William Greenert
Chief of Naval Operations
2000 Navy Pentagon
Washington, DC 20350-2000

General Raymond Thomas Odierno
Army Chief of Staff
200 Army Pentagon
Washington, DC 20310-0200

General Mark Anthony Welsh III
Air Force Chief of Staff
1670 Air Force Pentagon
Washington, DC 20330-1670

Provost Marshal General Mark S. Inch
Office of the Provost Marshal General
Attention: CID Office
2800 Army Pentagon
Washington, District of Columbia
20310-2800

General Joseph Francis Dunford, Jr.
Chairman Joint Chiefs of Staff
9999 Joint Staff Pentagon
Washington, District of Columbia
20318-9999

RB 917 549 140 US

Jeff Sessions, U.S. Attorney General
950 Pennsylvania Avenue, NW
Washington, District of Columbia
20530-0001

Melissa Nelson, State Attorney
Fourth Judicial Circuit
311 West Monroe Street
Jacksonville, Florida 32202-4242

Florida Department of Law Enforcement
Jacksonville Regional Operations Center
Northeast Florida Investigations &
Domestic Security Task Force
921 North Davis Street, Building E
Jacksonville, Florida 32209-6804

Mike Williams, Duval County Sheriff
501 East Bay Street
Jacksonville, Florida 32202-2975

United States Department of State
U.S. Central Authority for Hague and
Inter-American Service Conventions
Office of International Judicial Assistance
1100 L. Street, N.W., Room 11006
Washington, District of Columbia
20522-1710

Office of the Staff Judge Advocate
RLSO MIDLANT HQ
United States Navy
9620 Maryland Avenue, Suite 201
Norfolk, Virginia 23511-2939

Office of the Staff Judge Advocate
RLSO MIDWEST HQ
United States Navy
Building 2
2540 Paul Jones Street, Suite 300
Great Lakes, Illinois 60088-2936

G. E. Lattin
Director, General Litigation Division
Department of the Navy
Office of the Judge Advocate General
1332 Patterson Ave. SE, Suite 3000
Washington Navy Yard, D.C. 20374

Inter-American Commission on Human Rights
Organization of American States
1889 F. Street, NW
Washington, District of Columbia 20318-9999

Rick Swearingen, FDLE Commissioner
Florida Department of Law Enforcement
2331 Phillips Road
Tallahassee, Florida 32308

Florida Department of Law Enforcement
Statewide Office of Investigations &
Domestic Security Task Force
2331 Phillips Road
Tallahassee, Florida 32308

W. Stephen Muldrow, U.S. Attorney
400 North Tampa Street, Suite 3200
Tampa Florida 33602

R. Adm. Sandra L. Stosz, Superintendent
United States Coast Guard Academy
31 Mohegan Avenue
New London, Connecticut 06420

Office of the Staff Judge Advocate
RLSO SOUTHWEST HQ
United States Navy
3939 Sturtevant Street, Suite 9
San Diego, California 92136

Office of the Staff Judge Advocate
RLSO NORTHWEST HQ
United States Navy
Building 433 Code 1308
365 South Barclay Street
Bremerton, Washington 98314

Lt. Cdr. Breier Scheetz
Judge Advocate General
NLSO Central Branch Office
400 Russell Avenue, Bldg. 492, Rm. 102
NAS JRB Belle Chasse
New Orleans, Louisiana 70143-6100

RD 917 519 140 US

OR BK 18099 PAGE 996

Office of the Staff Judge Advocate
Marine Corps Installations East
Marine Corps Base Camp Lejeune
812 Holcomb Boulevard
Jacksonville, North Carolina 28542

Office of the Staff Judge Advocate
HQ, XVIII Airborne Corps
ATTN: AFZA-JA
2175 Reilly Road, Stop A
Fort Bragg, North Carolina 28310-5000

Office of the Staff Judge Advocate
United States Army
Building 29718
419 B Street
Fort Gordon, Georgia 30905

Col. S. Shubert
Judge Advocate General
United States Army
8090 Alabama Avenue, Bldg. 1454
Fort Polk, Louisiana 71459

Office of the Staff Judge Advocate
United States Army South
HQ 101st Airborne Division (Air Assault)
ATTN: AFZB-JA-ADM
Fort Campbell, Kentucky 42223-5208

Office of the Staff Judge Advocate
Joint Base Lewis-McChord
Building 2027 A-Wing
North 8th and Lissett Avenue
JBLM, Washington 98433

Office of the Staff Judge Advocate
96th Test Wing
Building 2, Suite 1
401 West Van Matre Avenue
Eglin AFB, Florida 32542-438

Lt. Gen. Robert L. Caslen
Superintendent
United States Military Academy
West Point, New York 10996

Office of the Staff Judge Advocate
Marine Corps Base Camp Pendleton
Building #56
3395 Sturtevant Street, Suite 2
San Diego, California 92136-5138

Office of the Staff Judge Advocate
United States Army
Training Center and Fort Jackson
2600 Lee Road
Fort Jackson, South Carolina 29207

Office of the Staff Judge Advocate
United States Army
Combined Arms Center
615 McClellan Avenue
Fort Leavenworth, Kansas 66027

Office of the Staff Judge Advocate
United States Army South
4130 Stanley Road, Suite 604
Fort Sam Houston, Texas 78234

Office of the Staff Judge Advocate
United States Army
Building 359
7021 Ingersoll Avenue
Fort Benning, Georgia 31905

Office of the Staff Judge Advocate
87th Air Base Wing Legal Office
Joint Base McGuire-Dix- Lakehurst
2901 Falcon Lane
JB MDL, New Jersey 08641

V. Adm. Walter E. Carter, Jr.
Superintendent
United States Naval Academy
121 Blake Road
Annapolis, Maryland 21402

Lt. Gen. Michelle D. Johnson
Superintendent
United States Air Force Academy
2304 Cadet Drive, Suite 3300
USAFA, Colorado 80840

RB 917 549 145 US

# Additional Cc Mailing List

**Rachid Zein, Counselor in charge of the Consular Section**
Embassy of the Kingdom of Morocco
1211 Connecticut Avenue, N.W., Suite 312, Washington, District of Columbia 20036

**Consulate General Mr. Mohammed Benabdeljalil**
Consulate General of The Kingdom of Morocco in the United States
10 East 40th Street, New York, New York 10016

**Jose Ramon Cabanas Rodriguez, Ambassador**
Cuban Embassy in Washington, District of Columbia
2630 16th Street, N.W., Washington, District of Columbia 20009

**Bernardo Alvarez Herrera, Ambassador**
Embassy of Bolivarian Republic of Venezuela
1099 30th Street, N.W., Washington, District of Columbia 20007

**Consulate General Liu Jian**
Consulate General of the People's Republic of China
443 Shatto Place, Los Angeles, California 90020

**Cui Tiankai, Ambassador**
Embassy of the People's Republic of China
3505 International Place, N.W., Washington, District of Columbia 20008

**Mninwa Mahlangu, Ambassador**
Embassy of South Africa
3050 Massachusetts Avenue, N.W., Washington, District of Columbia 20008

**Zeid Ra'ad Al Hussein, High Commissioner for Human Rights**
Office of the United Nations High Commissioner for Human Rights (OHCHR)
OHCHR in New York / UN Headquarters
New York, New York 10017

RB 917 513 149 US

## Verification

I, Taquan Rahshe Gullett-El, also called Maalik Rahshe El, Divine Immortal Spirit in Live Flesh and Blood Natural Man of majority on the Land, In Propria Persona by Sui Juris capacity, Jus Sanguinis, Heir Apparent, Original Autochthonous American Moor Alien (Friend) Republican Government Style and Form, do hereby declare and affirm by virtue of Divine Law, under penalties of perjury under the laws of Our Most High Creator Divine Source for the Force Universal Allah (All-Law), The Holy Koran Circle 7, The Zodiac Constitution, the laws of the State of Florida, and the laws of the United States of America, that I am competent to state the matters set forth, and herein, and that all of the facts stated are true, correct, complete, certain, not misleading, admissible as evidence, in accordance with declarant's best first-hand knowledge, understanding, and honorable intent, and if called upon for rhetoric as a witness to the veracity of evidence preferred and proffered, declarant shall so state.

[State v. Shearer, 617 So.2d (Fla. App. 5 Dist. 1993)]

This Affidavit is dated the First Day of the Sixth Month
in the Year of Our Universal Allah (All-Law)
Fourteen Hundred Thirty-Seven [Gregorian Calendar Year 2017 – June, 1]

In Honor.



I am: _Maalik Taquan Rahshe Dullit-El Autochthonous American Moor Al cochien_

Taquan Rahshe Gullett-El, also called Maalik Rahshe El, Divine Immortal Spirit in Live Flesh and Blood
Jus Sanguinis, Natural Man and Woman of majority on the Land, In Propria Persona by Sui Juris capacity, Heir Apparent
Original Autochthonous American Moor Alien (Friend) Republican Universal Government Form and Testamentary Style
c/o 6722 Arlington Expressway, Suite 67213, Jacksonville Florida state
Timucuan Al Andalusia Northwest Amexem (Morocco)

Witness 1: _Agally Sabra El Veteruch El Autochthonous American Mar Friend_ Alien

Witness 2: _____

16-2017-CP-001020-XXXX-MA

Filing # 55581630 E-Filed 04/26/2017 06:31:59 PM

  

## IN THE CIRCUIT COURT, FOURTH JUDICIAL CIRCUIT, IN AND FOR DUVAL COUNTY, FLORIDA

In Re: Estate of,                                   Registered Mail # RB 917 549 153 US

SYTERIA LAWRENCE,                                   File Number:
　　　　Deceased.
　　　　　　　　　　　　　　　　　　　　　　Probate Division:

## CAVEAT

1. The interest of the caveator is that of the General Executrix of Syteria Lawrence, deceased, who died on or about March 28, 1954.

2. Caveator's name and specific mailing location is:

　　Syteria Hephzibah-El
　　c/o 6722 Arlington Expressway, Suite 67213
　　Jacksonville, Florida [32211]

3. Caveator hereby designates Syteria Hephzibah-El, General Executrix, in Duval County, whose specific mailing location is above-listed, as caveator's agent for the service of notice. Caveator requests that the Court not admit a Will of the Decedent to probate or appoint a personal representative without formal notice on caveator or her designated agent and that caveator be given such additional notice as the Florida Probate Rules require.

　　Under penalties of perjury, I declare that I have read the foregoing, and the facts alleged are true, to the best of my knowledge and belief.

　　Autographed on the Twenty-Fifth Day of the Fourth Month M.C.Y. 1437 [G.C.Y. 2017]

　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Caveator

Acceptance:

I CERTIFY that I hereby accept the foregoing designation as agent.
Autographed on the Twenty-Fifth Day of the Fourth Month M.C.Y. 1437 [G.C.Y. 2017]

　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Agent

Caveat: Declaration of Final Default Judgment.
1 of 7
RB 917 549 153 US

ACCEPTED: DUVAL COUNTY, RONNIE FUSSELL, CLERK, 04/27/2017 08:05:05 AM

OR BK 17971 PAGE 809

# Caveat: Declaration of Final Default Judgment

1. TO ALL PARTIES AND TO THEIR ATTORNEY(S) OF RECORD TAKE NOTICE that On the Record and for the Record, present is Syteria Hephzibah-El, also called Highly Favored Shekinah El, Divine Immortal Spirit in Live Flesh and Blood Natural Woman of majority on the Land, In Propria Persona by Sui Juris capacity, Jus Sanguinis, Heir Apparent by Freehold of Inheritance, Original Autochthonous American Moor Alien (Friend) Republican Government Style and Form, a people of Our state and of sound firm mind; Competent by Conduct and Virtue for Moral Integrity and Upright Character, Honor, Fidelity, Respect, Courage, Temperance, Faith, Hope, Wisdom, Will, Love, Truth, Peace, Freedom, Justice, Prudence, Humility, and Service, guided only by Our Most High Creator Divine Source for the Force Universal Allah (All-Law) whom sustains all protection and provision for Life, Liberty, and Property.

2. One, the Original Autochthonous American Moor Alien (Friend) Republican Government Style and Form, hereinafter, "declarant," rises and gives honor and recognition to The Holy Koran Circle 7, The Zodiac Constitution (Registration No. AA222141 Truth A1-Class A), The Holy Qur'an, The American Declaration of Independence (1776), The Treaty of Peace and Friendship (1787), The Madrid Convention on Protection in Morocco (July 3, 1880), The Universal Declaration on Human Rights (1948), The American Declaration of the Rights and Duties of Man (1948), The United Nations Declaration of the Rights of the Child (1959), The Universal Declaration on the Rights of Indigenous Peoples (2006), The International Proclamation for the Original Autochthonous American Moor Alien (Friend) Republican Government Style and Form (2016), and The International Resolution For Competence By Conduct and Virtue — Affidavit of Bona Fide Moral Integrity and Upright Character Lawful Status (2016).

3. The declarant is General Executrix of SYTERIA LAWRENCE Authenticated Birth Certificate, Registered Copyright, Registered Trademark (Copyright Deposit No. 0031755), Copyright / Trade-Name / Trademark Contract, Registered Fictitious Name (Florida Department of State No. G15000000753), Registered Surety Bond with Collateral (3:15-00016), Fiduciary Appointment Contract (3:15-00016); Syteria Hephzibah©™® Estate Allodial Cost Schedule, Paramount Security Interest Holder (Maritime Lien No. RE603617867US Putnam County Florida Inst. No. 201054713722; Maritime Lien No. RE603617765US Putnam County Florida Intr. No. 201054710187; State of Florida UCC No. 2010053308; State of Florida UCC No. 201104871708; and Kentucky Secretary of State UCC Filing No. 2014-2695071-97.01; Duval County Recorder UCC Filing # 2015153501, Duval County Recorder UCC Filing # 2015185625), over SYTERIA LAWRENCE©™® Estate.

4. The declarant does hereby reserve all Natural rights, all Human rights, and in accord with [Florida Statutes 731.110 and Florida Rules of Evidence 90.201; 90.202, & 90.203] does hereby give **Caveat: Declaration of Final Default Judgment:**

5. The declarant does hereby declare the above-named judgment debtor(s) / propounder(s) failure and neglect to sufficiently or timely answer or respond by presentment of a valid and verified documentary evidence rebuttal to declarant's Private Civil Action Fourth Judicial Circuit Case Number 16-2017-CA-2144, does constitute judgment debtor(s) / propounder(s) consent to Entry of Final Default Judgment and Estoppel upon judgment debtor(s) / propounder(s) and judgment debtor(s) / propounder(s) accept all liability in this matter, as well as judgment debtor(s) / propounder(s) tacit acquiescence, acceptance, approval, consent, and agreement to all terms, conditions, and stipulations in declarant's Private Civil Action Fourth Judicial Circuit Case Number 16-2017-CA-2144 without limitation (see annexed Case Number 16-2017-CA-2144 Notice of Default and Estoppel – Docket Entry 42).

6. The debtor(s) / propounder(s) are in Default. As an operation of law (ipso jure) debtor(s) / propounder(s) by dishonor of declarant's Private Civil Action Fourth Judicial Circuit Case Number 16-2017-CA-2144 have caused Default. By the terms, conditions, and stipulations of the agreement resulting from the offer and acceptance of declarant's Private Civil Action Fourth Judicial Circuit Case Number 16-2017-CA-2144, debtor(s) / propounder(s) are under the duty and obligation to timely and in good faith rebut with law and great specificity and/or honor declarant's documentary evidence in declarant's Private Civil Action Fourth Judicial Circuit Case Number 16-2017-CA-2144 within twenty (20) days of presentment and to provide rebuttal verification in the form of documentary evidence. A dishonor of declarant's Private Civil Action Fourth Judicial Circuit Case Number 16-2017-CA-2144 discharges any alleged liability against declarant that debtor(s) / propounder(s) have attempted to claim. Allowing twenty (20) days for rebuttal, and the time allowed having passed for rebuttal, and with the Registrar (Probate Court) / Recorder / Clerk of Court showing no record of rebuttal, declarant now deems Private Civil Action Fourth Judicial Circuit Case Number 16-2017-CA-2144 is dishonored on or about the Twenty-Fourth Day of the Fourth Month Fourteen Thirty Seven (1437) [G.C.Y. 2017 – April 24], and therefore a judgment by confession, a judgment nil dicit, and a judgment by default is warranted.

7. As an operation of law (ipso jure), the FINAL admission of the facts and evidence set forth in declarant's Private Civil Action Fourth Judicial Circuit Case Number 16-2017-CA-2144, does establish that the whole matter of declarant's Private Civil Action Fourth Judicial Circuit Case Number 16-2017-CA-2144 is deemed Res Judicata and Stare Decisis. Therefore, ipso jure does hereby ADJUDGE, DECREE, and DECLARE:

*FIRST:* Let it be known to all whom these presents come, with Universal Allah (All-Law) as my witness that Syteria Lawrence (settlor) did create the final Will and Testament of Syteria Lawrence on the continental land mass of the Crest of Asia / Temple of the Moon and Sun / Northwest Amexem / Northwest Africa / North America / The North Gate / Al Maghrib Al Aqsa'(Alaska) / Al Moroccan (American) / Morocco – the most extreme west; on Moorish Calendar Year 1432 – Second Day of the Third Month [Gregorian Calendar Year 2012 – March 2ⁿᵈ], Let it be known that by Will and Intent of this Notice, Syteria Lawrence©™® Estate (title of trust) is Testate, and because the estate is Testate, the estate will never enter the courts of Probate (see annexed Amended Notice of Existence of Final Will and Testament of Syteria Lawrence - Case 16-2017-CA-2144 Docket Entry 22);

*SECOND:* Let it be known to all, that upon the sacred Moorish Calendar Year 1397 – Twenty-Eighth Day of the Third Month [Gregorian Calendar Year 1954 – March 28ᵗʰ] (date of death / date of trust), by this duly recorded Notice that the Office of General Executrix for the Syteria Lawrence©™® Estate (lex loci rei sitæ Duval County Florida Timucuan Al Andalusia Northwest Amexem [Morocco]) is hereby occupied by Highly Favored Shekinah Syteria Hephzibah-El; *Now at Present, Nunc Pro Tunc, and Henceforth* (see annexed Notice of Appointment of General Executrix - Case 16-2017-CA-2144 Docket Entry 15, see Notice of Absolute and Final Confirmation of General Executrix of Syteria Lawrence Estate - Case 16-2017-CA-2144 Docket Entry 30);

*THIRD:* Let it be known to all, that a valid and verified Claim of Right is duly registered and recorded into the Rolls of the Estate and into the rolls of the Registrar (Probate Court) / Recorder Duval County Florida (see annexed Notice of Claim of Right - Case 16-2017-CA-2144 Docket Entry 16);

*FOURTH:* Let it be known to all, that a valid and verified Claim of Title is duly registered and recorded into the Rolls of the Estate and into the rolls of the Registrar (Probate Court) / Recorder Duval County Florida (see annexed Notice of Claim of Title - Case 16-2017-CA-2144 Docket Entry 17);

*FIFTH:* Let it be known to all, that declarant Syteria Hephzibah-El, General Executrix, is caveator / creditor, and Irish Anderson; Cedric L. Donar; Kim Lee Watson; Jim Haskett; Patrick Sheridan; Marcia Morales Howard; Arnold B. Corsmeier; Monte C. Richardson; Patricia D. Barksdale; Jodi L. Wiles; Sheryl Loesch; Penelope Knox; A. Lee Bentley; Mac D. Heavener; Maurice Grant; Ramon De Leon; Donald Mairs; Donna Lee Elm; Germaine Seider; David P. Rhodes; Brad Cooper; Thomas R. Kane; Angela Cote Dempsey; Sara Hassler; Bradley R. Johnson; Gwen Marshall; Jesse Haskins; Peter Stoumbelis; Richie Blanco; Kenneth L. Green; Jon S.

Wheeler; Pamela Jo Bondi; BI Incorporated, and all subsidiaries and agents thereof; U.S. Marshals Service, and all subsidiaries and agents thereof; U.S. Probation and Pretrial Services; and all subsidiaries and agents thereof; U.S. Attorney's Office, and all subsidiaries and agents thereof; U.S. Department of Justice, and all subsidiaries and agents thereof; Federal Bureau of Prisons, and all subsidiaries and agents thereof; Florida Department of Highway Safety and Motor Vehicles, and all subsidiaries and agents thereof; Florida Highway Patrol, and all subsidiaries and agents thereof; Leon County Jail, and all subsidiaries and agents thereof; are judgment debtor(s) / propounder(s);

**SIXTH:** Let it be known to all, that declarant is entitled to all of the relief petitioned for in Private Civil Action Fourth Judicial Circuit Case Number 16-2017-CA-2144, including, without limitation, Syteria Lawrence©™© Estate rights, titles, and interests; the personal body of Syteria Lawrence©™© Estate and all collateral free and clear of any distresses, constraints, restraints, or detainments; the sum certain for debtor(s) / propounder(s) remittance of compensation of Seven Hundred Eighty-Eight ($788,000,000.00) Million One Ounce Silver coins of .9999 fine silver and remittance of damages of Two Hundred Thirty-Six ($236,400,000.00) Million Four Hundred Thousand One Ounce Silver coins of .9999 fine silver, plus costs incurred in bringing this action for debtor(s) / propounder(s) acts of unlawful detainment, trespass, and executor de son tort.

**SEVENTH:** Let it be known to all, that declarant reserves the right to a full inventory, forensic tracing, audit, and accounting, and declarant further reserves the right to seek a deficiency against the debtor(s) / propounder(s) for any and all sums which may remain due to the declarant and unremitted after disposition of the collateral described in Syteria Lawrence©™© Estate Title, Rights, and Interests Documents.

**EIGHTH:** Let it be known to all, that no order, action, declaration, decree, settlement, or any like or similar conveyance be made in regard to Syteria Lawrence©™© Estate without prior notice to the undersigned General Executrix.

8. Of this Caveat: Declaration of Final Default Judgment take due Notice and heed and govern accordingly. This Caveat: Declaration of Final Default Judgment is a complete and exclusive final statement of the terms of the agreement between the parties.

Respectfully and In Honor.

## Verification:

I, Syteria Hephzibah-El, also called Highly Favored Shekinah El, Divine Immortal Spirit in Live Flesh and Blood Natural Woman of majority on the Land, In Propria Persona by Sui Juris capacity, Jus Sanguinis, Heir Apparent, Original Autochthonous American Moor Alien (Friend) Republican Government Style and Form, do hereby declare and affirm by virtue of Divine Law, under penalties of perjury under the laws of Our Most High Creator Divine Source for the Force Universal Allah (All-Law); The Holy Koran Circle 7, The Zodiac Constitution, the laws of the State of Florida, and the laws of the United States of America, that I am competent to state the matters set forth, and herein, and that all of the facts stated are true, correct, complete, certain, not misleading, admissible as evidence, in accordance with declarant's best first-hand knowledge, understanding, and honorable intent, and if called upon for rhetoric as a witness to the veracity of evidence preferred and proffered, declarant shall so state.

[State v. Shearer, 617 So.2d (Fla. App. 5 Dist. 1993)]

This Affidavit is dated the Twenty-Fifth Day of the Fourth Month in the Year of Our Universal Allah (All-Law) Fourteen Hundred Thirty-Seven [Gregorian Calendar Year 2017 - April, 25]

In Honor.



I am: *Syteria Hephzibah El Autochthonous American Moor Alien Friend*
Syteria Hephzibah-El, also called Highly Favored Shekinah El, Divine Immortal Spirit in Live Flesh and Blood Jus Sanguinis, Natural Woman of majority on the Land, In Propria Persona by Sui Juris capacity, Heir Apparent Original Autochthonous American Moor Alien (Friend) Government Style and Form
℅ 6722 Arlington Expressway, Suite 67213, Jacksonville Florida state
Timuenan Al Andalusia Northwest Amexem (Morocco)

Witness 1: *Madi T. Taqiom Rebata Dullil-El Autochthonous American Moor Alien Friend*

Witness 2: _____

NN9175491531US

cy-00881-TJC-JBT   Document 1-3   Filed 08/01/17   Page 39 of 191 PageID
Filing # 55535291 E-Filed 04/25/2017 11:25:33 AM




# IN THE DISTRICT COURT OF APPEAL FIRST DISTRICT, FLORIDA
## - ipso jure -
### Fourth Judicial Circuit Duval County Florida

*First District Court of Appeal, Jon S. Wheeler, PM 10:04 PM, 4/24/2017 RECEIVED* (side margin)

Syteria Hephzibah-El,

      Petitioner,

**AFFIDAVIT OF FACT**

v.

**Registered Mail # RB 917 549 153 US**

Irish Anderson, a private person,
Cedric L. Donar, a private person
Kim Lee Watson, a private person,
Jim Haskett, a private person,
Patrick Sheridan, a private person,
Marcia Morales Howard, a private person
Arnold B. Corsmeier, a private person,
Monte C. Richardson, a private person
Patricia D. Barksdale, a private person,
Jodi L. Wiles, a private person,
Sheryl Loesch, a private person,
Penelope Knox, a private person,
A. Lee Bentley, a private person
Mac D. Heavener, a private person,
Maurice Grant, a private person,
Ramon De Leon, a private person,
Donald Mairs, a private person,
Donna Lee Elm, a private person
Germaine Selder, a private person,
David P. Rhodes, a private person,
Brad Cooper, a private person,
Thomas Kane, a private person,
Angela Cote Dempsey, a private person,
Sara Hassler, a private person,
Bradley R. Johnson, a private person,
Gwen Marshall, a private person,
Jesse Haskins, a private person,
Peter Stoumbelis, a private person,
Richie Blanco, a private person,
Kenneth L. Green, a private person,
Jon S. Wheeler, a private person,
Pamela Jo Bondi, a private person,
B1 Incorporated, a privately held company, and all subsidiaries and agents thereof,
U.S. Marshals Service, a privately held company, and all subsidiaries and agents thereof,
U.S. Probation and Pretrial Services, a privately held company, and all subsidiaries and agents thereof,
U.S. Attorney's Office, a privately held company, and all subsidiaries and agents thereof,
U.S. Department of Justice, a privately held company, and all subsidiaries and agents thereof,
Federal Bureau of Prisons, a privately held company, and all subsidiaries and agents thereof,
Florida Department of Highway Safety and Motor Vehicles, a privately held company, and all subsidiaries and agents thereof,
Florida Highway Patrol, a privately held company, and all subsidiaries and agents thereof,
Leon County Jail, a privately held company, and all subsidiaries and agents thereof,

      respondent(s).

**Fourth Judicial Circuit**
**Case Number: 16-2017-CA-2144**

**1st DCA Appeal Number: 1D17-1538**

## Letter Rogatory: Indemnity Bond & Hold Harmless Writ of Assistance

Letter Rogatory: Indemnity Bond & Hold Harmless Writ of Assistance
First District Court of Appeals – ipso jure – Fourth Judicial Circuit Duval County Florida
1 of 11

RB 917 549 153 US

# Letter Rogatory: Indemnity Bond & Hold Harmless Writ of Assistance

1. TO ALL SHERIFFS, CHIEFS, AND CONSTITUTIONALLY DELEGATED AUTHORITIES OF RECORD TAKE NOTICE that On the Record and for the Record, present is Syteria Hephzibah-El, also called Highly Favored Shekinah El, Divine Immortal Spirit in Live Flesh and Blood Natural Woman of majority on the Land, In Propria Persona by Sui Juris capacity, Jus Sanguinis, Heir Apparent by Freehold of Inheritance, Original Autochthonous American Moor Alien (Friend) Republican Government Style and Form, a people of Our state and of sound firm mind; Competent by Conduct and Virtue for Moral Integrity and Upright Character, Honor, Fidelity, Respect, Courage, Temperance, Faith; Hope, Wisdom, Will, Love, Truth, Peace, Freedom, Justice, Prudence, Humility, and Service, guided only by Our Most High Creator Divine Source for the Force Universal Allah (All-Law) whom sustains all protection and provision for Life, Liberty, and Property.

2. One, the Original Autochthonous American Moor Alien (Friend) Republican Government Style and Form, hereinafter, "declarant," rises and gives honor and recognition to The Holy Koran Circle 7, The Zodiac Constitution (Registration No. AA222141 Truth A1-Class A), The Holy Qur'an, The American Declaration of Independence (1776), The Treaty of Peace and Friendship (1787), The Madrid Convention on Protection in Morocco (July 3, 1880), The Universal Declaration on Human Rights (1948), The American Declaration of the Rights and Duties of Man (1948); The United Nations Declaration of the Rights of the Child (1959), The Universal Declaration on the Rights of Indigenous Peoples (2006); The International Proclamation for the Original Autochthonous American Moor Alien (Friend) Republican Government Style and Form (2016), and The International Resolution For Competence By Conduct and Virtue – Affidavit of Bona Fide Moral Integrity and Upright Character Lawful Status (2016).

3. The declarant is General Executrix of SYTERIA LAWRENCE©™® Authenticated Birth Certificate, Registered Copyright, Registered Trademark (Copyright Deposit No. 0031755), Copyright / Trade-Name / Trademark Contract, Registered Fictitious Name (Florida Department of State No. G15000000753), Registered Surety Bond with Collateral (3:15-00016), Fiduciary Appointment Contract (3:15-00016), Syteria Hephzibah©™® Estate Allodial Cost Schedule, Paramount Security Interest Holder (Maritime Lien No. RE603617867US Putnam County Florida Inst. No. 201054713722; Maritime Lien No. RE603617765US Putnam County, Florida Intr. No. 201054710187; State of Florida UCC No. 2010053308; State of Florida UCC No. 201104871708; and Kentucky Secretary of State UCC Filing No. 2014-2695071-97.01, Duval County Recorder UCC Filing # 2015153501, Duval County Recorder UCC Filing # 2015185625), over SYTERIA LAWRENCE©™® Estate.

## Indemnity Bond & Hold Harmless Writ of Assistance

4. The declarant does hereby reserve all Natural rights, all Human rights, and does hereby give Notice by Letter Rogatory: Fully Indemnified & Hold Harmless Writ of Assistance, that all Sheriffs, Chiefs, and constitutionally delegated Authorities are fully bonded, insured, underwritten, and indemnified to immediately, speedily, and expeditiously provide assistance of maximum maintenance, maximum cure, and maximum remedy to declarant in the enforcement of the judgment of this Private Civil Action Fourth Judicial Circuit Case Number 16-2017-CA-2144 (1st DCA Appeal 1D17-1538) for the protection and preservation of (Alien Friend) Syteria Lawrence©™® Estate *lex loci rei sitæ* Timucuan Al Andalusia Northwest Amexem [Morocco] (see Case Number 16-2017-CA-2144 Docket Entry 11, Declarant's [Filed,

Accepted, & Approved] Replevin Bond RB 917 549 153 US page 2, pages 6-17, pages 32-33, pages 42-43). [see 1st DCA Appeal 1D17-1538 /  Case Number 16-2017-CA-2144 - Notice of Default and Estoppel (Docket Entry 15)].

5.  This Writ of Assistance is for (Alien Friend's) declarant's enforcement of judgment against for respondent(s)' [remitter(s)'] remittance of compensation sum certain in the amount of Seven Hundred Eighty-Eight ($788,000,000.00) Million One   Ounce Silver coins of .9999 fine silver and remittance of damages sum certain in the amount of Two Hundred Thirty-Six ($236,400,000.00) Million Four Hundred Thousand One Ounce Silver coins of .9999 fine silver, plus costs incurred in bringing this action. This Writ of Assistance is also for the protection and preservation of (Alien Friend) Syteria Lawrence©™® Estate *lex loci rei sitæ* Timucuan Al Andalusia Northwest Amexem (Morocco) from respondent(s)' acts of Trespass, Executor De Son Tort, Unlawful Reversion of Estate and Hereditaments, and Unlawful Escheatment of Estate and Hereditaments in violation of Private International Law and International Treaties.

6.  The declarant reserves the right to seek a deficiency against the respondent(s) for any and all sums which may remain due to the declarant and unremitted after disposition of the collateral described in Syteria Lawrence©™® Estate Title, Rights, and Interests Documents.

7.  All Sheriffs, Chiefs, constitutionally delegated authorities, and officers of the uniformed services of the United States have a duty to support and defend the Constitution of the United States, and all treaties before and after, against all enemies, foreign and domestic, as set forth in the United States Uniformed Services Oath of Office [U.S. Code § 3331 - Oath of office], which each officer takes upon commissioning:

"I, AB, do solemnly swear (or affirm) that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God."

8. Whoever, having knowledge of the actual commission of a felony cognizable by a court of the United States, conceals and does not as soon as possible make known the same to some judge or other person in civil or military authority under the United States, shall be fined under this title or imprisoned not more than three years, or both.

### Misprision of felony [18 U.S. Code § 4]

The offense of concealing a felony committed by another, but without such previous concert with or subsequent assistance to the felon as would make the party concealing an accessory before or after the fact. 4 Steph. Comm. 260; 4 Bl. Comm. 121; *Carpenter v. State*, 62 Ark. 286, 36 S.W. 900. *Black's Law Dictionary 2nd Edition*

### Misprision of Treason [18 U.S. Code § 2381]

The bare knowledge and concealment of an act of treason or treasonable plot, that is without any assent or participation therein, for if the latter elements be present the party becomes a principal. 4 Bl. Comm. 120; Pen. Code Cal. § 38.
*Black's Law Dictionary 2nd Edition*

9. This Writ of Assistance is in full accord with the following International Treaties and International Law:

- The Treaty of Peace and Friendship (1787)

- The Madrid Convention on Protection in Morocco (July 3, 1880) – designates the status of Moroccan subjects, Moors and Our families, as Internationally Protected Persons:
  - Codified at [Title 18 U.S.C§11]- Foreign government defined; [Title 18 U.S.C§112] – Protection of foreign officials, official guests, and internationally protected persons; [Title 18 U.S.C§878] – Threats and extortion against foreign officials, official guests, or internationally protected persons; [Title 18 U.S.C§1116] – Murder or manslaughter of foreign officials, official guests, or internationally protected persons; [Title 18 U.S.C§1201] – Kidnapping;[Title 18 U.S.C§877] – Mailing threatening communications from foreign country.

- The Universal Declaration on Human Rights (1948)

- The American Declaration of the Rights and Duties of Man (1948)

- The United Nations Declaration of the Rights of the Child (1959)

- The Universal Declaration on the Rights of Indigenous Peoples (2006)

- The International Proclamation for the Original Autochthonous American Moor Alien Republican Government Style and Form (2016)

- The International Resolution For Competence By Conduct and Virtue – Affidavit of Bona Fide Moral Integrity and Upright Character Lawful Status (2016)

- Florida Stand Your Ground Law codified at [Florida Statutes Chapter 776 §§ 776.012 – 776.09]

- [Executive Order 13773] – Enforcing Law With Respect to Transnational Criminal Organizations, Federal Register Volume 82, Number 29, Thursday, February 9, 2017 (published Tuesday, February 14, 2017), pages 10691 - 10693

Respectfully and In Honor.

Cc:

Admiral James Alexander Winnefeld, Jr.
Vice Chairman
Joint Chiefs of Staff
9999 Joint Staff Pentagon
Washington, DC 20318-9999

General Frank J. Grass
Chief, National Guard Bureau
1636 Defense Pentagon Suite 1E 169
Washington, DC 20301-0001

General Raymond Thomas Odierno
Army Chief of Staff
200 Army Pentagon
Washington, DC 20310-0200

Provost Marshal General Mark S. Inch
Office of the Provost Marshal General
Attention: CID Office
2800 Army Pentagon
Washington, District of Columbia
20310-2800

Jeff Sessions, U.S. Attorney General
950 Pennsylvania Avenue, NW
Washington, District of Columbia
20530-0001

Melissa Nelson, State Attorney
Fourth Judicial Circuit
311 West Monroe Street
Jacksonville, Florida 32202-4242

Florida Department of Law Enforcement
Jacksonville Regional Operations Center
Northeast Florida Investigations &
Domestic Security Task Force
921 North Davis Street, Building E
Jacksonville, Florida 32209-6804

Mike Williams, Duval County Sheriff
501 East Bay Street
Jacksonville, Florida 32202-2975

General Joseph Francis Dunford, Jr.
Commandant of the Marine Corps
Headquarters, US Marine Corps
3000 Marine Corps
Pentagon Washington, DC 20350

Admiral Jonathan William Greenert
Chief of Naval Operations
2000 Navy Pentagon
Washington, DC 20350-2000

General Mark Anthony Welsh III
Air Force Chief of Staff
1670 Air Force Pentagon
Washington, DC 20330-1670

General Joseph Francis Dunford, Jr.
Chairman Joint Chiefs of Staff
9999 Joint Staff Pentagon
Washington, District of Columbia
20318-9999

Inter-American Commission on Human Rights
Organization of American States
1889 F. Street, NW
Washington, District of Columbia 20318-9999

Rick Swearingen, FDLE Commissioner
Florida Department of Law Enforcement
2331 Phillips Road
Tallahassee, Florida 32308

Florida Department of Law Enforcement
Statewide Office of Investigations &
Domestic Security Task Force
2331 Phillips Road
Tallahassee, Florida 32308

W. Stephen Muldrow, U.S. Attorney
400 North Tampa Street, Suite 3200
Tampa Florida 33602

United States Department of State
U.S. Central Authority for Hague and
Inter-American Service Conventions
Office of International Judicial Assistance
1100 L. Street, N.W., Room 11006
Washington, District of Columbia
20522-1710

R. Adm. Sandra L. Stosz, Superintendent
United States Coast Guard Academy
31 Mohegan Avenue
New London, Connecticut 06420

Office of the Staff Judge Advocate
RLSO MIDLANT HQ
United States Navy
9620 Maryland Avenue, Suite 201
Norfolk, Virginia 23511-2939

Office of the Staff Judge Advocate
RLSO SOUTHWEST HQ
United States Navy
3939 Sturtevant Street, Suite 9
San Diego, California 92136

Office of the Staff Judge Advocate
RLSO MIDWEST HQ
United States Navy
Building 2
2540 Paul Jones Street, Suite 300
Great Lakes, Illinois 60088-2936

Office of the Staff Judge Advocate
RLSO NORTHWEST HQ
United States Navy
Building 433 Code 1308
365 South Barclay Street
Bremerton, Washington 98314

G. E. Lattin
Director, General Litigation Division
Department of the Navy
Office of the Judge Advocate General
1332 Patterson Ave. SE, Suite 3000
Washington Navy Yard, D.C. 20374

Lt. Cdr. Breier Scheetz
Judge Advocate General
NLSO Central Branch Office
400 Russell Avenue, Bldg. 492, Rm. 102
NAS JRB Belle Chasse
New Orleans, Louisiana 70143-6100

Office of the Staff Judge Advocate
Marine Corps Installations East
Marine Corps Base Camp Lejeune
812 Holcomb Boulevard
Jacksonville, North Carolina 28542

Office of the Staff Judge Advocate
Marine Corps Base Camp Pendleton
Building #56
3395 Sturtevant Street, Suite 2
San Diego, California 92136-5138

Office of the Staff Judge Advocate
HQ, XVIII Airborne Corps
ATTN: AFZA-JA
2175 Reilly Road, Stop A
Fort Bragg, North Carolina 28310-5000

Office of the Staff Judge Advocate
United States Army
Training Center and Fort Jackson
2600 Lee Road
Fort Jackson, South Carolina 29207

Office of the Staff Judge Advocate
United States Army
Building 29718
419 B Street
Fort Gordon, Georgia 30905


Col. S. Shubert
Judge Advocate General
United States Army
8090 Alabama Avenue, Bldg. 1454
Fort Polk, Louisiana 71459


Office of the Staff Judge Advocate
United States Army South
HQ 101st Airborne Division (Air Assault)
ATTN: AFZB-JA-ADM
Fort Campbell, Kentucky 42223-5208


Office of the Staff Judge Advocate
Joint Base Lewis-McChord
Building 2027 A-Wing
North 8th and Lissett Avenue
JBLM, Washington 98433


Office of the Staff Judge Advocate
96th Test Wing
Building 2, Suite 1
401 West Van Matre Avenue
Eglin AFB, Florida 32542-438


Lt. Gen. Robert L. Caslen
Superintendent
United States Military Academy
West Point, New York 10996


Office of the Staff Judge Advocate
United States Army
Combined Arms Center
615 McClellan Avenue
Fort Leavenworth, Kansas 66027


Office of the Staff Judge Advocate
United States Army South
4130 Stanley Road, Suite 604
Fort Sam Houston, Texas 78234


Office of the Staff Judge Advocate
United States Army
Building 359
7021 Ingersoll Avenue
Fort Benning, Georgia 31905


Office of the Staff Judge Advocate
87th Air Base Wing Legal Office
Joint Base McGuire-Dix- Lakehurst
2901 Falcon Lane
JB MDL, New Jersey 08641


V. Adm. Walter E. Carter, Jr.
Superintendent
United States Naval Academy
121 Blake Road
Annapolis, Maryland 21402


Lt. Gen. Michelle D. Johnson
Superintendent
United States Air Force Academy
2304 Cadet Drive, Suite 3300
USAFA, Colorado 80840

## Verification

I, Syteria Hephzibah-El, also called Highly Favored Shekinah El, Divine Immortal Spirit in Live Flesh and Blood Natural Woman of majority on the Land, In Propria Persona by Sui Juris capacity, Jus Sanguinis, Heir Apparent, Original Autochthonous American Moor Alien (Friend) Republican Government Style and Form, do hereby declare and affirm by virtue of Divine Law, under penalties of perjury under the laws of Our Most High Creator Divine Source for the Force Universal Allah (All-Law), The Holy Koran Circle 7, The Zodiac Constitution, the laws of the State of Florida, and the laws of the United States of America, that I am competent to state the matters set forth, and herein, and that all of the facts stated are true, correct, complete, certain, not misleading, admissible as evidence, in accordance with declarant's best first-hand knowledge, understanding, and honorable intent, and if called upon for rhetoric as a witness to the veracity of evidence preferred and proffered, declarant shall so state.

[*State v. Shearer*, 617 So.2d (Fla. App. 5 Dist. 1993)]

This Affidavit is dated the Twenty-Fourth Day of the Fourth Month
in the Year of Our Universal Allah (All-Law)
Fourteen Hundred Thirty-Seven [Gregorian Calendar Year 2017 – April, 24]

In Honor.



I am: _____ Autochthonous American Moor Alien Friend
Syteria Hephzibah-El, also called Highly Favored Shekinah El, Divine Immortal Spirit in Live Flesh and Blood
Jus Sanguinis, Natural Woman of majority on the Land, In Propria Persona by Sui Juris capacity, Heir Apparent
Original Autochthonous American Moor Alien (Friend) Government Style and Form
$c/_0$ 6722 Arlington Expressway, Suite 67213, Jacksonville Florida state
Timucuan Al Andalusia Northwest Amexem

Witness 1: Noble Toquan Rolodex DuBut-El Autochthonous American Moor Alien Friend

Witness 2: _____

## CERTIFICATE OF SERVICE (PROOF OF SERVICE)

I HEREBY CERTIFY that a copy hereof has been furnished to Sean Patrick Flynn and W. Stephen Muldrow, 400 North Tampa Street, Suite 3200, Tampa Florida 33602, W.Stephen.Muldrow@usdoj.gov, Sean.Flynn2@usdoj.gov; and Pamela Jo Bondi, The Capitol, Suite PL-01, Tallahassee, Florida 32399-1050, pam.bondi@myfloridalegal.com; on or about this Twenty-Fourth Day of the Fourth Month in the Year of Our Universal Allah (All-Law) Fourteen Hundred Thirty-Seven [Christian Calendar Year 2017 – April, 24].

Irish Anderson, 300 North Hogan Street, Suite 6350, Jacksonville, Florida 32202
Cedric Donar, 300 North Hogan Street, Suite 6350, Jacksonville, Florida 32202
Kim Lee Watson, 300 North Hogan Street, Suite 2-200, Jacksonville, Florida 32202
Jim Haskett, 300 North Hogan Street, Suite 2-200, Jacksonville, Florida 32202
Patrick Sheridan, 300 North Hogan Street, Suite 2-200, Jacksonville, Florida 32202
Marcia Morales Howard, Chambers 11-350, Courtroom 10B, 300 North Hogan Street, Jacksonville, Florida 32202
Arnold Corsmeier, 300 North Hogan Street, Suite 700, Jacksonville, Florida 32202
Monte C. Richardson, Chambers 5-411, Courtroom 5C, 300 North Hogan Street, Jacksonville, Florida 32202
Patricia D. Barksdale, 300 North Hogan Street, Chambers 5-311, Courtroom 5B, Jacksonville, Florida 32202
Jodi L. Wiles, Courtroom 10D, 300 North Hogan Street, Jacksonville, Florida 32202
Sheryl Loesch, 400 North Tampa Street, Suite 3200, Tampa, Florida 33602
Penelope Knox, 300 North Hogan Street, Suite 2-450, Jacksonville, Florida 32202
A. Lee Bentley, 300 North Hogan Street, Suite 700, Jacksonville, Florida 32202
Mac D. Heavener, 400 North Tampa Street, Suite 3200, Tampa, Florida 33602
Maurice Grant, 200 West Forsyth Street, Suite 1240, Jacksonville Florida 32202
Ramon De Leon, 1645 Biscayne Boulevard, Suite 310, Miami, Florida 33132
Donald Mairs, 1035 LaSalle Street, Jacksonville, Florida 32207
Donna Lee Helm, 200 West Forsyth Street, Suite 1240, Jacksonville Florida 32202
Germaine Seider, 400 North Tampa Street, Suite 3200, Tampa, Florida 33602
David P. Rhodes, 400 North Tampa Street, Suite 3200, Tampa, Florida 33602
Brad Cooper, 6265 Gunbarrel Avenue, Suite B, Boulder, Colorado 80301
Thomas Kane, 320 First Street, Washington, D.C., 20534
Angela Cote Dempsey, 301 South Monroe Street, Courtroom 3B, Tallahassee, Florida 32301
Sara Hassler, 301 South Monroe Street, Tallahassee, Florida 32301
Bradley R. Johnson, 2900 Apalachee Parkway, Tallahassee, Florida 32399
Gwen Marshall, 301 South Monroe Street, # 100, Tallahassee, Florida 32301
Jesse Haskins, The Capitol PL-01, Tallahassee, Florida 32359-6507
Peter Stoumbelis, 10565 Creston Glen Circle East, Jacksonville, Florida 32256
Richie Bianco, 7322 Normandy Boulevard, Jacksonville, Florida 32205-6261
Kenneth L. Green, 7322 Normandy Boulevard, Jacksonville, Florida 32205-6261
Jon S. Wheeler, 2000 Drayton Drive, Tallahassee, Florida 32399-0950
Pamela Jo Bondi, The Capitol PL-01, Tallahassee, Florida 32399-1050
BI, incorporated, 6265 Gunbarrel Avenue, Suite B, Boulder, Boulder County, Colorado 80301
U.S. Marshals Service, 300 North Hogan Street, Suite 2-450, Jacksonville, Duval County, Florida 32202
U.S. Probation and Pretrial Services, 300 North Hogan Street, Suite 2-200 and Suite 6350, Jacksonville, Duval County, Florida 32202
U.S. Attorney's Office, 300 North Hogan Street, Suite 700, Jacksonville, Duval County, Florida 32202
U.S. Department of Justice, 300 North Hogan Street, Suite 700, Jacksonville, Duval County, Florida 32202
Federal Bureau of Prisons, 320 First Street, Washington, District of Columbia, 20534
Florida Department of Highway Safety and Motor Vehicles, 2900 Apalachee Parkway, Tallahassee, Florida 32399
Florida Highway Patrol, 2900 Apalachee Parkway, Tallahassee, Florida 32399
Leon County Jail, 535 Appleyard Drive, Tallahassee, Florida 32304

I am: Syteria Hephzibah El, Autochthonous Moor Alien Friend
Syteria Hephzibah-El, also called Highly Favored Shekinah El, Divine Immortal Spirit in Live Flesh and Blood
Jus Sanguinis, Natural Woman of majority on the Land, In Propria Persona Sui Juris capacity, Heir Apparent
Original Autochthonous American Moor Alien (Friend) Government Style and Form
C/o 6722 Arlington Expressway, Suite 67213, Jacksonville Florida state
Timucuan Al Andalusia Northwest Amexem

  

## Letter Rogatory: Indemnity Bond & Hold Harmless Writ of Assistance

**Re:** Natural Rights and Human Rights Infringements of International Law of Peace and Law of War Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the *Geneva Conventions* and all annexes thereto

1. TO ALL SHERIFFS, CHIEFS, CONSULS, AND CONSTITUTIONALLY DELEGATED AUTHORITIES OF RECORD TAKE NOTICE that On the Record and for the Record, present is Syteria Hephzibah-El, also called Highly Favored Shekinah El, Divine Immortal Spirit in Live Flesh and Blood Natural Woman of majority on the Land, In Propria Persona by Sui Juris capacity, Jus Sanguinis, Heir Apparent by Freehold of Inheritance, Original Antochthonous American Moor Alien (Friend) Republican Universal Government Form and Testamentary Style [AAMARU©™®], a people of Our state and of sound firm mind; Competent by Conduct and Virtue for Moral Integrity and Upright Character, Honor, Fidelity, Respect, Courage, Temperance, Faith, Hope, Wisdom, Will, Love, Truth, Peace, Freedom, Justice, Prudence, Humility, and Service, guided only by Our Most High Creator Divine Source for the Force Universal Allah (All-Law) whom sustains all protection and provision for Life, Liberty, Property, Family, Natural Environment, and Cultural Heritage.

2. One, the Original Autochthonous American Moor Alien (Friend) Republican Universal Government Form and Testamentary Style [AAMARU©™®], hereinafter, "declarant," rises and gives honor and recognition to The Holy Koran Circle 7, The Zodiac Constitution (Registration No. AA222141 Truth A1-Class A)and all annexes thereto, The Holy Qur'an, The Great Law of Peace, The Iroquois Constitution, The American Declaration of Independence

RD 917 517 153 US

(1776), The Treaty of Peace and Friendship (1787), The Madrid Convention on Protection in Morocco (July 3, 1880), Articles of united states for America Organic Constitution (1787), Bill of Rights of united states for America Organic Constitution (1787), The Universal Declaration on Human Rights (1948), The American Declaration of the Rights and Duties of Man (1948) inclusive without limitation all annexes thereto, The United Nations Declaration of the Rights of the Child (1959), The Universal Declaration on the Rights of Indigenous Peoples (2006), The International Proclamation for the Original Autochthonous American Moor Alien (Friend) Republican Universal Government Form and Testamentary Style [AAMARU©™®](2016), The International Resolution For Competence By Conduct and Virtue − Affidavit of Bona Fide Moral Integrity and Upright Character Lawful Status (2016), United Nations General Assembly Declaration on the Granting of Independence to Colonial Countries (Countees) and Peoples 1514 (XV) 947th Plenary Meeting (14 December 1960), the *Hague Conventions* and the *Geneva Conventions* inclusive without limitation of all annexes thereto.

3.   The declarant is General Executrix / Caveator-Creditor by testamentary style trust conveyancing of Caveat: Declaration of Final Default Judgment 16-2017-CP-1020 [RB 917 549 153 US] (Registrar (Probate Court) Recorder Doc # 2017104679, OR BK 17971, Pages 808-814), SYTERIA LAWRENCE©™® Estate Authenticated Birth Certificate, Registered Copyright, Registered Trademark (Copyright Deposit No. 0031755), Copyright / Trade-Name / Trademark Contract, Registered Fictitious Name (Florida Department of State No. G15000000753), Registered Surety Bond with Collateral (3:15-00016), Fiduciary Appointment Contract (3:15-00016), Syteria Hephzibah©™® Estate Allodial Cost Schedule 16-2017-CA-2144 [RB 917 549 153 US] (Registrar (Probate Court) Recorder Doc #2017082126, OR BK 17940, Page 1509), Paramount Security Interest Holder

(Maritime Lien No. RE603617867US Putnam County Florida Inst. No. 201054713722; Maritime Lien No. RE603617765US Putnam County Florida Intr. No. 201054710187; State of Florida UCC No. 2010053308; State of Florida UCC No. 201104871708; and Kentucky Secretary of State UCC Filing No. 2014-2695071-97.01, Duval County Recorder UCC Filing # 2015153501, Duval County Recorder UCC Filing # 2015185625); over all alphabetical and/or numerical derivations and/or variations of SYTERIA LAWRENCE©™® Estate Letters Patent, Sign Manuals, Rights, Titles, and Interests inclusive without limitation of all annexes thereto.

## Indemnity Bond & Hold Harmless Writ of Assistance

4. The declarant does hereby reserve all Natural rights, all Human rights, and in accord with the International (Transnational) Law of Peace and the International (Transnational) Law of War, does hereby give Notice of Natural Rights and Human Rights Infringements of International Law of Peace and Law of War Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and *Geneva Conventions* and all annexes thereto by this Letter Rogatory: **Indemnity Bond & Hold Harmless Writ of Assistance. All Sheriffs, Chiefs, Consuls, and constitutionally delegated Authorities are fully bonded, insured, underwritten, and indemnified to immediately, speedily, and expeditiously provide assistance of maximum maintenance, maximum cure, and maximum remedy to** declarant in the enforcement of the judgment of this Private Civil Action Fourth Judicial Circuit Case Number 16-2017-CA-2144 (1st DCA Appeal 1D17-1538) for the protection and preservation of (Alien Friend) Syteria Lawrence©™® Estate *lex loci rei sitæ* Timucuan Al Andalusia Northwest Amexem [Morocco] (see Case Number 16-2017-CA-2144 Docket Entry 11, Declarant's [Filed, Accepted, & Approved] Replevin Bond RB 917 549 153 US page 2, pages 6-17, pages 32-33, pages 42-43). [see 1st DCA Appeal 1D17-1538 / Case Number 16-2017-CA-2144 - Notice of Default and Estoppel (Docket Entry 15)]; [see 1st DCA Appeal 1D17-1538, 1st DCA Appeal 1D17-1852, and all annexes thereto]; [see Caveat Declaration of Final Default Judgment 16-2017-CP-1020 [RB 917 549 153 US] (Registrar (Probate Court) Recorder Doc # 2017104679, OR BK 17971, Pages 808-814)].

OR. BK 18009 PAGE 934

- *Law of Peace*, Volume 1," Headquarters, Department of the Army, September 1979 page 1-1) [hereinafter cited as *"Law of Peace"*]

- *Law of War Manual* – Department of Defense Directive 2310.0E, DoD *Law of War Program* ¶5.14 (2006) [hereinafter cited as *"Law of War"*]

5. This Writ of Assistance is for (Alien Friend's) declarant's enforcement of judgment against for respondent(s)' [remitter(s)'] remittance of compensation sum certain in the amount of Seven Hundred Eighty-Eight ($788,000,000.00) Million One Ounce Silver coins of .0000 fine silver and remittance of damages sum certain in the amount of Two Hundred Thirty-Six ($236,200,000.00) Million Four Hundred Thousand One Ounce Silver coins of .9999 fine silver, plus costs incurred in bringing this action. This Writ of Assistance is also for the protection and preservation of (Alien Friend) Syteria Lawrence©™® Estate *lex loci rei sitæ* Molly's Garden Countee, Timucuan Al Andalusia, Northwest Amexem (Morocco) from respondent(s)' acts of Trespass, Executor De Son Tort, Unlawful Reversion of Estate and Hereditaments, and Unlawful Escheatment of Estate and Hereditaments in violation of Private International Law, Law of Peace, Law of War, and International Treaties.

6. The declarant reserves the right to seek a deficiency against the respondent(s) for any and all sums which may remain due to the declarant and unremitted after disposition of the collateral described in Syteria Lawrence©™® Estate Title, Rights, and Interests Documents.

7. All Sheriffs, Chiefs, Consuls, constitutionally delegated authorities, and officers of the uniformed services of the United States have a duty to support and defend the Constitution of the United States, and all treaties before and after, against all enemies, foreign and domestic, as set forth in the United States Uniformed Services Oath of Office [U.S. Code § 3331 – Oath of office], which each officer takes upon commissioning:

RB 9175/9153 US

"I, AB, do solemnly swear (or affirm) that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. (So help me God)."

8. Whoever, having knowledge of the actual commission of a felony cognizable by a court of the United States, conceals and does not as soon as possible make known the same to some judge or other person in civil or military authority under the United States, shall be fined under this title or imprisoned not more than three years, or both.

## Misprision of felony codified at [18 U.S. Code § 4]
### Elements.
The offense of concealing a felony committed by another, but without such previous concert with or subsequent assistance to the felon as would make the party concealing an accessory before or after the fact. 4 Steph. Comm. 260; 4 Bl. Comm. 121; *Carpenter v. State*, 62 Ark. 286, 36 S.W. 900. *Black's Law Dictionary 2nd Edition*

## Misprision of Treason codified at [18 U.S. Code § 2381]
### Elements
The bare knowledge and concealment of an act of treason or treasonable plot, that is without any assent or participation therein, for if the latter elements be present the party becomes a principal. 4 Bl. Comm. 120; Pen. Code Cal. § 38.
*Black's Law Dictionary 2nd Edition*

## Action for neglect to prevent codified at [42 U.S. Code § 1986]
### Elements
Every person who, having knowledge that any of the wrongs conspired to be done, and mentioned in section 1985 of this title, are about to be committed, and having power to prevent or aid in preventing the commission of the same, neglects or refuses so to do, if such wrongful act be committed, shall be liable to the party injured, or his legal representatives, for all damages caused by such wrongful act, which such person by reasonable diligence could have prevented; and such damages may be recovered in an action on the case; and any number of persons guilty of such wrongful neglect or refusal may be joined as defendants in the action; and if the death of any party be caused by any such wrongful act and neglect, the legal representatives of the deceased shall have such action therefor, and may recover not exceeding $5,000 damages therein, for the benefit of the widow of the deceased, if there be one, and if there be no widow, then for the benefit of the next of kin of the deceased. But no action under the provisions of this section shall be sustained which is not commenced within one year after the cause of action has accrued. (R.S. § 1981.)

RB 917 549 153 US

OR BK 18009 PAGE 936

9.  This Writ of Assistance is in full accord with the following International Treaties and International Law:

- The Treaty of Peace and Friendship (1787)

- The Madrid Convention on Protection in Morocco (July 3, 1880) - designates the status of Moroccan subjects, Moors and Our families, as Internationally Protected Persons:
  - o Codified at [Title 18 U.S.C§11]- Foreign government defined; [Title 18 U.S.C§112] - Protection of foreign officials, official guests, and internationally protected persons; [Title 18 U.S.C§878] — Threats and extortion against foreign officials, official guests, or internationally protected persons; [Title 18 U.S.C§1116] — Murder or manslaughter of foreign officials, official guests, or internationally protected persons; [Title 18 U.S.C§1201] — Kidnapping; [Title 18 U.S.C§877] — Mailing threatening communications from foreign country.

- The Universal Declaration on Human Rights (1948)

- The American Declaration of the Rights and Duties of Man (1948)

- The United Nations Declaration of the Rights of the Child (1959)

- The Universal Declaration on the Rights of Indigenous Peoples (2006)

- The International Proclamation for the Original Autochthonous American Moor Alien Republican Government Style and Form (2016)

- The International Resolution For Competence By Conduct and Virtue — Affidavit of Bona Fide Moral Integrity and Upright Character Lawful Status (2016)

- Florida Stand Your Ground Law codified at [Florida Statutes Chapter 776 §§ 776.012 – 776.09]

- [Executive Order 13773] — Enforcing Law With Respect to Transnational Criminal Organizations, Federal Register Volume 82, Number 29, Thursday, February 9, 2017 (published Tuesday, February 14, 2017), pages 10691 – 10693

RB 917 549 153 US

* Apostolic Letter Issued *Motu Proprio* (2013) on the jurisdiction of judicial authorities of Vatican City State in criminal matters

* United Nations General Assembly Declaration on the Granting of Independence to Colonial Countries (Countees) and Peoples 1514 (XV) 947th Plenary Meeting (14 December 1960)

* *Hague Conventions and Geneva Conventions and all annexes thereto*

Respectfully and In Honor.

Cc:

Vice Admiral James W. Crawford III, Judge Advocate General Navy
Rear Admiral John G. Hannik, Deputy Judge Advocate General Navy
Command Master Chief (Code 004), JAG / NLSC Inspector General (Code 002)
Special Assistant for Strategic Planning (Code SASP), Criminal Law (Code 20)
1322 Paterson Avenue, Suite 3000, Washington Navy Yard, District of Columbia 20374-5066

Anne M. Brennan, Acting General Counsel of the Navy
Garrett L. Ressing, Deputy General Counsel of the Navy
2000 Navy Pentagon, Washington, District of Columbia 20350

Major General Michael A. Calhoun, Adjutant General Florida Army & Air National Guard
St. Francis Barracks, 82 Marine Street, St. Augustine, Florida 32084

Rear Admiral Steven J. Anderson, Judge Advocate General & Chief Counsel U.S. Coast Guard
(TJAG) CG-094   HQ* room 2E19-00
Mr. Calvin Lederer, Deputy Judge Advocate General U.S. Coast Guard
CG-094D   HQ* room 2E19-00
* COMMANDANT (CG-094*), ATTN: US COAST GUARD STOP 7213
2703 MARTIN LUTHER KING JR AVENUE SE, WASHINGTON, DISTRICT OF COLUMBIA 20593-7213

RB 917 549 153 US

Secretary-General Antonio Guterres
Deputy Secretary-General Amina J. Mohammed
United Nations Security Council
International Court of Justice
United Nations Headquarters
405 East 42nd Street, New York, New York 10017

H. E. Mr. Peter Thompson, President
United Nations General Assembly
United Nations Headquarters
405 East 42nd Street, New York, New York 10017

The International Law Commission
United Nations Headquarters
Attn: Secretary of the International Law Commission
2 United Nations Plaza
323 East 44th Street, Room: DC2-0566
New York, New York 10017

Admiral James Alexander Winnefeld, Jr.
Vice Chairman
Joint Chiefs of Staff
9999 Joint Staff Pentagon
Washington, DC 20318-9999

General Frank J. Grass
Chief, National Guard Bureau
1636 Defense Pentagon Suite 1E 169
Washington, DC 20301-0001

General Raymond Thomas Odierno
Army Chief of Staff
200 Army Pentagon
Washington, DC 20310-0200

Provost Marshal General Mark S. Inch
Office of the Provost Marshal General
Attention: CID Office
2800 Army Pentagon
Washington, District of Columbia
20310-2800

General Joseph Francis Dunford, Jr.
Commandant of the Marine Corps
Headquarters, US Marine Corps
3000 Marine Corps
Pentagon Washington, DC 20350

Admiral Jonathan William Greenert
Chief of Naval Operations
2000 Navy Pentagon
Washington, DC 20350-2000

General Mark Anthony Welsh III
Air Force Chief of Staff
1670 Air Force Pentagon
Washington, DC 20330-1670

General Joseph Francis Dunford, Jr.
Chairman Joint Chiefs of Staff
9999 Joint Staff Pentagon
Washington, District of Columbia
20318-9999

RB917 549 153 US

Jeff Sessions, U.S. Attorney General
950 Pennsylvania Avenue, NW
Washington, District of Columbia
20530-0001

Melissa Nelson, State Attorney
Fourth Judicial Circuit
311 West Monroe Street
Jacksonville, Florida 32202-4242

Florida Department of Law Enforcement
Jacksonville Regional Operations Center
Northeast Florida Investigations &
Domestic Security Task Force
921 North Davis Street, Building E
Jacksonville, Florida 32209-6804

Mike Williams, Duval County Sheriff
501 East Bay Street
Jacksonville, Florida 32202-2975

United States Department of State
U.S. Central Authority for Hague and
Inter-American Service Conventions
Office of International Judicial Assistance
1100 L. Street, N.W., Room 11006
Washington, District of Columbia
20522-1710

Office of the Staff Judge Advocate
RLSO MIDLANT HQ
United States Navy
9620 Maryland Avenue, Suite 201
Norfolk, Virginia 23511-2939

Office of the Staff Judge Advocate
RLSO MIDWEST HQ
United States Navy
Building 2
2540 Paul Jones Street, Suite 300
Great Lakes, Illinois 60088-2936

G. E. Lattin
Director, General Litigation Division
Department of the Navy
Office of the Judge Advocate General
1332 Patterson Ave. SE, Suite 3000
Washington Navy Yard, D.C. 20374

Inter-American Commission on Human Rights
Organization of American States
1889 F. Street, NW
Washington, District of Columbia 20318-9999

Rick Swearingen, FDLE Commissioner
Florida Department of Law Enforcement
2331 Phillips Road
Tallahassee, Florida 32308

Florida Department of Law Enforcement
Statewide Office of Investigations &
Domestic Security Task Force
2331 Phillips Road
Tallahassee, Florida 32308

W. Stephen Muldrow, U.S. Attorney
400 North Tampa Street, Suite 3200
Tampa Florida 33602

R. Adm. Sandra L. Stosz, Superintendent
United States Coast Guard Academy
31 Mohegan Avenue
New London, Connecticut 06420

Office of the Staff Judge Advocate
RLSO SOUTHWEST HQ
United States Navy
3939 Sturtevant Street, Suite 9
San Diego, California 92136

Office of the Staff Judge Advocate
RLSO NORTHWEST HQ
United States Navy
Building 433 Code 1308
365 South Barclay Street
Bremerton, Washington 98314

Lt. Cdr. Breier Scheetz
Judge Advocate General
NLSO Central Branch Office
400 Russell Avenue, Bldg. 492, Rm. 102
NAS JRB Belle Chasse
New Orleans, Louisiana 70143-6100

RB 917587 153 US

OR BK 18009 PAGE 940

Office of the Staff Judge Advocate
Marine Corps Installations East
Marine Corps Base Camp Lejeune
812 Holcomb Boulevard
Jacksonville, North Carolina 28542

Office of the Staff Judge Advocate
HQ XVIII Airborne Corps
ATTN: AFZA-JA
2175 Reilly Road, Stop A
Fort Bragg, North Carolina 28310-5000

Office of the Staff Judge Advocate
United States Army
Building 29718
419 B Street
Fort Gordon, Georgia 30905

Col. S. Shubert
Judge Advocate General
United States Army
8090 Alabama Avenue, Bldg. 1454
Fort Polk, Louisiana 71459

Office of the Staff Judge Advocate
United States Army South
HQ 101st Airborne Division (Air Assault)
ATTN: AFZB-JA-ADM
Fort Campbell, Kentucky 42223-5208

Office of the Staff Judge Advocate
Joint Base Lewis-McChord
Building 2027 A-Wing
North 8th and Lissett Avenue
JBLM, Washington 98433

Office of the Staff Judge Advocate
96th Test Wing
Building 2, Suite 1
401 West Van Matre Avenue
Eglin AFB, Florida 32542-438

Lt. Gen. Robert L. Caslen
Superintendent
United States Military Academy
West Point, New York 10996

Office of the Staff Judge Advocate
Marine Corps Base Camp Pendleton
Building #56
3395 Sturtevant Street, Suite 2
San Diego, California 92136-5138

Office of the Staff Judge Advocate
United States Army
Training Center and Fort Jackson
2600 Lee Road
Fort Jackson, South Carolina 29207

Office of the Staff Judge Advocate
United States Army
Combined Arms Center
615 McClellan Avenue
Fort Leavenworth, Kansas 66027

Office of the Staff Judge Advocate
United States Army South
4130 Stanley Road, Suite 604
Fort Sam Houston, Texas 78234

Office of the Staff Judge Advocate
United States Army
Building 359
7021 Ingersoll Avenue
Fort Benning, Georgia 31905

Office of the Staff Judge Advocate
87th Air Base Wing Legal Office
Joint Base McGuire-Dix-Lakehurst
2901 Falcon Lane
JB MDL, New Jersey 08641

V. Adm. Walter E. Carter, Jr.
Superintendent
United States Naval Academy
121 Blake Road
Annapolis, Maryland 21402

Lt. Gen. Michelle D. Johnson
Superintendent
United States Air Force Academy
2304 Cadet Drive, Suite 3300
USAFA, Colorado 80840

RB 917 549 153 US

# Additional Cc Mailing List

**Rachid Zein, Counselor in charge of the Consular Section**
Embassy of the Kingdom of Morocco
1211 Connecticut Avenue, N.W., Suite 312, Washington, District of Columbia 20036

**Consulate General Mr. Mohammed Benabdeljalil**
Consulate General of The Kingdom of Morocco in the United States
10 East 40th Street, New York, New York 10016

**Jose Ramon Cabanas Rodriguez, Ambassador**
Cuban Embassy in Washington, District of Columbia
2630 16th Street, N.W., Washington, District of Columbia 20009

**Bernardo Alvarez Herrera, Ambassador**
Embassy of Bolivarian Republic of Venezuela
1099 30th Street, N.W., Washington, District of Columbia 20007

**Consulate General Liu Jian**
Consulate General of the People's Republic of China
443 Shatto Place, Los Angeles, California 90020

**Cui Tiankai, Ambassador**
Embassy of the People's Republic of China
3505 International Place, N.W., Washington, District of Columbia 20008

**Mninwa Mahlangu, Ambassador**
Embassy of South Africa
3050 Massachusetts Avenue, N.W., Washington, District of Columbia 20008

**Zeid Ra'ad Al Hussein, High Commissioner for Human Rights**
Office of the United Nations High Commissioner for Human Rights (OHCHR)
OHCHR in New York  /  UN Headquarters
New York, New York 10017

RB 911 549 153 US

## Verification

I, Syteria Hephzibah-El, also called Highly Favored Shekinah El, Divine Immortal Spirit in Live Flesh and Blood Natural Woman of majority on the Land, In Propria Persona by Sui Juris capacity, Jus Sanguinis, Heir Apparent, Original Autochthonous American Moor Alien (Friend) Republican Government Style and Form, do hereby declare and affirm by virtue of Divine Law, under penalties of perjury under the laws of Our Most High Creator Divine Source for the Force Universal Allah (All-Law), The Holy Koran Circle 7, The Zodiac Constitution, the laws of the State of Florida, and the laws of the United States of America, that I am competent to state the matters set forth, and herein, and that all of the facts stated are true, correct, complete, certain, not misleading, admissible as evidence, in accordance with declarant's best first-hand knowledge, understanding, and honorable intent, and if called upon for rhetoric as a witness to the veracity of evidence preferred and proffered, declarant shall so state.

[State v. Shearer, 617 So.2d (Fla. App. 5 Dist. 1993)]

This Affidavit is dated the First Day of the Sixth Month
in the Year of Our Universal Allah (All-Law)
Fourteen Hundred Thirty-Seven [Gregorian Calendar Year 2017 – June, 1]

In Honor.



I am: _Syteria Hephzibah-El Autochthonous American Moor Alien Friend_
Syteria Hephzibah-El, also called Highly Favored Shekinah El, Divine Immortal Spirit in Live Flesh and Blood.
Jus Sanguinis, Natural Man and Woman of majority on the Land, In Propria Persona by Sui Juris capacity, Heir Apparent
Original Autochthonous American Moor Alien (Friend) Republican Universal Government Form and Testamentary Style
c/o 6722 Arlington Expressway, Suite 67213, Jacksonville Florida state
Timucuan Al Andalusia Northwest Amexem (Morocco)

Witness 1: _Mahli Taqiyya Rohah i El-El Autochthonous American Moor Alien Friend_

Witness 2: _____

RB 917549 153 US

PETITION - IACHR - 0000037742



## PETITION FORM

## SECTION I: INFORMATION ON THE ALLEGED VICTIM AND PETITIONER

### 1. INFORMATION ON THE ALLEGED VICTIM(S)

Please provide information about the person or group affected by the violations of human rights. In the event that there is more than one alleged victim, please create a new profile for each one.

Please provide information regarding the close family members of the alleged victim(s) who are likely to have suffered harm as a result of the alleged violation of human rights.

– 1 –

| | |
|---|---|
| Complete name | Taquan Rahsha  Gullett-El |
| Name the alleged victim identifies with | Mealik Taquan Rahsha Gullett El |
| Gender | Male |
| Occupation | Humbe Servant To My Divine Creator |
| Nationality | Morocco |
| Date of birth (dd/mm/yyyy) | 08/10/1977 |
| Mailing address | 6722 Arlington Expressway, Suite 67213 Jacksonville Florida state Timucuan Al Andalusia Northwest Amexem |
| Telephone | 747-203-2798 |
| Fax | N/A |
| Email | joqvictory@hushmail.com |
| Additional information | My Nationality is Autochthonous American Moor Alien |
| Alleged victim is deprived of liberty | Yes |
| Names of the family members and relationship to the alleged victim | Syteria Hephzibah-El |
| Gender of family member(s) | Female |
| Occupation of family member(s) | Humbe Servant To My Divine Creator |
| Nationality of family member(s) | Morocco |
| Mailing address of family member(s) | 6722 Arlington Expressway, Suite 67213 Jacksonville Florida state Timucuan Al Andalusia Northwest Amexem |
| | |

PETITION - IACHR - 0000037742

| Telephone of family member(s) | 918-625-0414 |
|---|---|
| Fax of family member(s) | N/A |
| Email of family member(s) | highlyfavored.syteri@gmail.com |
| Additional Information | My Nationality is Autochthonous American Moor Alien |

## 2. INFORMATION ON THE PETITIONER

Please provide information about the person or group that is submitting the petition. In the event that it is a civil society organization, include the name of the designated persons(s) who will receive communications. If there is more than one organization or person, please create a new profile for each one.

In certain cases, the Commission can keep the identity of the petitioner confidential, if expressly requested along with presenting the respective reasons (Art. 28.2). This means that only the name of the alleged victim will be communicated to the State if the IACHR decides to process your petition.

While it is possible to keep the petitioner's identity confidential, the processing of an individual petition requires that the alleged victim's identity be revealed (person, persons, group). In exceptional cases the Commission may restrict the alleged victim's identity from the public in the published documents, for example by substituting the complete name with initials or a pseudonym. The request to restrict the identity of the alleged victim must be made to the Commission with a statement of reasons.

In cases where the alleged victim and the petitioner are the same person and you wish to restrict the identity of the person in his/her capacity as petitioner, the petition must be written in the third person. An example of this would be: "the alleged victim claims that..." (and not "I was a victim of...").

| Include the person completing this form as a petitioner? | Yes |
|---|---|

| Complete name | Taquan Rahshe Gullett-El |
|---|---|
| Organization | |
| Acronym of Organization | |
| Nationality | United States |
| Mailing address | 6722 Arlington Expressway, Suite 67213 |
| Telephone | 747-203-2798 |
| Fax | |
| Email | joqvictory@hushmail.com |

| Reserve identity of petitioner? | No |
|---|---|

If checkbox is selected to keep petitioner identity confidential, please explain:

| N/A |
|---|

## 3. IS YOUR PETITION RELATED TO A PREVOUS PETITION OR PRECAUTIONARY MEASURE?

| | | |
|---|---|---|
| | | |

PETITION - IACHR - 0000037742

| Have you previously submitted a petition to the Commission concerning these same facts? | No | |
|---|---|---|

| Have you submitted a request for precautionary measures to the Commission concerning those same facts? | No | |

## SECTION II - FACTS ALLEGED

### 1. MEMBER STATE OF THE OAS AGAINST WHICH THE COMPLAINT IS SUBMITTED:

United States

### 2. THE FACTS ALLEGED

*Provide, in chronological order, an account of the facts alleged that is as thorough and detailed as possible. In particular, specify the place, the date, and the circumstances in which the alleged violations occurred. As a reminder, your petition must be presented in the language of the country involved. If this is not possible, please explain.*

Cause of action is for Replevin, and Compensation for Trespass and Executor De Son Tort; Reversion of Estate and Hereditaments; Escheatment of Estate and Hereditaments. Please see the annexed hereto in full:

1. Declaration and Petition For Common Law Prejudgment Writ of Personal Replevin (137 pages); and
2. Affidavit in Support of Declaration and Petition For Common Law Prejudgment Writ of Personal Replevin (3 pages); and
3. Declarant's Replevin Bond (Accepted and Approved on or about the Fifth Day of the Fourth Month) (50 pages); and
4. Writ of Personal Replevin (2 pages); and
5. Order Authorizing Common Law Prejudgment Writ of Personal Replevin (2 pages); and
6. Declaration (Affidavit) of Financial Statement: Exercise of Natural Rights To Due Process of Law (7 pages); and
7. Notice of Lis Pendens Doc # 2017077366, OR BK 17934 Page 710;                    (recorded and served on or about the Fourth Day of the Fourth Month) (4 pages); and
8. Certificate of Service (PROOF OF SERVICE) (2 pages,); and
9. Notice of Existence of Final Will and Testament of Taquan Rahshe Gullett (6 pages); and
10. Notice of Appointment of General Executor (3 pages); and
11. Notice of Claim of Right (3 pages); and
12. Notice of Claim of Title (3 pages); and
13. Notice of Taquan Rashie Gullett Estate Allodial Cost Schedule (3 pages); and
14. Addendum Notice of Lis Pendens (Certified Copy) – Duval County Florida Recorder Doc # 2017082153, OR BK 17940, Page 1653 (11 pages); and
15. Amended Notice of Existence of Final Will and Testament of Taquan Rashie Gullett (6 pages); and
16. 2nd Addendum Notice of Lis Pendens (Certified Copy) – Duval County Florida Recorder Doc # 2017083437, OR BK 17942, Page 914    (8 pages); and
17. Judicial Notice of Executive Order 13773 – Enforcing Law With Respect To Transnational Criminal Organizations (7 pages); and
18. 3rd Addendum Notice of Lis Pendens (Certified Copy) – Duval County Florida Recorder Doc # 2017085165, OR BK 17944, Page 1448 (8 pages); and
19. Certificate of Service (PROOF OF SERVICE) (2 pages,); and
20. Judicial Notice and Evidence of Documentary Stamp Duty (4 pages); and
21. Judicial Notice of Absolute and Final Confirmation of General Executor of Taquan Rashie Gullett Estate    (5 pages); and
22. Judicial Notice of Sequestration of Life-Rent and Taquan Rashie Gullett Estate (5 pages); and
23. Judicial Notice of Apostolic Letter Issued Motu Proprio (2013) (7 pages); and
24. 4th Addendum Notice of Lis Pendens (14 pages); and
25. Certificate of Service (PROOF OF SERVICE) (2 pages,); and

3 - CIDH

PETITION - IACHR - 0000037742

## 3. AUTHORITIES ALLEGEDLY RESPONSIBLE

*Identify the person(s) or authorities who you consider responsible for the facts alleged and provide any additional information as to why you consider the State responsible for the alleged violations.*

Kim Lee Watson, a private person; Jim Haskett, a private person; Patrick Sheridan, a private person; Jorge L. Pastrana, a private person; Larry Brown, a private person; Arnold B. Corsmeier, a private person; Patricia D. Barksdale, a private person; Paul Shorstein, a private person; Sam Hernandez, a private person; Andrew Cowan, a private person; Kim Cassuto, a private person; Christina A. Snyder, a private person; Jaqueline Chooljian, a private person; Suzanne H. Segal, a private person; Julian L. Andre, a private person; Eddie Jauregui, a private person; Cathy Ostiller, a private person; Terri Nafisi, a private person; Moriah Radin, a private person; Liliana Coronado, a private person; Brad Cooper, a private person; Thomas R. Kane, a private person; FCI Coleman Medium, a privately held company, and all subsidiaries and agents thereof; BI Incorporated, a privately held company, and all subsidiaries and agents thereof; U.S. Marshals Service, a privately held company, and all subsidiaries and agents thereof; U.S. Probation and Pretrial Services, a privately held company, and all subsidiaries and agents thereof; U.S. Attorney's Office, a privately held company, and all subsidiaries and agents thereof; U.S. Department of Justice, a privately held company, and all subsidiaries and agents thereof; Federal Bureau of Prisons, a privately held company, and all subsidiaries and agents thereof.

## 4. HUMAN RIGHTS ALLEGEDLY VIOLATED

*Indicate the rights that you consider have been violated. If possible, specify the rights protected by the American Declaration of the Rights and Duties of Man, the American Convention on Human Rights, or the other Inter-American human rights treaties. Consult Inter-American human rights instruments on our web page.*

Trespass and Executor De Son Tort; Reversion of Estate and Hereditaments; Escheatment of Estate and Hereditaments

## SECTION III - LEGAL REMEDIES PURSUED TO RESOLVE THE FACTS ALLEGED

*Describe the actions pursued by the alleged victim(s) or the petitioner before judicial bodies. Explain any other remedy pursued before domestic authorities, including administrative agencies, if any.*

Cause of action is for Replevin, and Compensation for Trespass and Executor De Son Tort; Reversion of Estate and Hereditaments; Escheatment of Estate and Hereditaments. Please see the annexed hereto in full Case Number: 16-2017-CA-2142, Fourth Judicial Circuit, Duval County, Florida.

*If it has not been possible to exhaust domestic remedies, choose from the following options the one that best explains why it was not possible:*

Access to domestic remedies has not been permitted, or exhausting them has been impeded

*Please explain the reasons:*

Prior lawsuits filed were dismissed without a hearing.

*Indicate whether there was a judicial investigation. Indicate when it began, when it ended, and the result. If it has not concluded, indicate why:*

N/A

*If applicable, indicate the date of notification of the final decision of the competent court:*

N/A

## SECTION IV - AVAILABLE EVIDENCE

### 1. EVIDENCE

The available evidence includes any documents that may prove the violations alleged (for example, the principal pleadings and exhibits in judicial or administrative records, expert reports, forensic reports, photographs, and video or film recordings; among others). In the initial stage it is not necessary to send all the available documentation; it is useful to present the decisions and principal pleadings.

- If possible, upload an electronic copy to this form or send a simple copy. The copies do not need to be certified or legally authenticated.

- Please do not send originals.

- If it is not possible to send the documents, you should explain why and indicate whether you will be able to send them in the future. In any event, you should indicate which documents are relevant to proving the facts alleged.

- The documents should be in the language of the State, so long as it is an official language of the OAS (Spanish, English, Portuguese, or French). If this is not possible, the reasons should be explained.

| | | |
|---|---|---|
| Declaration and Petition For Common Law Prejudgment Writ of Personal Replevin | Declaration and Petition For Common Law Writ of Personal Replevin.pdf | 25502 Kb |
| Affidavit In Support of Declaration and Petition For Common Law Prejudgment Writ of Personal Replevin | Affidavit In Support of Declaration and Petition For Common Law Writ of Personal Replevin.pdf | 162 Kb |
| Declarant's Replevin Bond | Declarant's Replevin Bond.pdf | 5858 Kb |
| Writ of Personal Replevin - Order To Issue Writ of Personal Replevin | Writ of Personal Replevin - Order To Issue Personal Writ of Replevin.pdf | 145 Kb |
| Declaration (Affidavit) of Financial Statement | IFP - Declaration of Financial Statement.pdf | 333 Kb |
| 7. Notice of Lis Pendens Duval County Florida Registrar (Probate Court) Recorder Doc # 2017077366, OR BK 17934 Page 710 | Notice of Lis Pendens 2oo.pdf | 183 Kb |
| 1st Certificates of Service | Q's 4th Judicial Filed - Certificates of Service.pdf | 2925 Kb |
| 9. Notice of Existence of Final Will and Testimont of Taquan Rahshe Gullett | Q's 4th Judicial Filed - Notice of Existence of Final Will and Testament of Taquan Rashie Gullett.pdf | 3791 Kb |
| 10. Notice of Appointment of General Executor | Q's 4th Judicial Filed - Notice of Appointment of General Executor.pdf | 2033 Kb |
| Notice of Claim of Right | Q's 4th Judicial Filed - Notice of Claim of Right.pdf | 2081 Kb |
| Notice of Clai of Title | Q's 4th Judicial Filed - Notice of Claim of Title.pdf | 2110 Kb |
| Notice of Taquan Rashie Gullett Estate Allodial Cost Schedule | Q's 4th Judicial Filed - Notice of Taquan Rashie Gullett Estate Allodial Cost Schedule.pdf | 2269 Kb |
| 14. Addendum Notice of Lis Pendens (Certified Copy) – Duval County Florida Registrar (Probate Court) Recorder Doc # 2017082163, OR BK 17940, Page 1653 | Q's 4th Judicial Filed - Addendum Notice of Lis Pendens.pdf | 536 Kb |
| Q's 4th Judicial Filed - Addendum Notice of Lis Pendens.pdf | Q's 4th Judicial Filed - Addendum Notice of Lis Pendens.pdf | 536 Kb |
| 15. Amended Notice of Existence of Final Will and Testament of Taquan Rashie Gullett | Q's 4th Judicial Filed - Amended Notice of Existence of Final Will and Testament of Taquan Rashie Gullett.pdf | 4069 Kb |
| | | |

PETITION - IACHR - 0000037742

| | | |
|---|---|---|
| 2nd Addendum Notice of Lis Pendens (Certified Copy) – Duval County Florida Registrar (Probate Court) Recorder Doc # 2017083437, OR BK 17942, Page 914 | Q's 4th Judicial Filed – 2nd Addendum Notice of Lis Pendens.pdf | 930 Kb |
| 17. Judicial Notice of Executive Order 13773 – Enforcing Law With Respect To Transnational Criminal Organizations | Q's 4th Judicial Filed – Judicial Notice of Executive Order 13773 – Enforcing Law With Respect to Transnational Criminal Organizations.pdf | 303 Kb |
| 3rd Addendum Lis Pendens | Q's 4th Judicial Recorded – 3rd Addendum Notice of Lis Pendens.pdf | 1021 Kb |
| 18. 3rd Addendum Notice of Lis Pendens (Certified Copy) – Duval County Florida Registrar (Probate Court) Recorder, Doc # 2017085165, OR BK 17944, Page 1448 | Q's 4th Judicial Recorded – 3rd Addendum Notice of Lis Pendens 2aa.pdf | 1021 Kb |
| 2nd Certificates of Service | Q's 4th Judicial Filed – 2nd Certificates of Service.pdf | 223 Kb |
| Judicial Notice and Evience of Documentary Stamp Duty | Q's Notice and Evidence of Documentary Stamp Duty.pdf | 2254 Kb |
| 21. Judicial Notice of Absolute and Final Confirmation of General Executor of Taquan Rashie Gullett Estate | Q's 4th Judicial Filed – Judicial Notice of Absolute and Final Confirmation of General Executor of Taquan Rashie Gullett Estate.pdf | 230 Kb |
| Judicial Notice of Sequestration of Life-Rent and Taquan Rashie Gullett Estate | Q's 4th Judicial Filed - Judicial Notice of Sequestration of Life-Rent and Taquan Rashie Gullett Estate.pdf | 185 Kb |
| Judicial Notice of Apostolic Letter Issued Motu Proprio (2013) | Q's – Judicial Notice of Apostolic Letter Issued Motu Proprio.pdf | 1510 Kb |
| 24. 4th Addendum Notice of Lis Pendens (Certified Copy) – Duval County Florida Registrar (Probate Court) Recorder Doc # 2017086513, OR BK 17946, Page 534 | Q's 4th Judicial Recorded – 4th Addendum Notice of Lis Pendens.pdf | 2318 Kb |

## 2. WITNESSES

*Identify, if possible, the witnesses to the alleged violations. If those persons have given statements to the judicial authorities, send, if possible, a simple copy of the witness statements or indicate whether you will be able to send them in the future. Indicate whether it is necessary to keep the identity of the witnesses confidential.*

1. Fact Witness: Syteria Hephzibah-El.

2. Fact Witness: Shepherdess Bertie Vareen

3. Fact Witness: : Shirley Reed

4. Fact Witness: Candia V Williams-El

5. Fact Witness: Geraldine Childs

6. Fact Witness: Paul Muny

7. Fact Witness: Anthony Williams

8. Dr. Robert Flowers.

## SECTION V - OTHER COMPLAINTS LODGED

*Please indicate whether these facts have been presented to the Human Rights Committee of the United Nations or any other international organization:*

| No |
|----|

*If yes, indicate which organization and the results obtained:*

| Trespass and Executor De Son Tort; Reversion of Estate and Hereditaments; Escheatment of Estate and Hereditaments. |
|----|

*Additional information (use this space for any additional information you consider necessary)*

| N/A |
|----|

## SECTION VI - PRECAUTIONARY MEASURES

*In certain serious and urgent situations, the Commission may ask a State to adopt precautionary measures to prevent irreparable harm to persons.*

*Indicate whether there is a serious and urgent situation of risk of irreparable harm to persons.*

| Yes |
|----|

*If yes, please explain the reasons.*

| Trespass and Executor De Son Tort; Reversion of Estate and Hereditaments; Escheatment of Estate and Hereditaments. |
|----|

*Have you presented complaints or requests to the competent authorities regarding the alleged situation?*

| Yes |
|----|

*If they have not been presented, please explain why.*

| N/A |
|----|

*Please indicate if the State has granted any protection measures or whether you have requested any.*

| I have repeatedly applied and petitioned for protection measures and have been denied. |
|----|

*If your situation is related to the death penalty, indicate whether there is a scheduled execution date. (dd/mm/yyyy)*

| N/A. |
|----|

*If your situation is related to an alleged forced disappearance, please indicate the date on which it purportedly occurred. (dd/mm/yyyy)*

PETITION - IACHR - 0000037742

17/04/2017

*If your situation is related to a potential deportation or extradition, please indicate whether a scheduled date exists. (dd/mm/yyyy)*

N/A

*Indicate which rights you consider to be at risk.*

Estate Rights, Trust Indigenous Peoples' Human Rights, Natural Rights. Human Rights, Copyrights. Trademark Rights, Titles, and Interest

SIGNATURE : joqvictory@hushmail.com
DATE : 17/04/2017 03:43 AM

PETITION - IACHR - 0000037743



**PETITION FORM**

## SECTION I: INFORMATION ON THE ALLEGED VICTIM AND PETITIONER

### 1. INFORMATION ON THE ALLEGED VICTIM(S)

*Please provide information about the person or group affected by the violations of human rights. In the event that there is more than one alleged victim, please create a new profile for each one.*

*Please provide information regarding the close family members of the alleged victim(s) who are likely to have suffered harm as a result of the alleged violation of human rights.*

– 1 –

| | |
|---|---|
| Complete name | Sytoria Haphzibah-El |
| Name the alleged victim identifies with | Highly Favored Shekinah-El |
| Gender | Female |
| Occupation | Humble Servant to my Divine Creator |
| Nationality | Morocco |
| Date of birth (dd/mm/yyyy) | 28/03/1954 |
| Mailing address | 6722 Arlington Expressway Suite 67213 Jacksonville, Florida state Timucuan Al Andalusia Northwest Amexum |
| Telephone | 9186250414 |
| Fax | N/A |
| Email | highlyfavored.sytoria@gmail.com |
| Additional information | My Nationality is Autochthonous American Moor Allen |
| Alleged victim is deprived of liberty. | No |
| Names of the family members and relationship to the alleged victim | Taquan Gullett-El |
| Gender of family member(s) | Male |
| Occupation of family member(s) | Humble Servant to my Divine Creator |
| Nationality of family member(s) | Morocco |
| Mailing address of family member(s) | 6722 Arlington Expressway Suite 67213 Jacksonville, Florida state Timucuan Al Andalusia Northwest Amexum |
| | |

1 – CIDH

| Telephone of family member(s) | 7472032798 |
|---|---|
| Fax of family member(s) | N/A. |
| Email of family member(s) | joqvictory@hushmail.com |
| Additional Information | My Nationality is Autochthonous American Moor Alien |

## 2. INFORMATION ON THE PETITIONER

Please provide information about the person or group that is submitting the petition. In the event that it is a civil society organization, include the name of the designated persons(s) who will receive communications. If there is more than one organization or person, please create a new profile for each one.

In certain cases, the Commission can keep the identity of the petitioner confidential, if expressly requested along with presenting the respective reasons (Art. 28.2). This means that only the name of the alleged victim will be communicated to the State if the IACHR decides to process your petition.

While it is possible to keep the petitioner's identity confidential, the processing of an individual petition requires that the alleged victim's identity be revealed (person, persons, group). In exceptional cases the Commission may restrict the alleged victim's identity from the public in the published documents, for example by substituting the complete name with initials or a pseudonym. The request to restrict the identity of the alleged victim must be made to the Commission with a statement of reasons.

In cases where the alleged victim and the petitioner are the same person and you wish to restrict the identity of the person in his/her capacity as petitioner, the petition must be written in the third person. An example of this would be: "the alleged victim claims that..." (and not "I was a victim of...").

| Include the person completing this form as a petitioner? | Yes. |
|---|---|

| Complete name | Sytaria Hephzibah-El |
|---|---|
| Organization | |
| Acronym of Organization | |
| Nationality | United States |
| Mailing address | 6722 Arlington Expressway Suite 67213, Jacksonville, Florida 32211 |
| Telephone | 9186250414 |
| Fax | |
| Email | highlyfavored.syteria@gmail.com |

| Reserve identity of petitioner? | No |
|---|---|

If checkbox is selected to keep petitioner identity confidential, please explain:

| N/A |
|---|

## 3. IS YOUR PETITION RELATED TO A PREVIOUS PETITION OR PRECAUTIONARY MEASURE?

| | | |
|---|---|---|
| | | |

| Have you previously submitted a petition to the Commission concerning these same facts? | No | |
|---|---|---|

| Have you submitted a request for precautionary measures to the Commission concerning these same facts? | No | |
|---|---|---|

## SECTION II – FACTS ALLEGED

### 1. MEMBER STATE OF THE OAS AGAINST WHICH THE COMPLAINT IS SUBMITTED:

| United States |
|---|

### 2. THE FACTS ALLEGED

*Provide, in chronological order, an account of the facts alleged that is as thorough and detailed as possible. In particular, specify the place, the date, and the circumstances in which the alleged violations occurred. As a reminder, your petition must be presented in the language of the country involved. If this is not possible, please explain.*

Cause of action is for Replevin, and Compensation for Trespass and Executor De Son Tort; Reversion of Estate and Hereditaments; Escheatment of Estate and Hereditaments. Please see the annexed hereto in full:

1. Declaration and Petition For Common Law Prejudgment Writ of Personal Replevin (194 pages); and
2. Affidavit in Support of Declaration and Petition For Common Law Prejudgment Writ of Personal Replevin          (3 pages); and
3. Declarant's Replevin Bond (Accepted and Approved on or about the Fifth Day of the Fourth Month)          (43 pages); and
4. Writ of Personal Replevin (2 pages); and
5. Order Authorizing Common Law Prejudgment Writ of Personal Replevin (2 pages); and
6. Declaration (Affidavit) of Financial Statement: Exercise of Natural Rights To Due Process of Law (7 pages); and
7. Notice of Lis Pendens (Certified Copy) – Duval County Florida Registrar (Probate Court) / Recorder Doc # 2017077364, OR BK 17934 Page 705; (recorded and served on or about the Fourth Day of the Fourth Month) (4 pages); and
8. Notice of Intent To Petition For Disqualification (served on or about the Fifth Day of the Fourth Month) (5 pages); and
9. Petition For Disqualification (served on or about the Seventh Day of the Fourth Month) (5 pages); and
10. Certificate of Service (PROOF OF SERVICE) (2 pages); and
11. Notice of Existence of Final Will and Testament of Syteria Lawrence (6 pages); and
12. Notice of Appointment of General Executrix (3 pages); and
13. Notice of Claim of Right (3 pages); and
14. Notice of Claim of Title (3 pages); and
15. Notice of Syteria Lawrence Estate Allodial Cost Schedule (1 page); and
16. Addendum Notice of Lis Pendens (Certified Copy) – Duval County Florida Registrar (Probate Court) / Recorder Doc # 2017082126, OR BK 17940, Page 1500 (11 pages); and
17. Amended Notice of Existence of Final Will and Testament of Syteria Lawrence (6 pages); and
18. Notice of Joinder (39 pages); and
19. Judicial Notice of Executive Order 13773 – Enforcing Law With Respect To Transnational Criminal Organizations (7 pages); and
20. 2nd Addendum Notice of Lis Pendens (Certified Copy) – Duval County Florida Registrar (Probate Court) / Recorder Doc # 2017083334, OR BK 17942, Page 484 (9 pages); and
21. Certificate of Service (PROOF OF SERVICE) (2 pages.).
22. 3rd Addendum Notice of Lis Pendens (Certified Copy) – Duval County Florida Registrar (Probate Court) / Recorder Doc # 2017085161, OR BK 17944, Page 1429 (8 pages); and
23. Certificate of Service (PROOF OF SERVICE) (2 pages.); and
24. Judicial Notice and Evidence of Documentary Stamp Duty (4 pages); and
25. Judicial Notice of Absolute and Final Confirmation of General Executrix of Syteria Hephzibah Estate          (6 pages); and

PETITION - IACHR - 0000057743

26. Judicial Notice of Sequestration of Life-Rent and Syteria Hepitzibah Estate (5 pages); and
27. Judicial Notice of Apostolic Letter Issued Motu Proprio (2013) (7 pages); and
28. 4th Addendum Notice of Lis Pendens (Certified Copy) – Duval County Florida Registrar (Probate Court) / Recorder Doc # 2017086521, OR BK 17948, Page 639 (14 pages); and
29. Certificate of Service (PROOF OF SERVICE) (2 pages.);

## 3. AUTHORITIES ALLEGEDLY RESPONSIBLE

*Identify the person(s) or authorities who you consider responsible for the facts alleged and provide any additional information as to why you consider the State responsible for the alleged violations;*

Trish Anderson, a private person; Cedric L. Doriar, a private person; Kim Lee Watson, a private person; Jim Haskell, a private person; Patrick Sheridan, a private person; Marcia Morales Howard, a private person; Arnold B. Corsmeier, a private person; Monte C. Richardson, a private person; Patricia D. Barksdale, a private person; Jodi L. Wiles, a private person; Sheryl Loesch, a private person; Penelope Knox, a private person; A. Lee Bentley, a private person; Mac D. Heavener, a private person; Mauricio Grant, a private person; Ramon De Leon, a private person; Donald Mairs, a private person; Donna Lee Elm, a private person; Germaine Selder, a private person; David P. Rhodes, a private person; Brad Cooper, a private person; Thomas Kune, a private person; Angela Cole Dempsey, a private person; Sara Hassler, a private person; Bradley R. Johnson, a private person; Gwen Marshall, a private person; Jesse Haskins, a private person; Peter Sfoumbelis, a private person; Richie Blanco, a private person; Kenneth L. Green, a private person; Jon S. Wheeler, a private person; Pamela Jo Bondi, a private person; SI Incorporated, a privately held company, and all subsidaries and agents thereof; U.S. Marshals Service, a privately held company, and all subsidiaries and agents thereof; U.S. Probation and Pretrial Services, a privately held company, and all subsidiaries and agents thereof, U.S. Attorney's Office, a privately held company, and all subsidiaries and agents thereof, U.S. Department of Justice, a privately held company, and all subsidiaries and agents thereof, Federal Bureau of Prisons, a privately held company, and all subsidiaries and agents thereof, Florida Department of Highway Safety and Motor Vehicles, a privately held company, and all subsidiaries and agents thereof, Florida Highway Patrol, a privately held company, and all subsidiaries and agents thereof, Leon County Jail, a privately held company, and all subsidiaries and agents thereof,.

## 4. HUMAN RIGHTS ALLEGEDLY VIOLATED

*Indicate the rights that you consider have been violated. If possible, specify the rights protected by the American Declaration of the Rights and Duties of Man, the American Convention on Human Rights, or the other Inter-American human rights treaties. Consult Inter-American human rights instruments on our web page.*

Trespass and Executor De Son Tort; Reversion of Estate and Hereditaments; Escheatment of Estate and Hereditaments

## SECTION III - LEGAL REMEDIES PURSUED TO RESOLVE THE FACTS ALLEGED

*Describe the actions pursued by the alleged victim(s) or the petitioner before judicial bodies. Explain any other remedy pursued before domestic authorities, including administrative agencies, if any.*

Cause of action is for Replevin, and Compensation for Trespass and Executor De Son Tort; Reversion of Estate and Hereditaments; Escheatment of Estate and Hereditaments. Please see the annexed hereto in full Case Number. 16-2017-CA-2144, Fourth Judicial Circuit, Duval County Florida.

*If it has not been possible to exhaust domestic remedies, choose from the following options the one that best explains why it was not possible:*

Access to domestic remedies has not been permitted, or exhausting them has been impeded

*Please explain the reasons*

| Prior lawsuits filed were dismissed without a hearing. | ⁝ |

*Indicate whether there was a judicial investigation. Indicate when it began, when it ended, and the result. If it has not concluded, indicate why:*

| N/A | |

*· If applicable, indicate the date of notification of the final decision of the competent court.*

| N/A | ⁝ |

## SECTION IV - AVAILABLE EVIDENCE

## 1. EVIDENCE

*The available evidence includes any documents that may prove the violations alleged (for example, the principal pleadings and exhibits in judicial or administrative records, expert reports, forensic reports, photographs, and video or film recordings, among others). In the initial stage it is not necessary to send all the available documentation; it is useful to present the decisions and principal pleadings.*
*· If possible, upload an electronic copy to this form or send a simple copy. The copies do not need to be certified or legally authenticated.*
*· Please do not send originals.*
*· If it is not possible to send the documents, you should explain why and indicate whether you will be able to send them in the future. In any event, you should indicate which documents are relevant to proving the facts alleged.*
*· The documents should be in the language of the State, so long as it is an official language of the OAS (Spanish, English, Portuguese, or French). If this is not possible, the reasons should be explained.*

| Declaration and Petition For Common Law Prejudgment Writ of Personal Replevin. | Declaration and Petition For Common Law Prejudgment Writ of Personal Replevin.pdf | 22115 Kb |
|---|---|---|
| Affidavit in Support of Declaration and Petition For Common Law Prejudgment Writ of Replevin | Affidavit in Support of Declaration and Petition For Common Law Prejudgment Writ of Personal Replevin.pdf | 1810 Kb. |
| Declarant's Replevin Bond | Declarant's Replevin Bond.pdf | 5042 Kb. |
| Writ of Personal Replevin - Order To Issue Writ of Personal Replevin | Writ of Personal Replevin - Order To Issue Writ of Personal Replevin.pdf | 115 Kb |
| Declaration (Affidavit) of Financial Statement | IPP and Declaration of Financial Statement.pdf | 304 Kb |
| 7. Notice of Lis Pendens (Certified Copy) - Duval County Florida Registrar (Probate Court) / Recorder Doc # 2017077364, OR BK 17934 Page 705 | Notice of Lis Pendens 2oo.pdf | 182 Kb |
| 8. Notice of Intent To Petition For Disqualification | Notice of Intent To Petition For Disqualification.pdf | 2743 Kb. |
| Mom's 4th Judicial Filed - Petition For Disqualification.pdf | Mom's 4th Judicial Filed - Petition For Disqualification.pdf | 2295 Kb. |
| Petition For Disqualification | Mom's 4th Judicial Filed - Petition For Disqualification.2oo.pdf | 2295 Kb |
| Certificates of Service | Mom's 4th Judicial Filed - Certificates of Service.pdf | 2798 Kb |
| Notice of Existence of Final Will and Testament of Syteria Lawrence | Mom's 4th Judicial Filed - Notice of Existence of Final Will | 3972 Kb |

| | and Testament of Syteria Lawrence.pdf | |
|---|---|---|
| Notice of Appointment of General Executrix | Mom's 4th Judicial Filed - Notice of Appointment of General Executrix.pdf | 2058 Kb |
| Notice of Claim of Right | Mom's 4th Judicial Filed - Notice of Claim of Right.pdf | 2055 Kb |
| Notice of Claim of Title | Mom's 4th Judicial Filed - Notice of Claim of Title.pdf | 2047 Kb |
| Notice of Syteria Lawrence Estate Allodial Cost Schedule | Mom's 4th Judicial Filed - Notice of teria Lawrence Estate Allodial Cost Schedule.pdf | 2295 Kb |
| Addendum Notice of Lis Pendens (Certified Copy) - Duval County Florida Registrar (Probate Court) / Recorder Doc # 2017082126, OR BK 17940, Page 1500 | Mom's 4th Jud. Cir. Recorded - Addendum Notice of Lis Pendens.pdf | 1433 Kb |
| Amended Notice of Existence of Final Will and Testament of Syteria Lawrence | Mom's 4th Judicial Filed - Amended Notice of Existence of Final Will and Testament For Syteria Lawrence.pdf | 4010 Kb |
| Notice of Joinder | Joinder.pdf | 10192 Kb |
| 19. Judicial Notice of Executive Order 13773 - Enforcing Law With Respect To Transnational Criminal Organizations | Mom's 4th Judicial Filed - Judicial Notice of Executive Order 13773 - Enforcing Law With Respect to Transnational Criminal Organizations.pdf | 4502 Kb |
| 20. 2nd Addendum Notice of Lis Pendens (Certified Copy) - Duval County Florida Registrar (Probate Court) / Recorder Doc # 2017083334, OR BK 17942, Page 484 | Mom's 4th Judicial Filed - 2nd Addendum Notice of Lis Pendens.pdf | 427 Kb |
| 22. 3rd Addendum Notice of Lis Pendens (Certified Copy) - Duval County Florida Registrar (Probate Court) / Recorder Doc # 2017085181, OR BK 17944, Page 1423 | Mom's 4th Judicial Recorded - 3rd Addendum Notice of Lis Pendens.pdf | 1052 Kb |
| Certificate of Service | Mom's 4th Judicial Filed - 2nd Certificates of Service.pdf | 226 Kb |
| Judicial Notice and Evidence of Documentary Stamp Duty | Mom's 4th Judicial Filed - Notice & Evidence of Documentary Stamp Duty.pdf | 2929 Kb |
| Judicial Notice of Absolute and Final Confirmation of General Executrix of Syteria Haphzibah Estate | Mom's 4th Judicial Filed Judicial Notice of Absolute and Final Confirmation of General Executrix of Syteria Hephzibah Estate.pdf | 240 Kb |
| Judicial Notice of Sequestration of Life-Rent and Syteria Hephzibah Estate | Sequestration of Life-Rent and Estate.pdf | 1086 Kb |
| Judicial Notice of Apostolic Letter Issued Motu Proprio (2013) | Mom's 4th Judicial Filed - Judicial Notice of Apostolic Letter Issued Motu Proprio (2013).pdf | 255 Kb |
| 4th Addendum Notice of Lis Pendens (Certified Copy) - Duval County Florida Registrar (Probate Court) / Recorder Doc # 2017086521, OR BK 17946, Page 639 | Mom's 4th Judicial Recorded - 4th Addendum Notice of Lis Pendens.pdf | 2321 Kb |

## 2. WITNESSES

*Identify, if possible, the witnesses to the alleged violations. If those persons have given statements to the judicial authorities, send, if possible, a simple copy of the witness statements or indicate whether you will be able to send them in the future. Indicate whether it is necessary to keep the identity of the witnesses confidential.*

1. Fact Witness: Taquan Rahshe Gullatt-El

2. Fact Witness: Shepherdess Bartle Vareen

3. Fact Witness: : Shirley Reed

4. Fact Witness: Candia V Williams-El

5. Fact Witness: Geraldine Childs

6. Fact Witness: Paul Murry.

7. Fact Witness: Anthony Williams.

8. Dr. Robert Flowars.

## SECTION V - OTHER COMPLAINTS LODGED

*Please indicate whether these facts have been presented to the Human Rights Committee of the United Nations or any other international organization:*

No.

*If yes, indicate which organization and the results obtained:*

N/A.

*Additional information (use this space for any additional information you consider necessary).*

N/A.

## SECTION VI - PRECAUTIONARY MEASURES

*In certain serious and urgent situations, the Commission may ask a State to adopt precautionary measures to prevent irreparable harm to persons.*

*Indicate whether there is a serious and urgent situation of risk of irreparable harm to persons.*

Yes

*If yes, please explain the reasons.*

Trespass and Executor De Son Tort; Reversion of Estate and Hereditaments; Escheatment of Estate and Hereditaments.

*Have you presented complaints or requests to the competent authorities regarding the alleged situation?*

Yes

*If they have not been presented, please explain why:*

PETITION - IACHR - 0000037743

N/A

Please indicate if the State has granted any protection measures or whether you have requested any.

I have repeatedly applied and petitioned for protection measures and have been denied.

If your situation is related to the death penalty, indicate whether there is a scheduled execution date. (dd/mm/yyyy)

N/A

If your situation is related to an alleged forced disappearance, please indicate the date on which it purportedly occurred. (dd/mm/yyyy)

17/04/2017

If your situation is related to a potential deportation or extradition, please indicate whether a scheduled date exists. (dd/mm/yyyy)

N/A

Indicate which rights you consider to be at risk.

Estate Rights, Trust Indigenous Peoples' Human Rights, Natural Rights, Human Rights, Copyrights, Trademark Rights, Titles, and Interest.


SIGNATURE : highlyfavored.syteria@gmail.com
DATE : 17/04/2017 03:43 AM

  

# TAQUAN RASHIE GULLETT©™® Estate

(any and/or all alphabetical and/or numerical variations and/or derivations)

# SYTERIA LAWRENCE©™® Estate

(any and/or all alphabetical and/or numerical variations and/or derivations)

Notice to Agent is Notice to Principal – Notice to Principal is Notice to Agent.
Applicable to all Successors and Assigns

| | |
|---|---|
| Taquan Rahshe Gullett-El, General Executor | Syteria Hephzibah-El, General Executrix |
| In the Interest of TAQUAN RASHIE GULLETT©™® Estate | In the Interest of SYTERIA LAWRENCE©™® Estate |
| ℅ 6722 Arlington Expressway, Suite 67213 | ℅ 6722 Arlington Expressway, Suite 67213 |
| Jacksonville Florida state | Jacksonville Florida state |
| Timucuan Al Andalusia Northwest Amexem (Morocco) | Timucuan Al Andalusia Northwest Amexem (Morocco) |
| RB 917 549 140 US | RB 917 549 153 US |

## Affidavit of Alien Religious Consul Association

a. First. TO ALL PARTIES AND TO THEIR CONSUL(S) OF RECORD TAKE NOTICE that On the Record and for the Record, present is Taquan Rahshe Gullett-El, also called Maalik Rahshe El, and Syteria Hephzibah-El, also called Highly Favored Shekinah El, Divine Immortal Spirit in Live Flesh and Blood Natural Man and Woman of majority on the Land, In Propria Persona by Sui Juris capacity, Jus Sanguinis, Heir Apparent by Freehold of Inheritance, a people of Our state and of sound firm mind.

b. Second. Our state, Original Autochthonous American Moor Alien (Friend) Republican Universal Government Form and Testamentary Style [hereinafter AAMARU©™®] is conferred with all rights, power and authority from Our Most High Creator Divine Source for the Force Universal Allah (All-Law) whom sustains all protection and provision for Life, Liberty, Property, Family, Natural Environment, and Cultural Heritage. Universal Allah (All-Law) does confer upon AAMARU©™® the natural ability to propagate Faith, Hope, and Love, and extend the enlightenment of Truth of Universal Allah (All-Law)

throughout all of America (Al Morocco), to appoint and consecrate consuls, ministers, and missionaries of Our Most High Creator Divine Source for the Force Universal Allah (All-Law) to establish the faith of Universal Allah (All-Law) throughout all of America (Al Morocco).

### Acceptance

**c. Third.** It is hereby DECREED and DECLARED that said religious consul association **Original Autochthonous American Moor Alien (Friend) Republican Universal Government Form and Testamentary Style** does accept all rights, power and authority conferred and the delegation of AAMARU©™® as its name, and as its ministerial purpose, AAMARU©™® humbly performs the righteous work-duty-service of ennoblement of all humanity.

**d. Fourth.** In accord with The Holy Koran Circle 7, The Zodiac Constitution (Registration No. AA222141 Truth A1-Class A)and all annexes thereto, The Holy Qur'an, The Great Law of Peace, The Iroquois Constitution, The American Declaration of Independence (1776), The Treaty of Peace and Friendship (1787), The Madrid Convention on Protection in Morocco (July 3, 1880), Articles of united states for America Organic Constitution (1787), Bill of Rights of united states for America Organic Constitution (1787), The Universal Declaration on Human Rights (1948), The American Declaration of the Rights and Duties of Man (1948) inclusive without limitation all annexes thereto, The United Nations Declaration of the Rights of the Child (1959), The Universal Declaration on the Rights of Indigenous Peoples (2006), The International Proclamation for the Original Autochthonous American Moor Alien (Friend) Republican Universal Government Form and Testamentary Style [AAMARU©™®](2016), The International Resolution For Competence By Conduct and Virtue – Affidavit of Bona Fide Moral Integrity and Upright Character Lawful Status (2016), United Nations General Assembly Declaration on the Granting of Independence to Colonial Countries (Countees) and Peoples 1514 (XV) 947th Plenary Meeting (14 December 1960), the *Hague Conventions* and the *Geneva Conventions* inclusive without limitation of all annexes thereto.

### Respectfully and In Honor.

## Verification

I, Taquan Rahshe Gullett-El, also called Maalik Rahshe El, and I, Syteria Hephzibah-El also called Highly Favored Shekinah El, Divine Immortal Spirit in Live Flesh and Blood Natural Man and Woman of majority on the Land, In Propria Persona by Sui Juris capacity, Jus Sanguinis, Heir Apparent by Freehold of Inheritance, Original Autochthonous American Moor Alien (Friend) Republican Universal Government Form and Testamentary Style [AAMARU©™®], do hereby declare and affirm by virtue of Divine Law, under penalties of perjury under the laws of Our Most High Creator Divine Source for the Force Universal Allah (All-Law); The Holy Koran Circle 7, The Zodiac Constitution, the laws of the State of Florida; and the laws of the United States of America, that I am competent to state the matters set forth, and herein, and that all of the facts stated are true, correct, complete, certain, not misleading, admissible as evidence, in accordance with declarant's best first-hand knowledge, understanding, and honorable intent, and if called upon for rhetoric as a witness to the veracity of evidence preferred and proffered, declarant shall so state.

[*State v. Shearer*, 617 So.2d (Fla. App. 5 Dist. 1993)]

This Affidavit is dated the Twenty-Seventh Day of the Fifth Month
in the Year of Our Universal Allah (All-Law)
Fourteen Hundred Thirty-Seven [Gregorian Calendar Year 2017 – May, 27]

In Honor.



I am: Maalik Taquan Rahshe Gullett-El Autochthonous American Moor Alien Friend

I am: Syteria Hephzibah-El Autochthonous American Moor Alien Friend

Taquan Rahshe Gullett-El, also called Maalik Rahshe El, Divine Immortal Spirit in Live Flesh and Blood
Syteria Hephzibah-El, also called Highly Favored Shekinah El, Divine Immortal Spirit in Live Flesh and Blood
Jus Sanguinis, Natural Man and Woman of majority on the Land, In Propria Persona by Sui Juris capacity, Heir Apparent
Original Autochthonous American Moor Alien (Friend) Republican Universal Government Form and Testamentary Style
c/o 6722 Arlington Expressway, Suite 67213, Jacksonville Florida state
Tennenan Al Andalusia Northwest Amexem (Morocco)

Witness: _____

The Codrac Constitution

Registration Number AA 222141 Teuh A1-Class A

# ARTICLE I

The 12 signs of the Zodiac and the code of mathematics scaling from zero to nine, (0- 9), and the science of geometry, (G), comprise the Constitution of the living MOORISH nation of North America referred to as, 'Negroes" who ruled the world and the seven seas by the 12 signs of the zodiac and the science of Geometry, (G), for eleven hundred and ninety-six years, to the (Amazon Dutch-German) Catholic priesthood Fathers of the revolution of 1799 and the sisterhood Magna Charta, Emancipation Proclamation, Union Society of white supremacy in 1863; North America.

The 12 Juryman's of the 48 Union States society, and also the nine judges of the Supreme Court ,were founded upon the MOORISH nation 12 signs of the Zodiac Constitution and mathematics scaling from zero to nine (0-9). Thus, without our Moorish Constitution, the Magna Charta - Emancipation Proclamation Union Society of the myth of white supremacy definitely could been founded 1863.

# ARTICLE II

Zodiac Constitution Birth Right of the Moorish Americans the Beys and Els

Since the 12 Juryman's of the 48 Union States Magna Charta document of white supremacy and the nine judges of their Supreme Court were founded upon our Moorish Zodiac 12 signs mathematic Constitution, the lawmakers have no jurisdiction over the free MOORS – the Beys and Els – in the inherited land of the MOORISH nation, namely, U.S.A., Canada and Central and South America.

The MOORISH American nationality and their sir names – Bey and El, are their inherited Birth Rights without a legal due process of the lawmakers of the Union Society -" U.S.A, because what our MOORISH Fore fathers were, we are that today without a doubt of contradiction, namely: MOORISH!

# ARTICLE III

Taxes and Military Exemption for the Moorish American – Beys and Els

The MOORS, referred to as: Negroes, definitely, can never become members and citizens of the Union Society of the 48 States. Therefore, they cannot be forced or drafted into the Union, U.S.A. Army or military service to fight for the Magna Charta code of white supremacy against themselves.

The lawmakers of the 48 States Union order cannot force the MOORS – the Els and Beys, to pay taxes because taxation without representation is a supreme violation of the MOORISH Zodiac Constitution Birthrights of ISLAM. When the Union lawmaker denounce their immoral Magna Charta Code, and resort to the MOORISH Zodiac Constitution, then the Moors are compelled to pay taxes because every one of the nation will be equally represented by it. There are no room in the science of (Masonry – the Zodiac) for Mystic God, religious worship; race; color, ignorance, war, crime., slavery and human injustice.

# ARITCLE IV

### Adequate Employment and Protection for the Moorish Americans

Every lawmaker and the heads of industry and business enterprises of the 48 States Union order are obligated members and citizens of the Magna Charta Christian Church and Temple system of Christ the King of the Jesus; meaning, jury over the wealth and culture of the living MOORISH nation of North America;

Therefore, by the MOORISH Zodiac Constitution, the MOORS — the Beys and Els, can demand adequate employment, food, clothing, shelter, medical care, equal rights and respect and protection from mob violence rape and injustices; otherwise without being obligated to the Union Church and religious system of the order of Christ — "the 'white' son of idol of god;

# ARTICLE V

### Immoral Marriage License Code Against the Zodiac Law of Nature

Truth cannot be altered and therefore need no apology and neither doctrine because it is the supreme mental doctor itself, for the entire human family — Women and man.

(1) Thus the truth is that the Sisterhood Christian Daughters of the American Revolution — the (D.A.R) established the marriage license states right code to prevent the Moorish men and women from marrying into their Magna Charta Society of "white" supremacy.

(2) Did you ever stop to think that woman and man are all ready married., by the supreme law of nature — and that a marriage license is a supreme act of violation of the law of nature? The natural law union between woman and man spells love and the reproduction of a child, which a marriage license plays no part in.

(3) Definitely there cannot be any illegitimate children offspring from woman and man, because woman is the supreme gate of creation of both male and female children by the laws of nature — which spells (ISLAM) or I Self Law And Master, the carpenter and the Grand Architecture of the Human family. "ADAM" means the positive forces in woman and sons. And "EVE" means the negative forces of woman and sons, responsible for EVOLUTION or reproduction of children by the law of nature: the pope, priest, and preacher, judges of the Christian Society definitely cannot prove that their "ADAM" and "EVE" had a marriage social license. Did you ever stop to think that the marriage license code is an act of selling woman and man back to themselves? The union Magna Charta marriage license code unfortunately and unconsciously caused the "white" woman to be cut off from the human family — the Moorish nation, In other words the "white" woman are supreme slaves against their will and desire. This has caused them to carry in their minds and heart a secret sorrow and anger which causes their children to inherit a tendency of crime, hatred and insanity and various other diseases.

# ISLAM

## Supreme Standard of the Zodiac Marriage Law – Culture

The element of the signs of the Zodiac and woman and mans opposite signs and first marriage of the Zodiac law of nature. No preacher and money and license and neither religion is necessary in the standard Zodiac marriage law.

# IN HARMONY WITH NATURE

1. Aries is fire and Libra is air
2. Taurus is earth and Scorpio is water
3. Gemini is air and Sagittarius is fire
4. Cancer is water and Capricorn is earth
5. Leo is fire and Aquarius is air
6. Virgo is earth and Pisces is water

The 1863 union Bible story of "EVE" and "ADAM" were founded upon the Moorish Zodiac twelve signs law – the negative and the positive forces of nature – female and male. Woman and man's second marriage and the element of the angles of the signs of the Zodiac the standard universal law.

# IN HARMONY WITH NATURE

1. Aries is fire and Gemini is air.
2. Leo is fire and Libra is air.
3. Sagittarius is fire and Aquarius is air

Persons born under the opposite signs and the angle signs, are in harmony with one another in every manner. Thus firsthand knowledge of the sign under which you and you mate were born will guide you destiny in peace, progress and happiness. forever. Let us remember that this not a theory. The Zodiac is the absolute universal standard of marriage and human guidance. Woman and man will know their duty toward one another and their children without being forced by the tradition code of the court room.

# ARTICLE VI

### This one and only Universal Moral Law for Unity, Peace and Economic and Social Progress

The MOORISH Zodiac Constitution is the only universal unchanged moral law for the human family, for unity, human equality, respect, peace and economic and social progress. Therefore, every MOOR – the Beys and Els, must be guided by this

Constitution, and book, "Clock of Destiny" and do that which is right be reason and have respect for the "white" lawmakers and citizens of the Magna Charta Union Society of the 48 States, in order to demand respect from them.

The "white" peoples of the Union are guided by their Magna Charta traditions and customs, and the MOORS are guided by the Zodiac Constitution Law. Nevertheless, their customs and traditions, including themselves, must be respected by the MOORS, without submitting themselves to any of the Magna Charta customs. That which is termed the Christian law is a rule of action in recorded on paper and supported by authority and force. The Zodiac law of nature is recorded in wisdom of woman and man, and supported by moral intelligence — the greatest law. Knowledge of Zodiac masonry as shown in this Moorish Constitution, and also in my book "Clock of Destiny" volume I and II will prevent a Moorish American he or she from indulging in crime. They then would have to appear in the Court Room to stand trial. Should a Moorish American who have this Constitution and book I and II; indulge in crime, such as: Narcotics, robbery, forgery, prostitution, illegal whiskey or alcohol, illegal schemes, gambling, peace breaking, violence and disrespect for the Law of the city, county, State and Federal. They then have incriminated themselves and therefore will be penalized. This Constitution and card and book definitely do not protect criminals. Beware.

# WARNING

The Clock of Destiny Moorish American card of identification and constitution has been registered in the Library of Congress and signed by the author: C.M. Bey, H. Coley El, A.M. Bey, William Spearman Bey and Leslie Ferrell Bey. Are the only four Moorish Americans of whom has been authorized as solicitors by the author: C.M. Bey. The card and constitution must be signed by the author. Beware of forgery or imposters.

A Moorish American cannot be convicted on false accusation-frame-up charges. The evidence against a Moorish American must be concrete proof beyond the shadow of doubt. The Moorish nation of 150,000,000 of the U.S.A., shall not be destroyed for lack of truth and knowledge of the law and constitution of the MOORS.

## ARTICLE VII
### The Moorish Americans Freedom and legal rights in the Christian union Court Room

In the Christian Union Court Room, the MOORS cannot be forced to remove their Red Fez from their heads; nor can they be forced to raise their hand take an oath over the Christian Bible. Neither can the MOORS — the Beys and Els, employ "white" or "Negro" lawyers to represent them. The reason for this is that "white" people and their "Negro" slaves definitely cannot represent free MOORISH Americans.

The Negro is the property of the Union slave holders. The MOORS must respect the court by saying "I AFFIRM". Here the court has no jurisdiction over them which automatically makes them qualified to defend themselves by their Zodiac Constitution Law and their mathematical number nine, (9) corresponds with the letter I, based on the

nine months from conception to birth which makes you, yourself, the great I AM, the first and the highest law of self protection and self preservation in harmony with your Zodiac 12 signs unchanged Constitution moral law, of 360 degrees squared by your number nine, (9).

The MOORISH Zodiac Constitution is referred to in Christian mason mythology as, "The Holy Koran" or "Al Koran", meaning earth earth, moon, sun and the seven planets of the chronology Zodiac record of the MOORISH nation of the North Gate — North America. The name, "Mohammed", prophet, religion, God, Church, Temple and Mosque, were established by the Dutch-Anglo-Saxon Priesthood Franciscan Fathers of. North America who overthrew the MOORISH society of ISLAM between 1789 and the Union of 1863.

The MOORS — the Beys and Els, must never attempt to teach of lecture in the Christian institutions, namely: Church, Temple, Mosque, School and Hall. This is a violation of the Union society states right Magna Charta code of Mary and Christ. The truth of the MOORISH Zodiac Constitution law and moral human principle definitely conflicts with the Christian Union customs and doctrine of the Magna Charta from every angle. Nor do not criticize the "white" people to accept the moral truth and principles of your 12 signs Zodiac Constitutional Law, because the Magna Charta is a Latin phrase meaning; MAGNATE CHARTER of "white" peoples economic and social attraction only, which had its beginning in the colonies of Ohio, Michigan, Indian, and Illinois in 1848 and 1854 and will end in 1954. (Wa Alaikum As-salaam) Moorish Latin, which mean: and with you be peace (ISLAM)

If the lawmakers of the 48 union states of North America. Should attempt to ignore the Moorish Americans Zodiac Law and birth rights of the Constitution. It would be an act of supreme violation of their own Magna Charta Code.

C.M. Bey

Code of the issued document 1-3 Filed 04/05/17 Page 86 of 191 PageID America

of a General and Permanent Character in force January 3, 1935

## TITLE 22. FOREIGN RELATIONS AND INTERCOURSE PAGE 954
### Chapter 2. Consular courts

Section 141. Judicial authority generally. To carry into full effect the provisions of the treaties of the United States with certain foreign countries. The ministers and consuls of the United States in China. Siam, Turkey,

Morocco. Muscat. Abyssinia. Persia, and the territories formerly a part of the former Ottoman Empire including Egypt. Duly appointed to reside therein. Shall. In addition to other powers and duties imposed upon them. Respectively, by the provisions of such treaties, respectively, be invested with judicial authority described in this chapter, which shall appertain to the office of minister and consul, and be a part of the duties belonging thereto, wherein, and so far as, the same is allowed by treaty, and in accordance with the usages of the countries in their intercourse with the Franks or other foreign Christian nations. (R. S. §§ 4083, 4125, 4126, 4127; June 14; 1878. c. 193. 20 Stat. 131.)

### Title 22. Chapter 2 Section 142
### General Jurisdiction in Criminal cases.

The officers mentioned in Section 141 of this title are fully empowered to arraign and try, in the manner provided for this chapter, all citizens of the United States charged with offenses against the law, committed in such countries, respectively, and to sentence such offenders in the manner in this chapter authorized; and each of them is authorized to issue such processes as are suitable and necessary to carry this authority into execution. (R. S, § 4084.)

### Title 22 Chapter 2 Section 143
### General Jurisdiction in Civil cases.

Such officers are also invested with all the judicial authority necessary to execute the provisions of such treaties, respectively, in regard to civil rights, whether of property or person; and they shall entertain jurisdiction in matters of contract, at the port where, or nearest to which, it was to be executed, and in all other matters, at the port where, or nearest to which the damage complained of was sustained, provided such port be one of the ports at which the United States are represented by consuls. Such jurisdiction shall embrace all controversies between citizens of the United States, or others, provided for by such treaties, respectively. (R. S. § 4085)

# Declaration of Independence: A Transcription

*Note: The following text is a transcription of the Stone Engraving of the parchment Declaration of Independence (the document on display in the Rotunda at the National Archives Museum.) The spelling and punctuation reflects the original.*

### In Congress, July 4, 1776.

The unanimous Declaration of the thirteen united States of America, When in the Course of human events, it becomes necessary for one people to dissolve the political bands which have connected them with another, and to assume among the powers of the earth, the separate and equal station to which the Laws of Nature and of Nature's God entitle them, a decent respect to the opinions of mankind requires that they should declare the causes which impel them to the separation.

We hold these truths to be self-evident, that all men are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty and the pursuit of Happiness.— That to secure these rights, Governments are instituted among Men, deriving their just powers from the consent of the governed,—That whenever any Form of Government becomes destructive of these ends, it is the Right of the People to alter or to abolish it, and to institute new Government, laying its foundation on such principles and organizing its powers in such form, as to them shall seem most likely to effect their Safety and Happiness. Prudence, indeed, will dictate that Governments long established should not be changed for light and transient causes; and accordingly all experience hath shewn, that mankind are more disposed to suffer, while evils are sufferable, than to right themselves by abolishing the forms to which they are accustomed. But when a long train of abuses and usurpations, pursuing invariably the same Object evinces a design to reduce them under absolute Despotism, it is their right, it is their duty, to throw off such Government, and to provide new Guards for their future security.—Such has been the patient sufferance of these Colonies; and such is now the necessity which constrains them to alter their former Systems of Government. The history of the present King of Great Britain is a history of repeated injuries and usurpations, all having in direct object the establishment of an absolute Tyranny over these States. To prove this, let Facts be submitted to a candid world.

He has refused his Assent to Laws, the most wholesome and necessary for the public good.

He has forbidden his Governors to pass Laws of immediate and pressing importance, unless suspended in their operation till his Assent should be obtained; and when so suspended, he has utterly neglected to attend to them.

He has refused to pass other Laws for the accommodation of large districts of people, unless those people would relinquish the right of Representation in the Legislature, a right inestimable to them and formidable to tyrants only.

He has called together legislative bodies at places unusual, uncomfortable, and distant from the depository of their public Records, for the sole purpose of fatiguing them into compliance with his measures.

He has dissolved Representative Houses repeatedly, for opposing with manly firmness his invasions on the rights of the people.

i.

He has refused for a long time, after such dissolutions, to cause others to be elected; whereby the Legislative powers, incapable of Annihilation, have returned to the People at large for their exercise; the State remaining in the mean time exposed to all the dangers of invasion from without, and convulsions within.

He has endeavoured to prevent the population of these States; for that purpose obstructing the Laws for Naturalization of Foreigners; refusing to pass others to encourage their migrations hither, and raising the conditions of new Appropriations of Lands.

He has obstructed the Administration of Justice, by refusing his Assent to Laws for establishing Judiciary powers.

He has made Judges dependent on his Will alone, for the tenure of their offices, and the amount and payment of their salaries.

He has erected a multitude of New Offices, and sent hither swarms of Officers to harrass our people, and eat out their substance.

He has kept among us, in times of peace, Standing Armies without the Consent of our legislatures.

He has affected to render the Military independent of and superior to the Civil power.

He has combined with others to subject us to a jurisdiction foreign to our constitution, and unacknowledged by our laws; giving his Assent to their Acts of pretended Legislation:

For Quartering large bodies of armed troops among us:

For protecting them, by a mock Trial, from punishment for any Murders which they should commit on the Inhabitants of these States:

For cutting off our Trade with all parts of the world:

For imposing Taxes on us without our Consent:

For depriving us in many cases, of the benefits of Trial by Jury:

For transporting us beyond Seas to be tried for pretended offences

For abolishing the free System of English Laws in a neighbouring Province, establishing therein an Arbitrary government, and enlarging its Boundaries so as to render it at once an example and fit instrument for introducing the same absolute rule into these Colonies:

For taking away our Charters, abolishing our most valuable Laws, and altering fundamentally the Forms of our Governments:

For suspending our own Legislatures, and declaring themselves invested with power to legislate for us in all cases whatsoever.

He has abdicated Government here, by declaring us out of his Protection and waging War against us.

He has plundered our seas, ravaged our Coasts, burnt our towns, and destroyed the lives of our people.

He is at this time transporting large Armies of foreign Mercenaries to compleat the works of death, desolation and tyranny, already begun with circumstances of Cruelty & perfidy scarcely paralleled in the most barbarous ages, and totally unworthy the Head of a civilized nation.

He has constrained our fellow Citizens taken Captive on the high Seas to bear Arms against their Country, to become the executioners of their friends and Brethren, or to fall themselves by their Hands.

He has excited domestic insurrections amongst us, and has endeavoured to bring on the inhabitants of our frontiers, the merciless Indian Savages, whose known rule of warfare, is an undistinguished destruction of all ages, sexes and conditions.

In every stage of these Oppressions We have Petitioned for Redress in the most humble terms: Our repeated Petitions have been answered only by repeated injury. A Prince whose character is thus marked by every act which may define a Tyrant, is unfit to be the ruler of a free people.

Nor have We been wanting in attentions to our British brethren. We have warned them from time to time of attempts by their legislature to extend an unwarrantable jurisdiction over us. We have reminded them of the circumstances of our emigration and settlement here. We have appealed to their native justice and magnanimity, and we have conjured them by the ties of our common kindred to disavow these usurpations, which, would inevitably interrupt our connections and correspondence. They too have been deaf to the voice of justice and of consanguinity. We must, therefore, acquiesce in the necessity, which denounces our Separation, and hold them, as we hold the rest of mankind, Enemies in War, in Peace Friends.

We, therefore, the Representatives of the united States of America, in General Congress, Assembled, appealing to the Supreme Judge of the world for the rectitude of our intentions, do, in the Name, and by Authority of the good People of these Colonies, solemnly publish and declare, That these United Colonies are, and of Right ought to be Free and Independent States; that they are Absolved from all Allegiance to the British Crown, and that all political connection between them and the State of Great Britain, is and ought to be totally dissolved; and that as Free and Independent States, they have full Power to levy War, conclude Peace, contract Alliances, establish Commerce, and to do all other Acts and Things which Independent States may of right do. And for the support of this Declaration, with a firm reliance on the protection of divine Providence, we mutually pledge to each other our Lives, our Fortunes and our sacred Honor.



**THE LIBRARY OF CONGRESS**
PHOTODUPLICATION SERVICE
WASHINGTON, D.C. 20540-4570

PHOTODUPLICATION SERVICE
202-707-5640 (Voice)
202-707-1771 (FAX)
photoduplication@loc.gov (Email)

THIS IS TO CERTIFY that the collections of the Library of Congress contain a publication entitled THE PUBLIC STATUTES AT LARGE OF THE UNITED STATES OF AMERICA, volume 8, and that the attached photocopies – the title page, the verso of the title page, and pages 100 through 105 – are a true representation from that work.

THIS IS TO CERTIFY FURTHER, that the work is marked with a Library of Congress stamp that bears the date September 26, 1990.

IN WITNESS WHEREOF, the seal of the Library of Congress is affixed thereto on November 8, 2007.

By: Shirley M. Berry
Acting Chief
Library of Congress
Photoduplication Service

BY AUTHORITY OF CONGRESS.

THE

# Public Statutes at Large

OF THE

# UNITED STATES OF AMERICA,

FROM THE

ORGANIZATION OF THE GOVERNMENT IN 1789, TO MARCH 3, 1845.

ARRANGED IN CHRONOLOGICAL ORDER.

WITH

REFERENCES TO THE MATTER OF EACH ACT AND TO THE SUBSEQUENT ACTS
ON THE SAME SUBJECT,

AND

COPIOUS NOTES OF THE DECISIONS

OF THE

## Courts of the United States

CONSTRUING THOSE ACTS, AND UPON THE SUBJECTS OF THE LAWS.

WITH AN

INDEX TO THE CONTENTS OF EACH VOLUME,

AND A

FULL GENERAL INDEX TO THE WHOLE WORK, IN THE CONCLUDING VOLUME.

TOGETHER WITH

The Declaration of Independence, the Articles of Confederation, and
the Constitution of the United States;

AND ALSO,

TABLES, IN THE LAST VOLUME, CONTAINING LISTS OF THE ACTS RELATING TO THE JUDICIARY,
IMPOSTS AND TONNAGE, THE PUBLIC LANDS, ETC.

EDITED BY

RICHARD PETERS, ESQ.,

COUNSELLOR AT LAW.

The right and interest of the United States in the stereotype plates from which this work is printed, are hereby recognised,
as being reserved and declared by the publishers, in conformity to the provisions of the joint resolution of Congress, passed March 3, 1845.

VOL. VIII.

BOSTON:

LITTLE, BROWN AND COMPANY.

1867.

KF50
. U.S.
vol 8
4th Set

Entered according to act of Congress, in the year 1845, by
CHARLES C. LITTLE & JAMES BROWN,
In the Clerk's office of the District Court of the District of Massachusetts



LIBRARY OF CONGRESS
6
SEP 26 1990
COPY
ORDER DIVISION

Replacement Copy

0385990

## TREATY OF PEACE AND FRIENDSHIP

### Between the United States of America, and His Imperial Majesty the Emperor of Morocco. (a)

January, 1787.

To all Persons to whom these Presents shall come or be made known. WHEREAS the United States of America, in Congress assembled, by their commission bearing date the twelfth day of May, one thousand seven hundred and eighty-four, thought proper to constitute John Adams, Benjamin Franklin, and Thomas Jefferson, their Ministers Plenipotentiary, giving to them, or a majority of them, full powers to confer, treat and negociate with the Ambassador, Minister, or Commissioner of his Majesty the Emperor of Morocco, concerning a treaty of amity and commerce; to make and receive propositions for such treaty, and to conclude and sign the same, transmitting it to the United States in Congress assembled, for their final ratification; and by one other commission, bearing date the eleventh day of March, one thousand seven hundred and eighty-five, did further empower the said Ministers Plenipotentiary, or a majority of them, by writing under their hands and seals, to appoint such agent in the said business as they might think proper, with authority under the directions and instructions of the said Ministers, to commence and prosecute the said negociations and conferences for the said treaty, provided that the said treaty should be signed by the said Ministers: And whereas we, the said John Adams and Thomas Jefferson, two of the said Ministers Plenipotentiary (the said Benjamin Franklin being absent) by writing under the hand and seal of the said John Adams at London, October the fifth, one thousand seven hundred and eighty-five, and of the said Thomas Jefferson at Paris, October the eleventh of the same year, did appoint Thomas Barclay, agent in the business aforesaid, giving him the powers therein, which, by the said second commission, we were authorized to give, and the said Thomas Barclay, in pursuance thereof, hath arranged articles for a treaty of amity and commerce between the United States of America, and his Majesty the Emperor of Morocco, which articles, written in the Arabic language, confirmed by his said Majesty the Emperor of Morocco, and sealed with his royal seal, being translated into the language of the said United States of America, together with the attestations thereto annexed, are in the following words, to wit:

> ROYAL
> SEAL.

In the Name of ALMIGHTY GOD.

This is a Treaty of Peace and Friendship established between us, and the United States of America, which is confirmed, and which we have ordered to be written in this book, and sealed with our royal seal, at our court of Morocco, on the twenty-fifth day of the blessed month of Shaban, in the year one thousand two hundred, trusting in God it will remain permanent.

### ARTICLE I.

We declare that both parties have agreed that this treaty, consisting

(a) By "an act making an appropriation for the purpose therein mentioned," passed March 3, 1791. Laws U. S. vol. I, 214, twenty thousand dollars are appropriated for effecting a negotiation of the treaty with Morocco, September 16, 1836, page, 481.

TREATY WITH MOROCCO. 1787.                                    101

of twenty-five articles, shall be inserted in this book, and delivered to    Emperor's
the Honorable Thomas Barclay, the agent of the United States, now at    consent to the
our court, with whose approbation it has been made, and who is duly    treaty.
authorized on their part to treat with us concerning all the matters con-
tained therein.

### ARTICLE II.

If either of the parties shall be at war with any nation whatever, the    Neither party
other party shall not take a commission from the enemy, nor fight under    shall take com-
their colours.                                                           mission from
                                                                         the enemy of
                                                                         the other.

### ARTICLE III.

If either of the parties shall be at war with any nation whatever, and    Regulation in
take a prize belonging to that nation, and there shall be found on board    case of cap-
subjects or effects belonging to either of the parties, the subjects shall    tures.
be set at liberty, and the effects returned to the owners. And if any
goods belonging to any nation, with whom either of the parties shall be
at war, shall be loaded on vessels belonging to the other party, they shall
pass free and unmolested, without any attempt being made to take or
detain them.

### ARTICLE IV.

A signal or pass shall be given to all vessels belonging to both parties,    Signal or pass
by which they are to be known when they meet at sea; and if the com-    to be given to
mander of a ship of war of either party shall have other ships under    vessels.
his convoy, the declaration of the commander shall alone be sufficient
to exempt any of them from examination.

### ARTICLE V.

If either of the parties shall be at war, and shall meet a vessel at sea    How vessels
belonging to the other, it is agreed, that if an examination is to be    shall be ex-
made, it shall be done by sending a boat with two or three men only;    amined in time
and if any gun shall be fired, and injury done without reason, the    of war.
offending party shall make good all damages.

### ARTICLE VI.

If any Moor shall bring citizens of the United States, or their effects,    Citizens of the
to his Majesty, the citizens shall immediately be set at liberty, and the    U. S. captured,
effects restored; and in like manner, if any Moor, not a subject of these    to be released.
dominions, shall make prize of any of the citizens of America, or their
effects, and bring them into any of the ports of his Majesty, they shall
be immediately released, as they will then be considered as under his
Majesty's protection.

### ARTICLE VII.

If any vessel of either party shall put into a port of the other, and    Vessels want-
have occasion for provisions or other supplies, they shall be furnished    ing supplies, to
without any interruption or molestation.                                 be furnished.

### ARTICLE VIII.

If any vessel of the United States shall meet with a disaster at sea,    Provision in
and put into one of our ports to repair, she shall be at liberty to land    case of misfor-
and re-load her cargo, without paying any duty whatever.                 tune.

### ARTICLE IX.

If any vessel of the United States shall be cast on shore on any part    
of our coasts, she shall remain at the disposition of the owners, and no
one shall attempt going near her without their approbation, as she is
                                    13

102

## TREATY WITH MOROCCO. 1787.

*Regulation in case of ships attack, and being forced into port.*

then considered particularly under our protection; and if any vessel of the United States shall be forced to put into our ports by stress of weather, or otherwise, she shall not be compelled to land her cargo, but shall remain in tranquillity until the commander shall think proper to proceed on his voyage.

### ARTICLE X.

*Vessels protected in certain cases.*

If any vessel of either of the parties shall have an engagement with a vessel belonging to any of the Christian powers within gun shot of the forts of the other, the vessel so engaged shall be defended and protected as much as possible until she is in safety; and if any American vessel shall be cast on shore on the coast of Wadnoon, or any coast thereabout, the people belonging to her shall be protected and assisted, until, by the help of God, they shall be sent to their country.

### ARTICLE XI.

*Privileges of vessels in case of war.*

If we shall be at war with any Christian power, and any of our vessels sail from the ports of the United States, no vessel belonging to the enemy, shall follow until twenty-four hours after the departure of our vessels; and the same regulation shall be observed towards the American vessels sailing from our ports, be their enemies Moors or Christians.

### ARTICLE XII.

*Ships of war belonging to U. S. not to be examined.*

If any ship of war belonging to the United States shall put into any of our ports, she shall not be examined on any pretence whatever, even though she should have fugitive slaves on board, nor shall the governor or commander of the place compel them to be brought on shore on any pretext, nor require any payment for them.

### ARTICLE XIII.

*Ships of war to be saluted.*

If a ship of war of either party shall put into a port of the other and salute, it shall be returned from the fort with an equal number of guns, not with more or less.

### ARTICLE XIV.

*Commerce on the footing of the most favoured nation.*

The commerce with the United States shall be on the same footing as is the commerce with Spain, or as that with the most favoured nation for the time being; and their citizens shall be respected and esteemed, and have full liberty to pass and repass our country and seaports whenever they please, without interruption.

### ARTICLE XV.

*Privileges of merchants.*

Merchants of both countries shall employ only such interpreters, and such other persons to assist them in their business, as they shall think proper. No commander of a vessel shall transport his cargo on board another vessel; he shall not be detained in port longer than he may think proper; and all persons employed in loading or unloading goods, or in any other labour whatever, shall be paid at the customary rates, not more and not less.

### ARTICLE XVI.

*In case of war, prisoners not to be enslaved, but exchanged.*

In case of a war between the parties, the prisoners are not to be made slaves, but to be exchanged one for another, captain for captain, officer for officer, and one private man for another: and if there shall prove a deficiency on either side, it shall be made up by the payment of one hundred Mexican dollars for each person wanting. And it is agreed that all prisoners shall be exchanged in twelve months from the time of their being taken, and that this exchange may be effected by a merchant or any other person authorized by either of the parties.

## TREATY WITH MOROCCO. 1787.

103

### ARTICLE XVII.

Merchants shall not be compelled to buy or sell any kind of goods but such as they shall think proper; and may buy and sell all sorts of merchandize but such as are prohibited to the other Christian nations.

*Merchants may buy and sell all goods except those prohibited to other Christian nations.*

### ARTICLE XVIII.

All goods shall be weighed and examined before they are sent on board, and to avoid all deception of vessels, no examination shall afterwards be made, unless it shall first be proved that contraband goods have been sent on board, in which case, the persons who took the contraband goods on board, shall be punished according to the usage and custom of the country; and no other person whatever shall be injured, nor shall the ship or cargo incur any penalty or damage whatever.

*Goods to be examined before sent on board, and not after, unless in case of fraud.*

### ARTICLE XIX.

No vessel shall be detained in port on any pretence whatever, nor be obliged to take on board any articles without the consent of the commander, who shall be at full liberty to agree for the freight of any goods he takes on board.

*Vessels not to be detained.*

### ARTICLE XX.

If any of the citizens of the United States, or any persons under their protection, shall have any disputes with each other, the consul shall decide between the parties, and whenever the consul shall require any aid or assistance from our government, to enforce his decisions, it shall be immediately granted to him.

*How disputes shall be settled.*

### ARTICLE XXI.

If a citizen of the United States should kill or wound a Moor, or, on the contrary, if a Moor shall kill or wound a citizen of the United States, the law of the country shall take place, and equal justice shall be rendered, the consul assisting at the trial; and if any delinquent shall make his escape, the consul shall not be answerable for him in any manner whatever.

*How crimes shall be punished.*

### ARTICLE XXII.

If an American citizen shall die in our country, and no will shall appear, the consul shall take possession of his effects; and if there shall be no consul, the effects shall be deposited in the hands of some person worthy of trust, until the party shall appear who has a right to demand them; but if the heir to the person deceased be present, the property shall be delivered to him without interruption; and if a will shall appear, the property shall descend agreeable to that will, as soon as the consul shall declare the validity thereof.

*How estates of deceased citizens shall be disposed of.*

### ARTICLE XXIII.

The consuls of the United States of America, shall reside in any seaport of our dominions that they shall think proper; and they shall be respected, and enjoy all the privileges which the consuls of any other nation enjoy; and if any of the citizens of the United States shall contract any debts or engagements, the consul shall not be in any manner accountable for them, unless he shall have given a promise in writing for the payment or fulfilling thereof, without which promise in writing, no application to him for any redress shall be made.

*Consuls and their privileges.*

Case 20-40375-KKS    Doc 1-8    Filed 10/14/20    Page 97 of 192

Case 3:17-cv-00881-TJC-JBT    Document 1-3    Filed 08/01/17    Page 97 of 191 PageID 432

## ARTICLE XXIV.

*Reprisals in case of war.*  If any differences shall arise by either party infringing on any of the articles of this treaty, peace and harmony shall remain notwithstanding, in the fullest force, until a friendly application shall be made for an arrangement, and until that application shall be rejected, no appeal shall be made to arms. And if a war shall break out between the parties, nine months shall be granted to all the subjects of both parties, to dispose of their effects and retire with their property. And it is further declared, that whatever indulgence, in trade or otherwise, shall be granted to any of the Christian Powers, the citizens of the United States shall be equally entitled to them.

## ARTICLE XXV.

*Duration of treaty.*  This treaty shall continue in full force, with the help of God, for fifty years.

We have delivered this book into the hands of the beforementioned Thomas Barclay, on the first day of the blessed month of Ramadan, in the year one thousand two hundred.

I certify that the annexed is a true copy of the translation made by Isaac Cardoza Nunez, interpreter at Morocco, of the treaty between the Emperor of Morocco and the United States of America.

THOMAS BARCLAY.

## ADDITIONAL ARTICLE.

Grace to the only God.

*Vessels of U. S. to be protected.*  I, the under-written, the servant of God, Taher Ben Abdelkack Fennish, do certify, that His Imperial Majesty, my master, (whom God preserve,) having concluded a treaty of peace and commerce with the United States of America, has ordered me, the better to compleat it, and in addition of the tenth article of the treaty, to declare, "That if any vessel belonging to the United States, shall be in any of the ports of his Majesty's dominions, or within gun-shot of his forts, she shall be protected as much as possible, and no vessel whatever, belonging either to Moorish or Christian Powers, with whom the United States may be at war, shall be permitted to follow or engage her, as we now deem the citizens of America our good friends."

And, in obedience to his Majesty's commands, I certify this declaration, by putting my hand and seal to it, on the eighteenth day of Ramadan,(a) in the year one thousand two hundred.

The servant of the King, my master, whom God preserve,

TAHER BEN ABDELKACK FENNISH.

I do certify that the above is a true copy of the translation made at Morocco, by Isaac Cordoza Nunez, interpreter, of a declaration made and signed by Sidi Hage Taher Fennish, in addition to the treaty between the Emperor of Morocco and the United States of America, which declaration the said Taher Fennish made by the express directions of his Majesty.

THOMAS BARCLAY.

(a) The Ramadan of the year of the Hegira 1200, commenced on the 23d June, in the year of our Lord 1786.

TREATY WITH MOROCCO, 1787.    105.

Now, know ye, That we, the said John Adams and Thomas Jefferson, Ministers Plenipotentiary aforesaid, do approve and conclude the said treaty, and every article and clause therein contained, reserving the same nevertheless to the United States in Congress assembled, for their final ratification.

In testimony whereof, we have signed the same with our names and seals, at the places of our respective residence, and at the dates expressed under our signatures respectively.

                    JOHN ADAMS,              (L. S.)
                    London, January 25th, 1787.

                    THOMAS JEFFERSON,    (L. S.)
                    Paris, January 1st, 1787

VOL. VIII.      14

# RIGHT OF PROTECTION IN MOROCCO

*Convention signed at Madrid July 3, 1880*
*Effective from July 3, 1880*
*Ratifications exchanged at Tangier May 1, 1881*
*Senate advice and consent to ratification May 5, 1881*
*Ratified by the President of the United States May 10, 1881*
*Proclaimed by the President of the United States December 21, 1881*
*Ratification of the United States deposited at Tangier March 9, 1882*
*Amendment, implementation, and termination in part: Provisions of*
*the General Act of Algeciras of April 7, 1906,[1] prevail over any*
*conflicting provisions; article 11 implemented by article 60 of*
*the General Act; extraterritorial jurisdiction in Morocco relin-*
*quished by the United States October 6, 1956;[2] article 15 relating*
*to Moroccan nationality obsolete and without effect[3]*

22 Stat. 817; Treaty Series 246

[TRANSLATION]

His Excellency the President of the United States of America; His Majesty the Emperor of Germany, King of Prussia; His Majesty the Emperor of Austria, King of Hungary; His Majesty the King of the Belgians; His Majesty the King of Denmark; His Majesty the King of Spain; His Excellency the President of the French Republic; Her Majesty the Queen of the United Kingdom of Great Britain and Ireland; His Majesty the King of Italy; His Majesty the Sultan of Morocco; His Majesty the King of the Netherlands; His Majesty the King of Portugal and the Algarves; His Majesty the King of Sweden and Norway;

Having recognized the necessity of establishing, on fixed and uniform bases, the exercise of the right of protection in Morocco, and of settling certain questions connected therewith, have appointed as their plenipotentiaries at the conference assembled for that purpose at Madrid, to wit:

His Excellency the President of the United States of America, General Lucius Fairchild, Envoy Extraordinary and Minister Plenipotentiary of the United States near His Catholic Majesty;

---

[1] TS 456, post, p. 464; see art. 123 of the General Act.
[2] *Department of State Bulletin,* Nov. 26, 1956, p. 847.
[3] See footnote 9, p. 77.

72                    MULTILATERAL AGREEMENTS, 1775-1917

His Majesty the Emperor of Germany, King of Prussia, Count Eberhardt de Solms-Sonnewalde, Knight Commander of the first class of his Order of the Red Eagle with oak leaves, Knight of the Iron Cross, etc., etc., his Envoy Extraordinary and Minister Plenipotentiary near His Catholic Majesty;

His Majesty the Emperor of Austria, King of Hungary, Count Emanuel Ludolf, his Privy Councillor in actual service, Grand Cross of the Imperial Order of Leopold, Knight of the first class of the Order of the Iron Crown, etc., etc., his Envoy Extraordinary and Minister Plenipotentiary near His Catholic Majesty;

His Majesty the King of the Belgians, Mr. Edward Anspach, Officer of his Order of Leopold, etc., etc., his Envoy Extraordinary and Minister Plenipotentiary near His Catholic Majesty;

His Majesty the King of Spain, Don Antonio Cánovas del Castillo, Knight of the distinguished Order of the Golden Fleece, etc., etc., President of his Council of Ministers;

His Excellency the President of the French Republic, Vice-Admiral Jaurès, Senator, Knight Commander of the Legion of Honor, etc., etc., Ambassador of the French Republic near His Catholic Majesty;

Her Majesty the Queen of the United Kingdom of Great Britain and Ireland, the Honorable Lionel Sackville Sackville West, her Envoy Extraordinary and Minister Plenipotentiary near His Catholic Majesty, who is likewise authorized to represent His Majesty the King of Denmark;

His Majesty the King of Italy, Count Joseph Greppi, Grand Officer of the Order of Saint Maurice and Saint Lazarus, of that of the Crown of Italy, etc., etc., his Envoy Extraordinary and Minister Plenipotentiary near His Catholic Majesty;

His Majesty the Sultan of Morocco, the Taleb Sid Mohammed Vargas, his Minister of Foreign Affairs and Ambassador Extraordinary;

His Majesty the King of the Netherlands, Jonkheer Maurice de Heldewier, Commander of the Royal Order of the Lion of the Netherlands, Knight of the Order of the Oaken Crown of Luxemburg, etc., etc., his Minister Resident near His Catholic Majesty;

His Majesty the King of Portugal and the Algarves, Count de Casal Ribeiro, Peer of the Realm, Grand Cross of the Order of Christ, etc., etc., his Envoy Extraordinary and Minister Plenipotentiary near His Catholic Majesty;

His Majesty the King of Sweden and Norway, Mr. Henry Åkerman, Knight Commander of the first class of the Order of Wasa, etc., etc., his Minister Resident near His Catholic Majesty;

RIGHT OF PROTECTION IN MOROCCO—JULY 3, 1880.        73.

Who, in virtue of their full powers, recognized as being in good and due form, have agreed upon the following articles:

## ARTICLE 1 [*]

The conditions under which protection may be conceded are those established in the British and Spanish treaties with the Government of Morocco, and in the convention made between that Government, France and other powers in 1863, with the modifications introduced by the present convention.

## ART. 2.

Foreign Representatives at the head of a Legation may select their interpreters and employees from among the subjects of Morocco or others.

These protected persons shall be subject to no duty, impost or tax whatever, other than those stipulated in articles 12 and 13.

## ART. 3

Consuls, Vice consuls or Consular Agents having charge of a post, and residing within the territory of the Sultan of Morocco, shall be allowed to select but one interpreter, one soldier and two servants from among the subjects of the Sultan, unless they may require a native secretary.

These protected persons shall, in like manner, be subject to no duty, impost or tax whatever, other than those stipulated in articles 12 and 13.

## ART. 4

If a Representative shall appoint a subject of the Sultan to the office of Consular Agent in a town on the coast, such agent shall be respected and honored, as shall the members of his family occupying the same dwelling with him, and they, like him shall be subject to no duty, impost or tax whatever, other than those stipulated in articles 12 and 13; but he shall not have the right to protect any subject of the Sultan other than the members of his own family.

[*] A U.S. note of Feb. 13, 1914, addressed to the French Ambassador at Washington, stated in part:

"The provisions of the convention of 1863 appear to be substantially the same as the 'regulations relative to protection adopted by common consent by the Legation of France and the Government of Morocco, August 19, 1863,' reprinted in 'Treaties in Force, 1904,' at the end of the Madrid convention. . . . The British and Spanish treaties mentioned in Article I of the Madrid convention are presumably the general treaty of December 9, 1856, between Great Britain and Morocco, and the treaty of commerce and navigation of November 20, 1861, between Spain and Morocco." (1914 For. Rel. 909.) For background, see II Hackworth 554.

For text of the 1863 regulations, see p. 78; for the general treaty of Dec. 9, 1856, between Great Britain and Morocco, see British and Foreign State Papers, vol. 46, p. 176; for the treaty of commerce and navigation of Nov. 20, 1861, between Spain and Morocco, see ibid., vol. 59, p. 1089.

74.    MULTILATERAL AGREEMENTS, 1776–1917

He may, however, for the exercise of his functions, have a protected soldier.

Officers in acting charge of Vice Consulates being subjects of the Sultan, shall, during the exercise of their functions, enjoy the same rights as Consular Agents who are subjects of the Sultan.

### Art. 5

The Government of Morocco recognizes the right of Ministers Chargés d'Affaires and other Representatives, which is granted to them by treaties, to select the persons whom they employ, either in their own service or that of their governments, unless such persons shall be sheiks or other employees of the Government of Morocco, such as soldiers of the line or of the cavalry, in addition to the Maghaznías in command of their guard. In like manner they shall not be permitted to employ any subject of Morocco who is under prosecution.

It is understood that civil suits commenced before protection, shall be terminated before the courts which have instituted such proceedings. The execution of the sentence shall suffer no hindrance. Nevertheless, the local authorities of Morocco shall take care to communicate, without delay, the sentence pronounced, to the Legation, Consulate or Consular Agency upon which the protected person is dependent.

As to those persons formerly protected, who may have a suit which was commenced before protection was withdrawn from them, their case shall be tried by the court before which it was brought.

The right of protection shall not be exercised towards persons under prosecution for an offense or crime, before they have been tried by the authorities of the country, or before their sentence, if any has been pronounced, has been executed.

### Art. 6

Protection shall extend to the family of the person protected. His dwelling shall be respected.

It is understood that the family is to consist only of the wife, the children, and the minor relatives dwelling under the same roof.

Protection shall not be hereditary. A single exception, which was established by the convention of 1863, but which is not to create a precedent, shall be maintained in favor of the Benchimol family.

Nevertheless, if the Sultan of Morocco shall grant another exception, each of the contracting powers shall be entitled to claim a similar concession.

### Art. 7

Foreign representatives shall inform the Sultan's Minister of Foreign Affairs, in writing, of any selections of an employee made by them.

They shall furnish annually to the said Minister a list of the names of the persons protected by them or by their Agents throughout the States of the Sultan of Morocco.

This list shall be transmitted to the local authorities, who shall consider as persons enjoying protection only those whose names are contained therein.

## ART. 8.

Consular officers shall transmit each year to the authorities of the district in which they reside a list, bearing their seal, of the persons protected by them. These authorities shall transmit it to the Minister of Foreign Affairs, to the end that, if it be not conformable to the regulations, the Representatives at Tangier may be informed of the fact.

A consular officer shall be required to give immediate information of any changes that may have taken place among the persons protected by his Consulate.

## ART. 9

Servants, farmers and other native employees of native secretaries and interpreters shall not enjoy protection. The same shall be the case with Moorish employees or servants of foreign subjects.

Nevertheless, the local authorities shall not arrest an employee or servant of a native officer in the service of a Legation or Consulate, or of a foreign subject or protected person, without having notified the authority upon which he is dependent.

If a subject of Morocco in the service of a foreign subject shall kill or wound any person, or violate his domicile, he shall be arrested immediately, but the diplomatic or consular authority under which he is shall be notified without delay.

## ART. 10

Nothing is changed with regard to the situation of brokers, as established by the treaties and by the convention of 1863, except what is stipulated, relative to taxes, in the following articles.

## ART. 11 [*]

The right to hold property is recognized in Morocco as belonging to all foreigners.

The purchase of property must take place with the previous consent of the Government, and the title of such property shall be subject to the forms prescribed by the laws of the country.

---

[*] Implemented by art. 60 of General Act of Algeciras of Apr. 7, 1906 (TS 456), post, p. 479.

76                    MULTILATERAL AGREEMENTS, 1776-1917

Any question that may arise concerning this right shall be decided according to the same laws, with the privilege of appeal to the Minister of Foreign Affairs stipulated in the treaties.

### ART. 12.[1]

Foreigners and protected persons who are the owners or tenants of cultivated land, as well as brokers engaged in agriculture, shall pay the agricultural tax. They shall send to their Consul annually, an exact statement of what they possess delivering into his hands the amount of the tax.

He who shall make a false statement, shall be fined double the amount of the tax that he would regularly have been obliged to pay for the property not declared. In case of repeated offense this fine shall be doubled.

The nature, method, date and apportionment of this tax shall form the subject of a special regulation between the Representatives of the Powers and the Minister of Foreign Affairs of His Shereefian Majesty.

### ART. 13[2]

Foreigners, protected persons and brokers owning beasts of burden shall pay what is called the gate-tax. The apportionment and the manner of collecting this tax which is paid alike by foreigners and natives, shall likewise form the subject of a special regulation between the Representatives of the Powers and the Minister of Foreign Affairs of His Shereefian Majesty.

The said tax shall not be increased without a new agreement with the Representatives of the Powers.

### ART. 14

The mediation of interpreters, native secretaries or soldiers of the different Legations or Consulates, when persons are concerned who are not[3] under the protection of the Legation or Consulate, shall be permitted only when they are the bearers of a document signed by the head of a mission or by the consular authority.

---

[1] Regulations in execution of art. 12 were signed at Tangier Mar. 30, 1881. (Great Britain, *Command Papers*, 1882, C. 3163; *British and Foreign State Papers*, vol. 72, p. 636 (French)).

[2] Regulations in execution of art. 13 were signed at Tangier Mar. 30, 1881 (Great Britain, *Command Papers*, 1882, C. 3163; *British and Foreign State Papers*, vol. 72, p. 636 (French)), and on June 2, 1896 (Gustav Rolof, *Das Staatsarchiv*, vol. LXIV, p. 337 (French)).

[3] The word "not" was omitted in the translation of the convention as it was printed in 22 Stat. 825. A memorandum in the files of the Department of State dated Apr. 28, 1883, takes note of the error in the English translation and directs that the correction be made in the "pamphlet copy" of the convention.

RIGHT OF PROTECTION IN MOROCCO—JULY 3, 1880.     77

## Art. 15 [*]

Any subject of Morocco who has been naturalized in a foreign country, and who shall return to Morocco, shall, after having remained for a length of time equal to that which shall have been regularly necessary for him to obtain such naturalization, choose between entire submission to the laws of the Empire and the obligation to quit Morocco, unless it shall be proved that his naturalization in a foreign country was obtained with the consent of the Government of Morocco.

Foreign naturalization heretofore acquired by subjects of Morocco according to the rules established by the laws of each country, shall be continued to them as regards all its effects, without any restriction.

## Art. 16

No irregular or unofficial protection shall be granted in future. The authorities of Morocco will recognize no protection, of any kind whatever, save such as is expressly provided for in this convention.

Nevertheless, the exercise of the customary right of protection shall be reserved for those cases only in which it may be desired to reward signal services rendered by a native of Morocco to a foreign power, or for other altogether exceptional reasons.

The Minister of Foreign Affairs at Tangier shall be previously informed of the nature of the services, and notified of the intention to reward them; in order that he may, if need be, present his observations thereon; yet the final decision shall be reserved for the Government to which the service shall have been rendered.

The number of persons thus protected shall not exceed twelve for each power, and this number is fixed as the maximum unless the consent of the Sultan shall be obtained.

The status of persons who have obtained protection in virtue of the custom which is henceforth to be regulated, by this stipulation shall be without limitation of the number of persons belonging to this class and now so protected, the same for themselves and their families as that which is established for other protected persons.

---

[*] A U.S. note of Mar. 17, 1959, addressed to the Moroccan Ministry of Foreign Affairs, referred to a note from the Ministry dated Oct. 8, 1958, in which the Embassy had been informed that the Moroccan Government had decided to strike all prescriptions relating to Moroccan nationality from the text of the Madrid convention. The U.S. note said, in part:

"The Government of the United States of America, having unilaterally relinquished certain rights in Morocco with the reemergence of Morocco into independence in 1956, considers that in line with historical developments Article XV of the Madrid Convention on Protection of 1880 has become obsolete and without effect.

"The Government of the United States takes due cognizance, therefore, of the action taken by the Moroccan Government as set forth in its above cited Note, which the United States Government understands to refer only to Article XV of the Madrid Convention on Protection of 1880."

78                    MULTILATERAL AGREEMENTS, 1776–1917

## ART. 17

The right to the treatment of the most favored nation is recognized by Morocco as belonging to all the powers represented at the Madrid conference.

## ART. 18

This convention shall be ratified. The ratifications shall be exchanged at Tangier with as little delay as possible.

By exceptional consent of the high contracting parties the stipulations of this convention shall take effect on the day on which it is signed at Madrid.

In faith whereof the respective plenipotentiaries have signed this convention, and have thereunto affixed the seals of their arms.

Done at Madrid, in thirteen originals, this third day of July, one thousand eight hundred and eighty.

| | | | |
|---|---|---|---|
| [For the United States:] | | [For the United Kindom and for Den- | |
| Lucius Fairchild | [SEAL] | mark:] | |
| | | L. S. Sackville West | [SEAL] |
| [For Germany:] | | [For Italy:] | |
| E. de Solms. | [SEAL] | J. Greppi | [SEAL] |
| [For Austria-Hungary:] | | [For Morocco:] | |
| E. Ludolf | [SEAL] | Mohammed Vargas [signature in | |
| | | arabic] | [SEAL] |
| [For Belgium:] | | [For the Netherlands:] | |
| Anspach | [SEAL] | Heldewier | [SEAL] |
| [For Spain:] | | [For Portugal:] | |
| A. Cánovas del Castillo | [SEAL] | Casal Ribeiro | [SEAL] |
| [For France:] | | [For Sweden and Norway:] | |
| Jaures | [SEAL] | Akerman | [SEAL] |

[TRANSLATION]

REGULATIONS RELATIVE TO PROTECTION ADOPTED BY COMMON CONSENT BY THE LEGATION OF FRANCE AND THE GOVERNMENT OF MOROCCO, AUGUST 19, 1863 [51]

Protection is individual and temporary.

It consequently does not in general apply to the relatives of the person protected.

It may apply to his family, that is to say, to his wife and children living under the same roof. It lasts, at the longest for a person's lifetime, and is never hereditary, with the single exception of the Benchimol family, which has furnished for several generations and still furnishes persons who act in the capacity of Brokers and interpreters for the post at Tangier.

Protected persons are divided into two classes.

The first class comprises natives employed by the Legation and by the various French consular officers.

[51] 1 Malloy 1226. For background on acceptance prior to the Madrid convention of regulations relative to protection, see G. Fr. de Martens, *Nouveau recueil général de traités* (2d series), vol. VI, p. 525.

## RIGHT OF PROTECTION IN MOROCCO—JULY 3, 1880   79

The second class consists of native factors, brokers, or agents, employed by French merchants for their business affairs. It is proper here to refer to the fact that the term merchant is only applied to a person carrying on the import or export trade on a large scale, either in his own name or as the agent of others.

The number of native brokers enjoying French protection is limited to two for each commercial house.

By way of exception commercial firms having establishments in different ports may have two brokers attached to each of these establishments, who may as such enjoy French protection.

French protection is not extended to natives employed by French citizens in agricultural occupations.

Nevertheless, in consideration of the existing state of things, and by agreement with the authorities of Morocco, the benefit of the protection which has hitherto been granted to the persons referred to in the foregoing paragraph shall be extended to the said persons for two months from the first of September next.

It is, moreover, understood that agricultural laborers, herdsmen, or other native peasants, in the service of French citizens shall not be legally prosecuted without immediate information thereof being communicated to the competent consular officer, in order that the latter may protect the interests of his countrymen.

The list of all protected persons shall be delivered by the proper consulate to the competent magistrate of the place, who shall likewise be informed of any changes that may subsequently be made in the said list.

Each protected person shall be furnished with a card in French and in Arabic, mentioning his name and stating the services which secure this privilege to him.

All these cards shall be issued by the Legation of France at Tangier.

TANGIER, Aug. 19, 1863.

# CONSTITUTION OF THE UNITED STATES [1]

WE THE PEOPLE of the United States, in Order to form a more perfect Union, establish Justice, insure domestic Tranquility, provide for the common defence, promote the general Welfare, and secure the Blessings of Liberty to ourselves and our Posterity, do ordain and establish this Constitution for the United States of America.

## ARTICLE I.

SECTION 1. All legislative Powers herein granted shall be vested in a Congress of the United States, which shall consist of a Senate and House of Representatives.

[1] This text of the Constitution follows the engrossed copy signed by Gen. Washington and the deputies from 12 States. The small superior figures preceding the paragraphs designate clauses, and were not in the original and have no reference to footnotes.

The Constitution was adopted by a convention of the States on September 17, 1787, and was subsequently ratified by the several States, on the following dates: Delaware, December 7, 1787; Pennsylvania, December 12, 1787; New Jersey, December 18, 1787; Georgia, January 2, 1788; Connecticut, January 9, 1788; Massachusetts, February 6, 1788; Maryland, April 28, 1788; South Carolina, May 23, 1788; New Hampshire, June 21, 1788.

Ratification was completed on June 21, 1788.

The Constitution was subsequently ratified by Virginia, June 25, 1788; New York, July 26, 1788; North Carolina, November 21, 1789; Rhode Island, May 29, 1790; and Vermont, January 10, 1791.

In May 1785, a committee of Congress made a report recommending an alteration in the Articles of Confederation, but no action was taken on it, and it was left to the State Legislatures to proceed in the matter. In January 1786, the Legislature of Virginia passed a resolution providing for the appointment of five commissioners, who, or any three of them, should meet such commissioners as might be appointed in the other States of the Union, at a time and place to be agreed upon, to take into consideration the trade of the United States; to consider how far a uniform system in their commercial regulations may be necessary to their common interest and their permanent harmony; and to report to the several States such an act, relative to this great object, as, when ratified by them, will enable the United States in Congress effectually to provide for the same. The Virginia commissioners, after some correspondence, fixed the first Monday in September as the time, and the city of Annapolis as the place for the meeting, but only four other States were represented, viz: Delaware, New York, New Jersey, and Pennsylvania; the commissioners appointed by Massachusetts, New Hampshire, North Carolina, and Rhode Island failed to attend. Under the circumstances of so partial a representation, the commissioners present agreed upon a report (drawn by Mr. Hamilton, of New York) expressing their unanimous conviction that it might essentially tend to advance the interests of the Union if the States by which they were respectively delegated would concur, and use their endeavors to procure the concurrence of the other States, in the appointment of commissioners to meet at Philadelphia on the second Monday of May following, to take into consideration the situation of the United States; to devise such further provisions as should appear to them necessary to render the Constitution of the Federal Government adequate to the exigencies of the Union; and to report such an act for that purpose to the United States in Congress assembled as, when agreed to by them and afterwards confirmed by the Legislatures of every State, would effectually provide for the same.

Congress, on the 21st of February, 1787, adopted a resolution in favor of a convention, and the Legislatures of those States which had not already done so (with the exception of Rhode Island) promptly appointed delegates. On the 25th of May, seven States having convened, George Washington, of Virginia, was unanimously elected President, and the consideration of the proposed constitution was commenced. On the 17th of September, 1787, the Constitution as engrossed and agreed upon was signed by all the members present, except Mr. Gerry of Massachusetts, and Messrs. Mason and Randolph, of Virginia. The president of the convention transmitted it to Congress, with a resolution stating how the proposed Federal Government should

Continued

131

2                              CONSTITUTION OF THE UNITED STATES

SECTION 2. [1]The House of Representatives shall be composed of Members chosen every second Year by the People of the several States, and the Electors in each State shall have the Qualifications requisite for Electors of the most numerous Branch of the State Legislature.

[2]No Person shall be a Representative who shall not have attained to the Age of twenty five Years, and been seven Years a Citizen of the United States, and who shall not, when elected, be an Inhabitant of that State in which he shall be chosen.

[3]Representatives and direct Taxes shall be apportioned among the several States which may be included within this Union, according to their respective Numbers, which shall be determined by adding to the whole Number of free Persons, including those bound to Service for a Term of Years, and excluding Indians not taxed, three fifths of all other Persons.[2] The actual Enumeration shall be made within three Years after the first Meeting of the Congress of the United States, and within every subsequent Term of ten Years, in such Manner as they shall by Law direct. The Number of Representatives shall not exceed one for every thirty Thousand, but each State shall have at Least one Representative; and until such enumeration shall be made, the State of New Hampshire shall be entitled to chuse three, Massachusetts eight, Rhode Island and Providence Plantations one, Connecticut five, New York six, New Jersey four, Pennsylvania eight, Delaware one, Maryland six, Virginia ten, North Carolina five, South Carolina five, and Georgia three.

[4]When vacancies happen in the Representation from any State, the Executive Authority thereof shall issue Writs of Election to fill such Vacancies.

[5]The House of Representatives shall chuse their Speaker and other Officers; and shall have the sole Power of Impeachment.

SECTION 3. [1]The Senate of the United States shall be composed of two Senators from each State, chosen by the Legislature thereof[3] for six Years; and each Senator shall have one Vote.

[2]Immediately after they shall be assembled in Consequence of the first Election, they shall be divided as equally as may be into three Classes. The Seats of the Senators of the first Class shall be vacated at the Expiration of the second Year, of the second Class at the Expiration of the fourth Year, and of the third Class at the Expiration of the sixth Year, so that one third may be chosen every

be put in operation, and an explanatory letter. Congress, on the 28th of September, 1787, directed the Constitution so framed, with the resolutions and letter concerning the same, to "be transmitted to the several Legislatures in order to be submitted to a convention of delegates chosen in each State by the people thereof, in conformity to the resolves of the convention."

On the 4th of March, 1789, the day which had been fixed for commencing the operations of Government under the new Constitution, it had been ratified by the conventions chosen in each State to consider it, as follows: Delaware, December 7, 1787; Pennsylvania, December 12, 1787; New Jersey, December 18, 1787; Georgia, January 2, 1788; Connecticut, January 9, 1788; Massachusetts, February 6, 1788; Maryland, April 28, 1788; South Carolina, May 23, 1788; New Hampshire, June 21, 1788; Virginia, June 25, 1788; and New York, July 26, 1788.

The President informed Congress, on the 28th of January, 1790, that North Carolina had ratified the Constitution November 21, 1789; and he informed Congress on the 1st of June, 1790, that Rhode Island had ratified the Constitution May 29, 1790; Vermont, in convention, ratified the Constitution January 10, 1791, and was, by an act of Congress approved February 18, 1791, "received and admitted into this Union as a new and entire member of the United States."

[2]The part of this clause relating to the mode of apportionment of representatives among the several States has been affected by section 2 of amendment XIV, and as to taxes on incomes without apportionment by amendment XVI.

[3]This clause has been affected by clause 1 of amendment XVII.

CONSTITUTION OF THE UNITED STATES                :3:

second Year; and if Vacancies happen by Resignation or otherwise, during the Recess of the Legislature of any State, the Executive thereof may make temporary Appointments until the next Meeting of the Legislature, which shall then fill such Vacancies.[4]

[3]No Person shall be a Senator who shall not have attained to the Age of thirty Years, and been nine Years a Citizen of the United States, and who shall not, when elected, be an Inhabitant of that State for which he shall be chosen.

[4]The Vice President of the United States shall be President of the Senate, but shall have no Vote, unless they be equally divided.

[5]The Senate shall chuse their other Officers, and also a President pro tempore, in the Absence of the Vice President, or when he shall exercise the Office of President of the United States.

[6]The Senate shall have the sole Power to try all Impeachments. When sitting for that Purpose, they shall be on Oath or Affirmation. When the President of the United States is tried, the Chief Justice shall preside: And no Person shall be convicted without the Concurrence of two thirds of the Members present.

[7]Judgment in Cases of Impeachment shall not extend further than to removal from Office, and disqualification to hold and enjoy any Office of honor, Trust or Profit under the United States: but the Party convicted shall nevertheless be liable and subject to Indictment, Trial, Judgment and Punishment, according to Law.

SECTION 4. [1]The Times, Places and Manner of holding Elections for Senators and Representatives, shall be prescribed in each State by the Legislature thereof; but the Congress may at any time by Law make or alter such Regulations, except as to the Places of chusing Senators.

[2]The Congress shall assemble at least once in every Year and such Meeting shall be on the first Monday in December,[5] unless they shall by Law appoint a different Day.

SECTION 5. [1]Each House shall be the Judge of the Elections, Returns and Qualifications of its own Members, and a Majority of each shall constitute a Quorum to do Business; but a smaller Number may adjourn from day to day, and may be authorized to compel the Attendance of absent Members, in such Manner, and under such Penalties as each House may provide.

[2]Each House may determine the Rules of its Proceedings, punish its Members for disorderly Behavior, and, with the Concurrence of two thirds, expel a Member.

[3]Each House shall keep a Journal of its Proceedings, and from time to time publish the same, excepting such Parts as may in their Judgment require Secrecy; and the Yeas and Nays of the Members of either House on any question shall, at the Desire of one fifth of those Present, be entered on the Journal.

[4]Neither House, during the Session of Congress, shall, without the Consent of the other, adjourn for more than three days, nor to any other Place than that in which the two Houses shall be sitting.

SECTION 6. [1]The Senators and Representatives shall receive a Compensation for their Services, to be ascertained by Law, and

[4] This clause has been affected by clause 2 of amendment XVII.
[5] This clause has been affected by amendment XX.

4                    CONSTITUTION OF THE UNITED STATES

paid out of the Treasury of the United States. They shall in all Cases, except Treason, Felony and Breach of the Peace, be privileged from Arrest during their Attendance at the Session of their respective Houses, and in going to and returning from the same; and for any Speech or Debate in either House, they shall not be questioned in any other Place.

²No Senator or Representative shall, during the Time for which he was elected, be appointed to any civil Office under the Authority of the United States, which shall have been created, or the Emoluments whereof shall have been encreased during such time; and no Person holding any Office under the United States, shall be a Member of either House during his Continuance in Office.

SECTION 7. ¹All Bills for raising Revenue shall originate in the House of Representatives; but the Senate may propose or concur with Amendments as on other Bills.

²Every Bill which shall have passed the House of Representatives and the Senate, shall, before it become a Law, be presented to the President of the United States. If he approve he shall sign it, but if not he shall return it, with his Objections to that House in which it shall have originated, who shall enter the Objections at large on their Journal, and proceed to reconsider it. If after such Reconsideration two thirds of that House shall agree to pass the Bill, it shall be sent, together with the Objections, to the other House, by which it shall likewise be reconsidered, and if approved by two thirds of that House, it shall become a Law. But in all such Cases the Votes of both Houses shall be determined by Yeas and Nays, and the Names of the Persons voting for and against the Bill shall be entered on the Journal of each House respectively. If any Bill shall not be returned by the President within ten Days (Sundays excepted) after it shall have been presented to him, the Same shall be a Law, in like Manner as if he had signed it, unless the Congress by their Adjournment prevent its Return, in which Case it shall not be a Law.

³Every Order, Resolution, or Vote to which the Concurrence of the Senate and House of Representatives may be necessary (except on a question of Adjournment) shall be presented to the President of the United States; and before the Same shall take Effect, shall be approved by him, or being disapproved by him, shall be repassed by two thirds of the Senate and House of Representatives, according to the Rules and Limitations prescribed in the Case of a Bill.

SECTION 8. ¹The Congress shall have Power To lay and collect Taxes, Duties, Imposts and Excises, to pay the Debts and provide for the common Defence and general Welfare of the United States; but all Duties, Imposts and Excises shall be uniform throughout the United States;

²To borrow Money on the credit of the United States;

³To regulate Commerce with foreign Nations, and among the several States, and with the Indian Tribes;

⁴To establish a uniform Rule of Naturalization, and uniform Laws on the subject of Bankruptcies throughout the United States;

⁶To coin Money, regulate the Value thereof, and of foreign Coin, and fix the Standard of Weights and Measures;

⁶ This clause has been affected by amendment XXVII.

CONSTITUTION OF THE UNITED STATES          5

⁶To provide for the Punishment of counterfeiting the Securities and current Coin of the United States;

⁷To establish Post Offices and post Roads;

⁸To promote the Progress of Science and useful Arts, by securing for limited Times to Authors and Inventors the exclusive Right to their respective Writings and Discoveries;

⁹To constitute Tribunals inferior to the supreme Court;

¹⁰To define and punish Piracies and Felonies committed on the high Seas, and Offences against the Law of Nations;

¹¹To declare War, grant Letters of Marque and Reprisal, and make Rules concerning Captures on Land and Water;

¹²To raise and support Armies, but no Appropriation of Money to that Use shall be for a longer Term than two Years;

¹³To provide and maintain a Navy;

¹⁴To make Rules for the Government and Regulation of the land and naval Forces;

¹⁵To provide for calling forth the Militia to execute the Laws of the Union, suppress Insurrections and repel Invasions;

¹⁶To provide for organizing, arming, and disciplining, the Militia, and for governing such Part of them as may be employed in the Service of the United States, reserving to the States respectively, the Appointment of the Officers, and the Authority of training the Militia according to the discipline prescribed by Congress;

¹⁷To exercise exclusive Legislation in all Cases whatsoever, over such District (not exceeding ten Miles square) as may, by Cession of particular States, and the Acceptance of Congress, become the Seat of the Government of the United States, and to exercise like Authority over all Places purchased by the Consent of the Legislature of the State in which the Same shall be, for the Erection of Forts, Magazines, Arsenals, dock-Yards, and other needful buildings;—And

¹⁸To make all Laws which shall be necessary and proper for carrying into Execution the foregoing Powers, and all other Powers vested by this Constitution in the Government of the United States, or in any Department or Officer thereof.

SECTION 9. ¹The Migration or Importation of such Persons as any of the States now existing shall think proper to admit, shall not be prohibited by the Congress prior to the Year one thousand eight hundred and eight, but a Tax or duty may be imposed on such Importation, not exceeding ten dollars for each Person.

²The Privilege of the Writ of Habeas Corpus shall not be suspended, unless when in Cases of Rebellion or Invasion the public Safety may require it.

³No Bill of Attainder or ex post facto Law shall be passed.

⁴No Capitation, or other direct, Tax shall be laid, unless in Proportion to the Census or Enumeration herein before directed to be taken.⁷

⁵No Tax or Duty shall be laid on Articles exported from any State.

⁶No Preference shall be given by any Regulation of Commerce or Revenue to the Ports of one State over those of another; nor shall

⁷This clause has been affected by amendment XVI.

6            CONSTITUTION OF THE UNITED STATES

Vessels bound to, or from, one State, be obliged to enter, clear, or pay Duties in another.

⁷No Money shall be drawn from the Treasury, but in Consequence of Appropriations made by Law; and a regular Statement and Account of the Receipts and Expenditures of all public Money shall be published from time to time.

⁸No Title of Nobility shall be granted by the United States: And no Person holding any Office of Profit or Trust under them, shall, without the Consent of the Congress, accept of any present, Emolument, Office, or Title, of any kind whatever, from any King, Prince, or foreign State.

SECTION 10. ¹No State shall enter into any Treaty, Alliance, or Confederation; grant Letters of Marque and Reprisal; coin Money; emit Bills of Credit; make any Thing but gold and silver Coin a Tender in Payment of Debts; pass any Bill of Attainder, ex post facto Law, or Law impairing the Obligation of Contracts, or grant any Title of Nobility.

²No State shall, without the Consent of the Congress, lay any Imposts or Duties on Imports or Exports, except what may be absolutely necessary for executing its inspection Laws: and the net Produce of all Duties and Imposts, laid by any State on Imports or Exports, shall be for the Use of the Treasury of the United States; and all such Laws shall be subject to the Revision and Control of the Congress.

³No State shall, without the Consent of Congress, lay any Duty of Tonnage, keep Troops, or Ships of War in time of Peace, enter into any Agreement or Compact with another State, or with a foreign Power, or engage in War, unless actually invaded, or in such imminent Danger as will not admit of delay.

### ARTICLE II.

SECTION 1. ¹The executive Power shall be vested in a President of the United States of America. He shall hold his Office during the Term of four Years, and, together with the Vice President, chosen for the same Term, be elected, as follows

²Each State shall appoint, in such Manner as the Legislature thereof may direct, a Number of Electors, equal to the whole Number of Senators and Representatives to which the State may be entitled in the Congress: but no Senator or Representative, or Person holding an Office of Trust or Profit under the United States, shall be appointed an Elector.

³The Electors shall meet in their respective States, and vote by Ballot for two Persons, of whom one at least shall not be an Inhabitant of the same State with themselves. And they shall make a List of all the Persons voted for, and of the Number of Votes for each; which List they shall sign and certify, and transmit sealed to the Seat of the Government of the United States, directed to the President of the Senate. The President of the Senate shall, in the Presence of the Senate and House of Representatives, open all the Certificates, and the Votes shall then be counted. The Person having the greatest Number of Votes shall be the President, if such Number be a Majority of the whole Number of Electors appointed; and if there be more than one who have such Majority, and have an equal Number of Votes, then the House of Representatives shall

CONSTITUTION OF THE UNITED STATES          7

immediately chuse by Ballot one of them for President; and if no Person have a Majority, then from the five highest on the List the said House shall in like Manner chuse the President. But in chusing the President, the Votes shall be taken by States, the Representation from each State having one Vote; A quorum for this Purpose shall consist of a Member or Members from two thirds of the States, and a Majority of all the States shall be necessary to a Choice. In every Case, after the Choice of the President, the Person having the greatest Number of Votes of the Electors shall be the Vice President: But if there should remain two or more who have equal Votes, the Senate shall chuse from them by Ballot the Vice President.[8]

⁴The Congress may determine the Time of chusing the Electors, and the Day on which they shall give their Votes; which Day shall be the same throughout the United States.

⁵No Person except a natural born Citizen, or a Citizen of the United States, at the time of the Adoption of this Constitution, shall be eligible to the Office of President; neither shall any Person be eligible to that Office who shall not have attained to the Age of thirty five Years, and been fourteen Years a Resident within the United States.

⁶In Case of the Removal of the President from Office, or of his Death, Resignation, or Inability to discharge the Powers and Duties of the said Office,[9] the Same shall devolve on the Vice President, and the Congress may by Law provide for the Case of Removal, Death, Resignation or Inability, both of the President and Vice President, declaring what Officer shall then act as President, and such Officer shall act accordingly, until the Disability be removed, or a President shall be elected.

⁷The President shall, at stated Times, receive for his Services, a Compensation, which shall neither be encreased nor diminished during the Period for which he shall have been elected, and he shall not receive within that Period any other Emolument from the United States, or any of them.

⁸Before he enter on the Execution of his Office, he shall take the following Oath or Affirmation:—"I do solemnly swear (or affirm) that I will faithfully execute the Office of President of the United States; and will to the best of my Ability, preserve, protect and defend the Constitution of the United States."

SECTION 2. ¹The President shall be Commander in Chief of the Army and Navy of the United States, and of the Militia of the several States, when called into the actual Service of the United States; he may require the Opinion, in writing, of the principal Officer in each of the executive Departments, upon any Subject relating to the Duties of their respective Offices, and he shall have Power to grant Reprieves and Pardons for Offences against the United States, except in Cases of Impeachment.

²He shall have Power, by and with the Advice and Consent of the Senate, to make Treaties, provided two thirds of the Senators present concur; and he shall nominate, and by and with the Advice and Consent of the Senate, shall appoint Ambassadors, other pub-

⁸ This clause has been superseded by amendment XII.
⁹ This clause has been affected by amendment XXV.

8                     CONSTITUTION OF THE UNITED STATES

lic Ministers and Consuls, Judges of the supreme Court, and all other Officers of the United States, whose Appointments are not herein otherwise provided for, and which shall be established by Law: but the Congress may by Law vest the Appointment of such inferior Officers, as they think proper, in the President alone, in the Courts of Law, or in the Heads of Departments.

The President shall have Power to fill up all Vacancies that may happen during the Recess of the Senate, by granting Commissions which shall expire at the End of their next Session.

SECTION 3. He shall from time to time give to the Congress Information of the State of the Union, and recommend to their Consideration such Measures as he shall judge necessary and expedient; he may, on extraordinary Occasions, convene both Houses, or either of them; and in Case of Disagreement between them, with Respect to the Time of Adjournment, he may adjourn them to such Time as he shall think proper; he shall receive Ambassadors and other public Ministers; he shall take Care that the Laws be faithfully executed, and shall Commission all the Officers of the United States.

SECTION 4. The President, Vice President and all civil Officers of the United States, shall be removed from Office on Impeachment for, and Conviction of, Treason, Bribery, or other high Crimes and Misdemeanors.

## ARTICLE III.

SECTION 1. The judicial Power of the United States, shall be vested in one supreme Court, and in such inferior Courts as the Congress may from time to time ordain and establish. The Judges, both of the supreme and inferior Courts, shall hold their Offices during good Behaviour, and shall, at stated Times, receive for their Services, a Compensation, which shall not be diminished during their Continuance in Office.

SECTION 2. The judicial Power shall extend to all Cases, in Law and Equity, arising under this Constitution, the Laws of the United States, and Treaties made, or which shall be made, under their Authority;—to all Cases affecting Ambassadors, other public Ministers and Consuls;—to all Cases of admiralty and maritime Jurisdiction;—to Controversies to which the United States will be a party;—to Controversies between two or more States;—between a State and Citizens of another State;¹⁰—between Citizens of different States,—between Citizens of the same State claiming Lands under Grants of different States, and between a State, or the Citizens thereof, and foreign States, Citizens or Subjects.

In all Cases affecting Ambassadors, other public Ministers and Consuls, and those in which a State shall be Party, the supreme Court shall have original Jurisdiction. In all the other Cases before mentioned, the supreme Court shall have appellate Jurisdiction, both as to Law and Fact, with such Exceptions, and under such Regulations as the Congress shall make.

The Trial of all Crimes, except in Cases of Impeachment, shall be by Jury; and such Trial shall be held in the State where the said Crimes shall have been committed; but when not committed

---

¹⁰ This clause has been affected by amendment XI.

within any State, the Trial shall be at such Place or Places as the Congress may by Law have directed.

SECTION 3.  ¹Treason against the United States, shall consist only in levying War against them, or in adhering to their Enemies, giving them Aid and Comfort. No Person shall be convicted of Treason unless on the Testimony of two Witnesses to the same overt Act, or on Confession in open Court.

²The Congress shall have Power to declare the Punishment of Treason, but no Attainder of Treason shall work Corruption of Blood, or Forfeiture except during the Life of the Person attainted.

### ARTICLE IV.

SECTION 1. Full Faith and Credit shall be given in each State to the public Acts, Records, and judicial Proceedings of every other State. And the Congress may by general Laws prescribe the Manner in which such Acts, Records and Proceedings shall be proved, and the Effect thereof.

SECTION 2.  ¹The Citizens of each State shall be entitled to all Privileges and Immunities of Citizens in the several States.

²A Person charged in any State with Treason, Felony, or other Crime, who shall flee from Justice, and be found in another State, shall, on Demand of the executive Authority of the State from which he fled, be delivered up, to be removed to the State having Jurisdiction of the Crime.

³No Person held to Service or Labour in one State, under the Laws thereof, escaping into another, shall, in Consequence of any Law or Regulation therein, be discharged from such Service or Labour, but shall be delivered up on Claim of the Party to whom such Service or Labour may be due.¹¹

SECTION 3. ¹New States may be admitted by the Congress into this Union; but no new State shall be formed or erected within the Jurisdiction of any other State; nor any State be formed by the Junction of two or more States, or Parts of States, without the Consent of the Legislatures of the States concerned as well as of the Congress.

²The Congress shall have Power to dispose of and make all needful Rules and Regulations respecting the Territory or other Property belonging to the United States; and nothing in this Constitution shall be so construed as to Prejudice any Claims of the United States, or of any particular State.

SECTION 4. The United States shall guarantee to every State in this Union a Republican Form of Government, and shall protect each of them against Invasion; and on Application of the Legislature, or of the Executive (when the Legislature cannot be convened) against domestic Violence.

### ARTICLE V.

The Congress, whenever two thirds of both Houses shall deem it necessary, shall propose Amendments to this Constitution, or, on the Application of the Legislatures of two thirds of the several States, shall call a Convention for proposing Amendments, which,

---

¹¹ This Hause has been affected by amendment XIII.

10          CONSTITUTION OF THE UNITED STATES

in either Case, shall be valid to all Intents and Purposes, as Part of this Constitution, when ratified by the Legislatures of three fourths of the several States, or by Conventions in three fourths thereof, as the one or the other Mode of Ratification may be proposed by the Congress; Provided that no Amendment which may be made prior to the Year One thousand eight hundred and eight shall in any Manner affect the first and fourth Clauses in the Ninth Section of the first Article; and that no State, without its Consent, shall be deprived of its equal Suffrage in the Senate.

## ARTICLE VI.

[1] All Debts contracted and Engagements entered into, before the Adoption of this Constitution, shall be as valid against the United States under this Constitution, as under the Confederation.

[2] This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding.

[3] The Senators and Representatives before mentioned, and the Members of the several State Legislatures, and all executive and judicial Officers, both of the United States and of the several States, shall be bound by Oath or Affirmation, to support this Constitution; but no religious Test shall ever be required as a Qualification to any Office or public Trust under the United States.

## ARTICLE VII.

The Ratification of the Conventions of nine States, shall be sufficient for the Establishment of this Constitution between the States so ratifying the Same.

DONE in Convention by the Unanimous Consent of the States present the Seventeenth Day of September in the Year of our Lord one thousand seven hundred and Eighty seven and of the Independence of the United States of America the Twelfth

In WITNESS whereof We have hereunto subscribed our Names,

G°. WASHINGTON—Presid⁰.
*and deputy from Virginia*

## ARTICLES IN ADDITION TO, AND AMENDMENT OF, THE CONSTITUTION OF THE UNITED STATES OF AMERICA, PROPOSED BY CONGRESS, AND RATIFIED BY THE LEGISLATURES OF THE SEVERAL STATES, PURSUANT TO THE FIFTH ARTICLE OF THE ORIGINAL CONSTITUTION[12].

### ARTICLE [I.][13]

Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances.

### ARTICLE [II.]

A well regulated Militia, being necessary to the security of a free State, the right of the people to keep and bear Arms, shall not be infringed.

### ARTICLE [III.]

No Soldier shall, in time of peace be quartered in any house, without the consent of the Owner, nor in time of war, but in a manner to be prescribed by law.

### ARTICLE [IV.]

The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized.

### ARTICLE [V.]

No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a Grand Jury, except in cases arising in the land or naval forces, or in the

---

[12] The first ten amendments of the Constitution of the United States (and two others, one of which failed of ratification and the other which later became the 27th amendment) were proposed to the legislatures of the several States by the First Congress on September 25, 1789. The first ten amendments were ratified by the following States, and the notifications of ratification by the Governors thereof were successively communicated by the President to Congress: New Jersey, November 20, 1789; Maryland, December 19, 1789; North Carolina, December 22, 1789; South Carolina, January 19, 1790; New Hampshire, January 25, 1790; Delaware, January 28, 1790; New York, February 24, 1790; Pennsylvania, March 10, 1790; Rhode Island, June 7, 1790; Vermont, November 3, 1791; and Virginia, December 15, 1791.
Ratification was completed on December 15, 1791.
The amendments were subsequently ratified by the legislatures of Massachusetts, March 2, 1939; Georgia, March 18, 1939; and Connecticut, April 19, 1939.
[13] Only the 13th, 14th, 15th, and 16th articles of amendment had numbers assigned to them at the time of ratification.

[13]

14.        CONSTITUTION OF THE UNITED STATES.

Militia, when in actual service in time of War or public danger, nor shall any person be subject for the same offence to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation.

### ARTICLE [VI.]

In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, by an impartial jury of the State and district wherein the crime shall have been committed, which district shall have been previously ascertained by law, and to be informed of the nature and cause of the accusation; to be confronted with the witnesses against him; to have compulsory process for obtaining witnesses in his favor, and to have the Assistance of Counsel for his defense.

### ARTICLE [VII.]

In Suits at common law, where the value in controversy shall exceed twenty dollars, the right of trial by jury shall be preserved, and no fact tried by a jury, shall be otherwise re-examined in any Court of the United States, than according to the rules of the common law.

### ARTICLE [VIII.]

Excessive bail shall not be required, nor excessive fines imposed, nor cruel and unusual punishments inflicted.

### ARTICLE [IX.]

The enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage others retained by the people.

### ARTICLE [X.]

The powers not delegated to the United States by the Constitution, nor prohibited by it to the States, are reserved to the States respectively, or to the people.

### ARTICLE [XI.]

The Judicial power of the United States shall not be construed to extend to any suit in law or equity, commenced or prosecuted against one of the United States by Citizens of another State, or by Citizens or Subjects of any Foreign State.

### PROPOSAL AND RATIFICATION.

The eleventh amendment to the Constitution of the United States was proposed to the legislatures of the several States by the Third Congress, on the 4th of March 1794; and was declared in a message from the President in Congress, dated the 8th of January, 1798, to have been ratified by the legislatures of three-fourths of the States. The dates of ratification were: New York, March 27, 1794; Rhode Island, March 31, 1794; Connecticut, May 8, 1794; New Hampshire, June 16, 1794; Massachusetts, June 26, 1794; Vermont, between October 9, 1794 and November 9, 1794; Virginia, November 18, 1794; Georgia, November 29, 1794; Kentucky, December 7,

# United Nations Universal Declaration of Human Rights 1948

## United Nations (UN)

copy @ lexmercatoria.org

Copyright © 1949 United Nations (UN)

Contents

# Contents

| | |
|---|---|
| Universal Declaration of Human Rights | 1 |
| United Nations | 1 |
| Note | 1 |
| Preamble | 1 |
| Article 1 | 2 |
| Article 2 | 2 |
| Article 3 | 2 |
| Article 4 | 2 |
| Article 5 | 2 |
| Article 6 | 2 |
| Article 7 | 3 |
| Article 8 | 3 |
| Article 9 | 3 |
| Article 10 | 3 |
| Article 11 | 3 |
| Article 12 | 3 |
| Article 13 | 3 |
| Article 14 | 4 |
| Article 15 | 4 |
| Article 16 | 4 |
| Article 17 | 4 |
| Article 18 | 4 |
| Article 19 | 4 |
| Article 20 | 5 |
| Article 21 | 5 |
| Article 22 | 5 |
| Article 23 | 5 |
| Article 24 | 5 |
| Article 25 | 6 |
| Article 26 | 6 |
| Article 27 | 6 |
| Article 28 | 6 |
| Article 29 | 6 |
| Article 30 | 7 |
| Metadata | 8 |
| SiSU Metadata, document information | 8 |

United Nations Universal Declaration of Human Rights 1948

## Universal Declaration of Human Rights.

## United Nations

*Note*

Adopted and proclaimed by General Assembly resolution 217 A (III) of 10 December 1948

On December 10, 1948 the General Assembly of the United Nations adopted and proclaimed the Universal Declaration of Human Rights the full text of which appears in the following pages. Following this historic act the Assembly called upon all Member countries to publicize the text of the Declaration and "to cause it to be disseminated, displayed, read and expounded principally in schools and other educational institutions, without distinction based on the political status of countries or territories.

### Preamble

Whereas recognition of the inherent dignity and of the equal and inalienable rights of all members of the human family is the foundation of freedom, justice and peace in the world,

Whereas disregard and contempt for human rights have resulted in barbarous acts which have outraged the conscience of mankind, and the advent of a world in which human beings shall enjoy freedom of speech and belief and freedom from fear and want has been proclaimed as the highest aspiration of the common people,

Whereas it is essential, if man is not to be compelled to have recourse, as a last resort, to rebellion against tyranny and oppression, that human rights should be protected by the rule of law,

Whereas it is essential to promote the development of friendly relations between nations,

Whereas the peoples of the United Nations have in the Charter reaffirmed their faith in fundamental human rights, in the dignity and worth of the human person and in the equal rights of men and women and have determined to promote social progress and better standards of life in larger freedom,

Whereas Member States have pledged themselves to achieve, in co-operation with the United Nations, the promotion of universal respect for and observance of human rights and fundamental freedoms,

Whereas a common understanding of these rights and freedoms is of the greatest importance for the full realization of this pledge,

Now, Therefore THE GENERAL ASSEMBLY proclaims THIS UNIVERSAL DECLARATION OF HUMAN RIGHTS as a common standard of achievement for all peoples and

United Nations Universal Declaration of Human Rights 1948

all nations; to the end that every individual and every organ of society, keeping this Declaration constantly in mind, shall strive by teaching and education to promote respect for these rights and freedoms and by progressive measures, national and international, to secure their universal and effective recognition and observance, both among the peoples of Member States themselves and among the peoples of territories under their jurisdiction.

## Article 1

All human beings are born free and equal in dignity and rights. They are endowed with reason and conscience and should act towards one another in a spirit of brotherhood.

## Article 2

Everyone is entitled to all the rights and freedoms set forth in this Declaration, without distinction of any kind, such as race, colour, sex, language, religion, political or other opinion, national or social origin, property, birth or other status. Furthermore, no distinction shall be made on the basis of the political, jurisdictional or international status of the country or territory to which a person belongs, whether it be independent, trust, non-self-governing or under any other limitation of sovereignty.

## Article 3

Everyone has the right to life, liberty and security of person.

## Article 4

No one shall be held in slavery or servitude; slavery and the slave trade shall be prohibited in all their forms.

## Article 5

No one shall be subjected to torture or to cruel, inhuman or degrading treatment or punishment.

## Article 6

Everyone has the right to recognition everywhere as a person before the law.

United Nations Universal Declaration of Human Rights 1948

### Article 7

All are equal before the law and are entitled without any discrimination to equal protection of the law. All are entitled to equal protection against any discrimination in violation of this Declaration and against any incitement to such discrimination.

### Article 8

Everyone has the right to an effective remedy by the competent national tribunals for acts violating the fundamental rights granted him by the constitution or by law.

### Article 9

No one shall be subjected to arbitrary arrest, detention or exile.

### Article 10

Everyone is entitled in full equality to a fair and public hearing by an independent and impartial tribunal, in the determination of his rights and obligations and of any criminal charge against him.

### Article 11

1. Everyone charged with a penal offence has the right to be presumed innocent until proved guilty according to law in a public trial at which he has had all the guarantees necessary for his defence.

2. No one shall be held guilty of any penal offence on account of any act or omission which did not constitute a penal offence, under national or international law, at the time when it was committed. Nor shall a heavier penalty be imposed than the one that was applicable at the time the penal offence was committed.

### Article 12

No one shall be subjected to arbitrary interference with his privacy, family, home or correspondence, nor to attacks upon his honour and reputation. Everyone has the right to the protection of the law against such interference or attacks.

### Article 13

1. Everyone has the right to freedom of movement and residence within the borders of each state.

2. Everyone has the right to leave any country, including his own, and to return to his country.

United Nations Universal Declaration of Human Rights 1948

### Article 14

1. Everyone has the right to seek and to enjoy in other countries asylum from persecution.

2. This right may not be invoked in the case of prosecutions genuinely arising from non-political crimes or from acts contrary to the purposes and principles of the United Nations.

### Article 15

1. Everyone has the right to a nationality.

2. No one shall be arbitrarily deprived of his nationality nor denied the right to change his nationality.

### Article 16

1. Men and women of full age, without any limitation due to race, nationality or religion, have the right to marry and to found a family. They are entitled to equal rights as to marriage, during marriage and at its dissolution.

2. Marriage shall be entered into only with the free and full consent of the intending spouses.

3. The family is the natural and fundamental group unit of society and is entitled to protection by society and the State.

### Article 17

1. Everyone has the right to own property alone as well as in association with others.

2. No one shall be arbitrarily deprived of his property.

### Article 18

Everyone has the right to freedom of thought, conscience and religion; this right includes freedom to change his religion or belief, and freedom, either alone or in community with others and in public or private, to manifest his religion or belief in teaching, practice, worship and observance.

### Article 19

Everyone has the right to freedom of opinion and expression; this right includes freedom to hold opinions without interference and to seek, receive and impart information and ideas through any media and regardless of frontiers.

United Nations Universal Declaration of Human Rights 1948

## Article 20

1. Everyone has the right to freedom of peaceful assembly and association.

2. No one may be compelled to belong to an association.

## Article 21

1. Everyone has the right to take part in the government of his country, directly or through freely chosen representatives.

2. Everyone has the right of equal access to public service in his country.

3. The will of the people shall be the basis of the authority of government; this will shall be expressed in periodic and genuine elections which shall be by universal and equal suffrage and shall be held by secret vote or by equivalent free voting procedures.

## Article 22

Everyone, as a member of society, has the right to social security and is entitled to realization, through national effort and international co-operation and in accordance with the organization and resources of each State, of the economic, social and cultural rights indispensable for his dignity and the free development of his personality.

## Article 23

1. Everyone has the right to work, to free choice of employment, to just and favourable conditions of work and to protection against unemployment.

2. Everyone, without any discrimination, has the right to equal pay for equal work.

3. Everyone who works has the right to just and favourable remuneration ensuring for himself and his family an existence worthy of human dignity, and supplemented, if necessary, by other means of social protection.

4. Everyone has the right to form and to join trade unions for the protection of his interests.

## Article 24

Everyone has the right to rest and leisure, including reasonable limitation of working hours and periodic holidays with pay.

## Article 25

1. Everyone has the right to a standard of living adequate for the health and well-

United Nations Universal Declaration of Human Rights 1948

being of himself and of his family, including food, clothing, housing and medical care and necessary social services, and the right to security in the event of unemployment, sickness, disability, widowhood, old age or other lack of livelihood in circumstances beyond his control.

2. Motherhood and childhood are entitled to special care and assistance. All children, whether born in or out of wedlock, shall enjoy the same social protection.

## Article 26

1. Everyone has the right to education. Education shall be free, at least in the elementary and fundamental stages. Elementary education shall be compulsory. Technical and professional education shall be made generally available and higher education shall be equally accessible to all on the basis of merit.

2. Education shall be directed to the full development of the human personality and to the strengthening of respect for human rights and fundamental freedoms. It shall promote understanding, tolerance and friendship among all nations, racial or religious groups, and shall further the activities of the United Nations for the maintenance of peace.

3. Parents have a prior right to choose the kind of education that shall be given to their children.

## Article 27

1. Everyone has the right freely to participate in the cultural life of the community, to enjoy the arts and to share in scientific advancement and its benefits.

2. Everyone has the right to the protection of the moral and material interests resulting from any scientific, literary or artistic production of which he is the author.

## Article 28

Everyone is entitled to a social and international order in which the rights and freedoms set forth in this Declaration can be fully realized.

## Article 29

1. Everyone has duties to the community in which alone the free and full development of his personality is possible.

2. In the exercise of his rights and freedoms, everyone shall be subject only to such limitations as are determined by law solely for the purpose of securing due recognition and respect for the rights and freedoms of others and of meeting the just requirements of morality, public order and the general welfare in a democratic society.

United Nations Universal Declaration of Human Rights 1948.

3.  These rights and freedoms may in no case be exercised contrary to the purposes
and principles of the United Nations.

## Article 30

Nothing in this Declaration may be interpreted as implying for any State, group or person
any right to engage in any activity or to perform any act aimed at the destruction of any
of the rights and freedoms set forth herein.

United Nations Universal Declaration of Human Rights 1948

## Metadata

## SiSU Metadata, document information

Document Manifest @:

<http://www.jus.uio.no/lm/un.universal.declaration.of.human.rights.1948/sisu_manifest.html>

Title: United Nations Universal Declaration of Human Rights 1948

Creator: United Nations (UN)

Rights: Copyright (C) 1948 United Nations (UN)

Subject: human rights

Publisher: SiSU <http://www.jus.uio.no/sisu> (this copy)

Date: 1948

Topics Registered: United Nations;human rights declaration;declaration;human rights;human rights;declaration

Version Information

Sourcefile: un.universal.declaration.of.human.rights.1948.sst

Filetype: SiSU text 2.0

Source Digest: SHA256(un.universal.declaration.of.human.rights.1948.sst)=4b19814e12535a12d594b1d70369146-e36ca8dd2530d772326041033e00fd

Skin Digest: SHA256(skin_lm.rb)=5acda54a95329ed6b71593da2b47164efac2f23a8499e68de066eec8ea9b8e9

Generated

Document (dal) last generated: Tue Sep 21 18:14:39 -0400 2010

Generated by: SiSU 2.6.3 of 2010/30/3 (2010-07-28)

Ruby version: ruby 1.8.7 (2010-08-16 patchlevel 302) [i486-linux]



## AMERICAN DECLARATION OF THE RIGHTS
## AND DUTIES OF MAN

(Adopted by the Ninth International Conference of American States,
Bogotá, Colombia, 1948)

WHEREAS:

The American peoples have acknowledged the dignity of the individual; and their national constitutions recognize that juridical and political institutions, which regulate life in human society, have as their principal aim the protection of the essential rights of man and the creation of circumstances that will permit him to achieve spiritual and material progress and attain happiness;

The American States have on repeated occasions recognized that the essential rights of man are not derived from the fact that he is a national of a certain state, but, are based upon attributes of his human personality;

The international protection of the rights of man should be the principal guide of an evolving American law;

The affirmation of essential human rights by the American States together with the guarantees given by the internal regimes of the states establish the initial system of protection considered by the American States as being suited to the present social and juridical conditions, not without a recognition on their part that they should increasingly strengthen that system in the international field as conditions become more favorable,

The Ninth International Conference of American States

AGREES:

To adopt the following

## AMERICAN DECLARATION OF THE RIGHTS
## AND DUTIES OF MAN

### Preamble

All men are born free and equal, in dignity and in rights, and, being endowed by nature with reason and conscience, they should conduct themselves as brothers one to another.

The fulfillment of duty by each individual is a prerequisite to the rights of all. Rights and duties are interrelated in every social and political activity of man. While rights exalt individual liberty, duties express the dignity of that liberty.

Duties of a juridical nature presuppose others of a moral nature which support them in principle and constitute their basis.

Inasmuch as spiritual development is the supreme end of human existence and the highest expression thereof, it is the duty of man to serve that end with all his strength and resources.

Since culture is the highest social and historical expression of that spiritual development, it is the duty of man to preserve, practice and foster culture by every means within his power.

And, since moral conduct constitutes the noblest flowering of culture, it is the duty of every man always to hold it in high respect.

## CHAPTER ONE

### Rights

Article I.  Every human being has the right to life, liberty and the security of his person.

Right to life, liberty and personal security.

Article II.  All persons are equal before the law and have the rights and duties established in this Declaration, without distinction as to race, sex, language, creed or any other factor.

Right to equality before law.

Article III.  Every person has the right freely to profess a religious faith, and to manifest and practice it both in public and in private.

Right to religious freedom and worship.

Article IV.  Every person has the right to freedom of investigation, of opinion, and of the expression and dissemination of ideas, by any medium whatsoever.

Right to freedom of investigation, opinion, expression and dissemination.

Article V.  Every person has the right to the protection of the law against abusive attacks upon his honor, his reputation, and his private and family life.

Right to protection of honor, personal reputation, and private and family life.

Article VI. Every person has the right to establish a family, the basic element of society, and to receive protection therefore.

Right to a family and to protection thereof.

Article VII. All women, during pregnancy and the nursing period, and all children have the right to special protection, care and aid.

Right to protection for mothers and children.

Article VIII. Every person has the right to fix his residence within the territory of the state of which he is a national, to move about freely within such territory, and not to leave it except by his own will.

Right to residence and movement.

Article IX. Every person has the right to the inviolability of his home.

Right to inviolability of the home.

Article X. Every person has the right to the inviolability and transmission of his correspondence.

Right to the inviolability and transmission of correspondence.

Article XI. Every person has the right to the preservation of his health through sanitary and social measures relating to food, clothing, housing and medical care, to the extent permitted by public and community resources.

Right to the preservation of health and to well-being.

Article XII. Every person has the right to: an education, which should be based on the principles of liberty, morality and human solidarity.

Likewise every person has the right to an education that will prepare him to attain a decent life, to raise his standard of living, and to be a useful member of society.

The right to an education includes the right to equality of opportunity in every case, in accordance with natural talents, merit and the desire to utilize the resources that the state or the community is in a position to provide.

Every person has the right to receive, free, at least a primary education.

Right to education.

Article XIII. Every person has the right to take part in the cultural life of the community; to enjoy the arts, and to participate in the benefits that result from intellectual progress, especially scientific discoveries.

He likewise has the right to the protection of his moral and material interests as regards his inventions or any literary, scientific or artistic works of which he is the author.

Right to the benefits of culture.

Article XIV. Every person has the right to work, under proper conditions, and to follow his vocation freely, insofar as existing conditions of employment permit.

Right to work and to fair remuneration.

Every person who works has the right to
receive such remuneration as will, in
proportion to his capacity and skill, assure him
a standard of living suitable for himself and for
his family.

Article XV. Every person has the right to   Right to leisure time and to the use thereof.
leisure time, to wholesome recreation, and to
the opportunity for advantageous use of his
free time to his spiritual, cultural and physical
benefit.

Article XVI. Every person has the right to   Right to social security.
social security which will protect him from the
consequences of unemployment, old age, and
any disabilities arising from causes beyond his
control that make it physically or mentally
impossible for him to earn a living.

Article XVII. Every person has the right to   Right to recognition of juridical personality and
be recognized everywhere as a person having   civil rights.
rights and obligations, and to enjoy the basic
civil rights.

Article XVIII. Every person may resort to   Right to a fair trial.
the courts to ensure respect for his legal
rights. There should likewise be available to
him a simple, brief procedure whereby the
courts will protect him from acts of authority
that, to his prejudice, violate any fundamental
constitutional rights.

Article XIX.  Every person has the right to   Right to nationality.
the nationality to which he is entitled by law
and to change it, if he so wishes, for the
nationality of any other country that is willing
to grant it to him.

Article XX.  Every person having legal   Right to vote and to participate in government.
capacity is entitled to participate in the
government of his country, directly or through
his representatives, and to take part in popular
elections, which shall be by secret ballot, and
shall be honest, periodic and free.

Article XXI.  Every person has the right to   Right of assembly.
assemble peaceably with others in a formal
public meeting or an informal gathering, in
connection with matters of common interest of
any nature.

Article XXII.  Every person has the right to   Right of association.
associate with others to promote, exercise and
protect his legitimate interests of a political,
economic,    religious,    social,    cultural,
professional, labor union or other nature.

Article XXIII.  Every person has a right to   Right to property.
own such private property as meets the
essential needs of decent living and helps to
maintain the dignity of the individual and of
the home.

Article XXIV.  Every person has the right   Right of petition.
to submit respectful petitions to any competent
authority, for reasons of either general or
private interest, and the right to obtain a
prompt decision thereon.

Article XXV. No person may be deprived of his liberty except in the cases and according to the procedures established by pre-existing law.

Right of protection from arbitrary arrest.

No person may be deprived of liberty for nonfulfillment of obligations of a purely civil character.

Every individual who has been deprived of his liberty has the right to have the legality of his detention ascertained without delay by a court, and the right to be tried without undue delay or, otherwise, to be released. He also has the right to humane treatment during the time he is in custody.

Article XXVI. Every accused person is presumed to be innocent until proved guilty.

Right to due process of law.

Every person accused of an offense has the right to be given an impartial and public hearing, and to be tried by courts previously established in accordance with pre-existing laws, and not to receive cruel, infamous or unusual punishment.

Article XXVII. Every person has the right, in case of pursuit not resulting from ordinary crimes, to seek and receive asylum in foreign territory, in accordance with the laws of each country and with international agreements.

Right of asylum.

Article XXVIII. The rights of man are limited by the rights of others, by the security of all, and by the just demands of the general welfare and the advancement of democracy.

Scope of the rights of man.

## CHAPTER TWO

### Duties

Article XXIX. It is the duty of the individual so to conduct himself in relation to others that each and every one may fully form and develop his personality.

Duties to society.

Article XXX. It is the duty of every person to aid, support, educate and protect his minor children, and it is the duty of children to honor their parents always and to aid, support and protect them when they need it.

Duties toward children and parents.

Article XXXI. It is the duty of every person to acquire at least an elementary education.

Duty to receive instruction.

Article XXXII. It is the duty of every person to vote in the popular elections of the country of which he is a national, when he is legally capable of doing so.

Duty to vote.

Article XXXIII. It is the duty of every person to obey the law and other legitimate commands of the authorities of his country and those of the country in which he may be.

Duty to obey the law.

Article XXXIV. It is the duty of every able-bodied person to render whatever civil and military service his country may require for its defense and preservation; and, in case of public disaster, to render such services as may be in his power.

Duty to serve the community and the nation.

It is likewise his duty to hold any public office to which he may be elected by popular vote in the state of which he is a national.

Article XXXV. It is the duty of every person to cooperate with the state and the community with respect to social security and welfare, in accordance with his ability and with existing circumstances.

Duties with respect to social security and welfare.

Article XXXVI. It is the duty of every person to pay the taxes established by law for the support of public services.

Duty to pay taxes.

Article XXXVII. It is the duty of every person to work, as far as his capacity and possibilities permit, in order to obtain the means of livelihood or to benefit his community.

Duty to work.

Article XXXVIII. It is the duty of every person to refrain from taking part in political activities that, according to law, are reserved exclusively to the citizens of the state in which he is an alien.

Duty to refrain from political activities in a foreign country.

# DECLARATION OF THE RIGHTS OF THE CHILD

*[Proclaimed by General Assembly Resolution 1386(XIV) of 20 November 1959.*
*This was the basis of the basis of the Convention of the Rights of the Child*
*adopted by the UN General Assembly 30 years later on 20 November 1989.*
*The Convention on the Rights of the Child was entered into force on 2 September 1990.]*

*Whereas* the peoples of the United Nations have, in the Charter, reaffirmed their faith in fundamental human rights and in the dignity and worth of the human person, and have determined to promote social progress and better standards of life in larger freedom,

*Whereas* the United Nations has, in the Universal Declaration of Human Rights, proclaimed that everyone is entitled to all the rights and freedoms set forth therein, without distinction of any kind, such as race, color, sex, language, religion, political or other opinion, national or social origin, property, birth or other status,

*Whereas* the child, by reason of his physical and mental immaturity, needs special safeguards and care, including appropriate legal protection, before as well as after birth,

*Whereas* the need for such special safeguards has been stated in the Geneva Declaration of the Rights of the Child of 1924, and recognized in the Universal Declaration of Human Rights and in the statutes of specialized agencies and international organizations concerned with the welfare of children,

*Whereas* mankind owes to the child the best it has to give,

*Now therefore,*

*The General Assembly*

*Proclaims* this Declaration of the Rights of the Child to the end that he may have a happy childhood and enjoy for his own good and for the good of society, the rights and freedoms herein set forth, and calls upon parents, upon men and women as individuals, and upon voluntary organizations, local authorities and national Governments to recognize these rights and strive for their observance, by legislative and other measures progressively taken in accordance with the following principles:

## Principle 1

The child shall enjoy all the rights set forth in this Declaration. Every child, without any exception whatsoever, shall be entitled to these rights, without distinction or discrimination on account of race, color, sex, language, religion, political or other opinion, national or social origin, property, birth or other status, whether of himself or of his family.

## Principle 2

The child shall enjoy special protection, and shall be given opportunities and facilities, by law and by other means, to enable him to develop physically, mentally, morally, spiritually and socially in a healthy and normal manner and in conditions of freedom and dignity. In the enactment of laws for this purpose, the best interests of the child shall be the paramount consideration.

## Principle 3

The child shall be entitled from his birth to a name and a nationality.

## Principle 4

The child shall enjoy the benefits of social security. He shall be entitled to grow and develop in health; to this end, special care and protection shall be provided both to him and to his mother, including adequate pre-natal and post-natal care. The child shall have the right to adequate nutrition, housing, recreation and medical services.

## Principle 5

The child who is physically, mentally or socially handicapped shall be given the special treatment, education and care required by his particular condition.

## Principle 6

The child, for the full and harmonious development of his personality, needs love and understanding. He shall, wherever possible, grow up in the care and under the responsibility of his parents, and, in any case, in an atmosphere of affection and of moral and material security; a child of tender years shall not, save in exceptional circumstances, be separated from his mother. Society and the public authorities shall have the duty to extend particular care to children without a family, and to those without adequate means of support. Payment of State and other assistance towards the maintenance of children of large families is desirable.

## Principle 7

The child is entitled to receive education, which shall be free and compulsory, at least in the elementary stages. He shall be given an education which will promote his general culture and enable him, on a basis of equal opportunity, to develop his abilities, his individual judgement, and his sense of moral and social responsibility, and to become a useful member of society.

The best interests of the child shall be the guiding principle of those responsible for his education and guidance; that responsibility lies in the first place with his parents.

The child shall have full opportunity for play and recreation, which should be directed to the same purposes as education; society and the public authorities shall endeavor to promote the enjoyment of this right.

## Principle 8

The child shall in all circumstances be among the first to receive protection and relief.

© 2011 Brown T. Walker All rights reserved.

*Principle 9*
The child shall be protected against all forms of neglect, cruelty and exploitation. He shall not be the subject of traffic, in any form.

The child shall not be admitted to employment before an appropriate minimum age; he shall in no case be caused or permitted to engage in any occupation or employment which would prejudice his health or education, or interfere with his physical, mental or moral development.

*Principle 10*
The child shall be protected from practices which may foster racial, religious and any other form of discrimination. He shall be brought up in a spirit of understanding, tolerance, friendship among peoples, peace and universal brotherhood, and in full consciousness that his energy and talents should be devoted to the service of his fellow men.

## CONVENTION ON THE RIGHTS OF THE CHILD

*[Adopted and opened for signature, ratification and accession by General Assembly Resolution 44/25 of 20 November 1989; entry into force: 2 September 1990, in accordance with Article 49]*

The General Assembly,

Recalling its previous resolutions, especially resolutions 33/166 of 20 December 1978 and 43/112 of 8 December 1988, and those of the Commission on Human Rights and the Economic and Social Council related to the question of a convention on the rights of the child,

Taking note, in particular, of Commission on Human Rights resolution 1989/57 of 8 March 1989, by which the Commission decided to transmit the draft convention on the rights of the child, through the Economic and Social Council, to the General Assembly, and Economic and Social Council resolution 1989/79 of 24 May 1989,

Reaffirming that children's rights require special protection and call for continuous improvement of the situation of children all over the world, as well as for their development and education in conditions of peace and security,

Profoundly concerned that the situation of children in many parts of the world remains critical as a result of inadequate social conditions, natural disasters, armed conflicts, exploitation, illiteracy, hunger and disability, and convinced that urgent and effective national and international action is called for,

Mindful of the important role of the United Nations Children's Fund and of that of the United Nations in promoting the well-being of children and their development,

Convinced that an international convention on the rights of the child, as a standard-setting accomplishment of the United Nations in the field of human rights, would make a positive contribution to protecting children's rights and ensuring their well-being,

Bearing in mind that 1989 marks the thirtieth anniversary of the Declaration of the Rights of the Child and the tenth anniversary of the International Year of the Child,

1. Expresses its appreciation to the Commission on Human Rights for having concluded the elaboration of the draft convention on the rights of the child;

2. Adopts and opens for signature, ratification and accession the Convention on the Rights of the Child contained in the annex to the present resolution;

3. Calls upon all Member States to consider signing and ratifying or acceding to the Convention as a matter of priority and expresses the hope that it will come into force at an early date;

4. Requests the Secretary-General to provide all the facilities and assistance necessary for dissemination of information on the Convention;

5. Invites United Nations agencies and organizations, as well as intergovernmental and non-governmental organizations, to intensify their efforts with a view to disseminating information on the Convention and to promoting its understanding;

6. Requests the Secretary-General to submit to the General Assembly at its forty-fifth session a report on the status of the Convention on the Rights of the Child;

7. Decides to consider the report of the Secretary-General at its forty-fifth session under an item entitled "Implementation of the Convention on the Rights of the Child".

61st plenary meeting
20 November 1989

### ANNEX

### Convention on the Rights of the Child

### PREAMBLE

The States Parties to the present Convention,

Considering that, in accordance with the principles proclaimed in the Charter of the United Nations, recognition of the inherent dignity and of the equal and inalienable rights of all members of the human family is the foundation of freedom, justice and peace in the world,

Bearing in mind that the peoples of the United Nations have, in the Charter, reaffirmed their faith

# United Nations Declaration
## on the Rights of Indigenous Peoples



## Resolution adopted by the General Assembly

[*without reference to a Main Committee (A/61/L.67 and Add.1)*]

### 61/295.    United Nations Declaration on the Rights of Indigenous Peoples

*The General Assembly,*

*Taking note* of the recommendation of the Human Rights Council contained in its resolution 1/2 of 29 June 2006,[1] by which the Council adopted the text of the United Nations Declaration on the Rights of Indigenous Peoples,

*Recalling* its resolution 61/178 of 20 December 2006, by which it decided to defer consideration of and action on the Declaration to allow time for further consultations thereon, and also decided to conclude its consideration before the end of the sixty-first session of the General Assembly,

*Adopts* the United Nations Declaration on the Rights of Indigenous Peoples as contained in the annex to the present resolution.

*107th plenary meeting*
*13 September 2007*

### Annex

### United Nations Declaration on the Rights of Indigenous Peoples

*The General Assembly,*

*Guided* by the purposes and principles of the Charter of the United Nations, and good faith in the fulfilment of the obligations assumed by States in accordance with the Charter,

*Affirming* that indigenous peoples are equal to all other peoples, while recognizing the right of all peoples to be different, to consider themselves different, and to be respected as such,

---

[1] See *Official Records of the General Assembly, Sixty-first Session, Supplement No. 53* (A/61/53), part one, chap. II, sect. A.

*Affirming also* that all peoples contribute to the diversity and richness of civilizations and cultures, which constitute the common heritage of humankind,

*Affirming further* that all doctrines, policies and practices based on or advocating superiority of peoples or individuals on the basis of national origin or racial, religious, ethnic or cultural differences are racist, scientifically false, legally invalid, morally condemnable and socially unjust,

*Reaffirming* that indigenous peoples, in the exercise of their rights, should be free from discrimination of any kind,

*Concerned* that indigenous peoples have suffered from historic injustices as a result of, inter alia, their colonization and dispossession of their lands, territories and resources, thus preventing them from exercising, in particular, their right to development in accordance with their own needs and interests,

*Recognizing* the urgent need to respect and promote the inherent rights of indigenous peoples which derive from their political, economic and social structures and from their cultures, spiritual traditions, histories and philosophies, especially their rights to their lands, territories and resources,

*Recognizing also* the urgent need to respect and promote the rights of indigenous peoples affirmed in treaties, agreements and other constructive arrangements with States,

*Welcoming* the fact that indigenous peoples are organizing themselves for political, economic, social and cultural enhancement and in order to bring to an end all forms of discrimination and oppression wherever they occur,

*Convinced* that control by indigenous peoples over developments affecting them and their lands, territories and resources will enable them to maintain and strengthen their institutions, cultures and traditions, and to promote their development in accordance with their aspirations and needs,

*Recognizing* that respect for indigenous knowledge, cultures and traditional practices contributes to sustainable and equitable development and proper management of the environment,

*Emphasizing* the contribution of the demilitarization of the lands and territories of indigenous peoples to peace, economic and social

2

progress and development, understanding and friendly relations among nations and peoples of the world,

*Recognizing in particular* the right of indigenous families and communities to retain shared responsibility for the upbringing, training, education and well-being of their children, consistent with the rights of the child,

*Considering* that the rights affirmed in treaties, agreements and other constructive arrangements between States and indigenous peoples are, in some situations, matters of international concern, interest, responsibility and character,

*Considering also* that treaties, agreements and other constructive arrangements, and the relationship they represent, are the basis for a strengthened partnership between indigenous peoples and States,

*Acknowledging* that the Charter of the United Nations, the International Covenant on Economic, Social and Cultural Rights[2] and the International Covenant on Civil and Political Rights,[2] as well as the Vienna Declaration and Programme of Action,[3] affirm the fundamental importance of the right to self-determination of all peoples, by virtue of which they freely determine their political status and freely pursue their economic, social and cultural development,

*Bearing in mind* that nothing in this Declaration may be used to deny any peoples their right to self-determination, exercised in conformity with international law,

*Convinced* that the recognition of the rights of indigenous peoples in this Declaration will enhance harmonious and cooperative relations between the State and indigenous peoples, based on principles of justice, democracy, respect for human rights, non-discrimination and good faith,

*Encouraging* States to comply with and effectively implement all their obligations as they apply to indigenous peoples under international instruments, in particular those related to human rights, in consultation and cooperation with the peoples concerned,

*Emphasising* that the United Nations has an important and continuing role to play in promoting and protecting the rights of indigenous peoples,

---

[2] See resolution 2200 A (XXI), annex.

[3] A/CONF.157/24 (Part I), chap. III.

*Believing* that this Declaration is a further important step forward for the recognition, promotion and protection of the rights and freedoms of indigenous peoples and in the development of relevant activities of the United Nations system in this field,

*Recognizing and reaffirming* that indigenous individuals are entitled without discrimination to all human rights recognized in international law, and that indigenous peoples possess collective rights which are indispensable for their existence, well-being and integral development as peoples,

*Recognizing* that the situation of indigenous peoples varies from region to region and from country to country and that the significance of national and regional particularities and various historical and cultural backgrounds should be taken into consideration,

*Solemnly proclaims* the following United Nations Declaration on the Rights of Indigenous Peoples as a standard of achievement to be pursued in a spirit of partnership and mutual respect:

## Article 1

Indigenous peoples have the right to the full enjoyment, as a collective or as individuals, of all human rights and fundamental freedoms as recognized in the Charter of the United Nations, the Universal Declaration of Human Rights[4] and international human rights law.

## Article 2

Indigenous peoples and individuals are free and equal to all other peoples and individuals and have the right to be free from any kind of discrimination, in the exercise of their rights, in particular that based on their indigenous origin or identity.

## Article 3

Indigenous peoples have the right to self-determination. By virtue of that right they freely determine their political status and freely pursue their economic, social and cultural development.

## Article 4

Indigenous peoples, in exercising their right to self-determination, have the right to autonomy or self-government in matters relating to

---

[4] Resolution 217 A (III).

4

their internal and local affairs, as well as ways and means for financing their autonomous functions.

### Article 5

Indigenous peoples have the right to maintain and strengthen their distinct political, legal, economic, social and cultural institutions, while retaining their right to participate fully, if they so choose, in the political, economic, social and cultural life of the State.

### Article 6

Every indigenous individual has the right to a nationality.

### Article 7

1.  Indigenous individuals have the rights to life, physical and mental integrity, liberty and security of person.

2.  Indigenous peoples have the collective right to live in freedom, peace and security as distinct peoples and shall not be subjected to any act of genocide or any other act of violence, including forcibly removing children of the group to another group.

### Article 8

1.  Indigenous peoples and individuals have the right not to be subjected to forced assimilation or destruction of their culture.

2.  States shall provide effective mechanisms for prevention of, and redress for:

    (*a*)  Any action which has the aim or effect of depriving them of their integrity as distinct peoples, or of their cultural values or ethnic identities;

    (*b*)  Any action which has the aim or effect of dispossessing them of their lands, territories or resources;

    (*c*)  Any form of forced population transfer which has the aim or effect of violating or undermining any of their rights;

    (*d*)  Any form of forced assimilation or integration;

    (*e*)  Any form of propaganda designed to promote or incite racial or ethnic discrimination directed against them.

5

*Article 9*

Indigenous peoples and individuals have the right to belong to an indigenous community or nation, in accordance with the traditions and customs of the community or nation concerned. No discrimination of any kind may arise from the exercise of such a right.

*Article 10*

Indigenous peoples shall not be forcibly removed from their lands or territories. No relocation shall take place without the free, prior and informed consent of the indigenous peoples concerned and after agreement on just and fair compensation and, where possible, with the option of return.

*Article 11*

1.    Indigenous peoples have the right to practise and revitalize their cultural traditions and customs. This includes the right to maintain, protect and develop the past, present and future manifestations of their cultures, such as archaeological and historical sites, artefacts, designs, ceremonies, technologies and visual and performing arts and literature.

2.    States shall provide redress through effective mechanisms, which may include restitution, developed in conjunction with indigenous peoples, with respect to their cultural, intellectual, religious and spiritual property taken without their free, prior and informed consent or in violation of their laws, traditions and customs.

*Article 12*

1.    Indigenous peoples have the right to manifest, practise, develop and teach their spiritual and religious traditions, customs and ceremonies; the right to maintain, protect, and have access in privacy to their religious and cultural sites; the right to the use and control of their ceremonial objects; and the right to the repatriation of their human remains.

2.    States shall seek to enable the access and/or repatriation of ceremonial objects and human remains in their possession through fair, transparent and effective mechanisms developed in conjunction with indigenous peoples concerned.

6

### Article 13

1.  Indigenous peoples have the right to revitalize, use, develop and transmit to future generations their histories, languages, oral traditions, philosophies, writing systems and literatures, and to designate and retain their own names for communities, places and persons.

2.  States shall take effective measures to ensure that this right is protected and also to ensure that indigenous peoples can understand and be understood in political, legal and administrative proceedings, where necessary through the provision of interpretation or by other appropriate means.

### Article 14

1.  Indigenous peoples have the right to establish and control their educational systems and institutions providing education in their own languages, in a manner appropriate to their cultural methods of teaching and learning.

2.  Indigenous individuals, particularly children, have the right to all levels and forms of education of the State without discrimination.

3.  States shall, in conjunction with indigenous peoples, take effective measures, in order for indigenous individuals, particularly children, including those living outside their communities, to have access, when possible, to an education in their own culture and provided in their own language.

### Article 15

1.  Indigenous peoples have the right to the dignity and diversity of their cultures, traditions, histories and aspirations which shall be appropriately reflected in education and public information.

2.  States shall take effective measures, in consultation and cooperation with the indigenous peoples concerned, to combat prejudice and eliminate discrimination and to promote tolerance, understanding and good relations among indigenous peoples and all other segments of society.

### Article 16

1.  Indigenous peoples have the right to establish their own media in their own languages and to have access to all forms of non-indigenous media without discrimination.

7

2. States shall take effective measures to ensure that State-owned media duly reflect indigenous cultural diversity. States, without prejudice to ensuring full freedom of expression, should encourage privately owned media to adequately reflect indigenous cultural diversity.

### Article 17

1. Indigenous individuals and peoples have the right to enjoy fully all rights established under applicable international and domestic labour law.

2. States shall in consultation and cooperation with indigenous peoples take specific measures to protect indigenous children from economic exploitation and from performing any work that is likely to be hazardous or to interfere with the child's education, or to be harmful to the child's health or physical, mental, spiritual, moral or social development, taking into account their special vulnerability and the importance of education for their empowerment.

3. Indigenous individuals have the right not to be subjected to any discriminatory conditions of labour and, inter alia, employment or salary.

### Article 18

Indigenous peoples have the right to participate in decision-making in matters which would affect their rights, through representatives chosen by themselves in accordance with their own procedures, as well as to maintain and develop their own indigenous decision-making institutions.

### Article 19

States shall consult and cooperate in good faith with the indigenous peoples concerned through their own representative institutions in order to obtain their free, prior and informed consent before adopting and implementing legislative or administrative measures that may affect them.

### Article 20

1. Indigenous peoples have the right to maintain and develop their political, economic and social systems or institutions, to be secure in the enjoyment of their own means of subsistence and development, and to engage freely in all their traditional and other economic activities.

2.  Indigenous peoples deprived of their means of subsistence and development are entitled to just and fair redress.

### Article 21

1.  Indigenous peoples have the right, without discrimination, to the improvement of their economic and social conditions, including, inter alia, in the areas of education, employment, vocational training and retraining, housing, sanitation, health and social security.

2.  States shall take effective measures and, where appropriate, special measures to ensure continuing improvement of their economic and social conditions. Particular attention shall be paid to the rights and special needs of indigenous elders, women, youth, children and persons with disabilities.

### Article 22

1.  Particular attention shall be paid to the rights and special needs of indigenous elders, women, youth, children and persons with disabilities in the implementation of this Declaration.

2.  States shall take measures, in conjunction with indigenous peoples, to ensure that indigenous women and children enjoy the full protection and guarantees against all forms of violence and discrimination.

### Article 23

Indigenous peoples have the right to determine and develop priorities and strategies for exercising their right to development. In particular, indigenous peoples have the right to be actively involved in developing and determining health, housing and other economic and social programmes affecting them and, as far as possible, to administer such programmes through their own institutions.

### Article 24

1.  Indigenous peoples have the right to their traditional medicines and to maintain their health practices, including the conservation of their vital medicinal plants, animals and minerals. Indigenous individuals also have the right to access, without any discrimination, to all social and health services.

2.  Indigenous individuals have an equal right to the enjoyment of the highest attainable standard of physical and mental health. States shall take the necessary steps with a view to achieving progressively the full realization of this right.

9

### Article 25

Indigenous peoples have the right to maintain and strengthen their distinctive spiritual relationship with their traditionally owned or otherwise occupied and used lands, territories, waters and coastal seas and other resources and to uphold their responsibilities to future generations in this regard.

### Article 26

1.  Indigenous peoples have the right to the lands, territories and resources which they have traditionally owned, occupied or otherwise used or acquired.

2.  Indigenous peoples have the right to own, use, develop and control the lands, territories and resources that they possess by reason of traditional ownership or other traditional occupation or use, as well as those which they have otherwise acquired.

3.  States shall give legal recognition and protection to these lands, territories and resources. Such recognition shall be conducted with due respect to the customs, traditions and land tenure systems of the indigenous peoples concerned.

### Article 27

States shall establish and implement, in conjunction with indigenous peoples concerned, a fair, independent, impartial, open and transparent process, giving due recognition to indigenous peoples' laws, traditions, customs and land tenure systems, to recognize and adjudicate the rights of indigenous peoples pertaining to their lands, territories and resources, including those which were traditionally owned or otherwise occupied or used. Indigenous peoples shall have the right to participate in this process.

### Article 28

1.  Indigenous peoples have the right to redress, by means that can include restitution or, when this is not possible, just, fair and equitable compensation, for the lands, territories and resources which they have traditionally owned or otherwise occupied or used, and which have been confiscated, taken, occupied, used or damaged without their free, prior and informed consent.

2.  Unless otherwise freely agreed upon by the peoples concerned, compensation shall take the form of lands, territories and resources

equal in quality, size and legal status or of monetary compensation or other appropriate redress.

### Article 29

1.   Indigenous peoples have the right to the conservation and protection of the environment and the productive capacity of their lands or territories and resources. States shall establish and implement assistance programmes for indigenous peoples for such conservation and protection, without discrimination.

2.   States shall take effective measures to ensure that no storage or disposal of hazardous materials shall take place in the lands or territories of indigenous peoples without their free, prior and informed consent.

3.   States shall also take effective measures to ensure, as needed, that programmes for monitoring, maintaining and restoring the health of indigenous peoples, as developed and implemented by the peoples affected by such materials, are duly implemented.

### Article 30

1.   Military activities shall not take place in the lands or territories of indigenous peoples, unless justified by a relevant public interest or otherwise freely agreed with or requested by the indigenous peoples concerned.

2.   States shall undertake effective consultations with the indigenous peoples concerned, through appropriate procedures and in particular through their representative institutions, prior to using their lands or territories for military activities.

### Article 31

1.   Indigenous peoples have the right to maintain, control, protect and develop their cultural heritage, traditional knowledge and traditional cultural expressions, as well as the manifestations of their sciences, technologies and cultures, including human and genetic resources, seeds, medicines, knowledge of the properties of fauna and flora, oral traditions, literatures, designs, sports and traditional games and visual and performing arts. They also have the right to maintain, control, protect and develop their intellectual property over such cultural heritage, traditional knowledge, and traditional cultural expressions.

2.   In conjunction with indigenous peoples, States shall take effective measures to recognize and protect the exercise of these rights.

### Article 32

1.   Indigenous peoples have the right to determine and develop priorities and strategies for the development or use of their lands or territories and other resources.

2.   States shall consult and cooperate in good faith with the indigenous peoples concerned through their own representative institutions in order to obtain their free and informed consent prior to the approval of any project affecting their lands or territories and other resources, particularly in connection with the development, utilization or exploitation of mineral, water or other resources.

3.   States shall provide effective mechanisms for just and fair redress for any such activities, and appropriate measures shall be taken to mitigate adverse environmental, economic, social, cultural or spiritual impact.

### Article 33

1.   Indigenous peoples have the right to determine their own identity or membership in accordance with their customs and traditions. This does not impair the right of indigenous individuals to obtain citizenship of the States in which they live.

2.   Indigenous peoples have the right to determine the structures and to select the membership of their institutions in accordance with their own procedures.

### Article 34

Indigenous peoples have the right to promote, develop and maintain their institutional structures and their distinctive customs, spirituality, traditions, procedures, practices and, in the cases where they exist, juridical systems or customs, in accordance with international human rights standards.

### Article 35

Indigenous peoples have the right to determine the responsibilities of individuals to their communities.

### Article 36

1. Indigenous peoples, in particular those divided by international borders, have the right to maintain and develop contacts, relations and cooperation, including activities for spiritual, cultural, political, economic and social purposes, with their own members as well as other peoples across borders.

2. States, in consultation and cooperation with indigenous peoples, shall take effective measures to facilitate the exercise and ensure the implementation of this right.

### Article 37

1. Indigenous peoples have the right to the recognition, observance and enforcement of treaties, agreements and other constructive arrangements concluded with States or their successors and to have States honour and respect such treaties, agreements and other constructive arrangements.

2. Nothing in this Declaration may be interpreted as diminishing or eliminating the rights of indigenous peoples contained in treaties, agreements and other constructive arrangements.

### Article 38

States, in consultation and cooperation with indigenous peoples, shall take the appropriate measures, including legislative measures, to achieve the ends of this Declaration.

### Article 39

Indigenous peoples have the right to have access to financial and technical assistance from States and through international cooperation, for the enjoyment of the rights contained in this Declaration.

### Article 40

Indigenous peoples have the right to access to and prompt decision through just and fair procedures for the resolution of conflicts and disputes with States or other parties, as well as to effective remedies for all infringements of their individual and collective rights. Such a decision shall give due consideration to the customs, traditions, rules and legal systems of the indigenous peoples concerned and international human rights.

### Article 41

The organs and specialized agencies of the United Nations system and other intergovernmental organizations shall contribute to the full realization of the provisions of this Declaration through the mobilization, inter alia, of financial cooperation and technical assistance. Ways and means of ensuring participation of indigenous peoples on issues affecting them shall be established.

### Article 42

The United Nations, its bodies, including the Permanent Forum on Indigenous Issues, and specialized agencies, including at the country level, and States shall promote respect for and full application of the provisions of this Declaration and follow up the effectiveness of this Declaration.

### Article 43

The rights recognized herein constitute the minimum standards for the survival, dignity and well-being of the indigenous peoples of the world.

### Article 44

All the rights and freedoms recognized herein are equally guaranteed to male and female indigenous individuals.

### Article 45

Nothing in this Declaration may be construed as diminishing or extinguishing the rights indigenous peoples have now or may acquire in the future.

### Article 46

1.  Nothing in this Declaration may be interpreted as implying for any State, people, group or person any right to engage in any activity or to perform any act contrary to the Charter of the United Nations or construed as authorizing or encouraging any action which would dismember or impair, totally or in part, the territorial integrity or political unity of sovereign and independent States.

2.  In the exercise of the rights enunciated in the present Declaration, human rights and fundamental freedoms of all shall be respected. The exercise of the rights set forth in this Declaration shall be subject only to such limitations as are determined by law

*14*

and in accordance with international human rights obligations. Any such limitations shall be non-discriminatory and strictly necessary solely for the purpose of securing due recognition and respect for the rights and freedoms of others and for meeting the just and most compelling requirements of a democratic society.

3.   The provisions set forth in this Declaration shall be interpreted in accordance with the principles of justice, democracy, respect for human rights, equality, non-discrimination, good governance and good faith.

should be admitted to membership in the United Nations,[31]

*Having considered* the application for membership of the Republic of Mali,[32]

*Decides to* admit the Republic of Mali to membership in the United Nations.

876th *plenary meeting,*
23 September 1960.

## 1492 (XV). Admission of the Federation of Nigeria to membership in the United Nations

*The General Assembly,*

*Having received* the recommendation of the Security Council of 7 October 1960 that the Federation of Nigeria should be admitted to membership in the United Nations,[33]

*Having considered* the application for membership of the Federation of Nigeria,[34]

*Decides* to admit the Federation of Nigeria to membership in the United Nations.

893rd *plenary meeting,*
7 October 1960.

## 1495 (XV). Co-operation of Member States

*The General Assembly,*

*Deeply concerned* by the increase in world tensions,

*Considering* that the deterioration in international relations constitutes a grave risk to world peace and co-operation,

*Conscious* that both in the General Assembly and in the world at large it is necessary to arrest this trend in international relations and to contribute towards greater harmony among nations irrespective of the differences in their political and economic systems,

1. *Urges* that all countries, in accordance with the Charter of the United Nations, refrain from actions likely to aggravate international tensions;

2. *Reaffirms the conviction* that the strength of the United Nations rests on the co-operation of its Member States which should be forthcoming in full measure so that the Organization becomes a more effective instrument for the safeguarding of peace and for the promotion of the economic and social advancement of all peoples;

3. *Urges further* that immediate and constructive steps should be adopted in regard to the urgent problems concerning the peace of the world and the advancement of its peoples;

4. *Appeals* to all Member States to use their utmost endeavours to these ends.

907th *plenary meeting,*
17 October 1960.

## 1503 (XV). Report of the International Atomic Energy Agency

*The General Assembly*

*Takes note* of the report of the International Atomic

31 *Ibid.,* document A/4314.
32 *Ibid.,* document A/4512.
33 *Ibid.,* document A/4533.
34 *Ibid.,* document A/4527.
35 *Annual report of the Board of Governors to the General Conference, 1 July 1959-30 June 1960, Vienna, July 1960* (A/4531 and Corr.1 and Add.1).

Energy Agency to the General Assembly for the year 1959-1960.[35]

943rd *plenary meeting,*
12 December 1960.

## 1513 (XV). Report of the Security Council

*The General Assembly*

*Takes note* of the report of the Security Council to the General Assembly covering the period from 16 July 1959 to 15 July 1960.[36]

943rd *plenary meeting,*
12 December 1960.

## 1514 (XV). Declaration on the granting of independence to colonial countries and peoples

*The General Assembly,*

*Mindful* of the determination proclaimed by the peoples of the world in the Charter of the United Nations to reaffirm faith in fundamental human rights, in the dignity and worth of the human person, in the equal rights of men and women and of nations large and small and to promote social progress and better standards of life in larger freedom,

*Conscious* of the need for the creation of conditions of stability and well-being and peaceful and friendly relations based on respect for the principles of equal rights and self-determination of all peoples, and of universal respect for, and observance of, human rights and fundamental freedoms for all without distinction as to race, sex, language or religion,

*Recognizing* the passionate yearning for freedom in all dependent peoples and the decisive role of such peoples in the attainment of their independence,

*Aware* of the increasing conflicts resulting from the denial of or impediments in the way of the freedom of such peoples, which constitute a serious threat to world peace,

*Considering* the important role of the United Nations in assisting the movement for independence in Trust and Non-Self-Governing Territories,

*Recognizing* that the peoples of the world ardently desire the end of colonialism in all its manifestations,

*Convinced* that the continued existence of colonialism prevents the development of international economic co-operation, impedes the social, cultural and economic development of dependent peoples and militates against the United Nations ideal of universal peace,

*Affirming* that peoples may, for their own ends, freely dispose of their natural wealth and resources without prejudice to any obligations arising out of international economic co-operation, based upon the principle of mutual benefit, and international law,

*Believing* that the process of liberation is irresistible and irreversible and that, in order to avoid serious crises, an end must be put to colonialism and all practices of segregation and discrimination associated therewith,

*Welcoming* the emergence in recent years of a large number of dependent territories into freedom and independence, and recognizing the increasingly powerful trends towards freedom in such territories which have not yet attained independence,

36 *Official Records of the General Assembly, Fifteenth Session, Supplement No. 2* (A/4494).

Resolutions adopted without reference to a Committee                                67

*Convinced* that all peoples have an inalienable right to complete freedom, the exercise of their sovereignty and the integrity of their national territory,

*Solemnly proclaims* the necessity of bringing to a speedy and unconditional end colonialism in all its forms and manifestations;

And to this end

*Declares* that:

1. The subjection of peoples to alien subjugation, domination and exploitation constitutes a denial of fundamental human rights, is contrary to the Charter of the United Nations and is an impediment to the promotion of world peace and co-operation;

2. All peoples have the right to self-determination; by virtue of that right they freely determine their political status and freely pursue their economic, social and cultural development;

3. Inadequacy of political, economic, social or educational preparedness should never serve as a pretext for delaying independence;

4. All armed action or repressive measures of all kinds directed against dependent peoples shall cease in order to enable them to exercise peacefully and freely their right to complete independence, and the integrity of their national territory shall be respected;

5. Immediate steps shall be taken, in Trust and Non-Self-Governing Territories or all other territories which have not yet attained independence, to transfer all powers to the peoples of those territories, without any conditions or reservations, in accordance with their freely expressed will and desire, without

any distinction as to race, creed or colour, in order to enable them to enjoy complete independence and freedom.

6. Any attempt aimed at the partial or total disruption of the national unity and the territorial integrity of a country is incompatible with the purposes and principles of the Charter of the United Nations;

7. All States shall observe faithfully and strictly the provisions of the Charter of the United Nations, the Universal Declaration of Human Rights and the present Declaration on the basis of equality, non-interference in the internal affairs of all States, and respect for the sovereign rights of all peoples and their territorial integrity.

*947th plenary meeting,*
*14 December 1960.*

**1592 (XV).   The situation in the Republic of the Congo**

*The General Assembly,*

*Having considered* the item entitled "The situation in the Republic of the Congo";

*Noting* that the previous resolutions of the Security Council and the General Assembly on this subject are still in effect,

*Decides* to keep this item on the agenda of its resumed fifteenth session.

*958th plenary meeting,*
*20 December 1960.*

\* \* \*

## *Note*

### Appointment of the Peace Observation Commission
### (Item 18)

At its 960th plenary meeting on 20 December 1960, the General Assembly decided to reappoint, for the calendar years 1961 and 1962, the present members of the Peace Observation Commission. The Commission is therefore composed as follows: CHINA, CZECHOSLOVAKIA, FRANCE, HONDURAS, INDIA, IRAQ, ISRAEL, NEW ZEALAND, PAKISTAN, SWEDEN, UNION OF SOVIET SOCIALIST REPUBLICS, UNITED KINGDOM OF GREAT BRITAIN AND NORTHERN IRELAND, UNITED STATES OF AMERICA and URUGUAY.

## Charge Sheet (DD FORM 458) [Front]

### I. Personal Data

107

**Corrigan, Michael**

1. Name of Accused (Last, First, Middle Initial)

**Unknown**

2. SSN

**Commissioned Warrant Officer**

3. Grade or Rank

**Unknown**

4. Pay Grade

**Uniformed Services Duval County Florida Tax Collector**
**231 East Forsythe Street, Jacksonville, Florida 32202**

5. Unit or Organization

**Unknown**

6. Current Service — a. Initial Date / b. Term

**Unknown**

7. Pay Per Month – a. Basic / b. Sea-Foreign Duty / c. Total

**Apprehension, Pretrial Restraint & Pretrial Confinement**

8. Nature of Restraint of Accused

**Unknown**

9. Date(s) Imposed

*****************************************************************

### II. Charges and Specifications

10. Charge(s): see Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes, and Felonies, High Crimes, and Misdemeanors — A Delict Penal Action annexed hereto in full
    Specification(s)

    Natural Rights and Human Rights Infringements of International Law of Peace and Law of War Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the *Geneva Conventions* and all annexes thereto

*****************************************************************

### III. Preferral

**Gullett-El, Taquan Rahshe**
and
**Hephzibah-El, Syteria**

11a. Name of Accusers (Last, First, Middle Initial)

**Inductee**

b. Grade

**Selective Service System**
Registration Number 77-0853182-2

c. Organization of Accusers***

d. Autograph of Accusers

**[G.C.Y. 2017 – July, 1]**

e. Date



Universal and International Humanitarian Declaration For Common Law Prejudgment Writ of Personal Replevin
Add. 1 of Add. 26

RB 917 549 140 US
RB 917 549 153 US

## Charge Sheet (DD FORM 458) [Front]

### I. Personal Data

108

Commissioned Warrant Officer

Smith, David J.

Unknown

1. Name of Accused (Last, First, Middle Initial)      2. SSN      3. Grade or Rank

Unknown

Uniformed Services United States Appeals Court Clerk

56 Forsyth Street, N.W., Atlanta, Georgia 30303

4. Pay Grade      5. Unit or Organization

Unknown

Unknown

6. Current Service — a. Initial Date / b. Term      7. Pay Per Month — a. Basic / b. Sea-Foreign Duty / c. Total

Apprehension,
Pretrial Restraint & Pretrial Confinement

Unknown

8. Nature of Restraint of Accused      9. Date(s) Imposed

********************************************************************************

### II. Charges and Specifications

10. Charge(s): see Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes,
and      Felonies, High Crimes, and Misdemeanors — A Delict Penal Action annexed hereto in full
Specification(s)

   Natural Rights and Human Rights Infringements of International Law of Peace and Law of War
   Constituting Grave Breaches of the Fundamental Guarantees of the Hague Conventions and the
   Geneva Conventions and all annexes thereto

********************************************************************************

### III. Preferral

Gullett-El, Taquan Rahshe
and
Hephzibah-El, Syteria

Selective Service System
Registration Number 77-0853182-2

Inductee

11a. Name of Accusers (Last, First, Middle Initial)      b. Grade      c. Organization of Accusers***

d. Autograph of Accusers

[G.C.Y. 2017 – July, 1]
e. Date



Universal and International Humanitarian Declaration For Common Law Prejudgment Writ of Personal Replevin
Add. 2 of Add. 26

RB 917.549 140 US
RB 917 549 153 US

## Charge Sheet (DD FORM 458) [Front]

## I. Personal Data

| | | Commissioned Warrant Officer |
|---|---|---|
| 109 | Unknown | |
| Dwyer, Molly C. | | |
| 1. Name of Accused (Last, First, Middle Initial) | 2. SSN | 3. Grade or Rank |

| Unknown | Uniformed Services United States Appeals Court Clerk |
|---|---|
| 4. Pay Grade | 95 Seventh Street, San Francisco, California 94103 |
| | 5. Unit or Organization |

| Unknown | Unknown |
|---|---|
| 6. Current Service – a. Initial Date / b. Term | 7. Pay Per Month – a. Basic / b. Sea-Foreign Duty / c. Total |

| Apprehension, Pretrial Restraint & Pretrial Confinement | Unknown |
|---|---|
| 8. Nature of Restraint of Accused | 9. Date(s) Imposed |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## II. Charges and Specifications

10. Charge(s): see Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes, and Felonies, High Crimes, and Misdemeanors – A Delict Penal Action annexed hereto in full Specification(s)

Natural Rights and Human Rights Infringements of International Law of Peace and Law of War Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the *Geneva Conventions* and all annexes thereto

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## III. Preferral

| Gullett-El, Taquan Rahshe and | | Selective Service System |
|---|---|---|
| Hephzibah-El, Syteria | Inductee | Registration Number 77-0853182-2 |
| 11a. Name of Accusers (Last, First, Middle Initial) | b. Grade | c. Organization of Accusers*** |

Taquan Rahshe Gullett El    Syteria Hephzibah El

d. Autograph of Accusers

[G.C.Y. 2017 – July, 1]

e. Date



Universal and International Humanitarian Declaration For Common Law Prejudgment Writ of Personal Replevin
Add. 3 of Add. 26

RB 917 549 149 US
RB 917 549 153 US

## Charge Sheet (DD FORM 458) [Front]

### I. Personal Data

| | | Commissioned Warrant Officer |
|---|---|---|
| Gray, Kiry K. | 110 | |
| 1. Name of Accused (Last, First, Middle Initial) | Unknown | |
| | 2. SSN | 3. Grade or Rank |

| Unknown | Uniformed Services United States District Court Clerk |
|---|---|
| 4. Pay Grade | 312 North Spring Street, Room G-8, Los Angeles, California 90012 |
| | 5. Unit or Organization |

| Unknown | Unknown |
|---|---|
| 6. Current Service — a. Initial Date / b. Term | 7. Pay Per Month — a. Basic / b. Sea-Foreign Duty / c. Total |

| Apprehension, Pretrial Restraint & Pretrial Confinement | Unknown |
|---|---|
| 8. Nature of Restraint of Accused | 9. Date(s) Imposed |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### II. Charges and Specifications

10. Charge(s): see Affidavit of Information, Report, and Preferral of Charges; Criminal Complaint for War Crimes, and Felonies; High Crimes, and Misdemeanors — A Delict Penal Action annexed hereto in full

Specification(s)

Natural Rights and Human Rights Infringements of International Law of Peace and Law of War Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the *Geneva Conventions* and all annexes thereto.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### III. Preferral

| Gullett-El, Taquan Rahshe and Hephzibah-El, Syteria | | Selective Service System |
|---|---|---|
| | Inductee | Registration Number 77-0853182-2 |
| 11a. Name of Accusers (Last, First, Middle Initial) | b. Grade | c. Organization of Accusers\*\*\* |

Taquan Rahshe Gullett-El  Syteria Hephzibah-E

d. Autograph of Accusers

[G.C.Y. 2017 — July, 1]

e. Date



## Charge Sheet (DD FORM 458) [Front]

### I. Personal Data

| 111 | Unknown | Commissioned Warrant Officer |
|---|---|---|
| Reyes, Lisa | | |
| 1. Name of Accused (Last, First, Middle Initial) | 2. SSN | 3. Grade or Rank |

| Unknown | Uniformed Services United States Federal Claims Court Clerk 717 Madison Place, Washington, District of Columbia 20005 |
|---|---|
| 4. Pay Grade | 5. Unit or Organization |

| Unknown | Unknown |
|---|---|
| 6. Current Service — a. Initial Date / b. Term | 7. Pay Per Month — a. Basic / b. Sea-Foreign Duty / c. Total |

| Apprehension, Pretrial Restraint & Pretrial Confinement | Unknown |
|---|---|
| 8. Nature of Restraint of Accused | 9. Date(s) Imposed |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### II. Charges and Specifications

10. Charge(s): see Affidavit of Information, Report, and Preferral of Charges; Criminal Complaint for War Crimes, and Felonies, High Crimes, and Misdemeanors – A Delict Penal Action annexed hereto in full Specification(s)

Natural Rights and Human Rights Infringements of International Law of Peace and Law of War Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the *Geneva Conventions* and all annexes thereto

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### III. Preferral

| Gullett-El, Taquan Rahshe and Hephzibah-El, Syteria | Inductee | Selective Service System Registration Number 77-0853182-2 |
|---|---|---|
| 11a. Name of Accusers (Last, First, Middle Initial) | b. Grade | c. Organization of Accusers\*\*\* |

d. Autograph of Accusers

[G.C.Y. 2017 – July, 1]

c. Date



Universal and International Humanitarian Declaration For Common Law Prejudgment Writ of Personal Replevin
Add. 5 of Add. 26

RB 917 549 140 US
RB 917 549 153 US

## Charge Sheet (DD FORM 458) [Front]

### I. Personal Data

| | | Commissioned Warrant Officer |
|---|---|---|
| Marksteiner, Peter R. 112 | Unknown | |
| 1. Name of Accused (Last, First, Middle Initial) | 2. SSN | 3. Grade or Rank |

| | Uniformed Services United States Federal Appeals Court Clerk |
|---|---|
| Unknown | 717 Madison Place, Room 401, Washington, District of Columbia 20005 |
| 4. Pay Grade | 5. Unit or Organization |

| Unknown | Unknown |
|---|---|
| 6. Current Service — a. Initial Date / b. Term | 7. Pay Per Month – a. Basic / b. Sea-Foreign Duty / c. Total |

| Apprehension, Pretrial Restraint & Pretrial Confinement | Unknown |
|---|---|
| 8. Nature of Restraint of Accused | 9. Date(s) Imposed |

*******************************************************************************

### II. Charges and Specifications

10. Charge(s): see Affidavit of Information, Report, and Preferral of Charges; Criminal Complaint for War Crimes, and Felonies, High Crimes, and Misdemeanors – A Delict Penal Action annexed hereto in full
Specification(s)

> Natural Rights and Human Rights Infringements of International Law of Peace and Law of War. Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the *Geneva Conventions* and all annexes thereto.

*******************************************************************************

### III. Preferral

| Gulleti-El, Taquan Rahshe and Hephzibah-El, Syteria | Inductee | Selective Service System Registration Number 77-0853182-2 |
|---|---|---|
| 11a. Name of Accusers (Last, First, Middle Initial) | b. Grade | c. Organization of Accusers*** |

Taquan Rahshe Willt-El      Syteria Hephzibah-E

d. Autograph of Accusers

__[G.C.Y. 2017 – July, 1]__

e. Date


Universal and International Humanitarian Declaration For Common Law Prejudgment Writ of Personal Replevin
Add. 6 of Add. 26

HB 917 549 140 US
RB 917 549 153 US

## Charge Sheet (DD FORM 458) [Front]

### I. Personal Data

| | | | Commissioned Warrant Officer |
|---|---|---|---|
| 113 | | | |
| Firestone, Nancy B. | | Unknown | |
| 1. Name of Accused (Last, First, Middle Initial) | | 2. SSN | 3. Grade or Rank |

**Unknown**
4. Pay Grade

**Uniformed Services United States Federal Claims Court Judge**
717 Madison Place, Washington, District of Columbia 20005
5. Unit or Organization

**Unknown**
6. Current Service — a. Initial Date / b. Term

**Unknown**
7. Pay Per Month — a. Basic / b. Sea-Foreign Duty / c. Total

**Apprehension, Pretrial Restraint & Pretrial Confinement**
8. Nature of Restraint of Accused

**Unknown**
9. Date(s) Imposed

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### II. Charges and Specifications

10. Charge(s): see Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes, and Felonies, High Crimes, and Misdemeanors – A Delict Penal Action annexed hereto in full Specification(s)

    Natural Rights and Human Rights Infringements of International Law of Peace and Law of War Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the *Geneva Conventions* and all annexes thereto

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### III. Preferral

**Gullett-El, Taquan Rahshe**
    and
**Hephzibah-El, Syteria**

11a. Name of Accusers (Last, First, Middle Initial)

**Inductee**
b. Grade

**Selective Service System**
Registration Number 77-0853182-2
c. Organization of Accusers\*\*\*

_(signature)_
d. Autograph of Accusers

**[G.C.Y. 2017 – July, 1]**

e. Date



Universal and International Humanitarian Declaration For Common Law Prejudgment Writ of Personal Replevin
Add. 7 of Add. 26.

HB 917 549 140 US
RB 917 519 153 US

## Charge Sheet (DD FORM 458) [Front]

### I. Personal Data

| | | |
|---|---|---|
| 114 | | Commissioned Warrant Officer |
| Wolski, Victor J. | Unknown | |
| 1. Name of Accused (Last, First, Middle Initial) | 2. SSN | 3. Grade or Rank |

| | |
|---|---|
| Unknown | Uniformed Services United States Federal Claims Court Judge |
| 4. Pay Grade | 717 Madison Place, Washington, District of Columbia 20005 |
| | 5. Unit or Organization |

| | |
|---|---|
| Unknown | Unknown |
| 6. Current Service — a. Initial Date / b. Term | 7. Pay Per Month – a. Basic / b. Sea-Foreign Duty / c. Total |

| | |
|---|---|
| Apprehension, Pretrial Restraint & Pretrial Confinement | Unknown |
| 8. Nature of Restraint of Accused | 9. Date(s) Imposed |

********************************************************************************

### II. Charges and Specifications

10. Charge(s): see Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes, and Felonies, High Crimes, and Misdemeanors – A Delict Penal Action annexed hereto in full Specification(s)

Natural Rights and Human Rights Infringements of International Law of Peace and Law of War Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the *Geneva Conventions* and all annexes thereto

********************************************************************************

### III. Preferral

| | | |
|---|---|---|
| Gullett-El, Taquan Rahshe and Hephzibah-El, Syteria | Inductee | Selective Service System Registration Number 77-0853182-2 |
| 11a. Name of Accusers (Last, First, Middle Initial) | b. Grade | c. Organization of Accusers*** |



Taquan Rahshe Gullett-El  Syteria Hephzibah-El

d. Autograph of Accusers

[G.C.Y. 2017 – July, 1]

e. Date

Universal and International Humanitarian Declaration For Common Law Prejudgment Writ of Personal Replevin
Add. 8 of Add. 26

RB 917 549 140 US
RB 917 549 153 US

## Charge Sheet (DD FORM 458) [Front]

### I. Personal Data

115

__Bradley; David J.__
1. Name of Accused (Last, First, Middle Initial)

__Unknown__
2. SSN

__Commissioned Warrant Officer__
3. Grade or Rank

__Unknown__
4. Pay Grade

__Uniformed Services United States District Court Clerk__
__515 Rusk Avenue, Houston, Texas 77002__
5. Unit or Organization

__Unknown__
6. Current Service — a. Initial Date / b. Term

__Unknown__
7. Pay Per Month — a. Basic / b. Sea-Foreign Duty / c. Total

__Apprehension,__
__Pretrial Restraint & Pretrial Confinement__
8. Nature of Restraint of Accused

__Unknown__
9. Date(s) Imposed

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### II. Charges and Specifications

10. Charge(s): see Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes; and Felonies, High Crimes, and Misdemeanors — A Delict Penal Action annexed hereto in full Specification(s)

   Natural Rights and Human Rights Infringements of International Law of Peace and Law of War Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the *Geneva Conventions* and all annexes thereto

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### III. Preferral

__Gullett-El, Taquan Rahshe__
__and__
__Hephzibah-El, Syteria__
11a. Name of Accusers (Last, First, Middle Initial)

__Inductee__
b. Grade

__Selective Service System__
__Registration Number 77-0853182-2__
c. Organization of Accusers\*\*\*

d. Autograph of Accusers

__[G.C.Y. 2017 — July, 1]__
e. Date



Universal and International Humanitarian Declaration For Common Law Prejudgement Writ of Personal Replevin
Add. 9 of Add. 26

RB 917 549 140 US
RB 917 549 153 US

# Charge Sheet (DD FORM 458) [Front]

## I. Personal Data

115

**Commissioned Warrant Officer**
3. Grade or Rank

Brown, Jr., Edmund G.
1. Name of Accused (Last, First, Middle Initial):

Unknown
2. SSN

Unknown
4. Pay Grade

**Uniformed Services California Governor**
State Capitol, Suite1173, Sacramento, California 95841
5. Unit or Organization

Unknown
6. Current Service – a. Initial Date / b. Term

Unknown
7. Pay Per Month – a. Basic / b. Sea-Foreign Duty / c. Total

**Apprehension,**
**Pretrial Restraint & Pretrial Confinement**
8. Nature of Restraint of Accused

Unknown
9. Date(s) Imposed

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## II. Charges and Specifications

10. Charge(s): see Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes, and Felonies, High Crimes, and Misdemeanors – A Delict Penal Action annexed hereto in full
Specification(s)

Natural Rights and Human Rights Infringements of International Law of Peace and Law of War Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the *Geneva Conventions* and all annexes thereto

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## III. Preferral

Gullett-El, Taquan Rahshe
and
Hephzibah-El, Syteria
11a. Name of Accusers (Last, First, Middle Initial)

Inductee
b. Grade

**Selective Service System**
Registration Number 77-0853182-2
c. Organization of Accusers\*\*\*

d. Autograph of Accusers

[G.C.Y. 2017 – July, 1]
e. Date



Universal and International Humanitarian Declaration For Common Law Prejudgment Writ of Personal Replevin
Add. 10 of Add. 26

RB 917 549 148 US
RB 917 549 151 US

## Charge Sheet (DD FORM 458) [Front]

### I. Personal Data

117

**Shiamoto, Jean** | **Unknown** | Commissioned Warrant Officer
1. Name of Accused (Last, First, Middle Initial) | 2. SSN | 3. Grade or Rank

**Unknown** | Uniformed Services California Department of Motor Vehicles Director
2415 1st Street, Mail Station F 101, Sacramento, California 95818-2606
4. Pay Grade | 5. Unit or Organization

**Unknown** | **Unknown**
6. Current Service — a. Initial Date / b. Term | 7. Pay Per Month — a. Basic / b. Sea-Foreign Duty / c. Total

Apprehension,
Pretrial Restraint & Pretrial Confinement | **Unknown**
8. Nature of Restraint of Accused | 9. Date(s) Imposed

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### II. Charges and Specifications

10. Charge(s): see Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes, and Felonies, High Crimes, and Misdemeanors – A Delict Penal Action annexed hereto in full Specification(s)

Natural Rights and Human Rights Infringements of International Law of Peace and Law of War Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the *Geneva Conventions* and all annexes thereto

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### III. Preferral

Gullett-El, Taquan Rahshe
and | |
Hephzibah-El, Syteria | Inductee | Selective Service System Registration Number 77-0853182-2
11a. Name of Accusers (Last, First, Middle Initial) | b. Grade | c. Organization of Accusers\*\*\*

d. Autograph of Accusers

[G.C.Y. 2017 – July, 1]
e. Date



Universal and International Humanitarian Declaration For Common Law Prejudgment Writ of Personal Replevin
Add. 11 of Add. 26

RB 917 549 148 US
RB 917 549 153 US

## Charge Sheet (DD FORM 458) [Front]

### I. Personal Data

| | | Commissioned Warrant Officer |
|---|---|---|
| McDonnell, Jim | 118 | |
| Unknown | | |
| 1. Name of Accused (Last, First, Middle Initial) | 2. SSN | 3. Grade or Rank |

| Unknown | Uniformed Services Los Angeles County Sheriff |
|---|---|
| | 211 West Temple Street, Los Angeles, California 90012 |
| 4. Pay Grade | 5. Unit or Organization |

| Unknown | Unknown |
|---|---|
| 6. Current Service — a. Initial Date / b. Term | 7. Pay Per Month — a. Basic / b. Sea-Foreign Duty / c. Total |

| Apprehension; Pretrial Restraint & Pretrial Confinement | Unknown |
|---|---|
| 8. Nature of Restraint of Accused | 9. Date(s) Imposed |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### II. Charges and Specifications

10. Charge(s): see Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes, and Felonies, High Crimes, and Misdemeanors — A Delict Penal Action annexed hereto in full. Specification(s)

Natural Rights and Human Rights Infringements of International Law of Peace and Law of War Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the *Geneva Conventions* and all annexes thereto.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### III. Preferral

| Gullett-El, Taquan Ralishe and Hephzibah-El, Syteria | Inductee | Selective Service System Registration Number 77-0853182-2 |
|---|---|---|
| 11a. Name of Accusers (Last, First, Middle Initial) | b. Grade | c. Organization of Accusers\*\*\* |

d. Autograph of Accusers

[G.C.Y. 2017 – July, 1]
e. Date



Universal and International Humanitarian Declaration For Common Law Prejudgment Writ of Personal Replevin
Add. 12 of Add. 26

RB 917 549 140 US
RB 917 549 153 US

## Charge Sheet (DD FORM 458) [Front]

## I. Personal Data

| Cagnacci, Jeffrey | 119 | Unknown | Commissioned Warrant Officer |
|---|---|---|---|
| 1. Name of Accused (Last, First, Middle Initial) | | 2. SSN | 3. Grade or Rank |

| Unknown | Uniformed Services Internal Revenue Service Agent<br>300 North Los Angeles Street, Suite 4334, Los Angeles, California 90012 |
|---|---|
| 4. Pay Grade | 5. Unit or Organization |

| Unknown | Unknown |
|---|---|
| 6. Current Service — a. Initial Date / b. Term | 7. Pay Per Month — a. Basic / b. Sea-Foreign Duty / c. Total |

| Apprehension,<br>Pretrial Restraint & Pretrial Confinement | Unknown |
|---|---|
| 8. Nature of Restraint of Accused | 9. Date(s) Imposed |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## II. Charges and Specifications

10. Charge(s): see Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes,
    and        Felonies, High Crimes, and Misdemeanors — A Delict Penal Action annexed hereto in full
Specification(s)

Natural Rights and Human Rights Infringements of International Law of Peace and Law of War
Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the
*Geneva Conventions* and all annexes thereto

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## III. Preferral

| Gullett-El, Taquan Rahshe<br>and<br>Hephzibah-El, Syteria | Inductee | Selective Service System<br>Registration Number 77-0853182-2 |
|---|---|---|
| 11a. Name of Accusers (Last, First, Middle Initial) | b. Grade | c. Organization of Accusers\*\*\* |

_Taquan Rahshe Gullett-El   Syteria Hephzibah-El_

d. Autograph of Accusers

[G.C.Y. 2017 – July, 1]

e. Date



Universal and International Humanitarian Declaration For Common Law Prejudgment Writ of Personal Replevin
Add. 13 of Add. 26

RB 917,549 140 US
RB 917 549 153 US

## Charge Sheet (DD FORM 458) [Front]

### I. Personal Data

| | 120 | | Commissioned Warrant Officer |
|---|---|---|---|
| **Mazon, Patricia** | | **Unknown** | |
| 1. Name of Accused (Last, First, Middle Initial). | 2. SSN | | 3. Grade or Rank |

| **Unknown** | Uniformed Services Internal Revenue Service Agent |
|---|---|
| | 300 North Los Angeles Street, Suite 4334, Los Angeles, California 90012 |
| 4. Pay Grade | 5. Unit or Organization |

| **Unknown** | **Unknown** |
|---|---|
| 6. Current Service – a. Initial Date / b. Term | 7. Pay Per Month – a. Basic / b. Sea-Foreign Duty / c. Total |

| Apprehension, **Pretrial Restraint & Pretrial Confinement** | **Unknown** |
|---|---|
| 8. Nature of Restraint of Accused | 9. Date(s) Imposed |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### II. Charges and Specifications

10. Charge(s): see Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes, and Felonies, High Crimes, and Misdemeanors – A Delict Penal Action annexed hereto in full Specification(s)

> Natural Rights and Human Rights Infringements of International Law of Peace and Law of War. Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the *Geneva Conventions* and all annexes thereto

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### III. Preferral

| Gullett-El, Taquan Rahshe and | | Selective Service System |
|---|---|---|
| **Hephzibah-El, Syteria** | **Inductee** | Registration Number 77-0853182-2: |
| 11a. Name of Accusers (Last, First, Middle Initial) | b. Grade | c. Organization of Accusers\*\*\* |

d. Autograph of Accusers

[G.C.Y. 2017 – July, 1]

e. Date



Universal and International Humanitarian Declaration For Common Law Prejudgement Writ of Personal Replevin
Add. 14 of Add. 26.

RB 917 549 140 US
RB 917 549 153 US

## Charge Sheet (DD FORM 458) [Front]

### I. Personal Data

121

Knarr, Brandon

**1. Name of Accused (Last, First, Middle Initial).**

Unknown

**2. SSN**

Commissioned Warrant Officer

**3. Grade or Rank**

Unknown

**4. Pay Grade**

Uniformed Services Internal Revenue Service Agent
300 North Los Angeles Street, Suite 4334, Los Angeles, California 90012

**5. Unit or Organization**

Unknown

**6. Current Service – a. Initial Date / b. Term**

Unknown

**7. Pay Per Month – a. Basic / b. Sea-Foreign Duty / c. Total**

Apprehension,
Pretrial Restraint & Pretrial Confinement.

**8. Nature of Restraint of Accused**

Unknown

**9. Date(s) Imposed**

*************************************************************************************

### II. Charges and Specifications

10. **Charge(s):** see Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes, and Felonies, High Crimes, and Misdemeanors – A Delict Penal Action annexed hereto in full

**Specification(s).**

Natural Rights and Human Rights Infringements of International Law of Peace and Law of War Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the *Geneva Conventions* and all annexes thereto

*************************************************************************************

### III. Preferral

Gullett-El, Taquan Rahshe
and
Hephzibah-El, Syterin

**11a. Name of Accusers (Last, First, Middle Initial)**

Inductee

**b. Grade**

Selective Service System
Registration Number 77-0853182-2

**c. Organization of Accusers***

Taquan Rahshe Gullett-El _____

**d. Autograph of Accusers**

[G.C.Y. 2017 – July, 1]

**e. Date**



Universal and International Humanitarian Declaration For Common Law Prejudgment Writ of Personal Replevin
Add. 15 of Add. 26

RB 917 549.140 US
RB 917 549 153 US

## Charge Sheet (DD FORM 458) [Front]

### I. Personal Data

| 122 | | Commissioned Warrant Officer |
|---|---|---|
| Green; Maureen | Unknown | |
| 1. Name of Accused (Last, First, Middle Initial) | 2. SSN | 3. Grade or Rank |

| | Uniformed Services Internal Revenue Service Agent |
|---|---|
| Unknown | 300 North Los Angeles Street, Suite 4334, Los Angeles, California 90012 |
| 4. Pay Grade | 5. Unit or Organization |

| Unknown | Unknown |
|---|---|
| 6. Current Service – a. Initial Date / b. Term | 7. Pay Per Month – a. Basic / b. Sea-Foreign Duty / c. Total |

| Apprehension, Pretrial Restraint & Pretrial Confinement | Unknown |
|---|---|
| 8. Nature of Restraint of Accused | 9. Date(s) Imposed |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### II. Charges and Specifications

10. Charge(s): see Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes, and Felonies, High Crimes, and Misdemeanors – A Delict Penal Action annexed hereto in full

Specification(s)

Natural Rights and Human Rights Infringements of International Law of Peace and Law of War Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the *Geneva Conventions* and all annexes thereto

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### III. Preferral

| Gullett-El, Taquan Rahshe and Hephzibah-El, Syteria | Inductee | Selective Service System Registration Number 77-0853182-2 |
|---|---|---|
| 11a. Name of Accusers (Last, First, Middle Initial) | b. Grade | c. Organization of Accusers\*\*\* |

d. Autograph of Accusers

[G.C.Y. 2017 – July, 1]

e. Date



Universal and International Humanitarian Declaration For Common Law Prejudgment Writ of Personal Replevin
Add: 16 of Add: 26

RB 917 549 140 US
RB 917 549 153 US

## Charge Sheet (DD FORM 458) [Front]

### I. Personal Data

|  |  | Commissioned Warrant Officer |
| --- | --- | --- |
| Gourley, Barbara | Unknown | |
| 123 | | |
| 1. Name of Accused (Last, First, Middle Initial) | 2. SSN | 3. Grade or Rank |

|  | Uniformed Services Internal Revenue Service Agent |
| --- | --- |
| Unknown | 300 North Los Angeles Street, Suite 4334, Los Angeles, California 90012 |
| 4. Pay Grade | 5. Unit or Organization |

|  |  |
| --- | --- |
| Unknown | Unknown |
| 6. Current Service — a. Initial Date / b. Term | 7. Pay Per Month — a. Basic / b. Sea-Foreign Duty / c. Total |

| Apprehension, Pretrial Restraint & Pretrial Confinement | Unknown |
| --- | --- |
| 8. Nature of Restraint of Accused | 9. Date(s) Imposed |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### II. Charges and Specifications

10. Charge(s): see Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes, and Felonies, High Crimes, and Misdemeanors — A Delict Penal Action annexed hereto in full Specification(s)

> Natural Rights and Human Rights Infringements of International Law of Peace and Law of War Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the *Geneva Conventions* and all annexes thereto

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### III. Preferral

| Gullett-El, Taquan Rahshe and Hephzibah-El, Syteria | Inductee | Selective Service System Registration Number 77-0853182-2 |
| --- | --- | --- |
| 11a. Name of Accusers (Last, First, Middle Initial) | b. Grade | c. Organization of Accusers\*\*\* |

d. Autograph of Accusers

[G.C.Y. 2017 — July, 1]

e. Date



Universal and International Humanitarian Declaration For Common Law Prejudgment Writ of Personal Replevin
Add. 17 of Add. 26

RB 917 549 140 US
RB 917 549 153 US

## Charge Sheet (DD FORM 458) [Front]

### I. Personal Data

| | 124 | | Commissioned Warrant Officer |
|---|---|---|---|
| Cox, Michael W. | | Unknown | |
| 1. Name of Accused (Last, First, Middle Initial) | | 2. SSN | 3. Grade or Rank |

| | Uniformed Services Internal Revenue Service Agent |
|---|---|
| Unknown | 300 North Los Angeles Street, Suite 4334, Los Angeles, California 90012 |
| 4. Pay Grade | 5. Unit or Organization |

| Unknown | Unknown |
|---|---|
| 6. Current Service — a. Initial Date / b. Term | 7. Pay Per Month — a. Basic / b. Sea-Foreign Duty / c. Total |

| Apprehension, Pretrial Restraint & Pretrial Confinement | Unknown |
|---|---|
| 8. Nature of Restraint of Accused | 9. Date(s) Imposed |

**************************************************************************

### II. Charges and Specifications

10. Charge(s): see Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes, and Felonies, High Crimes, and Misdemeanors — A Delict Penal Action annexed hereto in full Specification(s)

Natural Rights and Human Rights Infringements of International Law of Peace and Law of War. Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the *Geneva Conventions* and all annexes thereto

**************************************************************************

### III. Preferral

| Gullett-El, Taquan Rahshe and Hephzibah-El, Syteria | Inductee | Selective Service System Registration Number 77-0853182-2 |
|---|---|---|
| 11a. Name of Accusers (Last, First, Middle Initial) | b. Grade | c. Organization of Accusers*** |

Taquan Rahshe Gullett-El Syteria Hephzibah-El

d. Autograph of Accusers

[G.C.Y. 2017 — July, 1]

e. Date


Universal and International Humanitarian Declaration For Common Law Prejudgment Writ of Personal Replevin
Add. 18 of Add. 26

RB 917 549 140 US
RB 917 549 153 US

## Charge Sheet (DD FORM 458) [Front]

### I. Personal Data

Commissioned
Warrant
Officer

125

Harris, Kamala                                     Unknown
**1. Name of Accused (Last, First, Middle Initial)    2. SSN                 3. Grade or Rank**

Uniformed Services (Former) California Attorney General
Unknown                      112 Hart Senate Office Building, Washington, District of Columbia 20510
**4. Pay Grade              5. Unit or Organization**

Unknown                                          Unknown
**6. Current Service – a. Initial Date / b. Term     7. Pay Per Month – a. Basic / b. Sea-Foreign Duty / c. Total**

Apprehension,
Pretrial Restraint & Pretrial Confinement                 Unknown
**8. Nature of Restraint of Accused              9. Date(s) Imposed**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### II. Charges and Specifications

**10. Charge(s): see** Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes;
and            Felonies, High Crimes, and Misdemeanors – A Delict Penal Action annexed hereto in full
**Specification(s)**

Natural Rights and Human Rights Infringements of International Law of Peace and Law of War
Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the
*Geneva Conventions* and all annexes thereto

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### III. Preferral

Gullett-El, Taquan Rahshe
and                                                     Selective Service System
Hephzibah-El, Syteria                    Inductee       Registration Number 77-0853182-2
**11a. Name of Accusers (Last, First, Middle Initial)    b. Grade    c. Organization of Accusers\*\*\***

Taquan Rahshe Gullett-El / Syteria Hephzibah-El
**d. Autograph of Accusers**

[G.C.Y. 2017 – July, 1]
**e. Date**



Universal and International Humanitarian Declaration For Common Law Prejudgment Writ of Personal Replevin
Add. 19 of Add. 26

RD 917 549 140 US
RB 917 549 153 US

## Charge Sheet (DD FORM 458) [Front]

### I. Personal Data

| 126. | | Commissioned Warrant Officer |
|---|---|---|
| Martineau, Michael J. | Unknown | |
| 1. Name of Accused (Last, First, Middle Initial). | 2. SSN | 3. Grade or Rank |

Uniformed Services Assistant United States Attorney

| Unknown | Post Office Box 227, Washington, District of Columbia 20044 |
|---|---|
| 4. Pay Grade | 5. Unit or Organization |

| Unknown | Unknown |
|---|---|
| 6. Current Service — a. Initial Date / b. Term | 7. Pay Per Month – a. Basic / b. Sea-Foreign Duty / c. Total |

Apprehension,

| Pretrial Restraint & Pretrial Confinement | Unknown |
|---|---|
| 8. Nature of Restraint of Accused | 9. Date(s) Imposed. |

*******************************************************************************

### II. Charges and Specifications

10. Charge(s): see Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes, and Felonies, High Crimes, and Misdemeanors – A Delict Penal Action annexed hereto in full Specification(s).

Natural Rights and Human Rights Infringements of International Law of Peace and Law of War Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the *Geneva Conventions* and all annexes thereto

*******************************************************************************

### III. Preferral

| Gullett-El, Taquan Rahshe and | | Selective Service System |
|---|---|---|
| Hephzibah-El, Syteria | Inductee | Registration Number 77-0853182-2 |
| 11a. Name of Accusers (Last, First, Middle Initial). | b. Grade | c. Organization of Accusers*** |

d. Autograph of Accusers

[G.C.Y. 2017 – July, 1]

e. Date



Universal and International Humanitarian Declaration For Common Law Prejudgment Writ of Personal Replevin
Add. 2D of Add. 26.

RB 917 549 140 US
RB 917 549 153 US

## Charge Sheet (DD FORM 458) [Front]

### I. Personal Data

127

Ashman, Joseph Edward
1. Name of Accused (Last, First, Middle Initial)

Unknown
2. SSN

Commissioned
Warrant
Officer
3. Grade or Rank

Unknown
4. Pay Grade

Uniformed Services Assistant United States Attorney
Post Office Box 480, Ben Franklin Station, Washington, District of Columbia 20044
5. Unit or Organization

Unknown
6. Current Service — a. Initial Date / b. Term

Unknown
7. Pay Per Month — a. Basic / b. Sea-Foreign Duty / c. Total

Apprehension,
Pretrial Restraint & Pretrial Confinement
8. Nature of Restraint of Accused

Unknown
9. Date(s) Imposed

******************************************************************************

### II. Charges and Specifications

10. Charge(s): see Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes, and Felonies, High Crimes, and Misdemeanors — A Delict Penal Action annexed hereto in full Specification(s)

Natural Rights and Human Rights Infringements of International Law of Peace and Law of War Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the *Geneva Conventions* and all annexes thereto

******************************************************************************

### III. Preferral

Gullett-El, Taquan Rahshe
and
Hephzibah-El, Syteria
11a. Name of Accusers (Last, First, Middle Initial)

Inductee
b. Grade

Selective Service System
Registration Number 77-0853182-2
c. Organization of Accusers***

Taquan Rahshe Gullett-El
d. Autograph of Accusers

[G.C.Y. 2017 – July, 1]
e. Date



RB 917 549 140 US.
RB 917 549 153 US

## Charge Sheet (DD FORM 458) [Front]

### I. Personal Data

| | | Commissioned Warrant Officer |
|---|---|---|
| Klimas, Geoffrey J. | 128 | |
| 1. Name of Accused (Last, First, Middle Initial) | Unknown | 3. Grade or Rank |
| | 2. SSN | |

| | Uniformed Services Assistant United States Attorney |
|---|---|
| Unknown | Post Office Box 227, Washington, District of Columbia 20044 |
| 4. Pay Grade | 5. Unit or Organization |

| | |
|---|---|
| Unknown | Unknown |
| 6. Current Service — a. Initial Date / b. Term | 7. Pay Per Month — a. Basic / b. Sea-Foreign Duty / c. Total |

| | |
|---|---|
| Apprehension, Pretrial Restraint & Pretrial Confinement | Unknown |
| 8. Nature of Restraint of Accused | 9. Date(s) Imposed |

********************************************************************************

### II. Charges and Specifications

10. Charge(s): see Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes, and Felonies, High Crimes, and Misdemeanors — A Delict Penal Action annexed hereto in full

Specification(s)

Natural Rights and Human Rights Infringements of International Law of Peace and Law of War Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the *Geneva Conventions* and all annexes thereto

********************************************************************************

### III. Preferral

| | | |
|---|---|---|
| Gullett-El, Taquan Rahshie and Hephzibah-El, Syteria | | Selective Service System |
| | Inductee | Registration Number 77-0853182-a |
| 11a. Name of Accusers (Last, First, Middle Initial) | b. Grade | c. Organization of Accusers*** |

Taquan Rahshie Gullett-El Syteria Hephzibah-El

d. Autograph of Accusers

[G.C.Y. 2017 – July, 1]

e. Date



Universal and International Humanitarian Declaration For Common Law Prejudgment Writ of Personal Replevin
Add. 22 of Add. 26

RB 917 549 146 US
RB 917 549 153 US

## Charge Sheet (DD FORM 458) [Front]

### I. Personal Data

| | Commissioned Warrant Officer |
|---|---|

129
__Saito, Blaine G.__  
1. Name of Accused (Last, First, Middle Initial)

__Unknown__  
2. SSN

Commissioned Warrant Officer  
3. Grade or Rank

__Unknown__  
4. Pay Grade

Uniformed Services Assistant United States Attorney  
Post Office Box 26, Ben Franklin Station, Washington, District of Columbia 20044  
5. Unit or Organization

__Unknown__  
6. Current Service – a. Initial Date / b. Term

__Unknown__  
7. Pay Per Month – a. Basic / b. Sea-Foreign Duty / c. Total

Apprehension,  
Pretrial Restraint & Pretrial Confinement  
8. Nature of Restraint of Accused

__Unknown__  
9. Date(s) Imposed

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### II. Charges and Specifications

10. Charge(s): see Affidavit of Information, Report, and Preferral of Charges: Criminal Complaint for War Crimes, and Felonies, High Crimes, and Misdemeanors – A Delict Penal Action annexed hereto in full Specification(s)

Natural Rights and Human Rights Infringements of International Law of Peace and Law of War. Constituting Grave Breaches of the Fundamental Guarantees of the *Hague Conventions* and the *Geneva Conventions* and all annexes thereto

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### III. Preferral

Gullett-El, Taquan Rahshe  
and  
Hephzibah-El, Syteria  
11a. Name of Accusers (Last, First, Middle Initial)

Inductee  
b. Grade

Selective Service System  
Registration Number 77-0853182-2  
c. Organization of Accusers\*\*\*

*Taquan Rahshe Gullett-El  Syteria Hephzibah-El*  
d. Autograph of Accusers

[G.C.Y. 2017 – July, 1]  
e. Date


Universal and International Humanitarian Declaration For Common Law Prejudgment Writ of Personal Replevin  
Add. 23 of Add. 26

RB 917 549 140 US  
RB 917 549 153 US

**Affidavit:** Before me, the undersigned, authorized by law to administer oath in cases of this character, personally appeared the above named accusers this 27ᵗʰ day of ____May____, 2017, and signed the foregoing charges and specifications under oath that he/she is a person subject to the Uniform Code of Military Justice and that he/she either has personal knowledge of or has investigated the matters set forth therein and that the same are true to the best of his/her knowledge and belief.

I am: ___Taquan Rahshe B. Witt-El___

Taquan Rahshe Gullett-El, Eldest Male Competent Heir of Harold Clayton Gullett**, deceased United States Navy Veteran

I am: ___Syteria Hephzibah-El___

Syteria Hephzibah-El, Widow Competent Heir of Harold Clayton Gullett**, deceased United States Navy Veteran

## Notary Jurat
### In the nature of APOSTILLE
### Convention de La Haye du 5 octobre 1961

Duval county, de jure

Florida state, de jure                                                                                 ) ss. Asservation

united states for America, Timucuan Al Andalusia Northwest Amexem (Morocco).

Before me, a duly appointed Notarial Officer, this 27ᵗʰ day of __May__ 2017, does present one Taquan Rahshe Gullett-El, and Syteria Hephzibah-El, being known to me to be of lawful age, competent to testify, and who does in my presence, set his and her hand hereto and he and she does establish this Preferral of Charges and Specifications (DD FORM 458) freely and without coercion, attested by Notary Jurat in the nature of Apostille, in Witness whereof I set my sign and seal.

Affirmed to (or sworn) and subscribed before me this 27ᵗʰ day of __May__ 2017, by Personally Known ✓ or Produced Identification ____

Type of Identification Produced____

This public document has been signed by Beatrice Renee' Scantling acting in the capacity of Deputy Secretary of State Notary Public and bears the seal and stamp of

NOTARY PUBLIC STATE OF FLORIDA BEATRICE RENEE' SCANTLING

Certified at Duval county Florida state, de jure
united states for America by Beatrice Renee' Scantling

___Beatrice R. Scantling___
Signature of Commissioned Notary Officer Administering Oath

___Beatrice R. Scantling___
Print, Type, or Stamp Name of Notary Officer

___June 27, 2020___
Notary Officer's Commission Expires

[SEAL]
BEATRICE RENEE' SCANTLING
MY COMMISSION # GG005810
EXPIRES June 27, 2020
FloridaNotaryService.com

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors-
A Delict Penal Action
208 of

Typed Name of Officer:

Organization of Officer:

Grade.

Official Capacity to Administer Oath. *
(see R.C.M. 307(b) _ must be commissioned officer)

Signature

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## Charge Sheet (DD FORM 458) [Back]

12. On _____, _____, the accused was informed of the charges against him/her and of the name(s) of the accuser(s) known to me (see R.C.M. 308(a)). (see R.C.M. 308 if notification cannot be made)

Typed Name of Immediate Commander.

Organization of Immediate Commander

Grade

Signature

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## IV. Receipt By Summary Court-Martial Convening Authority

13. Sworn charges were received at _____ hours, _____, _____, at _____

Designation of Command or Officer Exercising Summary Court-Martial Jurisdiction (See R.C.M 403)

For the _____

Typed Name of Officer

Official Capacity of Officer Signing

Grade.

Signature

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors-
A Delict Penal Action
209 of 216

## V. Referral; Service of Charges

---

14a. Designation of Command of Convening Authority.      b. Place                                c. Date

Referred for trial to the _____ court-martial convened by _____

_____, _____ subject to the following instructions:

_____

By_____ of _____
    *Command or Order*

---

*Typed Name of Officer*                              *Official Capacity of Officer Signing*       .

---

*Grade*                                              *Signature*

---

** **Harold Clayton Gullett,** deceased United States Navy Veteran and Civil Servant

Date of Birth: 07/09/1952           City: Philadelphia. Pennsylvania

Date of Death: 10/27/2002           City: Port Hueneme. California

Occupation: Engineer                Dates of Service:   Enlisted: 1972 – (approx.) 1983
                                                        Civil Service: (approx.) 1983 – 2002

## "The Heir is the same as the Ancestor"

Taquan Rahshe Gullett-El, Eldest Male Competent Heir of Harold Clayton Gullett**, deceased United States Navy Veteran

Syteria Hephzibah-El, Widow Competent Heir of Harold Clayton Gullett**, deceased United States Navy Veteran

*** **Organization of Accusers** – Selective Service System Registration Number 77-0853182-2
                              (see Selective Service Military Oath of Induction and Agreement –
                              "Attachment," supra, pages 50 – 54, paragraphs 165 – 182).

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors–
A DeFict Penal Action
210 of 216

RD 917549 140 US
RB 917 549 153 US

Cc:

Admiral James Alexander Winnefeld, Jr.
Vice Chairman
Joint Chiefs of Staff
9999 Joint Staff Pentagon
Washington, DC 20318-9999

General Frank J. Grass
Chief, National Guard Bureau
1636 Defense Pentagon Suite 1E 169
Washington, DC 20301-0001

General Raymond Thomas Odierno
Army Chief of Staff
200 Army Pentagon
Washington, DC 20310-0200

Provost Marshal General Mark S. Inch
Office of the Provost Marshal General
Attention: CID Office
2800 Army Pentagon
Washington, District of Columbia
20310-2800

Jeff Sessions, U.S. Attorney General
950 Pennsylvania Avenue, NW
Washington, District of Columbia
20530-0001

Melissa Nelson, State Attorney
Fourth Judicial Circuit
311 West Monroe Street
Jacksonville, Florida 32202-4242

Florida Department of Law Enforcement
Jacksonville Regional Operations Center
Northeast Florida Investigations &
Domestic Security Task Force
921 North Davis Street, Building E
Jacksonville, Florida 32209-6804

Mike Williams, Duval County Sheriff
501 East Bay Street
Jacksonville, Florida 32202-2975

General Joseph Francis Dunford, Jr.
Commandant of the Marine Corps
Headquarters, US Marine Corps
3000 Marine Corps
Pentagon Washington, DC 20350

Admiral Jonathan William Greenert
Chief of Naval Operations
2000 Navy Pentagon
Washington, DC 20350-2000

General Mark Anthony Welsh III
Air Force Chief of Staff
1670 Air Force Pentagon
Washington, DC 20330-1670

General Joseph Francis Dunford, Jr.
Chairman Joint Chiefs of Staff
9999 Joint Staff Pentagon
Washington, District of Columbia
20318-9999

Inter-American Commission on Human Rights
Organization of American States
1889 F. Street, NW
Washington, District of Columbia 20318-9999

Rick Swearingen, FDLE Commissioner
Florida Department of Law Enforcement
2331 Phillips Road
Tallahassee, Florida 32308

Florida Department of Law Enforcement
Statewide Office of Investigations &
Domestic Security Task Force
2331 Phillips Road
Tallahassee, Florida 32308

W. Stephen Muldrow, U.S. Attorney
400 North Tampa Street, Suite 3200
Tampa Florida 33602

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors-
A Delict Penal Action
211 of

United States Department of State
U.S. Central Authority for Hague and
Inter-American Service Conventions
Office of International Judicial Assistance
1100 L. Street, N.W.; Room 11006
Washington, District of Columbia
20522-1710

R. Adm. Sandra L. Stosz, Superintendent
United States Coast Guard Academy
31 Mohegan Avenue
New London, Connecticut 06420

Office of the Staff Judge Advocate
RLSO MIDLANT HQ
United States Navy
9620 Maryland Avenue, Suite 201
Norfolk, Virginia 23511-2939

Office of the Staff Judge Advocate
RLSO SOUTHWEST HQ
United States Navy
3939 Sturtevant Street, Suite 9
San Diego, California 92136

Office of the Staff Judge Advocate
RLSO MIDWEST HQ
United States Navy
Building 2
2540 Paul Jones Street, Suite 300
Great Lakes, Illinois 60088-2936

Office of the Staff Judge Advocate
RLSO NORTHWEST HQ
United States Navy
Building 433 Code 1308
365 South Barclay Street
Bremerton, Washington 98314

G. E. Lattin
Director, General Litigation Division
Department of the Navy
Office of the Judge Advocate General
1332 Patterson Ave. SE, Suite 3000
Washington Navy Yard, D.C. 20374

Lt. Cdr. Breier Scheetz
Judge Advocate General
NLSO Central Branch Office
400 Russell Avenue, Bldg. 492, Rm. 102
NAS JRB Belle Chasse
New Orleans, Louisiana 70143-6100

Office of the Staff Judge Advocate
Marine Corps Installations East
Marine Corps Base Camp Lejeune
812 Holcomb Boulevard
Jacksonville, North Carolina 28542

Office of the Staff Judge Advocate
Marine Corps Base Camp Pendleton
Building #56
3395 Sturtevant Street, Suite 2
San Diego, California 92136-5138

Office of the Staff Judge Advocate
HQ, XVIII Airborne Corps
ATTN: AFZA-JA
2175 Reilly Road, Stop A
Fort Bragg, North Carolina 28310-5000

Office of the Staff Judge Advocate
United States Army
Training Center and Fort Jackson
2600 Lee Road
Fort Jackson, South Carolina 29207

Office of the Staff Judge Advocate
United States Army
Building 29718
419 B Street
Fort Gordon, Georgia 30905

Office of the Staff Judge Advocate
United States Army
Combined Arms Center
615 McClellan Avenue
Fort Leavenworth, Kansas 66027

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors-
A Delict Penal Action
212 of

Col. S. Shubert
Judge Advocate General
United States Army
8090 Alabama Avenue, Bldg. 1454
Fort Polk, Louisiana 71459

Office of the Staff Judge Advocate
United States Army South
HQ 101st Airborne Division (Air Assault)
ATTN: AFZB-JA-ADM
Fort Campbell, Kentucky 42223-5208

Office of the Staff Judge Advocate
Joint Base Lewis-McChord
Building 2027 A-Wing
North 8th and Lissett Avenue
JBLM, Washington 98433

Office of the Staff Judge Advocate
96th Test Wing
Building 2, Suite 1
401 West Van Matre Avenue
Eglin AFB, Florida 32542-438

Lt. Gen. Robert L. Caslen
Superintendent
United States Military Academy
West Point, New York 10996

Office of the Staff Judge Advocate
United States Army South
4130 Stanley Road, Suite 604
Fort Sam Houston, Texas 78234

Office of the Staff Judge Advocate
United States Army
Building 359
7021 Ingersoll Avenue
Fort Benning, Georgia 31905

Office of the Staff Judge Advocate
87th Air Base Wing Legal Office
Joint Base McGuire-Dix- Lakehurst
2901 Falcon Lane
JB MDL, New Jersey 08641

V. Adm. Walter E. Carter, Jr.
Superintendent
United States Naval Academy
121 Blake Road
Annapolis, Maryland 21402

Lt. Gen. Michelle D. Johnson
Superintendent
United States Air Force Academy
2304 Cadet Drive, Suite 3300
USAFA, Colorado 80840

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors-
A Delict Penal Action
:213 of

RD 917 549 140 US
RD 917 549 153 US

## Additional Cc Mailing List

### Rachid Zein, Counselor in charge of the Consular Section
Embassy of the Kingdom of Morocco
1211 Connecticut Avenue, N.W., Suite 312,
Washington, District of Columbia 20036

### Consulate General Mr. Mohammed Benabdeljalil
Consulate General of The Kingdom of Morocco in the United States
10 East 40th Street, New York, New York 10016

### Jose Ramon Cabanas Rodriguez, Ambassador
Cuban Embassy in Washington, District of Columbia
2630 16th Street, N.W., Washington, District of Columbia 20009

### Bernardo Alvarez Herrera, Ambassador
Embassy of Bolivarian Republic of Venezuela
1099 30th Street, N.W., Washington, District of Columbia 20007

### Consulate General Liu Jian
Consulate General of the People's Republic of China
443 Shatto Place, Los Angeles, California 90020

### Cui Tiankai, Ambassador
Embassy of the People's Republic of China
3505 International Place, N.W., Washington, District of Columbia 20008

### Mninwa Mahlangu, Ambassador
Embassy of South Africa
3050 Massachusetts Avenue, N.W., Washington, District of Columbia 20008

### Zeid Ra'ad Al Hussein, High Commissioner for Human Rights
Office of the United Nations High Commissioner for Human Rights (OHCHR) OHCHR
405 East 42nd Street, New York, New York 10017

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors-
A Delict Penal Action
214 of

LEU 917 549 140 US
RB 917 549 153 US

Secretary-General Antonio Guterres
Deputy Secretary-General Amina J. Mohammed
United Nations Security Council
International Court of Justice
United Nations Headquarters
405 East 42nd Street, New York, New York 10017

H. E. Mr. Peter Thompson, President
United Nations General Assembly
United Nations Headquarters
405 East 42nd Street, New York, New York 10017

The International Law Commission
United Nations Headquarters
Attn: Secretary of the International Law Commission
2 United Nations Plaza
323 East 44th Street, Room: DC2-0566
New York, New York 10017

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors-
A Delict Pénal Action
215 of

RB 917 549 140 US
RB 917 549 153 US

## Verification

I, Taquan Rahshe Gullett-El, also called Maalik Rahshe El, and I, Syteria Hephzibah-El also called Highly Favored Shekinah El, Divine Immortal Spirit in Live Flesh and Blood Natural Man and Woman of majority on the Land, In Propria Persona by Sui Juris capacity, Jus Sanguinis, Heir Apparent by Freehold of Inheritance, Original Autochthonous American Moor Alien (Friend) Republican Universal Government Form and Testamentary Style [AAMARU©™®], do hereby declare and affirm by virtue of Divine Law, under penalties of perjury under the laws of Our Most High Creator Divine Source for the Force Universal Allah (All-Law), The Holy Koran Circle 7, The Zodiac Constitution, the laws of the State of Florida, and the laws of the United States of America, that I am competent to state the matters set forth, and herein, and that all of the facts stated are true, correct, complete, certain, not misleading, admissible as evidence, in accordance with declarant's best first-hand knowledge, understanding, and honorable intent, and if called upon for rhetoric as a witness to the veracity of evidence preferred and proffered, declarant shall so state.

*[State v. Shearer, 617 So.2d (Fla. App. 5 Dist. 1993)]*

This Affidavit is dated the Twenty-Seventh Day of the Fifth Month
in the Year of Our Universal Allah (All-Law)
Fourteen Hundred Thirty-Seven [Gregorian Calendar Year 2017 – May, 27]

In Honor.



I am: _____

I am: _____

Taquan Rahshe Gullett-El, also called Maalik Rahshe El, Divine Immortal Spirit in Live
Syteria Hephzibah-El, also called Highly Favored Shekinah El, Divine Immortal Spirit in Li
Jus Sanguinis, Natural Man and Woman of majority on the Land, In Propria Persona by Sui Juris capac
Original Autochthonous American Moor Alien (Friend) Republican Universal Government Form and Tes
c/o 6722 Arlington Expressway, Suite 67213, Jacksonville Florida state
Timucuan Al Andalusia Northwest Amexem (Morocco)

Witness:_____

Affidavit of Information, Report, and Preferral of Charges:
Criminal Complaint for War Crimes, Felonies, High Crimes, and Misdemeanors:
A Delict Penal Action
216 of 216

RB 917 249 145 US
RB 917 249 151 US