Final Judgment and Civil Orders
**APRIL 11, 2014**

# For Example:

When you applied for a "marriage license" a private, for-profit franchise of the UNITED NATIONS doing business as the STATE OF_____ claimed a custodial **ownership** interest in your marital relationship and the products resulting from it. On the basis of your own signature, this entity secretively claimed to own you, your wife, and your children as chattel. According to them, when you apply for a marriage license, the nature of the marriage contract changes and becomes a "civil contract".

*"Marriage is a civil contract to which there are three parties - the husband, the wife and the state." Van Koten v. Van Koten. 154 N.E. 146.*

Did you ever **intend** to give a foreign privately owned corporation merely calling itself the STATE OF_____ permission to distribute your assets in a divorce, force you to pay alimony and child support, and to seize custody of your minor children under armed force?

Were these results of signing a "marriage license" ever disclosed to you by the STATE?  Did the STATE disclose its identity and nature, as a franchise of a foreign, for-profit, privately owned corporation?

You were **never** required to have a marriage license to be lawfully married----but was that fact ever fully disclosed to you by the STATE?

**You have the absolute right to rescind your signature from any contract that was not fully disclosed to you.**  Such a contract is null and void, as if it never existed at all, and all payments and other asset distributions exercised under it are subject to return to the lawful owner(s), plus reasonable interest.

**You are not obligated by any contract obtained under conditions of fraud, deceit, or non-disclosure.  The STATE is culpable for its failure to disclose.**

Any demand that you produce a "marriage license" as a prerequisite to access services and benefits to which you are otherwise entitled---such as medical insurance coverage for your spouse --- are illegal monopoly inducements.

**This is just the tip of the iceberg.**

30

31 ### In the Presence of God, Pope Francis, and the World:

32

33 Let it be known to all living and dead, and to all those responsible for administration of the
34 affairs of the living and dead, that all commercial contracts ever actually or presumptively
35 existing between the living man known to the public as " james-clinton:belcher" and the living
36 woman known to the public as "anna-maria:riezinger" and their similarly named ESTATES and
37 privately held American express and *inter vivos* trusts, including "Anna M. Riezinger-von Reitz
38 and James C. Belcher" and the **following incorporated entities**---the United States of America
39 (Minor), the city-state of Westminster, United Nations, UNITED NATIONS, the UNITED
40 STATES, Federal Reserve, FEDERAL RESERVE, International Monetary Fund, IMF, and all
41 their respective franchises, agencies, and departments including the State of Alaska and STATE
42 OF ALASKA--- are all and uniformly invalidated for semantic deceit and non-disclosure.

43 All signatures of the living man and woman are rescinded from all documents in the possession
44 of any of these incorporated entities which claim or seek to claim any beneficial commercial
45 interest in them or their ESTATES or which claim any representative capacity related to them or
46 their ESTATES whatsoever.

47 All interest, good faith service, and accrual on investment owed to the living people as the
48 beneficiaries and entitlement holders of their own ESTATES is due and owed to them and their
49 heirs without exception or prejudice by the officers and administrators of the United States of
50 America (Minor), the city-state of Westminster, and the United Nations.

51 Be it also known that these and other individual American Nationals now exercise their birthright
52 upon the land of the organic states united by the Articles of Confederation (1781) and that they
53 have the full and unimpeded right to act as Judges of these organic states, to issue orders related
54 to their administration, and to demand compliance with all Articles of the national trust indenture
55 and commercial service contract known as "The Constitution for the united States of America"
56 and all related international treaty provisions owed to us by the United States of America
57 (Minor) and the United Nations and the city-state of Westminster, and any successors, executors,
58 administrators, corporate officers, elected or appointed officials, trustees, agents, agencies,
59 franchises, franchise operators, and employees thereof, now and in perpetuity.

60

61

## Final Judgment and Civil Orders
## **APRIL 11, 2014**

62

63

64       To: All Concerned and All Recipients of FINAL NOTICE dated February 3, 2014

65       **Final Judgment and Civil Orders**

66 Fifty-five (55) days have passed without any sworn affidavit in rebuttal of the facts presented by
67 the FINAL NOTICE OF COMMERCIAL AND ADMINISTRATIVE DEFAULT issued to the
68 individuals, persons, and institutions responsible for default. All have been promptly and
69 properly notified of mis-administration of the public trusts established in the Names/NAMES of
70 living Americans and the organic American states by incorporated entities doing business as the
71 United States of America, Inc. and the UNITED STATES, INC. and their trustees, officers,
72 employees, and agents who are under contract to provide governmental services to those harmed.

73 Under Law of the Sea the claims and demands presented by the FINAL NOTICE OF
74 COMMERCIAL AND ADMINISTRATIVE DEFAULT dated February 3, 2014 are decided and
75 are now in permanent settlement. They stand as **fact** in law.

76 Notice of the *Motu Proprio* issued by Pope Francis acting as Trustee of the Global Estate Trust
77 on July 11, 2013, has been presented to all directly interested parties in Alaska via ancient Edict
78 of Notice: Notice to Principals is Notice to Agents and Notice to Agents is Notice to Principals.
79 The United States of America (Minor) and the Federal Reserve Banks dba the United States of
80 America, Inc. and the United Nations City State and its agency the International Monetary Fund,
81 (IMF) dba UNITED STATES, INC. and its STATE OF ALASKA franchise are commanded and
82 required under contract to the Global Estate Trust to perform according to The Constitution for
83 the united States of America and to cease and desist action against the American people and the
84 organic American states, including Alaskans and the Alaska State created by The Alaska
85 Statehood Compact.

86 The Alaska Bar Association, its members, the various Court Administrators, and the Alaska
87 Judicial Council have been similarly notified and ordered to cease and desist practices,
88 presumptions, and procedures which serve to defraud living Americans and lay false claims
89 against their private property assets under pretense of war and color of law.

90 The entities addressed under FINAL NOTICE OF COMMERCIAL AND ADMINISTRATIVE
91 DEFAULT dated February 3, 2014 are all competent to recognize their culpability and failure to
92 perform under commercial service contract, failure to honor the national and state trust
93 indentures, and failure to provide full and free disclosure of contracts solicited by the named
94 governmental services corporations and agencies cited for default.

95 **Absent a fully disclosed and actual maritime contract entered in evidence and subjected by**
96 **the court to examination and open discussion, no valid contract can be presumed to exist**

97 **and no American ESTATE or other vessel can be prosecuted under any maritime or**
98 **admiralty jurisdiction.** No contract based on unilateral, uninformed, undisclosed, or otherwise
99 prejudicial claims of residency, benefit, status, license, mortgage, or other contract lacking true
100 equitable consideration and consent can be maintained with regard to the ESTATES of American
101 Nationals who are living inhabitants of the land and air jurisdictions of the Global Estate Trust,
102 and not naturally subject to the jurisdiction of the sea.

103 All such American Nationals who are inhabitants of the land and their ESTATES are
104 additionally protected by treaty and national trust and are owed safe conduct for themselves and
105 their commercial vessels on the High Seas and Navigable Inland Waterways. For military
106 tribunal purposes, all American Nationals, American 'persons', and commercial vessels are non-
107 combatant civilian Third Parties.

108 All Provost Marshals, all members of the civilian police forces, all members of the American
109 military, all members of STATE operated National Guard units, all members of government
110 agencies including the U.S. Marshals Service, FBI, State Troopers, BLM, BATF, IRS, and other
111 code enforcement agents are ordered to recognize the civil authority of the organic 50 states
112 created by Statehood Compacts and united under The Articles of Confederation, and to also
113 recognize the absolute civil authority of the American people inhabiting these organic and
114 geographically described states in all matters pertaining to them and the administration of their
115 domestic government on the land known as The United States of America (Major), not to be
116 confused with the United States of America (Minor) which is a foreign, maritime entity under
117 commercial contract to provide governmental services for The United States of America (Major).

118 All police and military officers are obligated to honor the **Law of the Land** in all dealings with
119 or pertaining to the organic states and their living inhabitants without exception, noting that these
120 people and states are owed the terms and conditions of the original equity contract known as The
121 Constitution for the united States of America, are to be addressed under **American Common**
122 **Law** exclusively, and that they retain their natural and unalienable rights, including their **natural**
123 **identity, property rights and controlling interests** without prejudice and regardless of fraud
124 and monopoly inducement practiced against them in breach of trust and contract default.

125 All actions of the various Probate Courts operating in maritime jurisdictions and merely
126 presuming death based upon the inaction of American National beneficiaries of the American
127 Republic and serving to establish maritime salvage liens against their ESTATES are by these
128 Orders invalidated, made null and void. All American Nationals whose names and ESTATES
129 are presently included on tax rolls, and who are recorded by census data, school records, birth
130 certificates, and other public documents **must be presumed to be alive and competent** in the
131 absence of a properly **sworn** Death Certificate signed by the local Coroner stating cause of death,

## Final Judgment and Civil Orders
## **APRIL 11, 2014**

132 date, time, and place, corroborated by at least two responsible and knowledgeable living
133 witnesses. In the case of legitimately missing people diligent search and fully disclosed
134 publication of all claims against their estates must be made by giving Notice to the last known
135 address and next of kin. Any contrary presumption or practice is fraudulent, null and void.

136 Any action of the Probate Courts operating in maritime jurisdictions and making claim upon
137 actual real assets of similarly named American Nationals in behalf of legal fiction "missing
138 persons" owned by the United States of America, Inc., UNITED STATES, FEDERAL
139 RESERVE, or any franchises or agencies thereof, are similarly rendered null and void. Once
140 created legal fictions do not have any necessary or valid estate; such estate as they may
141 legitimately be granted must be obtained under conditions of fully revealed and disclosed
142 contract entered into voluntarily and with explicit individual understanding and consent. Any
143 estate obtained by legal fiction entities by process of semantic deceit or undisclosed contract
144 belongs in fact and law to those defrauded. These Civil Orders command and require the return
145 of all titles to land, homes, properties, and businesses which have been held under color of law
146 by the Federal Reserve doing business as the United States of America, Inc., and their
147 bankruptcy Trustee, the Secretary of the Treasury of Puerto Rico, and their administrative agents,
148 including the Custodian of Alien Property and the Comptroller General.

149 All separate registrations under the Sheppard Towner Act and the Selective Service Act of
150 American Nationals and their progeny by agents of the United States of America (Minor) dba the
151 United States of America, Inc. and its various State franchises and subsequently maintained by
152 STATE franchises of the United Nations and the International Monetary Fund, are invalid as a
153 class for anything but traditional recording purposes and the benefit of any securities based in
154 whole or in part upon these and any other involuntary or undisclosed registrations such as
155 "Vehicle Registrations" are **private property** benefiting the individual American Nationals who
156 are the **lawful entitlement holders** of all commercial vessels operated under their given names
157 by any corporation providing governmental services, **including banks**. All vessels in commerce
158 operated under the names of American Nationals are owed full treaty and trusteeship obligations
159 from the United States of America (Minor) and the United Nations and all franchises and
160 agencies which these nation states operate worldwide.

161 These Civil Orders command performance delivering unto Caesar upon the land, including
162 return of all real assets and property owed to American Nationals free of claim, debt, and
163 encumbrance created under conditions of fraud, breach of trust, and breach of commercial
164 contract.

165 All judges, attorneys, clerks, and other employees of incorporated courts and court systems,
166 together with the international banks employing them, who have knowingly failed to fully and
167 freely disclose their nature, identity, status, jurisdiction, standing, and venue are subject to
168 international criminal prosecution for felony fraud under full commercial liability and officers of
169 the law and military officers who enforce illegal actions ordered by these in-house international

170 commercial   tribunals against American Nationals at the request of any such "court" are
171 responsible for war crimes committed against non-combatant civilians as of September 1, 2013.

172 All politicians and Trust Management Organization employees acting directly or via franchise or
173 agency who have been elected or appointed to private corporate offices within governmental
174 service corporations, their franchises, or agencies, and who have knowingly pretended to occupy
175 public offices of the American organic states and who have transgressed beyond their limited and
176 private authority are **fully liable** for impersonating American public officials while acting as
177 private corporate officers.

178 All federal and federal franchise ("State" and "STATE") employees who have **willfully** and
179 **knowingly** conspired to misinform, mislead, mortgage, indebt, extort credit from and otherwise
180 undermine the material interests of American Nationals via non-disclosure, fraud, racketeering,
181 force of arms, extortion, compulsion, semantic deceit and constructive unlawful conversion are
182 guilty of international war crimes against unarmed and non-combatant civilian inhabitants of the
183 land and against commercial vessels belonging by birthright and copyright to those inhabitants.

184 The United States of America (Minor) and the city-state of Westminster and its franchises,
185 employees, and agents, are ordered to comply with all stipulations and limitations required by the
186 original equity contract known as "The Constitution for the united States of America" when
187 addressing American Nationals, and when providing any and all government services to
188 American Nationals inhabiting the land of the domestic geographically defined 50 states.  They
189 are likewise commanded to release all titles and claims held under color of law against the
190 ESTATES of the American states and the American Nationals inhabiting the organic states of the
191 Union. All incorporated governmental services organizations must immediately cease all action
192 against the material interests of their employers and creditors, the American states and people,
193 and settle all accounts.

194 There are no so-called "war powers" allowed to any member of Congress representing The
195 United States of America (Major), which has remained at peace since 1865. Likewise, there are
196 no "emergency powers" granted by any of the organic states, no indefinite detainment provisions
197 applicable to any American National under the National Defense Authorization Act 2012 or any
198 similar "Act" of Congress. All "Acts of Congress" undertaken without full commercial liability
199 and not fully enacted as Public Law apply only to the employees and citizens of the United
200 States of America (Minor) and no claim of employment or "US citizenship" made by the United
201 States of America (Minor) against any inhabitant of the land of the 50 states can be maintained
202 on the basis of undisclosed, unilateral, or second party contract or presumption in violation of the
203 actual American Public Law governing US citizenship, US Statute at Large 2.

# Final Judgment and Civil Orders
## APRIL 11, 2014

204    Any deliberate or systematic use of the given name of any living individual man or woman by
205    **any incorporated entity pretending to represent them or their material interests** to create
206    legal fiction entities operated under-in-or for their name without the full knowledge and consent
207    of that individual is a **prohibited abuse of the rights of usufruct**. All such acts, proposals,
208    programs, and agencies created by the United Nations and by the United States of America
209    (Minor) addressed to American Nationals seeking to conscript, obligate, indebt, misinform, or
210    entrap them into any contract whatsoever in which the identity and true nature of the Parties is
211    obscured, not in kind, or wherein the actual terms, claims, conditions, and results of contract are
212    not made explicit, plain, and fully revealed are null and void *ab initio*, as if they never were. All
213    representations serving to misappropriate the good faith and credit of American Nationals and
214    their organic states in favor of any incorporated entity are self-interested, null and void. All
215    registrations, licenses, application processes, and similar devices used by the Federal Reserve
216    dba United States of America, Inc. and International Monetary Fund dba UNITED STATES and
217    the FEDERAL RESERVE now operating as an entity incorporated under United Nations
218    auspices, and their various agencies and "state" franchises, are fraudulent, null and void, contrary
219    to Public Law of the United States of America (Major) and the individual free states.

220    **Any undeclared agent of the United States of America (Minor) or the United Nations**
221    **caught soliciting such contracts will be arrested, prosecuted, and deported and no further**
222    **enforcement of such contracts will be allowed on the soil of the United States of America**
223    **(Major) against any birthright inhabitant of the land.**

224    **Such foreign, repugnant, and misrepresented commercial contracts include but are not**
225    **limited to: vehicle registrations, driver licenses, marriage licenses, voter registrations,**
226    **applications for welfare or medical or insurance benefits, including "social security**
227    **insurance", claims of foreign citizenship or foreign personage, residency, mortgages, and**
228    **public employee retirement benefits.**

229    Parents are not enabled to indebt, pledge, conscript, or otherwise enter their children into any
230    form of bondage, debt, peonage, or enslavement. Any and all relinquishments of individual or
231    parental rights must be voluntary, fully disclosed, completely enumerated, fully discussed, and
232    the real natures and actual identities of all parties to any custodial, commercial, or grant contract
233    of any kind whatsoever, like any agency appointment, must in **all** details be fully revealed and
234    disclosed, explicitly discussed, explicitly agreed upon, and voluntarily entered into by all parties.
235    Any contracts failing these requirements and merely being presumed to exist via tacit
236    agreements, third party representations, or presumed benefit are null and void.

237    These Civil Orders require that all law enforcement and military officers currently in the
238    employment of the United States of America (Minor), the city-state of Westminster, and the
239    United Nations, together with their commercial companies under contract to provide services
240    within the 50 states United be fully and freely informed of these facts and the limitations that are
241    fully applicable to them and their operations on American soil. All American Nationals are to be

242 considered non-combatant Third Parties without exception, who are owed peace and protection
243 and performance upon all commercial contracts, treaties, trust indentures, and agreements
244 entered into with the Global Estate Trust and its members, franchises, and agencies.
245

246 These Civil Orders also require that corporate administrative tribunals being operated as courts
247 of any kind explicitly and fully declare their identities, natures, venues, services, ownerships, and
248 proper jurisdiction in plain, explicit, fully revealed language with no further purpose of evasion,
249 obstruction, or lack of good faith service.  They are additionally commanded to scrupulously
250 observe their limitations and to clearly state their foreign jurisdictions whenever addressing
251 American Nationals.
252

253 These Civil Orders come without the United States of America (Minor), without the United
254 Nations, without the city-state of Westminster, without representation, and without prejudice.
255

256                     NOTICE TO AGENTS IS NOTICE TO PRINCIPALS.
257                     NOTICE TO PRINCIPALS IS NOTICE TO AGENTS.
258

259 This Final Judgment and Civil Orders are issued upon our civil, commercial, and canon authority, by our
260 living hands and our testaments jointly sworn and Witnessed by Our Seals and autographs before Pope
261 Francis and all nations, declaring that the truth of these matters has been established by due process
262 without rebuttal, and that they have been decided this 11th day of April 2014.  We hereby autograph, seal,
263 and issue this Final Judgment and Civil Orders to all officers, appointees, agents, franchises, agencies,
264 subsidiaries, and employees of the United States of America (Minor), the city-state of Westminster, and
265 the United Nations operating on the land of the 50 organic states of The United States of America (Major)
266 and subject them to performance of all treaties and contracts owed as employees, public servants, trustees,
267 administrators, commissioned officers and   in all and any capacities whatsoever which allow their
268 presence on our soil and which provide for their strictly defined and limited use of our property:

269 _____: Judge anna-maria-wilhelmina-hanna-
270 sophia:riezinger-von reitzenstein von lettow-vorbeck non-negotiable autograph, under seal and in
271 service, all rights reserved; _____ : Judge james-
272 clintwood:belcher non-negotiable autograph under seal and in service, all rights reserved.

# Final Judgment and Civil Orders
## APRIL 11, 2014

 

273

274

275                                    **ANSWERS TO QUESTIONS**

276

277    **1.  What does the Pope, the Holy See, and the Vatican have to do with anything?**

278            All forms of law beginning with Ecclesiastical Law and including the ancient Law
279    Merchant and Law of the Sea, the Roman Civil Law, and most recently, the Uniform
280    Commercial Code and International Criminal Code are ultimately defined by the Holy See and
281    administered by the Roman Curia, under the Trusteeship of the Pope.  Control and caretaking of
282    the earlier law forms was undertaken by the Holy See during the First Holy Roman Empire (800
283    A.D.) and by contract and consent, has remained in the Holy See's control ever since.  The two
284    more recent law forms, the Uniform Commercial Code and the International Criminal Code are
285    copyrighted by Vatican subsidiaries.

286            **The Papacy has functioned in two distinct roles for over 1200 years, exercising both**
287    **sacred and temporal powers.**  The Pope is named in two distinct offices and wears two
288    different hats.  As the leader of the Church and in sacred office, he is properly regarded as "His
289    Holiness Pope Francis".  As the CEO in charge of worldwide commercial affairs executing the
290    temporal powers of the second office, he operates as "FRANCISCUS".

291            The duties of both offices are distinct and yet ultimately inter-related, due to the Pope's
292    responsibility to oversee the Global Estate Trust.  Since the 1400's (see Primary Source Reading
293    List) every Pope has acted as the ultimate Trustee and Steward of the entire Earth conceived as a
294    Trust: the Global Estate Trust.  This Trust, which was created over 400 years ago, is divided into
295    three jurisdictions---Air, Land, and Sea.   All three are further divided into realms of the Living
296    and the Dead---the living being actual flesh and blood men and women and animals and other
297    creatures in which the blood flows or sap ascends, the dead being all those organic entities who
298    have died and all legal fiction entities, including trusts, corporations, foundations, transmitting
299    utilities, cooperatives, limited liability partnerships and so on.

300            **The Air Jurisdiction** remains with the Holy See, is universal, **global,** and inclusive in
301    nature regardless of individual religious preferences or beliefs, rules all affairs from the surface
302    of the Earth to the Heavens, is inhabited by spiritual beings both living and dead, has a global
303    population, functions under the Law of Love and the Ancient Law of Freewill and   is

304   administered via ecclesiastical canon law generally under direction of the Rectors of the National
305   Shrines established in each country.

306       **The Sea Jurisdiction** is international in character, has an **international** citizenship, rules
307   all affairs on or directly below the surface of the seas and navigable inland waters, is inhabited
308   by living men and women known as Merchants and Sailors, and all living sea creatures, as well
309   as all ships and legal fiction entities engaged in maritime and admiralty businesses and contracts,
310   functions under the Law Merchant (maritime) and Law of the Sea (admiralty) and is
311   administered worldwide by the British Crown Temple dba Inner City of London aka
312   "Westminster", and the Lords of the Sea.

313       **The Land Jurisdiction** is **national** in character, is inhabited by living men and women,
314   together with land creatures and plants, has a citizenship based on nationality and which in most
315   instances includes both the living men and women and legal fiction entities, rules affairs of the
316   land from the surface to the depths beneath, functions under The Law of the Land, and is
317   administered worldwide by the Universal Postal Union and the individual national Postmasters.

318       Each jurisdiction—Air, Land, or Sea---has its own law forms.  The Air functions under
319   ecclesiastical and canon law.  The Sea functions under the Law Merchant and Law of the Sea.
320   The land functions under the Law of the Land.

321       This is the Big Picture, and in the end, it is all administered by the Holy See and the
322   Roman Catholic Church, which has struggled by turns to maintain an "orderly and peaceful
323   Kingdom on Earth" and at times through its history has admittedly been overwhelmed by
324   corruption and human error.

325       By its nature and function the Global Estate Trust has established a vast **interlocking
326   trust directorate** that exists worldwide and extends from the Holy See down to the local level of
327   government administration.

328       A trust is formed when a **Donor** places assets into the care of a **Trustee** for the good of
329   **Beneficiaries**.  In forming the Global Estate Trust it was considered that Christ placed the entire
330   planet in the care of St. Peter, that the Pope is Peter's successor Trustee, and over time it has
331   been realized that all people and living creatures are intended Beneficiaries of the Global Estate
332   Trust, not just members of the Roman Catholic Church.  This realization is one of the most direct
333   results of the Protestant Reformation, which asserted individual dominion over the Earth as
334   granted in Genesis 1:26-28.  Today, as confirmed by Popes John Paul II, Benedict XVI, and
335   Francis, the Global Estate Trust serves all people regardless of faith, color, or creed.

336   **2. How does the Global Estate Trust function?  Why haven't I heard of it before?**

## Final Judgment and Civil Orders
### APRIL 11, 2014

The Global Estate Trust is over 400 years old. It was older than The United States of America is today when The United States of America was formed. It has organized the entire planet according to its system of postal districts---also called "federal districts" in America. The Global Estate Trust and the services it provides----legal services, banking services, police services, postal services---is so ubiquitous, so integrated worldwide, that we take its existence for granted and wrongly think that our individual government provides all this.

The truth is that the so-called "federal government" in America has always been owned and operated as a private for-profit governmental services company **operating under contract to provide certain stipulated governmental services,** and---later in history, has been operated as an umbrella corporation with subsidiaries created as franchises and agencies under subcontract to provide these same services by the Global Estate Trust and its national subsidiaries.

**Side Note:** In the eighteenth century when the original equity contract known as "The Constitution for the united States" was drawn up, the word "federal" was a synonym for "contract", so the nature of the government as an entity under contract to provide services was apparent to the people. The state legislatures formed to represent the land jurisdiction as separate nations ---the larger equivalent of city-states----and the people inhabiting these organic states were clearly aware of the subservient nature of the federal government in all matters not clearly delegated to it as were the Founders and Framers of the Constitution. Article X clearly reserves all other rights to the states and the people.

In summary, our entire planet receives governmental services from one gigantic interlocking trust directorate: the Global Estate Trust. The gentleness with which generations of Popes have exercised their power as the ultimate Trustee should not be mistaken for lack of power, but rather as respect for Free Will and reluctance to interfere with those entrusted to administer their own affairs. In the temporal realm a Pope is a man like any other man, and it is often difficult to obtain all the facts and to be assured of right action. Restraint and tolerance have therefore been the hallmarks governing the exercise of temporal power by the Popes for many decades, but we are now entered upon a time when corruption and criminality have so far progressed among many governmental service corporations worldwide that maintaining the role of global trustee has required action by the Pope and the Holy See.

Over time, specialized service centers organized as separate city-states have taken over specific aspects of the operations of the Global Estate Trust. This so-called "Empire of the City" spans the globe. Rome and Vatican City remain the home base of operations responsible for overall administration worldwide. The Inner City of London, also known as "Westminster", is a separate, independent, international city-state within London and it is home to the Crown Temple which administers legal services and is also home to the Fleet Street hub of international banking services. The District of Columbia, another city-state, is the center of defense and police services worldwide. The United Nations, yet another separate independent city-state, is the hub of international trade, aid, and negotiations.

375  Over the course of time, delivery of these many services has been organized by separate
376  for-profit corporations and organizations operating in each country under the auspices of an
377  umbrella Trust Management Organization functioning as the national government. Almost all
378  national governments have been incorporated by the Holy See. The American national
379  government is no exception.

380  The Pope acting in his temporal office and the Holy See and its administrative
381  management arms--- the Vatican, the Roman Curia, the British Crown, the Crown Temple, the
382  United Nations, the Pentagon, the Vatican Bank, the Universal Postal Union and a great many
383  other Global Estate Trust franchises and subsidiaries---provide nearly all governmental services
384  worldwide, in addition to their roles administering various obligations owed to the many national
385  trusts.

386  **The Global Estate Trust is by far the largest corporate enterprise on Earth.** Indeed,
387  the very concept of "incorporation" was created by the Holy See and incorporated entities
388  continue to be created and administered entirely under copyrights and administrative law forms
389  of the Roman Curia. The Pope has the undisputed right to liquidate any incorporated entity that
390  is not functioning lawfully and according to its charter. He may also order disposition of
391  corporate assets to the creditors of any incorporated entity that he liquidates, and can alter or
392  void any statute passed by any incorporated government at will.

393  People don't see the Global Estate Trust in the same way that they don't see the Earth
394  beneath their feet. It has always been there. They take it for granted as part of the landscape of
395  the world, but in fact, it is the result of tireless, conscious, determined effort expended over
396  centuries of time. There is, in essence, "one world government" and it has been here throughout
397  the development of the North American Continent as a commercial and political power, from the
398  earliest exploration and colonization down to the present day.

399  **3. What is a "national trust" and why does it matter?**

400  When a new nation is born and enters the international community as The United States
401  of America did in 1776, a contest begins over representation of the land and its assets. Once
402  such a contest is resolved, the Pope, acting within his temporal office is the Donor of all the
403  assets to be held in the national trust being established, formally recognizes the new nation. As a
404  first step in this process, a postal district is established and a post office is created for the seat of
405  government. Benjamin Franklin accomplished this step more than twenty years prior to the
406  American Revolution.

407  There are four very commonly encountered entities that routinely call themselves either
408  "the United States" or the "United States of America" in some guise,  three "Constitutions" of

409  these entities that are commonly referred to, and three versions of "United States Congress" in
410  play. In all, there are over 350 different legally recognized meanings of the four words "united
411  states of America" so it is necessary to draw a line and focus for a moment on only two of these
412  entities---those representing actual national trusts. **There is The United States of America**
413  **(Major) that represents the now-50 American states acting in perpetual union guaranteed**
414  **by The Articles of Confederation, and there is the United States of America (Minor) that**
415  **consists of the District of Columbia and "other insular states"---Guam, Puerto Rico,**
416  **American Samoa, et alia.**

417      To add to the confusion, in addition to these trust-based entities, we also have an
418  incorporated commercial company doing business as the United States of America, Inc., another
419  commercial company doing business as the UNITED STATES, INC., and additional entities
420  doing business as the USA, the UNITED STATES OF AMERICA, E PLURIBUS UNUM THE
421  UNITED STATES OF AMERICA and so on. Be aware of the semantic confusions and deceits
422  that abound as a result. **Note the slight differences in names---capitalization, punctuation,**
423  **and prepositions used throughout this document. Each slightly different name or spelling**
424  **or punctuation denotes a separate legal entity.** Boldface is used herein merely to help sort out
425  some of these natural confusions and emphasize important points of interest.

426      We have **The** US Trust (Major) and **the** US Trust (Minor)---both---which are both
427  subsidiary national level trusts within the Global Estate Trust, both operating in tandem in the
428  region of North America. The "states" of the United States of America (Minor) are "states of
429  America" in the same sense that South American countries are "states of America", e.g.,
430  Organization of American States is an organization of what are commonly thought of as nations,
431  but which can equally be called "states" and also "American states" without implying that they
432  are "states" affiliated with The United States of America (Major) or the United States of America
433  (Minor).

434      When **The** US Trust Major was established to benefit **The** United States of America
435  composed of the now-50 organic states united, the beneficiaries named were the American
436  people and their natural and unalienable rights were recognized as assets protected by the
437  national trust indenture contained within the Preamble and Bill of Rights of an original equity
438  contract known as "**The** Constitution **for the united** States of America".

439      All inhabitants of **organic, geographically defined states** are living men and women.
440  They are all owed American Common Law as their law form. The entire civil government **on**
441  **the land** is vested in each and every single one of them. The jurisdiction of the Air protects
442  them and their property and interfaces with the governments operating upon the land jurisdiction
443  to ensure proper administration.

444      The governmental services required by the original Constitution were provided by a Trust
445  Management Organization operated as a private, for-profit, but unincorporated company known

446 simply as "The United States", which was organized by the Founding Fathers, especially
447 Benjamin Franklin, John Adams, Thomas Jefferson, James Madison, Alexander Hamilton,
448 Benedict Arnold, and George Washington.
449

450 "The Company" was organized in 1754 by Benjamin Franklin. George Washington was
451 its eleventh President. As the largest land owner in North America, Washington was an obvious
452 choice. The foremost objective of this commercial entity, which was privately fully supported
453 by King George III of England, was the westward expansion of colonization beyond the
454 Appalachian Mountains---in contravention of the Treaty of the Delawares which the King had
455 signed with the Native nations just prior to the American Revolution. From this perspective and
456 from the subsequent settlements reached with the leaders of the Revolution it can be reasonably
457 deduced that the entire operation was conceived, orchestrated, and carried out with the support of
458 European powers merely interested in securing a piece of the much larger pie guaranteed by the
459 westward expansion that was allowed via the artifice of establishing a new government. Portraits
460 of both Washington and Franklin enshrined at the Middle Temple enclave in the Inner City of
461 London suggest that they were in fact operatives of the Crown doing King George's dirty work--
462 ---a fact evident in the Treaty of Paris wherein the King is recognized as "the Prince" of the
463 United States of America, paid tribute in mineral resources, and guaranteed a perpetual
464 hegemony governing the commercial and international affairs of the Americans.
465

466 Presidents and members of Congress still take their Oath to "the United States", not the
467 United States **of America**----howbeit, this is a different company called by the same-sounding
468 name –"the UNITED STATES". This gives rise to confusion in the same way that two men
469 called "John" may be mistaken for each other. Watch for this same use of "mistaken identity" as
470 an excuse for fraud and despotism throughout the current system.

471 The Office of President is and always was a private business executive office, not a
472 political one, and as a result, to this day, the President is elected to office by a privately drafted
473 Electoral College, not by voters in any General Election.

474 The original unincorporated Trust Management Organization first operated by President
475 George Washington was bankrupted by President Abraham Lincoln on April 24, 1863, as a result
476 of the cost of the Civil War. Eleven years of "Reconstruction"---- also known as bankruptcy
477 reorganization--- followed, and a quiet usurpation based on semantic deceit and not-so veiled
478 fraud commenced. Administration of the American national trust passed on to a new Trust
479 Management Organization operated by a cartel of international banks (which became the Federal
480 Reserve) as "the United States of America" and doing business as "the United States of America,
481 Inc.".

# Final Judgment and Civil Orders
## APRIL 11, 2014

For insight into this, read the 1850 Act of Admissions which clearly delineates the role and identity of the original organic and unincorporated "usa" verses the United States, and the difference between the similarly named trust organizations and the commercial service companies. Also read the Reconstruction Act of 1867 and the Act of 1871 incorporating a municipal (city-state) government for the District of Columbia.

When the second national trust known as "**the** US Trust" was formed to benefit the new District of Columbia city-state in 1871, the beneficiaries named were **not** "We, the People" of the original national trust, but a mix of living people born in the District of Columbia and other federal enclaves including Puerto Rico, American Negroes who were never granted other citizenship after the Civil War, federal employees, members of the active duty military forces, and **incorporated entities** formed under the auspices of "the United States of America (Minor)".

Unlike The United States of America (Major), the United States of America (Minor) allows corporations organized under its auspices to be "citizens", a fact that has led to no end of fraud and criminality.

All "US citizens" have only "Civil Rights" –that is, privileges---granted by "the **US Congress**". This **separate national entity** initially operated its business affairs as "United States of America, Inc." – a corporation chartered in Delaware, under By-Laws published as **the Constitution of the United States of America**. Note the differences in capitalization and the use of the preposition "of" in place of "for" which distinguishes this version of "Constitution" as a separate legal document from the original equity contract known as The Constitution for the united States of America.   The agents of the United States of America (Minor) also popularized "The Pledge of Allegiance" as a means of providing tacit public notice and securing assumed consent for its actions without, however, fully disclosing its nature and intentions or the process of usurpation against The United States of America (Major) it engaged in.

Please note the actual words of The Pledge of Allegiance: "I (securing a claim of individual consent) pledge (an ancient feudal act) allegiance (contract) to the United States of America (which version is only indicated by the lack of capitalization on the word "the") and to the Republic (original organic states' government) for which it stands, one nation, under God, indivisible, with liberty and justice for all."

Note that there hasn't been "one nation" since 1871.   There have been two nations operating under two separate administrative protocols and two national trusts, but it has been the subversive objective of Congress to join both into one entity and operate it as an oligarchy, just as the Congress currently operates the United States of America (Minor) as an oligarchy.

The Pledge of Allegiance--- an innocuous-appearing mantra endlessly repeated in public schools and public meetings across America is a VERBAL CONTRACT secretly obligating the victims to accept representation of their Republic by "the United States of America" which failed

518  to properly identify itself or seek open consent and which merely claimed to "stand for" the
519  American Republic.

520      The Pledge of Allegiance is an undisclosed **entrapment into contract** ceding authority
521  to represent the individual inhabitants and the American Republic to "the United States of
522  America" similar to what happens when an unwary individual hires a lawyer to "represent" them
523  and "stand for" them in a court. **The representative gains a largely unaccountable controlling**
524  **interest in the affairs of their actual employer who is relegated to the status of a ward of the**
525  **state, incompetent, or dependent.**

526      As a result of this semantic deceit and duplicity, no valid new contract between the
527  organic American states and the United States of America (Minor) was ever established.  The
528  "Constitution of the United States of America" remains a document peculiar to the United States
529  of America (Minor), not to be confused with the original equity contract known as The
530  Constitution for the united States of America.

531      At the beginning of last century there were two completely separate versions of "United
532  States of America" operating and two kinds of "US (C)itzens" and two "Constitutions" and the
533  "US Congress" was acting in two roles in conflict of interest.  The original Constitution known
534  as **"The** Constitution **for the united** States of America" and the By-Laws of the newly formed
535  federal corporation known as "**the** Constitution **of** the United States of America" formed under
536  the auspices of the United States of America (Minor).   **All this semantic deceit was and is**
537  **extremely complex and deliberately designed to defraud and confuse.**

538      A separation of the Land and Sea jurisdictions was set up from the very founding of **The**
539  United States of America and made part of the Treaty of Paris, Treaty of Westminster (with the
540  Inner City of London—a separate international City-State), Treaty of Ghent, et alia, however, it
541  was never envisioned that the District of Columbia would form a **separate** city-state and operate
542  a **separate national government under deceptively similar names,** simply by allowing
543  members of Congress to wear two hats and creating two kinds of "citizenship".

544      **These two separate national trusts operated under deceptively similar names have**
545  **co-existed for almost 150 years, but the semantic deceit involved has resulted in endless**
546  **confusion, fraud, breach of trust, and ultimately, identity theft practiced by the United**
547  **States of America (Minor) against The United States of America (Major).**  Additional insight
548  into this development of "two Americas" can be gained by reading the Insular Tariff Cases
549  (1900-1904) ---the most famous of which is Downes v. Bidwell.

550      The separate National Trusts create two separate nations--- **The** United States of America
551  (Major) which includes the 50 domestic States bound in perpetual union by The Articles of

Final Judgment and Civil Orders
**APRIL 11, 2014**

552 Confederation (1781) and **the** United States of America (Minor) which represents the District of
553 Columbia (formally renamed the "State of New Columbia" in 1984) in union with the so-called
554 "Insular States" comprised of "federal possessions and territories".    The circumstance also
555 creates two kinds of citizen--- U.S. Citizens and US citizens as already noted.

556 The United States of America (Major) is a Republic composed geographically defined
557 states and inhabited by living men and women.  These states (small "s") are all formed by
558 Statehood Compacts.  This version of United States of America functions under the Law of the
559 Land which is the American Common Law and the federal government---that is the Trust
560 Management Organization charged with protecting **The** U.S. Trust and providing the nineteen
561 stipulated governmental services under contract---- is restricted by The Constitution for the
562 united States of America**.**

563 Members of "The United States of America in Congress assembled" are obligated to
564 function under complete commercial liability and as a sovereign Body Politic, with the result that
565 no "Congress" has occupied these offices since 1865, and the further result that no substantive
566 and fully enacted Public Law affecting U.S. Citizens has been passed since then.  The organic
567 states and the people inhabiting them have been silent since December of 1865, a circumstance
568 that unscrupulous individuals have used as an excuse to claim that the American government is
569 defunct---despite the fact that the actual civil government is embodied in each and every living
570 American.

571 As you will note upon reading the Admissions Act of 1850, the Congress operating as a
572 Body Politic is the "congress of the united states of america" operating as the "senate" and the
573 "house of representatives" directly representing the living American People and the Republic
574 states.  When operating as the true representative government of The United States of America
575 (Major) the names of these political bodies are never capitalized.  This is not a typographical
576 error or the result of quaint old language conventions.  This is part of the language of law that
577 has existed since Roman times.

578 The United States of America (Minor) is a Commonwealth inhabited by "US citizens" – a
579 mix of living people and incorporated entities.  This separate city-state is operated as an
580 oligarchy by the members of the "US Congress".  It functions entirely under the law forms of
581 international commerce (maritime) and Admiralty.  The "US Congress" of the United States of
582 America (Minor) also operates as the Board of Trustees of the United States of America, Inc.,
583 and its members enjoy limited liability----with the result that they can only pass "Public Policy",
584 not Public Law.    Increasingly, this out-of-control oligarchy has functioned in a criminal,
585 despotic, irresponsible, and reckless manner, disrespecting its contractual obligations to The
586 United States of America (Major), misrepresenting itself "as" The United States of America
587 (Major), and facilitating numerous kinds of fraud, racketeering, and inland piracy against the
588 American People inhabiting the 50 States while pursing increasingly violent and criminal

589   activities overseas---trading in drugs, prostitution, alcohol, arms, and other "federally controlled"
590   substances.

591       The national trusts—which are all donated by the Pope in his capacity as the Global
592   Estate Trustee--- are important because they define the assets of the nation and the beneficiaries
593   of the trust. **They also obligate specific parties to act as Trustees and to protect the nation**
594   **under trust indenture and contract.**

595       The Pope is the Ultimate Trustee and the Global Trustee of the Air Jurisdiction. The
596   Rector of the National Shrine is responsible for administration of this jurisdiction in the United
597   States of America (Minor), and is therefore responsible for holding their administrators
598   accountable. The British Monarch is our Trustee on the High Seas and Inland Waterways and is
599   directly accountable for protecting us and our commercial "vessels" in the international
600   jurisdiction where our rights and material interests have been violated. The U.S. Postmaster is
601   our Trustee on the Land, but owing to the corruption of the government already described, that
602   office was vacated and released. In correction, Pope Benedict XVI established a new Postmaster
603   Office to provide oversight for all of North America in 2010.

604   **4. You've charged that there is commercial and administrative default----why?  What is**
605   **this bankruptcy you keep talking about?**

606       There are actually several bankruptcies involved, beginning with the bankruptcy of The
607   United States (Company) in April of 1863. That resulted in Abraham Lincoln creating the
608   Lieber Code, also known as General Order 100, and making the U.S. Army responsible for
609   safeguarding the nation's money. The United States of America (Major) still operates under the
610   Lieber Code and despite no less than three (3) public declarations ending the Civil War by
611   President Andrew Johnson, the U.S. Army continues to control and administer the government of
612   the Republic. This is how we get offices containing military titles like Inspector **General**,
613   **Lieutenant** Governor, and US Postmaster **General**.

614       This is also why we have been kept in a constant state of "war"----at least on paper----
615   since 1860. Over time, public knowledge of the circumstance and the Lieber Code has faded,
616   leaving the U.S. Army to increasingly function without any oversight or restraint. Understanding
617   of their role as guardians of the Republic and the people has also faded within the ranks, until
618   today we are faced with the possibility of having the President of a foreign commercial
619   corporation ordering our own troops to fire on us. We may all thank God that the Holy See
620   remembers things long after others forget, and has the resources to remind the U.S. Army of its
621   real purpose and mission.

# Final Judgment and Civil Orders
## APRIL 11, 2014

Next, there was the bankruptcy of the United States of America, **Inc.** in 1933, by Executive Order of its President, Franklin Delano Roosevelt. The Creditors of this commercial bankruptcy, the World Bank, IBRD, and Federal Reserve – (the IMF claims to represent **all** creditors including the living Americans who were named the **priority creditors**)---appointed the Secretary of the Treasury of Puerto Rico to act as the US Bankruptcy Trustee.

Still to come is the bankruptcy of the UNITED STATES (Incorporated), a French commercial corporation named after the original "United States" bankrupted in 1863, and formed to administer the governmental services contracts of the United States of America, Inc. during its bankruptcy reorganization.

These bankruptcies of the Trust Management Organizations providing governmental services to Americans have all been planned ----and they provide vast profit for the perpetrators and equally great losses to the American people.

### The Great Bankruptcy Fraud

**This is the essence of the bankruptcy fraud:** one Trust Management Organization (incorporated) creates "franchises" named after individual living Americans, runs up huge bills against these underlined legal fiction entities, leaves the hapless living people of "similar name" to pay the bills or have their credit wrecked and their private property assets seized-----while skipping off and filing for bankruptcy protection for itself.

Meanwhile, another incorporated Trust Management Organization sets up shop under a similar name and takes over the service contracts "in behalf of" the former TMO undergoing bankruptcy reorganization, creates its own set of franchises named after living Americans, runs up huge bills against these separate legal fiction entities, leaves the hapless living people of similar name to pay the bills or have their credit wrecked and their private property assets seized----while skipping off and filing for bankruptcy protection for itself.

Repeat as necessary----for as long as you can get away with it.

The two Trust Management Organizations currently involved are both operated by international banking cartels. The Federal Reserve, which is as "federal" as Federal Express, operates the United States of America, Inc. The United Nations, Inc. doing business as the International Monetary Fund, Inc. (IMF) operates the "secondary" front organization doing business as the UNITED STATES, INC.

As of July 1, 2013, the hapless American people mistaken as sureties---- and their Estates functioning under names in the form "John Quincy Adams" ----paid off all the debts, all the interest, all the trumped up service charges that were brought against them as a result of the bankruptcy of the United States of America, Inc. in 1933. The United States of America, Inc. was released from bankruptcy and all its debts were settled as of that date.

657       The Federal Reserve has meanwhile re-named and re-invented itself as a new corporation
658 organized under the auspices of the United Nations, a separate city-state, and is doing business
659 internationally as the FEDERAL RESERVE. That is, it is no longer an American institution and
660 is operating under UN rules and charter.

661       At the same time, the UNITED STATES, INC. is running up trillions of dollars of debt
662 against the credit of its own brand of manufactured out of thin air "sureties"---- Puerto Rican
663 ESTATE trusts operated under the NAMES of living Americans in the form "JOHN QUINCY
664 ADAMS"----with the clear intention of having Barack Obama declare bankruptcy just as FDR
665 declared bankruptcy---leaving the hapless living Americans of "similar name" to pay off the
666 trumped up debts of the UNITED STATES, INC. while it seeks bankruptcy protection in turn.

667       **The newly organized "FEDERAL RESERVE" is busily populating America with**
668 **yet another new set of "franchises"-----these new legal fiction entities named after living**
669 **Americans are all being named in this form: "JOHN Q. ADAMS", which isn't even a legal,**
670 **identifiable name, and they are all transmitting utilities.**

671       When people pay bills addressed to these new entities and appear to "accept" these new
672 names -- having been misled into assuming that these entities are the same as the living people---
673 the charlatans will have carte blanch to make a whole new con game set up for themselves, assert
674 new claims against the people and the states "redefined" as public transmitting utilities, and not
675 be bound by "specificity".

676       Please note that "JOHN Q. PUBLIC" could be "JOHN QUINCY PUBLIC" or "JOHN
677 QUENTIN PUBLIC" or, or, or.   The lawyers among us know perfectly well that "JOHN Q.
678 PUBLIC" is not a legal name.  It is purely a commercial, trade-marked name belonging to a
679 corporation as chattel, and the reason this change is being attempted is that the IMF is no longer
680 able to charge off the cost of providing government services to the ESTATES of the American
681 People which were improperly held as "sureties" backing the debts of the United States of
682 America, Inc.---- a "doing business name" of the old Federal Reserve System.

683       **It is imperative that this scheme be recognized and stopped at the onset and that**
684 **these false claims by the FEDERAL RESERVE be objected to immediately, individually,**
685 **and collectively.**

686       Their intention is clear and the history is cast in cement.  These Trust Management
687 Organizations have committed gross breach of trust, gross fiduciary malfeasance, gross unlawful
688 conversion, gross identity theft, gross conspiracy to defraud.  They are international crime
689 syndicates in every sense of those words, and they are on the verge of repeating their past
690 history; like parasites, they have simply "moved on" to other hosts, passing from The United

## Final Judgment and Civil Orders
### APRIL 11, 2014

691 States of America (Major) to the United States of America (Minor) and now to the United
692 Nations City-State.

693      The federal reserve, an **unincorporated** association of banks operating under the
694 auspices of **The United States of America (Major)** in 1900, moved on to become the **Federal**
695 **Reserve**, an **incorporated** association of banks operating under **the United States of America**
696 **(Minor) circa 1930**, and it is now moving on again, to function as the **FEDERAL RESERVE**,
697 an entity incorporated under the auspices of the **United Nations**, which is a separate,
698 independent, international city-state that has allowed the FEDERAL RESERVE to be
699 incorporated under its auspices.

700      The Pope, in issuing the *Motu Proprio* of July 11, 2013, has said in effect---- "Enough.
701 You are liable and will be held liable as of September 1, 2013."

702      This continued identity theft and pillaging of private property "in the name of public
703 trusts" isn't going to be allowed. The resources of the entire Global Estate Trust will be
704 mobilized to make sure that this pattern of abuse does not continue. Each and every one of you
705 addressed has participated knowingly or unknowingly in some capacity necessary to the success
706 of this gargantuan fraud and you are now being notified of the facts and encouraged to self-
707 correct.

708      It would not be right or fair to sweep up the innocent with the guilty, so you have all been
709 given multiple notices and opportunities to learn the facts. The Trust Management Organizations
710 themselves have been given three (3) years in which to correct their operations from top to
711 bottom or face dissolution of their charters and disposition of their assets. From the perspective
712 of the Global Estate Trust, it doesn't matter where the 'federal reserve' banks run and hide or
713 under which national entity they choose to incorporate. The basic issues remain the same and
714 everyone on earth has a stake in bringing this system of fraud and enslavement to an end.
715 Everyone who works for or under the auspices of the Roman Curia---everyone in the legal
716 profession from the lowliest clerks to the highest judges—became 100% liable for their acts and
717 omissions with regard to these issues as of September 1, 2013.

718      All this is why we have brought FINAL NOTICE OF COMMERCIAL AND
719 ADMINISTRATIVE DEFAULT, and that is why we keep talking about bankruptcies.   Unless
720 everyone recognizes their own culpability and takes action accordingly to pre-empt it, there will
721 be another manufactured "national" bankruptcy in the near future and billions of people
722 worldwide will suffer to profit a few hundred masterminds at the top of the pyramid scheme.

723      **5. How is our money involved?**

724      A partial answer was provided above.  When the Trust Management Organization doing
725 business as the UNITED STATES declares bankruptcy the living people will again be
726 "presumed" to be sureties for its debts---absent concerted effort to derail the cycle of engineered

727 national bankruptcies. Those international investors who are owed money by the UNITED
728 STATES, INC. will come knocking on the doors of millions of Americans, under the false
729 presumption that these people agreed to stand as sureties for the debts of Harry Reid, Nancy
730 Pelosi, et alia, all doing business as the UNITED STATES, INC.

731 **This is constructive fraud based on semantic deceit and identity theft being carried**
732 **out by private, for-profit, largely foreign corporations operating on American soil under**
733 **charters and treaty arrangements that they have abundantly and criminally violated.**

734 Your currency---not your "money"--- is inevitably involved, because for eighty years you
735 have been passing around I.O.U's instead of any form of money. A "note" is an I.O. U. and a
736 "Federal Reserve Note" is an I.O.U. from the Federal Reserve Banks. **It is impossible to pay a**
737 **debt with an I.O.U. You can only go deeper into debt as a result of this practice.** A negative
738 plus a negative **never** equals a positive.

739 Here is the circumstance: you owe $500 and you have no actual money to pay this debt.
740 The only "legal tender" in circulation is in the form of I.O.U. Notes issued by the Federal
741 Reserve Banks. Deliberately placed in this situation by the perpetrators of this fraud, Joe
742 Average American is under **monopoly inducement** and has no choice but to "pay" his debts
743 with I.O.U.'s, and thereby **become a debtor**, instead of a creditor.

744 **If I give you an I.O.U. as payment of a debt, have I paid you?  No.  I have only**
745 **postponed payment of my debt to a later time.  That's what the Federal Reserve has done--**
746 **-collected debt upon debt upon debt and never paid a dime toward any of it, since 1933.**

747 What happens when you go out and earn $500.00 worth of Federal Reserve Notes?  Your
748 labor allows you to pass off the debt to the Federal Reserve.  You are out of the frying pan for
749 the moment, but **the debt is still unpaid.** That's how the "National Debt" accumulates,
750 exponentially.  In such a system, nobody ever gets paid for anything--- the debt just gets passed
751 around and builds up and up and up no matter how hard you work or how productive you may
752 be.

753 **Instead of being what you actually are, a nation of creditors, you are reduced by**
754 **sleight of hand and fraud and monopoly inducement to being debtors by definition, and**
755 **you can never get out of the cycle of false "debt" until you recognize the fraud for what it**
756 **is, stop playing the game, and put an end to it.**

757 What does the Federal Reserve do with all this debt it has been collecting for eighty
758 years? It enters it as **a credit for itself** against your estate.  **Not only has your original debt**
759 **not been paid, but interest and service fees have been added to it, and that has all**

Final Judgment and Civil Orders
**APRIL 11, 2014**

**accumulated against your estate—your body, your labor, your home, your business, your copyrights and intellectual property.**

What happened to the value of your original labor that you expended to earn Federal Reserve Notes? **It never got credited to you.** Instead, it was siphoned off by the same people who brought you this incredible fraud. Your credit has been kept in "off book accounts" belonging to YOUR NAME---a Puerto Rican Estate trust, and after a period of time, the banks have claimed these assets as "abandoned funds". They are holding the entire National Debt against the estates of living Americans and pretending that you and your parents and grandparents did nothing but sit on your rumps since 1933.

Every American who ever signed up for Social Security---having first been blatantly lied to and coerced by undeclared Foreign Agents of the United States of America (Minor) and told that Social Security was a retirement insurance program and that it was a mandatory requirement of having a job in America---has been claimed to be an **unpaid volunteer employee** of the "federal government" corporation by the perpetrators of this con game and therefore, a "US citizen" instead of an American National.

Unknown to those same American Nationals, the corporations masquerading as their lawful government used their "voluntary application" for "Social Security benefits" to obtain a veiled general Power of Attorney hidden in the SS-5 Form, and used it to seize control of their ESTATES. They then set up two accounts "in their names"----one administered by the Federal Reserve's Internal Revenue Service and one administered by the "IRS" for the International Monetary Fund. One account is set up as the debt side account and follows the familiar pattern: 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. The other account is set up as the credit side account and uses the same numbers without hyphens: *123456789*.

Most American Nationals are owed several million dollars worth of credit owed to their individual ESTATE accounts, but the perpetrators of the fraud never disclose this fact. The "richest people on earth" live as debt slaves to international banking cartels that have obtained this position by fraud.

The final cherry on top is that these same banking interests use your tax money to buy million dollar life insurance policies on each and every "US citizen"---benefiting the bank, of course. Thus, even at the end of your lives, the banks contrive to profit from you, and they always have profit motive to kill you. Killing off young people brings more profit, which, together with stealing and controlling natural resources to manipulate commodity markets, explains why promoting wars for profit are favorite pastimes for these unspeakably corrupt and evil corporate entities.

The same situation applies in Canada, Australia, New Zealand, and most of Europe. The same nine digit accounting system is used throughout, and abused in the same ways worldwide.

796 6.        **What is convertible debt?**

797       A **convertible debt is any form of debt that can be converted into another form of**
798 **debt.** Federal Reserve Notes can be converted into mortgages, stocks, bonds, annuities----any
799 other "debt instrument" or "debt based security". **A fraudulent convertible debt is a debt that**
800 **is created by fraud and then converted.** That's what we have going on in America right now.

801       **Pull up the Bankruptcy Act and look at Section 101 (11).** There you will see who the
802 actual Creditors of the Trust Management Company FDR bankrupted in 1933 are----the living
803 people, Americans at that time and their heirs,  are the  Priority Creditors and Entitlement
804 Holders, but because of the monopoly inducement explained in Item 5, you've all been
805 arbitrarily "redefined" as "debtors" instead.

806       What happens when you pay an electric bill addressed to the federal franchise ESTATE
807 trust currently doing business under your NAME as a franchise of the UNITED STATES, INC.?
808 You become a debtor instead of a creditor so long as you pay it in Federal Reserve Notes.  The
809 utility company seizes these debt notes you've so graciously provided to them for free and
810 converts them into other forms of debt---buying up stocks, bonds, insurance policies, etc.----
811 benefiting itself.

812       The "debt" thus created is fraudulent on three counts--- first, it is the by-product of illegal
813 monopoly inducement forcing you to use Federal Reserve Notes as legal tender in the first place,
814 second, it is a debt owed by the federal franchise ESTATE trust doing business "in your name"
815 but deceitfully presented to you as if it were your debt, and third, you have been coerced to pay
816 off a billing "statement" instead of a real bill.

817       So we have a debt created by fraud converted into other forms of debt benefiting ---in this
818 example, a utility company which reinvests "your" Federal Reserve Notes in other forms of debt.
819 That is fraudulent convertible debt in practice.

820       **This is yet another way in which you are being defrauded and the value of your**
821 **labor and other resources is being converted to benefit incorporated entities at the expense**
822 **of you and your private estate.**

823       Next time you get a tax bill, a utility bill, a credit card bill or any other "bill" addressed to
824 YOUR NAME IN ALL CAPITAL LETTERS, look at it very closely with the understanding that
825 (1) the item is addressed to a Puerto Rican "federal franchise" ESTATE trust doing business in
826 your NAME, not to you; (2) the item is a "billing statement" or "billing summary" or some other
827 name, but never an actual Bill so technically, even the ESTATE has not been billed; (3) these
828 billing statements are not denominated in dollars---except occasionally by mistake----the
829 "amount owed" appears as a series of numbers, commas, and dots similar to that used to write

Final Judgment and Civil Orders
**APRIL 11, 2014**

dollar amounts, but there is no dollar sign and no words indicating the kind or form of money or currency that is supposedly owed.

For example, your property tax bill will show up addressed to YOUR NAME and the statement will show that YOUR NAME owes a number written like this: 6,955.43 for 2013 or that YOUR NAME'S house has a value of: 258,990.00 according to the Tax Assessor's Office. **These are just deceptively constructed series of numbers, dots, and commas designed to make you assume that these represent dollar amounts.** Again, technically, not even the ESTATE has been billed for anything.

It's all constructive fraud based on semantic deceit, illusion, and processes of assumption knowingly pursued under conditions of non-disclosure.

This is done on purpose, with malice aforethought. The perpetrators are giving you notice that a bill related to the ESTATE named after you **exists**, but they are actually and purposefully preventing you from paying it. If they sent a real Bill, you could either discharge it through the U.S. Treasury Window at any Federal Reserve Bank, or, you could present it for payment under UNCITRAL and exchange it against your Birth Certificate Bond or other assets held by the US Bankruptcy Trustees in your name. This process of discharging debts, unlike using Federal Reserve Notes, **actually pays the bill**, and since the entire game is about forcing you to indebt yourself, the perpetrators spare no effort to prevent you from discharging the bills related to **their** "federal" ESTATE trust.

**Another reason they refuse to provide you with an actual Bill is that what they are doing is a crime.**

As long as they are sending these "billing statements" to a federal franchise ESTATE trust, they technically can't be accused of billing **you**. As long as they don't provide you with an actual Bill, they can't be accused of false billing, either. According to them, they don't know what you are talking about. What bill? We never sent that man a bill....we sent a **billing statement** addressed to a **Puerto Rican ESTATE trust** that "just happens" to have the same name and address. Who cares if we fully intend to force and coerce the living man to pay us with an I.O.U. and owe us even more debt after he "paid" than when he started?

**7. Are you telling me that I don't owe any taxes? How is that possible? It costs money to provide governmental services. If I don't pay my taxes, how will the schools be funded and the fire departments and libraries stay open?**

The fact is that **all** governmental services contracts are between states and other incorporated entities, not states and people. **Technically, it's literally impossible for a living man or woman to owe any tax for any governmental service.**

Remember that all valid contracts must be "in-kind". Corporations can contract only with other corporations. Living people can contract only with other living people. The proliferation of "trusts" has been used as a vehicle ---literally creating a "commercial vessel" capable of interfacing with corporations and entering into corporate contracts. The creation of these "individual public trusts" and their supposed obligations has been done **without** the knowledge, consent, or participation of the living people merely upon the "representations" made "in their behalf" by third parties claiming to "represent" them-----lawyers and unscrupulous politicians.

Note that even the original equity contract known as The Constitution for the united States of America is between the States and the government being created by contract to provide the States with services—not the living people. We, the People, are only mentioned as the **beneficiaries** of the Natural and Unalienable Rights that are assets held in the national trust and further outlined and defined by the Bill of Rights. **We are not direct parties to this or any other governmental services contract.**

As for how do governmental services get paid for? Your states are inestimably valuable and properly administered, they contain vast material assets that can be utilized to generate income more than sufficient to pay for all governmental services---and this is in fact what **all** the states do. **They already generate more than enough income every year to pay for all governmental services.** They simply keep track of their expenses and provide a "billing statement" addressed to your ESTATE in hopes that you will step forward and "volunteer"----- to pay a share of the expenses **for them,** so that their private, for-profit corporation is enabled to operate without any expense and seize the entire profit from the sale and utilization and investment of your organic state's assets entirely for its own benefit.

If by chance your ESTATE fails to voluntarily cough up its share this year, they will conveniently forget all the other labor and currency and value you have contributed in prior years and also fail to mention all the money they made this year off of the "state" assets **you** are supposed to be the beneficiary of. Alaskans should at this point take a moment to estimate their actual share of revenue collected from the oil industry this year, versus the pittance offered as a "Permanent Fund Dividend". Now they should calculate their actual share of the Permanent Fund Dividend as shareholders. And they should, if they are rational beings, be very, very upset with those claiming to "represent" them and their interests.

After all, those who claim to "represent" you have taken seats as the officers of this same foreign franchise for-profit "STATE" corporation and they see it as their duty to make sure that corporation is as profitable as possible----so they justify attacking you, their employer, and seizing your assets and telling you what to do and how to do it and when and how often----all in

# Final Judgment and Civil Orders
## APRIL 11, 2014

899   the name of somehow ultimately benefiting you via entrapment, enslavement, armed extortion,
900   and fraud.

901        Every unit of "government" in America is not only in control of and profiting from the
902   use and misuse of vast "public" assets, they are rolling in the money and credit they have
903   extorted from the actual beneficiaries of the public trusts, then rolling some more in the money
904   and credit they have made from investing all this purloined largesse, and proliferating new and
905   ever-more numerous units of government and government agencies ----like a cancerous growth
906   soaking up the sugars of the Body Politic.

907        Every year the corporations running your federal, state, and municipal "government"
908   make so much more money than they expend on public services that the idea that taxation of
909   individual living men and women and their private property assets is "necessary" to fund public
910   services is laughable. Exactly how these criminally mismanaged corporations hide the loot so
911   that they can continue to "poor mouth" and impose more taxation will be addressed in answer to
912   other questions.

913   **8. Why are the courts at fault?**

914        In 1938 following a Supreme Court case known as Erie Railroad v. Thompkins
915   executives from the Roosevelt Administration called a meeting with the US Supreme Court
916   Justices, Senior Judges from all the Circuit and Appellate Courts, and the most prominent
917   lawyers of the times, and they told them a purposeful and self-interested lie. They said that the
918   United States of America was bankrupt---they just neglected to say which "United States of
919   America" and what form of "United States of America" they were talking about. They also told
920   the legal professionals that because of this bankruptcy, they were to operate their courts ONLY
921   in maritime jurisdictions. Verbatim: "We don't care what you call it, but you can only run
922   maritime and admiralty courts."

923        From that time to this, that is what the members of the American Bar Association have
924   done. They have run a fantastic gamut of "courts" pretending to operate as "state courts" and
925   "custody courts" and "US DISTRICT COURTS" and "Superior Courts" and on and on----and
926   pretended to operate courts at equity and under civil law, but the entire time they have operated
927   exclusively as maritime courts and as in-house corporate tribunals.

928        **The courts are at fault because they know they are routinely operating in**
929   **jurisdictions that have nothing to do with the cases before them.** They are at fault because
930   they know they are operating in maritime jurisdictions and pretending otherwise. They are at
931   fault because they have accepted unilateral contracts as "valid" maritime contracts. They are at
932   fault because they do not require proof of any valid maritime jurisdiction, even when called on
933   the carpet for failure to do so.   The list goes on.

934 Why have the courts malfunctioned in this way and continued on this course for almost
935 eighty years?   Part of it is ignorance.  A great many American jurists have grown up under
936 these conditions and they don't know that anything different ever existed.   Many don't know
937 that "statutory law" is maritime law and if the judges and lawyers don't know, who does?  Some
938 don't even know that "statutory law" applies uniquely to statutory entities----legal fictions
939 created by statute.

940 The rest of the reason is pure graft and corruption for profit on the part of those who **do**
941 know what is going on.

942 "Federal" judges have issued standing orders to "invest" all court cases through the Court
943 Registry Investment System (CRIS) ----that is, to "deposit" them **as securities** into the Federal
944 Reserve Bank in Dallas, Texas.

945 **Every such court case is assigned a US Treasury Public Debt Number --- a Docket**
946 **Number in "State" courts and a Case Number in "US DISTRICT COURTS". This makes**
947 **every court case a financial transaction and "securitizes" it.**

948 After the Public Debt Number is issued, which converts the court case into a counterfeit
949 obligation under 18 USC 472, et seq. 473, 474, the Court Administrator again counterfeits the
950 same debt obligation by adding a CUSIP number to the "Instrument".   One counterfeit
951 obligation benefits the Federal Reserve, the second one benefits the IMF.

952 CUSIP is an acronym for Committee on Uniform Securities Identification Procedures,
953 and a copyrighted and registered trademark of The American Bankers Association.   The court
954 administrators work for the banks, not any "court system" unless you want to call it the Bank
955 Court, where the bank always wins.

956 At this point in the fraud, the "court administrator" working for the banks has converted
957 every court case into a banking financial securities instrument----which puts the court itself into
958 the position of being "creditor" and BOTH the plaintiff and the defendant are cast into the role of
959 "debtors".

960 **The judges are acting with a vested interest with insider knowledge and they are**
961 **insider trading in complete and utter violation of the judicial canons.**

962 They cannot act without bias when the quantity and quality of their salaries, benefits, and
963 retirement packages are sitting in the docket every day awaiting their "investment".   Rather
964 than ruling on the merits, arguments, or even the facts, they are making financial investments in
965 every case---futures contracts, in a future they can direct.

# Final Judgment and Civil Orders
## APRIL 11, 2014

966 **They are running a rigged gambling operation out of the courthouse, under the**
967 **noses of the Alaska State Troopers, the FBI, and the US Marshals, who all turn to these**
968 **icons of rectitude for "legal" advice instead of using their own noses and common sense to**
969 **determine what is lawful.**

970 The judges and court administrators are also committing tax fraud by shifting the "debt"
971 created by every case onto the individual(s) who are actually the Creditor(s) in every case, and
972 converting the case into an investment security belonging to the Dallas Federal Reserve Bank
973 instead, which in turn shifts the money from the Creditor side of the "transaction" into the
974 pockets of the Debtors. **They are deceptively laundering a fraudulent debt into corporate**
975 **assets belonging to the bank, and converting those assets into revenue sharing funneled**
976 **back to the Department of Transportation (Federal Reserve) or DEPARTMENT OF**
977 **TRANSPORTATION (IMF) franchises, respectively.**

978 So in addition to running a rigged gambling operation out of the courthouses, the courts
979 are also laundering vast amounts of fraudulently procured credit assets back into the operations
980 side of the two colluding Trust Management Organizations. A whopping percentage of the total
981 take from all this securities fraud goes into the judge's retirement fund also administered by the
982 Dallas Federal Reserve Bank.

983 It is self-explanatory why the courts and their administrators are at fault for this entire
984 situation, that it is outrageous and not to be tolerated, and also why it must come to a halt and be
985 brought to a halt by those responsible for administration of these entities. Any jurist who values
986 his or her "law license" issued by an international banking cartel being operated as a criminal
987 syndicate more than he or she values the law deserves to be disbarred----and will be.

988 **9. In one of the demonstration cases you repeatedly made a great issue of whether or not**
989 **the Judge was acting as a trustee or not, and at one point even offered to appoint him**
990 **directly as your trustee. Why?**

991 I did this to determine and place on the record which "hat" he was wearing. According to
992 Section 3 of Article XIV of the Constitution of the United States of America---- the Federal
993 Reserve corporation dba United States of America, Inc. By-Laws ----all public employees are
994 trustees.

995 **The question of trusteeship is vital.** Public employees under both "The Constituton for
996 the united States of America" and "the Constitution of the United States of America" and all the
997 related subsidiary "State Constitutions" are openly declared and required to act as trustees and to
998 protect the respective National Trusts. It has been the erroneous practice of the UNITED
999 STATES, INC. and its STATE franchises to forget about its obligations in this respect, and to
1000 concentrate entirely on the juicy federal services contracts it inherited during the bankruptcy
1001 reorganization of the United States of America, Inc.

The "Constitution of the United States" (yet another separate Constitution) under which the UNITED STATES, INC. was organized has no mention of trusteeship, but that doesn't mean the fiduciary obligations vanished simply because a successor Trust Management Organization has tried to ignore them.  It only means that judges who don't admit to being trustees are **admittedly** operating in the foreign international jurisdiction of the IMF organization.

This was already implied by the title block style of the header on the case, but settling the Trustee matter forced the JUDGE to give up any pretension of *in personam* jurisdiction and to reveal the actual venue of the proceedings, which he otherwise attempted to obscure.

Throughout that case the JUDGE took an active litigant's stance and practiced law—liberally---from the bench, flagrantly acting in support of the bank's attorney.   Several times during the proceedings the Judge was observed smiling, winking, and nodding to her.  Although we entered Special Appearance throughout and demanded proof of jurisdiction from the outset---and even though the bank's attorney is required to prove jurisdiction beyond reasonable doubt by canon of law---she made no attempt to do so beyond a naked verbal assertion that the ESTATES "resided in Alaska"---which has no meaning in a verbal context, because it is impossible to determine which version of "Alaska" is being referenced.

During the first Hearing, the JUDGE deliberately obscured the venue and jurisdiction of the court, claiming that his authority derived from "the de jure Constitution of the State of Alaska"----a document that doesn't exist and **which would obligate him to act as our trustee** if it did.   Soon after making this claim, the JUDGE made an excuse to leave the courtroom and formally change the jurisdiction of the proceedings under the pretense of getting copies of a document for us.  This only served to move the in-house corporate tribunal to Special Admiralty.  Nobody operating under judicial canon would engage in such deceitful behavior, nor would anyone operating an honest court have reason to engage in such arcane procedure.

**By process of elimination, it stands that THE SUPERIOR DISTRICT COURT FOR THE STATE OF ALASKA, INC. was operating an agency-based "federal" debt collection procedure process against privately owned and operated international *inter vivos* trusts under the presumption that they were instead ESTATE franchises of the UNITED STATES, INC. operated in arrears by federal employees.** This was all set up and maintained in the face of open and un-rebutted objection, without jurisdiction, in the absence of any validated claim or authority whatsoever to address us, the living principals, beneficiaries of the ESTATES, and Priority Creditors.

Part of the corruption of the courts is that they do not openly, freely, and honestly reveal the jurisdiction they are operating in at any given time, and do not discuss the presumptions---often far-fetched presumptions---they are operating under.   In the demonstration case 3AN-12-

## Final Judgment and Civil Orders
### APRIL 11, 2014

6858CI the JUDGE claimed to be operating the court under the administrative auspices of the United States of America (Minor)'s local franchise, the State of Alaska, then used a subterfuge to change that declared jurisdiction to international maritime jurisdiction without disclosure. This sort of "bait and switch" artifice is inherently fraudulent and leads inevitably to self-interested and purposeful confusion at law.

**10. Who are you?  How do you know all this?**

Our families have struggled with the administration of the Holy Roman Empire—and the Global Estate Trust---- in all its guises, for over a thousand years. There is no lie that a banker can utter that we haven't heard a dozen times before. There is no scam that a con artist can conceive that we haven't already dealt with.

**Now, it's your turn.**

We are tired of reading the entire list of Primary Source Documents and reference books included for your interest, plus hundreds more arcane documents detailing the attempts of Popes and Kings and Presidents and Congresses  to do things both wonderful and horrible. This particular responsibility means becoming a lawyer whether you like law or not, becoming a banker whether you can stomach banking or not, becoming a historian even if history makes you gag, and becoming both a researcher and a journalist, because you have to keep up with the ever-changing game board that is the globe rotating under your feet.

It means either being a wolf or a shepherd, because you cannot be a sheep after such an education. Francis is the last Pope we shall serve.  We've been Good Shepherds for the innocent and helpless people of the world, but we might have been predators just as well. This is a matter of individual choice, and it bears consequences no matter what you do.

For those who have a conscience and who prefer to sleep at night and to look at themselves in mirrors without wincing, being a Good Shepherd works best. For the one in 25 among us who couldn't care less who they hurt, how much, or for what venal reasons, being a predator may be the only option, because such animals (and you know who you are) see innocence as ignorance, see weakness as opportunity, see goodness of any kind as an excuse for contempt, and purity of any sort as an excuse to despoil it.

Just be aware--- there are 24 shepherds to every wolf and 390 million increasingly disgusted Americans poised to take out the entire Puerto Rican Navy.

**11. Why did you include Pat Dougherty, the Managing Editor of The Anchorage Daily News, to receive a FINAL NOTICE?  He's not a politician or a public employee or a banker or a judge, so it doesn't appear to make sense?**

Go to The Anchorage Daily News archives and look at the first ad in the Legal Notices Section of the October 1, 2013 edition under high magnification. Write down the words that you

1072 actually see are printed there and compare them to the words that **appear** to be printed on that
1073 page when you are reading this ad without the aid of a strong magnifying glass.

1074       We believe that it will be self-explanatory, and if it isn't, we have many actual copies of
1075 all the publications of this specific Notice archived around the world for your inspection. The
1076 actual copies published as part of The Anchorage Daily News on that date show a very peculiar
1077 thing: the words that **appear to be** on the page aren't actually there. At high magnification, it
1078 becomes apparent that an entirely different and diabolical message is embedded in the page.
1079 This is another fraudulent use of microprint to void the actual lawful notice, similar to the use of
1080 microprint on "personal" checks, replacing what appears to be merely a line for your signature
1081 with a line of microprint that designates your signature as an "authorizing" signature, not an
1082 issuing signature----which changes your presumed status from that of a beneficiary to that of an
1083 employee.

1084       That ad and two similar prior ads were placed in the paper in behalf of the People of
1085 Alaska, as Legal Notice to the politicians, judges, bankers, corporate officers, social planners and
1086 others scheming to injure and defraud their neighbors in the upcoming game of national
1087 bankruptcy. The ad ran three times, and each time, the print staff at The Anchorage Daily News
1088 corrupted it in such a way that the perpetrators of all this fraud can technically claim that the
1089 clearly intended Public Notice was never delivered, and that instead, the underlying distorted and
1090 diabolical message was published instead. After all, they will argue among themselves and slap
1091 each other on the back for such cleverness----the Sheep will never catch on, and it's the ink on
1092 the page that counts, not the ink that _seems_ to be on the page.

1093       Or is it? We, the Shepherds, have something to say about that----and it is merely this:
1094 fraud vitiates everything. The intent to publish and the act of publishing the Notice stands as
1095 originally written and **delivered by the Post Office**.

1096       Pat Dougherty has a commercial responsibility to provide his advertisers with good faith
1097 service, especially those who place ads in the Legal Notices section of the newspaper. By
1098 allowing distortion of the **_actual_** content of Legal Notices via the use of puerile optical illusions,
1099 he does great disservice to everyone involved and he assists in preserving the ongoing
1100 criminality instead of pulling an oar to straighten it out. It's true that those responsible for all
1101 this corruption and graft have lied to the members of the Fourth Estate just as they have lied to
1102 everyone else, but an editor bears responsibility for what appears −or fails to appear—in the
1103 Legal Notices.

1104       That's why Pat Dougherty got a NOTICE of default. The Anchorage Daily News
1105 charged for a legal notice that was never actually published. This is certainly commercial
1106 default, and as he is responsible for what goes on in the press room, administrative default with

## Final Judgment and Civil Orders
### APRIL 11, 2014

respect to public obligations and functions that the newspaper holds under contract as the agency responsible for publication of Legal Notices in Alaska.

**12. I am confused with all these names that are so similar meaning different things. Can you explain in a simple way?**

**The American Republic** = the united States of America = usa = The United States of America (Major) = 50 States joined in perpetual Union by the Articles of Confederation, extended via the Northwest Ordinance and the Equal Footing Doctrine = organic geographically described states = living inhabitants = American Nationals = john-quincy:doe or "John Quincy of the Family Doe" names of living people = heirs, beneficiaries, entitlement holders, and priority creditors = private sector = Law of the Land = The Constitution for the united States of America = The United States of America in Congress Assembled = congress of the United States of America = unincorporated Trust Management Company doing business as The United States = Body Politic = senate = house of representatives = civil government = full commercial liability = sovereign nation = American Nationals = Natural and Unalienable rights = U.S. Trust = American Common Law = U.S. dollar = Public Laws = Full Enactment Clauses = State Governors as in "Alaska State Governor".

**The United States of America (Minor)** = USA = Municipal (city state) government of the District of Columbia plus federal possessions and territories and enclaves = Seven Insular States = incorporated legal fiction entity dba "the United States of America, Inc." chartered in Delaware = corporate privileges = By Laws published as "the Constitution of the United States of America" = US citizens = US Trust = "union of American states" allowed by Insular Tariff cases = US Congress operating as an oligarchy = Senate = House of Representatives = statutory (maritime) law aka "special admiralty" = Trust Management Organization doing business as "the United States of America, Inc." = jurisdiction of the high seas and navigable inland waters = operates as a commercial entity, not a Body Politic, not a sovereign nation = Civil Rights held as privileges bestowed by or taken away by US Congress = Federal Code = limited liability = private corporation operating franchises and providing services through agencies under contract = claims to "stand for" the Republic = Public Policy = "Acts" of Congress without Enactment Clauses = public franchises organized as *foreign situs* trusts doing business under the Names of living Americans = Names using Upper and Lower case style conventions, e.g., John Quincy Adams = US Dollar = vessels in commerce = Law of the Dead – Probate Law, Administrative Law = State of state corporate municipal franchises as in "State of Ohio" = Governor of Ohio = U.S. Department of the Treasury = U.S. Department of Commerce = U.S. Department of Transportation.....etc., etc., etc.,

**The UNITED STATES** = regional subsidiary of the UNITED NATIONS dba "UNITED STATES, INC." = 57 American "states" = French commercial corporation = secondary governmental services contractor operated by the International Monetary Fund, an agency of the United Nations, an independent international city-state located in New York State = international

commercial union = Puerto Rican Cestui Que Vie ESTATE trusts operated as franchises of the UNITED STATES, INC. under the NAMES of living Americans = JOHN QUINCY ADAMS = international law = Law of the Sea = Admiralty = US CITIZENS = US TRUST = CONSTITUTION OF THE UNITED STATES = US DOLLAR = US DISTRICT COURT= UNITED STATES   SENATE =PRESIDENT OBAMA = UNITED STATES HOUSE OF REPRESENTATIVES = UNITED STATES CONGRESS = ACTS OF CONGRESS = STATE OF OHIO = GOVERNOR OF OHIO = US TREASURY DEPARTMENT = INTERNAL REVENUE SERVICE......etc, etc., etc.

**Whenever you see names in all small letters** or when you see entities physically described, you are talking about the Republic and the real world of living people and private property and valid contracts. All **real assets** of the nation are held in perpetual trust by the Global Estate Trust. The trials and tribulations of individual Trust Management Organizations are never supposed to affect any asset held in trust. Thus, the name "nelly-jo: blanchard" is the name of a living female. So is "Nelly-Jo **of the family** Blanchard" a valid way to designate a living female. A US dollar is a known weight of silver refined to a stated quality. The Georgia State has known geographical borders. But, Nelly Jo Blanchard is a foreign situs trust created and owned under conditions of deceit and non-disclosure by agencies of the State of Georgia, a franchise of the United States of America, Incorporated, which is owned and operated as a business by the Federal Reserve, Inc. which is incorporated in turn under the auspices of the United States of America (Minor). In the same way, NELLY JO BLANCHARD is a foreign (Puerto Rican) ESTATE Trust --- a Roman Inferior Trust--- created, owned, and operated under conditions of deceit and non-disclosure by the International Monetary Fund (IMF) which is an agency of the UNITED NATIONS, INC. operating under the auspices of the United Nations, an independent, international city-state.

**When you see names styled in Upper and Lower Case**, you are talking about incorporated entities known as "legal fiction entities" spawned by the United States of America (Minor) or one of its corporate municipal franchises, such as the State of Alaska, which exist only on paper, are subject to their charter, and enjoy certain immoral advantages in commerce. Nelly Jo Blanchard is the Name of a *foreign situs* trust created by agents of the United States of America, Incorporated, to function as a "commercial vessel" and to act as a surety for their own corporate debts----without the knowledge or consent of the similarly named living American. "Nelly Jo Blanchard" --- is a *foreign situs* trust claimed and owned as chattel by the Federal Reserve Banks doing business as the United States of America, Incorporated. **These entities are in fact abusing the legal conventions which apply to naming corporate entities and making a *de facto* false claim by using a small "t" in describing themselves as "the United States of America" and doing so by claiming to represent BOTH the 50 states and the 7 insular states. This adds to the confusion as to who is who and what is what.**

# Final Judgment and Civil Orders
## APRIL 11, 2014

1182   **When you see NAMES styled in all UPPER CASE letters**, you are talking about
1183   additional incorporated entities spawned by the UNITED STATES, a regional subsidiary of the
1184   UNITED NATIONS, chartered in Puerto Rico, operated as franchises, agencies and subsidiaries,
1185   functioning as secondary creditors in commerce and commercial vessels owned and operated by
1186   the International Monetary Fund. "NELLY JO BLANCHARD" is a Roman Inferior Trust (also
1187   known as a Cestui Que Vie Trust) operated out of Puerto Rico by the IMF doing business as the
1188   UNITED STATES, INC. and all under the auspices of the UNITED NATIONS, INC. which is
1189   in turn organized under the authority of the United Nations acting as a separate independent and
1190   international city-state.

1191   The next stage of this endless fraud is beginning now, with conversion of the IMF owned
1192   and operated ESTATE trusts into transmitting utilities owned and operated by a new UN
1193   subsidiary calling itself the FEDERAL RESERVE. This entity is creating yet another bunch of
1194   legal fiction entities under names styled in this form: "JOHN Q. PUBLIC" and all named after
1195   living Americans.

1196   This entire con game is based on non-disclosure and semantic deceits and is a form of
1197   sophisticated identity theft carried out via abuse of the rights of usufruct exercised by Trust
1198   Management Organizations acting in Breach of Trust ---**and all done by organizations which**
1199   **owe the victims absolute fiduciary accountability.**

1200   **13. Do you mean that when I get a tax notice from the IRS addressed to my NAME, it isn't**
1201   **actually addressed to me?**

1202   Precisely. It is addressed to a Puerto Rican ESTATE Trust and you are presumed to be a
1203   federal official---specifically, a federal contracting officer known as a "Withholding Agent"
1204   working for the government of the United States of America (Minor) who is responsible for
1205   administering this ESTATE as a civil executor. Every time you sign a 1040 or a 1065 or other
1206   federal tax document claiming to be a Withholding Agent, you obligate yourself to act as a "US
1207   citizen" subject to every jot of Federal Code, including the 120,000-plus pages of gobbledygook
1208   known as the Internal Revenue Code, plus whatever whims the US Congress may have next
1209   week. Withholding Agents are responsible for collecting and withholding taxes on revenues
1210   imported to Puerto Rico.

1211   The perpetrators tax you for the privilege of donating your money to a Puerto Rican
1212   ESTATE Trust operated under your name by the IMF---which you do every time you deposit
1213   money in an account belonging to YOUR NAME IN CAPITAL LETTERS and thereby
1214   "voluntarily" convert your own private property into corporate income and also accrue the
1215   import tax due for importing revenue to a Puerto Rican Trust.

1216   They operate a monopoly on legal tender such that you have no valid means to pay a
1217   debt, then prevent you from discharging any debt --- **which is the only remedy they provided**
1218   **to justify their monopoly on legal tender** ---and then they tax you for the privilege of donating

1219 the I.O.U.'s they foisted off on you in the first place to a Puerto Rican ESTATE trust operated in
1220 your name.

1221    **Next, if you let them get away with it, the new FEDERAL RESERVE will subtly**
1222 **change the NAME on "your" ESTATE account, changing it to this form: JOHN Q.**
1223 **PUBLIC, which is a transmitting utility – yet another legal fiction entity created out of thin**
1224 **air-and operated under a "similar name" ----and they will happily make false claims of**
1225 **debt and ownership against this entity, too.**

1226    All the gold that the United States of America, Incorporated, stole from your
1227 grandparents in the 1930's will now be used to issue a "new currency" backed with gold and
1228 silver----gold and silver they seized under force of arms from your families to begin with and
1229 never paid back--- **and the new "US Treasury Notes", like the "Federal Reserve Notes" will**
1230 **still be mere I.O.U.'s that further indebt you every time you use them to "pay" a debt.**

1231

1232 **14. What is the bottom line of all this?**

1233    There is either a contract between the governmental service providers, or there is no
1234 contract for services in play.   If there is a contract, they have to abide by it.  If there isn't a
1235 contract, nobody is obligated to pay the providers for any service provided, and in this case,
1236 those providing the services additionally become recognizable as foreigners without any cause to
1237 be on American soil, therefore subject to deportation and confiscation of their assets.

1238    The only valid contract ever established between the American states and the Global
1239 Estate Trust, is the Original Equity Contract known as The Constitution for the united States of
1240 America.   The purported changes made in 1871 and the "new" constitution published at that
1241 time pertained only to the United States of America (Minor) and was never fully disclosed and
1242 never properly ratified as anything wider ranging, with the result that all the changes made in
1243 1913 and 1933 were never fully disclosed and never ratified by the states, either.

1244    The documents known as "the Constitution of the United States of America" published in
1245 1871 and the more recent "Constitution of the United States" have no meaning outside the
1246 narrow confines of the United States of America (Minor) and the incorporated entities that
1247 created these documents.  They hold no water in international commerce.  They have no valid
1248 basis as international treaties between the United States of America (Minor) and The United
1249 States of America (Major).


# Final Judgment and Civil Orders
## APRIL 11, 2014

**The only contract binding the American states to the Global Estate Trust remains the over-200 year-old Constitution for the united States of America, and that is the contract that must be performed upon if any contract exists at all.**

It is "one way or the other" from an international treaty and commercial contract standpoint----either there is a contract that must be honored, or there is no contract and these freebooters need to be removed from American shores and their false claims need to be repudiated. **This is precisely the viewpoint that the Pope is obligated to take as the Trustee responsible for the administration of the Global Estate Trust as a whole, and it is the stand he has taken.**

In enforcing the original equity contract the Pope can call upon all the other members of the Global Estate Trust ---over 200 countries----and he will have many willing supporters if he is forced to take action against the present leadership of the United States of America (Minor) dba PRESIDENT BARACK H. OBAMA and the US CONGRESS.

Both Russia and China have already pledged their support to impose economic and military sanctions if the criminal banking cartels presently operating the American government don't back down and restore the commodity-based monetary system, agree to implement Basel III banking protocols, stop rigging the commodity markets, and take other steps ensuring global security and prosperity.

It is in the best interests of everyone on earth outside a very narrow group of politicians, bankers, lawyers, military officers, and corrupt churchmen to bring the present criminality to a halt, so, one way or another, it will be done.

The Pope has no choice, and neither do you.

The bottom line can be summed up in one question to be answered---is there a contract or not? If so, that contract must be honored. If not, the employees of the United States of America (Minor) and the United Nations are out of a job and those who knowingly promoted the fraud are to be prosecuted as criminals and deported.

**15. What is the status of an American facing the present court system?**

There are only two possibilities currently being entertained by the members of the American Bar Association, as a result of the shakedown put in place by the Roosevelt Administration eighty years ago following the Erie Railroad v. Thompkins case: (1) they are addressing an in-house administrative corporate tribunal to provide information or make a claim against the United States of America (Minor) or one of its municipal franchises or agencies per the Administrative Procedures Act, or (2) they are facing a foreign maritime court and acting under a burden of undisclosed false presumption----except in the very few cases where an actual maritime issue and contract exists.

1285 **Those are the only possibilities and the members of the American Bar Association**
1286 **fight hard to ignore or weasel out of ever admitting that they are functioning in either**
1287 **capacity.**

1288 **There is no such thing under the current system as a State Statute.** There isn't a
1289 single valid Enactment Clause anywhere to be seen in the volumes of "statute" published by the
1290 "State of Alaska", nor is there any power of enactment within the Administrative Code of the
1291 STATE OF ALASKA.

1292 Anyone properly trained in the practice of law has only to glance at these documents to
1293 know they are private in-house publications. Unfortunately, two generations of American
1294 lawyers have been purposefully left in ignorance as pernicious as that inflicted on the general
1295 populace.

1296 This ignorance better serves the purposes of the "Court Administrators" who are
1297 employees of the same banks that have perpetuated the gross fraud and criminality engulfing the
1298 monetary system, the banking system, the political system, and the government both state and
1299 federal.

1300 The perpetrators have gone so far as to openly and publically declare in the Foreign
1301 Sovereign Immunity Act and the International Organizations Immunity Act that all state offices
1302 have been relinquished to the UN and all state law has been released to international venues, so
1303 even by their own admission, there is no opportunity to question these facts. It is all public
1304 record.

1305 All the administrative "law" practiced by the courts in America is Roman Civil Law
1306 created under the auspices of the Roman Curia and transplanted as the law form chosen by the
1307 international bankruptcy trustees to administer the bankruptcy of the United States of America,
1308 Incorporated.

1309 All the maritime law practiced by the STATE OF ALASKA courts is "Special
1310 Admiralty"---a gobbledygook created and adopted to allow perverse presumptions of maritime
1311 association and contract in civil cases involving *foreign situs* trusts created by the United States
1312 of America (Minor) that are merely **presumed to be** sureties for the debts of the bankrupt Trust
1313 Management Organization dba United States of America, Inc. ----and all washed down with
1314 ample and outrageous probate fraud.

1315 According to the perpetrators, the "vessel" they created, a *foreign situs* trust belonging to
1316 the State of Alaska franchise of the bankrupt United States of America, Inc., went missing years
1317 ago. John Quincy Adams hasn't been heard from, or so they claim, so he has been presumed

## Final Judgment and Civil Orders
## **APRIL 11, 2014**

dead and his estate has been rolled over into a Puerto Rican ESTATE trust operating under the name JOHN QUINCY ADAMS.

This is venal probate fraud of the worst sort, carried out systematically against an unsuspecting and peaceful populace of civilian inhabitants of the land, people who are owed the full protection of their International Trustees, the Pope and HRM Elizabeth II, and the good faith and service of their **employees** under commercial contract to provide governmental services.

All the admiralty law practiced by the US DISTRICT COURT is international Law Merchant falsely transplanted without contract or consent, usurping upon the land and used against the unwitting American people with devastating effect upon them and their fraudulently constructed ESTATES in flagrant violation of the Treaties of Westminster.

There are at present **no** formal courts in America serving **living** Americans at all. The only way a living American can appear is via Special Appearance--- a status akin to a ghost who may be heard and seen, but without standing.

To address any court in America with standing, a living American has two choices: to reclaim controlling interest in their ESTATE according to the ancient laws governing Roman Inferior Trusts---which throws a mighty monkey wrench into a "court system" that is not designed to ever deal with American civil executors, or, two, to create an American *inter vivos* trust operating under a separate legal name which is competent to address commercial issues in a public international venue.

Living Americans are owed the American Common Law, and as we've already seen, the American Bar Association has acted under a fraudulent administrative order to operate **only** in administrative and maritime (international) venues since 1938.

Without overturning this administrative protocol, the courts CANNOT function lawfully in the vast majority of cases, so they don't function lawfully. They function as described herein as criminal ventures, rigged gambling syndicates, operating for-profit prisons that are "guaranteed full occupancy by contract", and so on.

**16. If the federal government is just a private, for-profit Trust Management Organization providing governmental services as a corporation with a lot of "STATE" franchises, like Burger King, International---what does that mean for the "STATE" legislatures?**

It means that they are committing major league constructive fraud. They have no "legislative power" outside the private affairs of their own deceptively named corporation, no valid claim to the American national trust assets, no valid claim upon the American states, no controlling interest in the states and certainly no controlling interest in the private assets of the American people. They cannot even claim to represent anyone but the small percentage of those who bothered to vote, AND, who voted for them, individually -----a matter which cannot be

proven at all with a secret ballot. **All these people claiming to "represent" others can't prove that they represent anyone at all.** At best they can round up a group of family and friends who will swear that they voted for them in the most recent election.

Grandma Grace and Uncle Henry notwithstanding, with less than 30% of the populace voting, there is no way for the most popular politicians in Juneau or Washington, DC, to claim that they represent a majority controlling interest of any kind.

As a practical matter, every member of the current "US CONGRESS" and every member of the STATE OF _____ LEGISLATURE is operating as an international criminal engaged in fraud and identity theft and they are impersonating American officials----whether they know it or not.

**The Alaska State operates under the Alaska Statehood Compact.**

It is **foreign** with respect to the State of Alaska and also **foreign** with respect to the STATE OF ALASKA.  Those who are operating these private, for-profit corporations in violation of their corporate charters and in violation of the public trust have cause to know that they are NOT the government of the Alaska State and that they do NOT have any controlling interest in Alaska State assets.

**Note**: it is the "Alaska State Capitol Building", not the "State of Alaska Capitol Building".  These interlopers are occupying public buildings and impersonating public officials like a flock of starlings stealing the nests of better birds, and the fact that most of them--- like most of their constituents--- are totally ignorant of this fact, does not alter it at all.

**17. What can be done to correct this situation?**

**As a first step, the American Nationals can operate their own courts.** They are not obligated to depend upon BAR accredited attorneys for anything, and would do well not to hire them except under very narrowly defined "limited" Power of Attorney to act as agents, not representatives. The original equity contract includes the creation of a Grand Jury system which is meant to operate as a Fourth Branch of government, serving to present charges against those guilty of crimes and misdemeanors against the living inhabitants of the 50 states. Qualified Grand Jurors volunteer to serve as part of a statewide or county jury pool and may investigate any allegation of criminal or civil wrong-doing which comes to their attention. Following due process, they are enabled to present either indictments (against US citizens) or present charges (against American Nationals).

As for trial juries, they may be convened by any elected county sheriff or by a U.S. marshal (note the small "m") or elected county judge---who does not have to be a member of the

Final Judgment and Civil Orders
**APRIL 11, 2014**

Bar Association. The U.S. marshals are under contract to protect the U.S. Mail and are the only "federal" law enforcement officers commissioned to act as constitutional officers. They have free egress on the land of the 50 states United when engaged in the performance of their duties. All other similarly named offices operated as "US Marshals" or "US MARSHALS" are private and non-constitutional agency positions that enjoy no special status or granted access on the land of the 50 states United, similar to NSA, BATF, IRS, FBI, and DEA officers. In a few remaining locations, notably in Alaska, there are as yet no fully functioning counties and the U.S. marshals, Provost marshals, civil postmasters and notary publics serve as the constitutional officers.

All US Marshals and US MARSHALS can be "invoked" to occupy the constitutional office of U.S. marshal by explicitly addressing them in this capacity and requesting them to function in that office. A similar situation exists when requesting service from a notary public, postmaster, or provost marshal. The same individual can be called upon to function in both public and private offices, and are required to do so, though they are seldom fully advised or trained in their responsibilities as constitutional officers.

American Nationals can also demand that all persons elected to public office fill those offices immediately, under oath, in **unincorporated** capacity, and function in that capacity **exclusively** for the duration of their term in office. This requires them to accept full commercial liability for their actions and to function with full fiduciary obligation to the people of the state. They can then no longer play the game of "Which hat am I wearing now?" and function in conflict of interest, plundering the assets of the organic state and the living people for private banking and other corporate interests while claiming to "represent" those same states and people.

Americans can also operate their unincorporated state legislatures to enforce and update the actual Constitution for the united States of America by a process of ratified amendment undertaken by properly informed and seated **unincorporated** state legislatures and a national referendum of the **unincorporated** Body Politic composed of living people---bearing in mind that **this document has not been altered since December of 1865**----or, we can negotiate a totally new contract with the Global Estate Trust, but given the present state of general ignorance, that would hardly be advised.

Those who are nominally occupying public office need to act with propriety for now and limit their actions to those appropriate for **employees** of the Alaska State and the Alaskan People. Those who are members of the Alaska Bar Association need to demand immediate, drastic, and unequivocal administrative change----or tear up their BAR Cards and start their own club operating real American Courts under real American Common Law.

**18. This whole situation makes me feel terrified and out of control. Why are you so cool and calm?**

The Pope is determined to do the right thing and he is doing it, despite wild accusations, despite false claims, despite a very vile propaganda campaign launched against him personally and against the Roman Catholic Church by globalist bank operatives. With more than a billion members worldwide, the Church is one of the largest Body Politics on earth and its membership cuts across all racial and national boundaries. There are also more than two billion people with a direct interest in correcting this situation, including the entire combined populations of North and South America, Canada, Australia, Japan, and most of Europe. The Americans aren't in this stew pot alone. What happens to us happens to everyone else caught in the same system. That includes the perpetrators and their home bases--globally. The reckoning is coming too fast for them to move their operations far enough. The globe has become too small.

Under international law, however, Americans are unique in that the entire civil government is vested in each and every living man and woman born on American soil. Americans, quite literally, are sovereigns on the land. The lowliest file clerk in America has more **civil** authority than the entire federal government, so there is no lack of civil government in America and never has been.

Any claim that the civil government has not operated since 1865 due to the fact that a properly seated and functioning congress has not acted since then is immediately rendered null and void by the simple fact that sovereigns upon the land are **not obligated** to convene a congress or any other legislative body. We can do what we like, but we must now recognize that our own failure to operate our own civil government has created a vacuum of power that unscrupulous men have sought to take advantage of. The counties, the basic building blocks of the American civil government, must be rebuilt and redirected to function properly at a grassroots level. Usurpation onto the land by "boroughs" and "municipalities" existing under "federal" charters---that is, under the auspices of the United States of America (Minor) or the United Nations City State---which are **foreign nations creating unauthorized settlements on our land---** must be stopped and the existing charters of municipalities like DETROIT must be voided as criminal personage carried out by foreign powers against the state of Michigan and its people.

Some individual states have given these freebooters asylum, including the states of Virginia, Maryland, Delaware, and New York. By so doing, they have allowed foreign nations to take root and operate on our shores to the detriment of all Americans. The states of Delaware, Maryland, and Missouri have all knowingly allowed the proliferation of foreign corporations using names overtly designed to mimmick and be confused with The United States of America (Major), other states, federal and state agencies, and a plethora of other entities. In so doing, they have helped promote and promulgate this entire fraud scheme. Their state legislatures are culpable and answerable to the other states with which they are joined in perpetual union.

# Final Judgment and Civil Orders
## APRIL 11, 2014

1458    Americans are blessed in that they have been taught the Great Laws of the Bible. They
1459 know the essence of justice, so they are competent to self-govern. The premise of American
1460 Common Law is simple enough for a child to understand: **do no harm,** and when and if you do
1461 harm someone, make up for it. American Common Law is also simple in this respect--- if
1462 there's no real, actual victim, either a dead body or a living man, there is no crime.

1463    There are no victimless crimes under American Common Law, and the lack of a real,
1464 living injured party bringing complaint is the absolute, drop-dead proof that the entire court
1465 system is being purposefully and self-interestedly mis-administered in foreign jurisdictions
1466 generally having nothing whatsoever to do with American Nationals or their property interests.

1467    All American Nationals being improperly addressed by one of these foreign admiralty
1468 courts should ask five questions: (1) Where is the alleged **maritime** contract? (There isn't even
1469 a whiff of sea air in 99.9% of all the cases before these courts, and they have no jurisdiction
1470 extending more than a mile inland.) (2) Who or what is being addressed as the DEFENDANT?
1471 (Nail them down---Is this a trust? It can't be a living man because the name is in all capital
1472 letters. So….is the DEFENDANT a transmitting utility? A cooperative? Who is it owned by? )
1473 (3) Is this court a constitutional entity, and if so, is it organized under Article 3 or Article 5?
1474 (Neither, but it has to be under one of the two, if it is an American Court. Most "JUDGES" will
1475 vacate at this point.) (4) Where is and what or who is the Injured Party named as PLAINTIFF?
1476 (Again, it's not a living man or woman, so what is it? Who owns it? Who is responsible for it?)
1477 and (5) What jurisdiction or authority does this court or its officers have to address fraudulent
1478 claims to my attention? (If the documents were mailed, they committed mail fraud. If they were
1479 hand delivered, they trespassed on private property.)

1480    The over 80 million regulations and statutes and codes that the incorporated Trust
1481 Management Organizations have created for themselves and their employees and their "citizens"
1482 don't apply to Americans. So under what authority do these cretins continue to assert that they
1483 do?

1484    As for the claim that is sometimes made that Americans fell under the "exclusive
1485 legislative" control of the United States of America (Minor) via its establishment of "state"
1486 franchises, it is clear that all it accomplished was attempted identity theft. The same goes for any
1487 claim made by the United Nations. It is also clear that all claims of "war powers" and "national
1488 emergency" apply only to the United States of America (Minor) and that no such powers and
1489 emergencies have ever existed within or been declared by The United States of America (Major).

1490    The bankers at the bottom of all this criminality can, potentially, cause destruction and
1491 havoc, but in the end they will lose along with everyone else if they do, and let's face it, they
1492 have more to lose. Even the arms dealers and Mafiosi and drug lords can ill-afford to lose their
1493 American Hemisphere real estate and American investments and American bases of operation.
1494 The bad guys are in a position where they can only shoot themselves in the foot.

1495       They either allow an orderly return to American self-government under American law
1496 and an American Dollar that is a real dollar, or they can try to find a nice new home in Iran or a
1497 similarly non-aligned nation. Their flight to "UN protection" will not ultimately help them, and
1498 that has already been decided by the Pope and the Global Estate Trustees.

1499       As for any claims based on a theoretical military coup and attempts to define the presence
1500 of the US Army on American soil as a "foreign occupation" by the United States of America
1501 (Minor), there are numerous reasons why such claims do not stand up in the international
1502 community. First, then-President Andrew Jackson made three public declarations officially
1503 ending the Civil War. Second, even if it is under the direction of the President of the United
1504 States when it comes to defending The United States of America (Major), the US Army is paid
1505 for its services and under contract. Any action undertaken by the US Army against American
1506 Nationals on the land of the 50 states United would be a blatant commercial crime, and the
1507 United Nations could ill afford a reputation for allowing, aiding, or abetting that.

1508       Finally, the perpetrators of this scheme are well aware that in some senses "Hell" is very
1509 real. The Pope's recent admonishment of the Italian Mafiosi is not devoid of meaning for them,
1510 and the messages going out worldwide to the administrators of the Crown Temple have similar
1511 content-specific meaning for the recipients.

1512       So, all things taken together, that's why we are so cool and calm---as stated in the FINAL
1513 NOTICE all these issues, claims, and considerations have already been deliberated upon and
1514 decided at the very highest levels of international governance.

1515 **19. All these "legislatures" and public officials have been using public resources and**
1516 **buildings and everything else to benefit their own private for-profit corporations for**
1517 **DECADES----for example, they've sold off billions of dollars worth of Alaska's oil for**
1518 **pennies on the dollar to their cronies in the oil companies, siphoned off billions into slush**
1519 **funds they haven't accounted for, all by impersonating American public officials and**
1520 **merely asserting a controlling interest in the assets of the organic states......that's what**
1521 **you're telling me?**

1522       Yes.

1523       In 1946 the "federal government"----which you now know is simply a private, for profit,
1524 mostly foreign-owned corporation under contract to provide governmental services---adopted a
1525 crooked bookkeeping system and the "US CONGRESS" gratuitously declared it to be legal for
1526 the government, even though it was recognized as being illegal for everyone else.

1527       They basically borrowed the "double entry bookkeeping system" from Fast Eddie
1528 O'Hara, who was Al Capone's bookkeeper. The IRS learned it from Eddie when they

## Final Judgment and Civil Orders
## **APRIL 11, 2014**

1529   prosecuted Capone back in the 1920's. Getting rid of this system has been the principle driving
1530   force behind all the Basel I, II, and III banking reforms.

1531        The essence of the crooked government accounting is in keeping two sets of books, use
1532   of undisclosed "off book" escrow accounts, undeclared income accounts, and "future time
1533   encumbrances". They have also failed to transparently report their "public investments" to the
1534   public.

1535        To use an example from Alaska--- the STATE OF ALASKA splits its income streams
1536   into "budgeted" and "non-budgeted" income. The GOVERNOR decides how much he wants to
1537   give out as a budget and the LEGISLATURE argues over this little bone and keeps the crowds
1538   entertained for the rest of the session. **This sideshow keeps attention focused only on the**
1539   **budgeted amount.** Meanwhile, the far greater share of the income and investment is being
1540   "passed through" to investment accounts and escrow accounts and subsidiary accounts belonging
1541   to technically separate agencies.

1542        Once a year the STATE OF ALASKA produces a financial report called the
1543   COMPREHENSIVE ANNUAL FINANCIAL REPORT --- the CAFR. This is far from a true
1544   "comprehensive" financial report, in that it passes off responsibility for including the detailed
1545   data from all the ANNUAL FINANCIAL REPORTS of entities like the ALASKA MENTAL
1546   HEALTH TRUST and the ALASKA HOUSING FINANCE CORPORATION and the
1547   UNIVERSITY OF ALASKA and so on, but it does reveal some very startling things and it
1548   provides the basis to dig out the truth about STATE OF ALASKA finances.

1549        The last time this sort of analysis was done was in the 1990's and it was only a "big
1550   strokes" research project. It did not get down to the fine detail level, nor did it exhaustively
1551   investigate myriad subsidiary ANNUAL FINANCIAL REPORTS, only the three largest ones at
1552   that time. The STATE OF ALASKA had over $3 trillion dollars in unreported "non-budgeted"
1553   income, interest, investments from prior years, other investment income, program fees, and
1554   monetized assets standing on the books. Only the COMMISSIONER OF REVENUE,
1555   LINDSEY GOLDBERG, THE GOVERNOR'S OFFICE, and senior bureaucrats at
1556   LEGISLATIVE BUDGET AND AUDIT would have an accurate guess how much it has ratted
1557   away now.

1558        This is typical of the way these corporations work. They keep people distracted by
1559   focusing public attention on the pennies in one pocket while they are stealing the gold bars from
1560   the other pocket.

1561        As an example of the corporate conflict of interest----the leadership of the "STATE OF
1562   ALASKA LEGISLATURE" and various other corporate players have been happily colluding to
1563   squeeze-play the Alaskan people out of the benefit of their natural gas resources. The STATE
1564   OF ALASKA has long owned via investment a very large interest in ENSTAR NATURAL GAS
1565   and has a vested interest in maintaining ENSTAR's monopoly as the only viable gas supply

utility in Alaska. So, as a self-interested private corporation, the STATE OF ALASKA is determined to keep the price of natural gas and propane in Alaska unnaturally high, to help maintain ENSTAR'S monopoly on in-state gas energy supplies, and to prevent any large scale development of Alaska's gas resources that would encourage competition for ENSTAR. It also has a vested self-interest in wrangling pipeline construction contracts for ENSTAR.

This is an especially choice investment for the STATE OF ALASKA because public utilities are regulated and thereby **guaranteed** a 12% above cost profit, no matter what the costs of a project may be. All the cost in such a venture gets passed onto the consumers, and the perpetrators get a 12% profit **no matter what**.

The STATE OF ALASKA corporate leadership is willing to consider a wildly expensive small or medium diameter gas pipeline that guarantees extremely high consumer gas prices in Alaska for decades to come---because that option (1) guarantees ENSTAR's monopoly for decades to come, (2) guarantees top prices for propane delivered in-state for decades to come, and (3) guarantees a 12% **above cost** profit for ENSTAR---and the STATE OF ALASKA **no matter what the costs of construction are**---for every mile of pipe the company lays.

This situation neatly demonstrates the conflict of interest which exists all across the board when private for-profit corporations are allowed to assume a controlling interest in public assets. They have a built-in and constant temptation to operate in favor of their own bottom line at the expense of the organic states and the people they are obligated by fiduciary trust to serve.

This gas development plan to construct a small or medium diameter gas pipeline is perfectly desirable from the standpoint of the STATE OF ALASKA'S bottom line, but it betrays and victimizes the actual beneficiaries of the Alaska Trust, the ones who should be benefited first and most of all by Alaska's resources.

This calculated breach of public trust for private profit is on top of the theft of identity and credit that has already been described, and it goes on in every STATE franchise, not just the STATE OF ALASKA.

The take home message to members of the STATE OF ALASKA LEGISLATURE is that the organization is already in gross violation of its charter, in violation of the public trust, acting in breach of trust, engaging in felony fraud, acting with gross fiduciary malfeasance, and cannot make up for the past. Billions upon billions of dollars have been stolen and wasted, misdirected, poorly invested for petty, selfish reasons, and siphoned off by the STATE OF ALASKA.

A new dialogue must begin, and in the meantime, those occupying corporate offices need to be very mindful of the limitations, temptations, and actual nature of their elected office within a private corporation under contract to provide stipulated governmental services. They must also

## Final Judgment and Civil Orders
### APRIL 11, 2014

be aware that they have no valid controlling interest in the assets of the Alaska State and that they have failed to perform according to the Alaska Statehood Compact, which potentially voids all contract for all services and all contracts which the STATE OF ALASKA has or has entered into since 1959.

As an example of the same phenomenon at the national level, the "US Congress" recently passed the Dodd-Frank Act, gratuitously granting itself the right to confiscate money deposited in bank accounts properly belonging to American Nationals. Unknown to those Americans, the banks have secretively practiced unlawful conversion against them and what they think of as their bank accounts have all been established instead in the name of Puerto Rican Estate Trusts that are under the control of the United States of America (Minor). Poor old john-quincy:adams has been "donating" all his credit accruals in the form of his checking and savings and demand deposits and mortgage escrow holdings and everything else to benefit John Quincy Adams, and that long-lost beneficiary's Estate has been rolled over into an ESTATE trust doing business under "his" NAME---- JOHN QUINCY ADAMS, which actually owns and controls all the bank accounts.

Don't worry if you get dizzy trying to follow all the semantic deceit. It's all fraud, top to bottom and front to back, null and void, unlawful, illegal, and criminal without excuse. The point is that Senators Dodd and Frank thought it was perfectly all right to bilk the American people out of their life savings and retirement accounts ----and they did this while overtly claiming to "represent" the victims and their estates.

The men and women sitting as officers of both the United States of America, Inc. and the UNITED STATES, INC. feel secure committing these and other heinous commercial crimes against Americans, because technically, they are not Americans anymore. Once they took their oath of office, they came under the protection of the United States of America (Minor) and the United Nations and they claimed "immunity" for all their acts.

Unfortunately for them, fraud is a crime on an international basis, and any incorporated entity, whether it purports itself to be a nation, a state, or the local D.Q. franchise, is subject to dissolution for violation of its charter and for actions identifying it as a criminal syndicate. Likewise, the officers of a criminal syndicate are readily exposed without the benefit of any corporate veil or diplomatic immunity.

**20. You have put your own private assets at risk to pursue justice and correction of all these circumstances. You stated in the FINAL NOTICE that THE SUPERIOR COURT FOR THE STATE OF ALASKA owes you "reparations" and damages in the amount of $1,600,000.00 and that the STATE OF ALASKA stands subject to dissolution as a result. How is all this possible? Wasn't the property foreclosed for not paying a commercial mortgage?**

Fraud vitiates everything and it makes no difference who the fraudsters are, or, in this case, who they pretend to be. There are no "courts" in America having any valid jurisdiction over us or our private property, including the **private** trusts recorded as the actual owners of the property in question.

The reparations result from damage done to us and our estate by the United States of America (Minor) and its franchises operated as "States" and the damage claim further results from the STATE OF ALASKA's failure to monitor and control the operations of THE SUPERIOR DISTRICT COURT FOR THE STATE OF ALASKA.

Technically, under the Law of the Sea, we could claim 800 times the loss as damages, but that represents precisely the kind of cut-throat and unreasonable piracy we seek to end. The actual material damage to our joint estate trust is currently and fairly estimated at $1,600,000.00 USD and that reasonable and limited amount is what we have claimed.

THE SUPERIOR COURT FOR THE STATE OF ALASKA is a private, for-profit, non-governmental entity operated by the ALASKA COURT SYSTEM, INC. which is operated by the FEDERAL RESERVE. As described earlier, the CLERK set up a docket number and penal bonds and "deposited" the case as a security in the DALLAS FEDERAL RESERVE BANK. JUDGE PAUL OLSON received the converted security making the COURT the creditor and ruled in favor of---guess who?  The COURT and the COURT's employer, the FEDERAL RESERVE. This is gross conflict of interest, unlawful conversion, insider trading, etc.----but it is also fraud in name and deed.

Just as the United States of America (Minor) claims to stand for **The** United States of America (Major), THE SUPERIOR DISTRICT COURT FOR THE STATE OF ALASKA is deceptively named to imply that it operates under the auspices of the STATE OF ALASKA.  It does not, and the ATTORNEY GENERAL for the STATE OF ALASKA will very quickly confirm this.  THE SUPERIOR DISTRICT COURT **FOR** THE STATE OF ALASKA is a private for-profit debt collection agency and the only thing the "for" in its name implies is that Alaska is its geographically defined place of operations.

The STATE OF ALASKA's failure is that it has not honored its obligation to protect the assets of the national and state trusts.  As a franchise of the UNITED STATES, INC. which inherited the trust obligations along with the juicy service contracts that it has administered throughout the bankruptcy reorganization of the United States of America, Inc., the STATE OF ALASKA was a successor trustee.

The STATE OF ALASKA = bankruptcy trustee of the "State of Alaska" = trustee of the Alaska State, and as any mathematician knows, equivalencies work both ways. Although the so-

## Final Judgment and Civil Orders
### APRIL 11, 2014

called "national bankruptcy" of the old Trust Management Organization has been settled as of July 1, 2013, it was still ongoing at the time the demonstration cases were prosecuted, and no matter how the ATTORNEY GENERAL tries to side-step the issue, both the redeemed ESTATE trusts and the actual title holder, an American express *inter vivos* trust, were and are owed his protection.

Our rights and private property assets are all part of the national trust and like assets held in any trust, these assets are inviolate, **not subject to** claims that result from any bankruptcy of trustees---and this is true now as it was in 1933 and in 1863 and from the moment the individual organic states proclaimed their geographic boundaries as independent nation-states.

Seeking to convert our private property assets into foreign corporate assets by a process of contractual entrapment, semantic deceit, and non-disclosure is fraud, as is the hypothecation of corporate debt against our private property assets under similar conditions of deceit and non-disclosure, as is creation of property titles under color of law, as is sale of property and transfer of property titles without full disclosure, as is the use of off-book demand accounts in the administration of mortgage agreements, as is usury, as is the use of unilateral contracts, as is the use of I.O.U's as legal tender.

The STATE OF ALASKA, INC. as the local franchise of the UNITED STATES, INC. is responsible for safe-guarding our rights and those include our private property rights which have been grossly, knowingly, and self-interestedly violated by THE SUPERIOR DISTRICT COURT FOR THE STATE OF ALASKA, INC. which has acted without jurisdiction and without a valid controlling interest against declared non-combatant civilian beneficiaries and **Third Parties** to this entire circumstance.

The properties in question were **recorded** more than ten years ago with the Recorder's Office in the name of **a** single private internationally held *inter vivos* trust dba "Anna M. Riezinger-von Reitz and James C. Belcher" which was properly established in original jurisdiction many years ago to act as a viable American commercial vessel in international commercial venues. Acting under duress and to clear the titles, we additionally and momentarily donned the "Federal Contracting Officer" hat that is ours as remedy for the first round of fraud and predation unleashed by FDR and in that capacity released all "federal" liens held against the properties. By Public Policy of the United States of America, Inc. and by the Uniform Commercial Code that binds the UNITED STATES and its STATE OF ALASKA franchise, all mortgages financed by any bank operated under the auspices of any "federal" or "state" corporation providing services to us, is subject to discharge favoring the beneficiaries of the ESTATES. Those documents are also on file with the Alaska Recorder's Office.

When we presented THE SUPERIOR DISTRICT COURT FOR THE STATE OF ALASKA with copies of the Birth Certificates of the Puerto Rican ESTATE trusts doing business as "ANNA MARIA RIEZINGER" and "JAMES CLINTON BELCHER" and presented

ourselves as the living beneficiaries of these trusts, which are Cestui Que Vie Trusts, two things should have happened.  First, the COURT should have inquired as to our identity in behalf of the bankruptcy trustee and required that we produce competent witnesses and supporting documentation —which in this case we provided in the form of an Ecclesiastical Deed Poll and affidavit entitled "Statement of Identity" autographed by living witnesses.  Second, the COURT should have recognized that we are the lawful beneficiaries and equitable title holders of the NAMED trusts asserting a controlling interest in their assets, and the COURT should have relinquished its merely assumed position as creditor and arbiter.

When the true beneficiary of a Cestui Que Vie Trust appears in COURT ---if it is a real "court" of any kind---it **must** collapse the trust in favor of the equitable title holder. Must. No questions asked.  **THE SUPERIOR DISTRICT COURT FOR THE STATE OF ALASKA failed to do this and it violated international law in the process.**

**It also revealed its nature as nothing but a glorified debt collection agency operating under conditions of open fraud and collecting moreover from innocent Third Parties under conditions of armed extortion.**

**The COURT's Officer, the prosecuting attorney, Michelle Boutin, <u>hired</u> the ALASKA STATE TROOPERS to act as mercenaries and enter our posted private property under armed force and threaten to evict us from our home and thereby extorted more than $100,000.00 from our private estate trust.**

There is no practical difference between what the COURT did in our demonstration case and Don Guido demanding protection money.  It's the same exact racket being carried out under the noses of the ALASKA TROOPERS who were even co-opted into providing enforcement for this, and the FBI which was notified and informed, and the U.S. marshals, who are under contract with the Universal Postal Union to protect us and prevent the mail fraud that was used to promote the COURT's actions, and the STATE OF ALASKA, the local franchise of the UNITED STATES, INC. which should have been busily protecting our interests as the known Primary Creditors of the United States of America, Inc.

We couldn't possibly owe the Federal Reserve more than the Federal Reserve already owed us, and the STATE OF ALASKA knew that, claimed to be our local representative in the US BANKRUPTCY proceedings----yet stood by, allowed this, and did nothing.

In a very real sense, we had already paid our protection money---to the STATE OF ALASKA and the STATE OF ALASKA failed to perform, which resulted in this egregious harm to us and our real property assets. Instead of honoring its contract, the STATE OF ALASKA (an

# Final Judgment and Civil Orders
## APRIL 11, 2014

IMF franchise) colluded with the ALASKA COURT SYSTEM (a FEDERAL RESERVE franchise) to attack and bilk innocent civilian Third Parties.

**To recap:** Our individual estates were claimed by the United States of America, Inc. under conditions of fraud and non-disclosure and via a process of identity theft and semantic deceit, were entered as sureties in their corporate bankruptcy proceedings. Our estates were then rolled into a Puerto Rican ESTATE trust operated under our NAMES by the US Bankruptcy Trustee, the Secretary of the Treasury of Puerto Rico. When we presented Special Appearance and redeemed the Birth Certificates issued to these ESTATES as Third Parties and produced proof that we are the living beneficiaries of these ESTATE trusts, the COURT employed by the FEDERAL RESERVE (we are their priority creditors) should have recognized our controlling interest immediately and should have discharged all debts accrued in the interim by those merely claiming to represent us.

The entire claim of the FEDERAL RESERVE operating THE SUPERIOR DISTRICT COURT FOR THE STATE OF ALASKA against our trust property is, as you can see from all the foregoing, based on a series of false claims and semantic deceits. After more than a hundred years of fraud and false claims and layers of semantic deceits, it is virtually impossible to determine who actually holds title to anything in America without recourse to the Law Merchant (modern day Uniform Commercial Code) and Law of Adverse Possession.

In the international jurisdiction that all these incorporated entities operate in, possession is nine-tenths of the law, and via our private internationally held *inter vivos* trust doing business as "Anna M. Riezinger-von Reitz and James C. Belcher" – a separate unified legally named and copyrighted entity operated in original jurisdiction---- my husband and I have been in open, notorious, and unopposed possession of the property described as Lots 11 and 12, Block 2, Birch Park Subdivision in Big Lake, Alaska, for more than ten (10) years, and have undertaken all the improvements thereon without exception. By adverse possession in international admiralty and also according to "statute" adopted by the corporations responsible for attacking us and published as their "law" ----the property and the assets are ours free and clear.

THE SUPERIOR DISTRICT COURT FOR THE STATE OF ALASKA and its Officer Michelle Boutin failed to honor its own published "law" and continued its assault against us and against our ESTATE property.

That we are separate, civilian, and Third Parties not owned as chattel by the United States of America, Incorporated, not standing as sureties thereof, and not made debtors merely because of fraud practiced upon us was clearly established by our actions presenting the ESTATE "Birth Certificates" to THE SUPERIOR DISTRICT COURT FOR THE STATE OF ALASKA. The Birth Certificates are monetized securities presented to the COURT for redemption by the actual beneficiaries of these "ESTATES" and are proof that (1) the NAMES thereon are **not** the same as the name of the trust that the property discussed in the foreclosure action is held under; (2)

that the estates of the "decedants" listed were probated improperly and under false presumptions resulting in the improper hypothecation of debt against the ESTATES; (3) that we, living Americans, are the actual beneficiaries of these Puerto Rican ESTATE trusts, and that we are the equitable title holders of all the ESTATE assets, including the monthly mortgage payments that we paid in error and which are **owed to us**; (4) the ESTATES established and monetized "in our names" are Roman Inferior Trusts----as beneficiaries reclaiming our controlling interest in these ESTATES, we are owed return of all assets free and clear of debt hypothecated against our assets by any and all secondary beneficiaries----including the United States of America, Inc., including the UNITED STATES, INC., including any and all debts of their franchises and agencies and corporations organized under their auspices.

Attack upon our private trust dba "Anna M. Riezinger-von Reitz and James C. Belcher" is an attack against the trust property interests of American civilians who are Third Parties being harmed and defrauded as a result of improper trust administration and claims resulting from constructive fraud practiced by the officers of the United States of America, Inc. and the forced imposition of "Federal Reserve Notes" as legal tender under conditions of monopoly inducement and in breach of trust and contract.

Under international law, including the international Law of the Sea, the action of THE SUPERIOR DISTRICT COURT FOR THE STATE OF ALASKA and its officer, Michelle Boutin, against our private trust and their pretended jurisdiction over our redeemed trust assets in general, is both constructive fraud and a war crime for which the United States of America (Minor) and the United Nations stand responsible.

To give the non-lawyers an insight into the situation:

The United States of America, Inc. acting in Breach of Trust and without granted consent, created *foreign situs* trusts which it operated under our names styled in Upper and Lower case letters: e.g., John Quincy Adams. This corporation and its officers who were under contract to defend our national trust and provide governmental services to our organic states then claimed that these *foreign situs* trusts were standing as "surety" for their own private corporate debts---circumstantially implying that individual living Americans had voluntarily agreed to stand good for the debts of the United States of America, Inc. and that they and their property and the assets of their organic states were all valid collateral for the debts of the privately owned and operated United States of America, Inc.

**This was done without granted authority, without disclosure, and without consent by officers of a privately owned and operated corporation merely under contract to provide enumerated services to the victims.**

# Final Judgment and Civil Orders
## APRIL 11, 2014

1812   It was and is pure, self-interested fraud based on semantic deceits, and it was carried out
1813 without disclosure as a "private" matter concerning only the United States of America,
1814 Incorporated and its officers---not the clearly intended victims of the constructive fraud.

1815   None of the corporate officers engaging in this activity and making these absurd claims
1816 upon the actual **employers** of the United States of America, Inc. had any granted authority to
1817 make these representations "in behalf" of anyone, much less the people they were bound to
1818 serve.

1819   The United States of America, Inc. was entered into receivership.  The Trustee of the
1820 bankruptcy, the Secretary of the Treasury of Puerto Rico, promptly created new "public trusts"
1821 under the NAMES of the individual living Americans, e.g., JOHN QUINCY ADAMS, within
1822 the jurisdiction of the United States of America (Minor), and "removed" the original *foreign*
1823 *situs* trusts together with their assets to Puerto Rican jurisdiction.

1824   You and everything you own have (supposedly) come under the jurisdiction of Puerto
1825 Rico and the United States of America (Minor).  The problem with this is that it has all been
1826 accomplished on the basis of non-disclosure and fraud and fraud vitiates---that is, utterly
1827 destroys and negates--- everything it aims to accomplish.

1828   So there is and can be no valid claim raised by any of these incorporated entities, nor by
1829 their bill collectors, against you or your estate.  As the FINAL NOTICE clearly stated, this **fact**
1830 has already been **determined and decided** at the very highest levels of world governance and by
1831 the Trustee of the Global Estate Trust, the Pope, who has demanded compliance from the United
1832 States of America (Minor)  and all its various corporate franchises and agencies---including the
1833 State of Alaska and the STATE OF ALASKA and from the United Nations operating the
1834 UNITED STATES and its franchise the STATE OF ALASKA and so on.

1835   All the fraud, all the false claims being made against American ESTATES, has to come
1836 to an end.

1837   What remains to be done, and what has been done in the demonstration cases, is to
1838 redeem the individual ESTATES---that is, to reclaim and restore these ESTATES and their
1839 assets to their natural beneficiaries, free and clear of all encumbrances created by fraud and by
1840 mis-administration by incompetent or criminally inclined trustees.

1841   **The proof of everything said here is evident on the face of the Birth Certificates**
1842 **provided by the various agencies responsible for administering this massive international**
1843 **fraud.**

1844   The Birth Certificate documents are all securitized and monetized---bonded, in fact, and
1845 issued on bond paper and traded on exchanges---in the NAME of Puerto Rican ESTATE trusts,

1846 as a result of **probate** proceedings and are clearly signed by **Registrars**----officers of the various
1847 local probate courts.   These ESTATES are all Roman Inferior Trusts.

1848        What does this mean?

1849        JOHN QUINCY ADAMS (insert your NAME) is an ESTATE trust whose actual
1850 beneficiary is "presumed dead".

1851        You, the living man or woman, born as an American on the land of one of the organic
1852 American states are the "missing" beneficiary, though you must hack through two layers of fraud
1853 to establish the fact and kick the butt of the American Bar Association all the way to Puerto
1854 Rico.

1855        **You, the living man or woman, are in precisely the same situation as Robinson**
1856 **Crusoe returning home after being away for twenty years.   Robinson's estate has been**
1857 **seized by the courts, probated, rolled over into a Roman Inferior Estate Trust---also known**
1858 **as a Cestui Que Vie Trust---- and handed over to his butler.   The butler has had a wild**
1859 **time, charged up Robinson's credit cards, mortgaged his estate, invested and spent his**
1860 **money, drunk up the wine cellar, and caused the Crusoe name to fall into disrepute.   Now,**
1861 **at long last, Robinson has returned and presented irrefutable proof of his identity and his**
1862 **status as a living man owed the return of his property free and clear of all the debts and**
1863 **encumbrances placed upon it as a result of misadministration, fraud, and fiduciary**
1864 **malfeasance on the part of his (former) butler.   In addition, in this case, "Robinson" is**
1865 **owed reparations from the court for failure to immediately return his property to his**
1866 **control and void all claims established since the improper probate of his estate, and also**
1867 **from the corporation administering the "government" for failure to impose oversight on**
1868 **the probate court which colluded with the butler and gave the estate assets to the butler**
1869 **instead of the rightful heirs.**

1870        That's where you are now, if you are an American born on the land of one of the organic
1871 states of the Union----and it is all the result of breach of trust, gross fiduciary malfeasance,
1872 unlawful conversion, semantic deceit and non-disclosure---and other criminal activities
1873 undertaken by two foreign corporations merely hired under commercial contract to protect you
1874 and your assets and to provide nineteen enumerated governmental services.   It has been further
1875 exacerbated by ignorant and corrupt state legislators who have colluded with the erring federal
1876 government officials.

1877        The FEDERAL RESERVE operating as a "new" corporation formed under the auspices
1878 of the United Nations (which is a separate international city-state),  is pretending that it owns you
1879 as a slave and owns your ESTATE assets, too.   It is pretending that it, not we, have controlling

## Final Judgment and Civil Orders
### APRIL 11, 2014

interest in our ESTATE assets, and even though its claims are clearly rebutted and disproven as a self-serving fiction, it is continuing to prosecute marine salvage liens under "Special Admiralty" rules created by these perpetrators to expedite this fraud against Americans.

This unlawful prosecution is continuing even though we have presented the "certificates" issued by the probate court to form our "ESTATES" under the false presumption of our death and by presenting these to the COURT and properly identifying ourselves, we have in fact "redeemed" our ESTATES and placed them back in their original jurisdiction and under our private control.

We have objected to the fraud and to the strong-arm extortion that the FEDERAL RESERVE and its agencies dba the ALASKA COURT SYSTEM, INC. and THE SUPERIOR DISTRICT COURT FOR THE STATE OF ALASKA have engaged in against us, and we are holding the STATE OF ALASKA as the local franchise of the UNITED STATES, INC. ---the Trustee---responsible for failing to take action in our behalf and failure to exercise administrative control over corporations that have been formed under UNITED STATES auspices and which are operating in a criminal fashion against the peaceful inhabitants of the land.

**There either is or is not a contract.**

These corporations are operating in violation of their charters and are subject to dissolution as criminal enterprises. We have demanded immediate correction and to date, they have not self-corrected nor has the STATE OF ALASKA taken the necessary action as the local franchise operator to impose correction. The GOVERNOR and ATTORNEY GENERAL are culpable in the extreme for this circumstance and also responsible for the continuing false arrest of Alaskans James L. Jensen, Jr. and Robin L. Jensen.

In their most recent and audacious move yet, THE SUPERIOR COURT FOR THE STATE OF ALASKA, yet another "COURT" separate and distinct from "THE SUPERIOR DISTRICT COURT FOR THE STATE OF ALASKA" has "ordered" the "execution sale" of property and assets belonging to us that are **not** mortgaged and **not** under any valid contract whatsoever with **any** entity created by, belonging to, or administered by these charlatans or the banks that operate them, properties which have already been formally released from any "federal lien" whatsoever. They and their officer, Michelle Boutin, have advertised a "JUDICIAL FORECLOSURE SALE" in the absence of any "judicial" power whatsoever.

Every member of the law enforcement agencies and the military commanders are on Notice of this circumstance, from the Provost Marshals to the U.S.marshals Office, to the FBI to the Alaska State Troopers. So is Interpol. And so is the Pope.

**The same exact circumstances and conditions apply to the misadministration of the ESTATES of 390 million Americans, and it must be resolved in their favor.**

Meanwhile it is important for everyone involved to understand that the "government" is just another corporation under contract to provide specified services for hire, that this problem is not limited to America, and that the real civil government resides in the individual living Americans who have **unlimited civil power** on the land of the organic states.

**All of the crimes, frauds, and failures described herein have taken place outside the land jurisdiction of The United States of America and in "international waters" --- but it hardly matters, because fraud is fraud upon the sea as upon the land, and fraud vitiates all claims based upon it.**

On May 28, 2014, officers of THE SUPERIOR COURT FOR THE STATE OF ALASKA are advertising a "JUDICIAL FORECLOSURE SALE" of some of our **redeemed** ESTATE property under the patently self-serving and continuing false presumption that we, living Americans, and our **redeemed** ESTATES, are sureties for the debts of the United States of America, Inc. and are responsible for the expenses of its BANKRUPTCY TRUSTEES, including their expenses to prosecute our ESTATES under these false presumptions in the TRUSTEE'S own private COURTS.

However, this fraud has been fully recognized by the Global Estate Trust.

We are the priority creditors of the bankrupt United States of America, Inc. We are their employers and creditors, not the employees and not the debtors in this situation.

The men engaging in these acts of mis-administration are criminals who have worked a complex, highly coercive, and multi-generational fraud scheme known as a "Reverse Trust Scheme" against us, against every other American born on the land, and against many other national governments as well.

If the international banks and the members of the BAR Associations do not come into compliance with the actual law and respect the property rights of Americans, Canadians, and others who have been impacted by similar "public trust" schemes, their corporations will be dissolved and their professional associations will be outlawed. Individual bankers and lawyers who have knowingly and willingly participated in this fraud will be branded as criminals, their property will be confiscated, and they will be deported from The United States of America (Major).

It's really that simple and just a matter of time before everyone knows what has gone on here, who did it, who is responsible for this deplorable criminality, and why. Those responsible would do well to take *immediate* determined action to correct.

## Final Judgment and Civil Orders
## **APRIL 11, 2014**

**21. Are the accompanying "Civil Orders" legitimate?  Do I have to act upon them as an elected, appointed, or commissioned officer?**

Yes, you do.  Remember that every living American born on the soil of one of the fifty states United is literally an internationally recognized sovereign on the land of those states.  In administering our affairs and those of our organic states, our will is absolute.  These Civil Orders are issued under civil, commercial, and canon authority **without representation**.  The Constitution for the united States of America, the Treaty of Paris, the applicable Treaties of Westminster, and the Treaty of Ghent, which establish and protect the national trust of The United States of America (Major) and our individual estates must be honored.

American states operating in sovereign and original jurisdiction have issued these Civil Orders commanding compliance from the (E)STATE trustees, administrators, and employees, requiring their proper performance under contract. **There is no higher authority.**

To reduce it to practical terms---when you accept a job, are you obligated to perform your duties? Wouldn't you expect to be fired, if you didn't? Are you obligated to obey your actual employer, the owner of the company? Or do you think you will fare better obeying a middle-manager who is giving you opposing orders and merely claiming to "represent" the boss? Do you have to perform on your contracts?

We think it is obvious that you are obligated to obey your actual employers, not those who merely claim to represent them. No amount of corruption, criminality, or fraud serves to obscure the claim of Americans on American states and American private property.

This is both a public and a private matter, and has been made so by acts of fraud and violence perpetuated by corporations acting in violation of their charters as criminal enterprises, all of which have been operated in maritime and admiralty jurisdictions in breach of trust.

**22.** Are you telling me that changing from an unincorporated government to an incorporated government is like an evil twin brother usurping an estate from a rightful heir?

Not quite. The United States of America (Major) has no twin, but it does have a tumor-like foreign outgrowth which has turned parasitic and which is transgressing against the Body Politic.

In commercial terms--- when people act **as** people they come together in free association and act under full commercial liability. They are responsible and accountable for their debts and deeds. When people form corporations to "represent" them or their interests in some capacity, and bring these corporations together in association, what you get is a corporate conglomerate that is **not** fully accountable for its debts and deeds because of the corporate veil. This "veil" is the same veil that stands between life and death.

Incorporated "persons"----which include commercial corporations, trusts, cooperatives, trusts, and foundations--- are considered dead. They have no motive force of their own. They are operated by third parties under charters granted by nations and states that have themselves all been chartered by the Holy See. Such entities have a natural limited liability, because they are not conscious. When such entities are formed, the intentions and purposes of their creators are clearly stated and typically include a catch-all phrase--- "any other lawful purpose" ---to cover additional unforeseen circumstances. All corporations are required to function lawfully and in accord with their charters. Any violation of their charter, such as deviation from their stated purpose or failure to perform it, any unlawful activity whatsoever, provides grounds to demand dissolution of a corporate entity and distribution of its assets to its creditors.

Because corporations are not fully liable for "their" acts, they are allowed to go bankrupt without prejudice against their owners and operators. Only assets belonging to the corporation are subject to bankruptcy. The privately held assets of the owners and operators are not affected.

Thus, when the United States of America, Incorporated, went bankrupt in 1933, its President, Franklin Delano Roosevelt, was not bankrupted and neither were the members of the "US Congress" running it as corporate officers. The organic states and the American people should never have been subject to its bankruptcy, either, and wouldn't have been, except that the Roosevelt Administration falsely and deliberately claimed that they were "voluntary" assets standing as surety for the debts of the United States of America, Inc.

This claim was based on a "pledge" made by the Conference of Governors acting on March 6, 1933. These "Governors" ---- men operating "State" franchises of the United States of America, Inc.---gratuitously promised the "good faith and credit of their states and the citizenry thereof" without bothering to explicitly say which or what kind of "state" or "citizenry" they were referring to when they made this pledge. Everyone present presumably knew that their public office did not grant them any ability to promise resources belonging to the American states much less the private property of the American People, but the creditors gleefully presumed that the organic states and the American people were legitimately on the hook, extended vast amounts of credit to the perpetrators, and began advancing false claims against the resources of the organic states and the private property of the American People.

Imagine that Burger King, International, went bankrupt, called a meeting of all the local franchise owners, and asked them to pledge the assets **of their customers** as collateral backing the debts of Burger King, International.

That's what happened in 1933.

# Final Judgment and Civil Orders
## APRIL 11, 2014

There's just one real monkey wrench in this for the perpetrators and their central bank buddies. **It's all fraud and fraud vitiates everything it touches.** The "Governors" had no legitimate authority to pledge even a square foot of American soil, much less pledge the private property assets of the American People. That they purported to do this and that the self-interested bankers and lawyers allowed them to do this, is an act of criminality that staggers the imagination.

It is identity theft, impersonation of public officials, semantic deceit, unlawful conversion, and constructive fraud carried out on a planetary basis. Not only were the American People and their organic states cruelly victimized, so were their friends and neighbors and trading partners. Meanwhile, the members of the "US Congress" changed hats to become members of the "US CONGRESS", and, glutting on the vast amounts of credit being offered to them----all based on their patently false claim that they had granted authority to sell everything and everyone in America as chattel and to use us and our land as surety for their private corporate debts--- they charged up our credit cards to the hilt and left us to pay the bill.

That is why the "US government" needs to be entirely reformed, the reason that every member of "CONGRESS" and every "GOVERNOR" and every member of every "STATE LEGISLATURE" needs to be jack-booted in the rump, the reason that the assets of all the complicit banks need to be confiscated, the reason that the current banking institutions and their supposed "watch dog agencies" like the SEC need to be dissolved as criminal enterprises, the reason that all "national debt" needs to be repudiated worldwide, the reason that the Bar Associations –worldwide--- need to be disbanded and outlawed, the reason that the "City State" status of the District of Columbia and the United Nations ---both---needs to be rescinded, the reason that the English People likewise need to rescind the "City State" status of the Inner City of London and flush Fleet Street and the Crown Temple into the Thames..

The immense power of the Pope's Temporal Office needs to be employed to straighten out this steaming manure pile of government "service" organizations once and for all.

How are we going to accomplish this? Simple. We tell each other the truth, we forgive each other, we liquidate the offending corporations, we prosecute those who have purposefully and knowingly perpetuated this fraud, and we start over with a clean slate. The People of Iceland have already done this successfully. There is no reason that the rest of the world can't do the same.

As for the American People it is long overdue for us to dust off our laurels and walk the walk as true world leaders, instead of allowing ourselves to be directed by thugs, and letting criminals set up shop in our banks, courthouses, and seats of government. A housecleaning of major proportions is long overdue, and the image of "Rosie, the Riveter" comes to mind.

The perpetrators of this fraud will want to defend themselves and continue making their false claims and continue bilking the American People. They will make all sorts of threats and

2051 accusations and try to start trouble, maybe even try to make the American Armed Services and
2052 other "government agencies" use force against the People of the Land. If they do so, they will
2053 only identify themselves as criminals and make their status as criminals crystal clear for the
2054 entire world to see.

2055 **23. There are really only 22 questions, but this one answers the dreadful unasked moral**
2056 **question.**

2057 Pity Pope Francis, the man who has inherited this incredible convoluted and criminal
2058 mess. He is doing his best to straighten it out, but he needs help---your help. If you are an
2059 American and the least bit interested in your own future and the false claims being made against
2060 your property assets and those of your organic states, it is time to take affirmative, positive,
2061 determined, and non-violent action.

2062 Pope Francis is being attacked, viciously, by hired media and propaganda masters who
2063 are working hard every day at the behest of the banks and the Bar Associations to vilify the
2064 Roman Catholic Church--- which is now the primary obstacle in the way of achieving ---not a
2065 gentle, kind, unified government for the world that respects free will and individual people as
2066 Children of God----but a demonic version sponsored by the Crown Temple.

2067 These two organizations are rivals by design. The Roman Catholic Church worships
2068 God, the Creator.  The Crown Temple worships Lucifer, the Liar.   In past ages these
2069 organizations have engaged as necessary evils endemic to creation, each one bent on corrupting
2070 the other in an endless cycle ---one drawing good out of evil, and the other dedicated to creating
2071 evil out of good.

2072 This reflects the duality seen everywhere and in everyone.

2073 The Church stands in bright light, in robes of white, advocating life. The Crown Temple
2074 stands in the darkness, wears robes of black, and advocates death.

2075 It is no coincidence that the followers of Lucifer indulge in such a fantastic array of
2076 semantic deceits, false identities, corporate personas, and lies, for they literally worship the
2077 Father of All Lies. It is no mistake that they seize by deceit and violence and lay waste to human
2078 lives, because they worship Satan.  This is not really any secret.  They have existed and
2079 endeavored to rule over everyone else since 3760 BC. They were insane then and they are insane
2080 now. In Babylon, their priests self-castrated and practiced every possible kind of violence and
2081 black magic. They murdered (by burning alive) infants in the name of their goddess. All that has
2082 changed is that in modern times cult members keep their working parts and worship a male deity
2083 instead.  They still defend mass murder of infants.  They still deal in illusions---legal **fiction**
2084 entities and fiat money. They still wear black robes.

## Final Judgment and Civil Orders
### APRIL 11, 2014

2085          Which side will win the eternal battle?

2086          Pope Francis is standing firm for all that is right and real, for life, for love, for justice, for
2087     truth. Those in charge of the Crown Temple are standing just as firm for evil, for death, for
2088     hatred, for injustice, for lies. At any time, the Pope could falter and become the Anti-Christ. At
2089     any time, the Anti-Christ could fail and be relinquished to the dustbin of history.

2090          The great dream of the Church is the Kingdom of God on earth, a peaceful kingdom built
2091     on life and love. The great dream of the Crown Temple is to rule, period, forever, as the slave
2092     master of others.   Just as "the United States of America (Minor)" pretends to be The United
2093     States of America (Major), the Crown Temple often pretends to be the Roman Catholic Church.
2094     Sometimes, quite often, they succeed in planting their operatives in the Church.

2095          That's why the Church gets branded with all the infamy and violence that results when
2096     one of the Crown Temple members gains prominence. Crown Temple initiates brought us the
2097     Inquisition and similar atrocities---all "in the name of" and wearing the vestments of the Roman
2098     Catholic Church. This is why the Church has been bedecked with gold and jewels and treasures,
2099     surrounded by Egyptian obelisks and other fertility symbols---not to reflect a love of God, but to
2100     glorify a perverse worship of sexuality, not to adorn the Church, but to silently coerce and
2101     implicate and tempt and deceive and enslave and provide excuse to accuse the Roman Catholic
2102     Church of all the sins of the Crown Temple. To this day, all priests of Satan must first gain
2103     priesthood in the Roman Catholic Church: if you are dedicated and duplicitous enough to be
2104     ordained as a Roman Catholic priest while secretly worshiping Lucifer, you have passed your
2105     entry level test as a Satanist.

2106          Apologists have tried to excuse the existence of the Crown Temple as a necessary evil
2107     built into the fabric of the natural world.   They postulate that without its lies and fake money and
2108     the violence and conflict it perpetuates every day, people would have nothing to motivate them
2109     and the world's economy would collapse.   People are livestock, they say, here merely to exist
2110     for our profit, to be milked, shorn, and slaughtered. If people were allowed to use and enjoy the
2111     resources that properly belong to them, they'd sit on their rumps all day and drink pina coladas
2112     (like we do) and all the processes and work necessary for our comfort and profit would grind to a
2113     halt.

2114          Others have taken the stance that continuing to tolerate the Crown Temple in our midst is
2115     like allowing a giant colony of disease-infested rats, or a cancer, to consume the globe.  The
2116     underlying insanity of the Masters of Deceit is all too apparent to justify allowing them to
2117     continue their rampages. They brought us both the First and Second World Wars without a
2118     thought or backward glance.  During their hegemony in America, they have kept the American
2119     people constantly embroiled in wars for profit throughout the globe, which has caused
2120     Americans to be hated and feared by decent and innocent people everywhere.  They have done
2121     this at the same time that they have bilked the American "taxpayers" for credit that supposedly

2122  supports welfare recipients and foreign aid---but which is actually siphoned off to benefit the
2123  criminals and fund their operations among us.

2124  **Less than 20% of all money supposedly appropriated for welfare payments and less**
2125  **than 2% of foreign aid ever reaches its purported destinations.**

2126  Nothing is what it seems. The courts are the criminals. The "money" is worthless debt.
2127  The gods are the servants. The students are the teachers. Everything on earth is upside down and
2128  reversed. Everything that you think is separate is in fact unified and everything that you think is
2129  wrong is ultimately right.

2130  **Perhaps most important----everything that you think is secret is fully known.**

2131  Those who describe their brothers and sisters as "useless eaters" and who strive to
2132  defraud and control and pillage and rape and murder for profit and pleasure, and also those who
2133  refuse to forgive and refuse to provide justice------take note----**there are no secrets**. From that
2134  enlightened perspective, you will finally see the very real need to reform your precious Self.

2135  All those who cherish what is good in their hearts, who know their weakness, who are
2136  able to feel love and gratitude, who yearn for justice, who sigh and moan every day for relief----
2137  all your deeds, motives, and circumstances, even the inmost desires of your hearts are also
2138  known.

2139  So it is written that what is done in secret will be declared from the housetops, and that
2140  the truth shall set men free.

2141  The truth will inevitably invade your mind like a virus download onto a computer. You
2142  will realize that nobody can represent you and that "representative government" is a ridiculous
2143  lie. You will require government to be your servant, not a ruler over you. You will know that
2144  you belong to the land, and that the land does not belong to you. You will know that lines drawn
2145  on a map are just lines on a map. You will see the illusions within which you have lived, and you
2146  will realize your guilt in the same breath that you behold your victimhood.

2147  **You can be a shepherd or you can be a wolf, but you can no longer be a sheep.**

2148  The great sin for which the Americans are responsible does not digest the world in the
2149  bowels of London, but roams on the Great Plains of America and throughout the 50 states
2150  United. It is in the hearts and minds and lives of the American Indians we have attacked and
2151  defrauded, reducing them to abject poverty and alienation via actual and cultural genocide.

2152  **The American Indians have suffered so terribly because they know and hold onto**
2153  **this one, simple truth: we do not own land.**

# Final Judgment and Civil Orders
## APRIL 11, 2014

2154          Nobody does.

2155          The land owns us.

2156          Like every other lie and illusion practiced by the Crown Temple, Europeans became
2157  infected early on with the idea that men could own land, and based upon this central lie, a vast
2158  complex of other lies has been built.

2159          The followers of the Crown Temple have created, engendered, and promoted this insanity
2160  as a means to control others and provide endless excuses for conflict----which creates profit for
2161  themselves at everyone else's expense. The idea of "incorporation" is similarly immoral, insane,
2162  and destructive. Commercial corporations exist for one reason only---to escape accountability.
2163  On this basis alone their existence should be outlawed.   The Great Lie of representative
2164  government is another chestnut created by the Crown Temple, a blatant impossibility that has
2165  been enshrined without question for over two hundred years.

2166          When the Americans declared that all men are equal, they meant it. There is no basis for
2167  the empowerment of one equal over another *equal*.   Likewise when they declared their
2168  determination to enjoy free speech, free travel, and other rights of Nature, there was no room left
2169  for the egotism of rebellious public servants.  Under American law and under the American
2170  government there is no power greater than each individual.  This means that we cannot be
2171  represented and though we may transgress and may even be outlawed, we cannot be harassed,
2172  subjected, nor demeaned as a "thing"----such as an ESTATE or a *foreign situs* trust or a
2173  transmitting utility.

2174          The Final Judgment and Civil Orders accompanying have been signed and sealed and
2175  now also this information is being sealed under the authority of **anu:hotep** giving voice, sign,
2176  and seal,  proving that those who know the Lie also know the Truth.



2177

2178

2179                         **List of Primary Source Documents**

2180  1.  Treaties with St. Boniface and Treaties Between the Holy See and King Pepin the Short
2181      of the Franks; Pepin delivered and defended the Papal states of the Holy See, confirming
2182      the "temporal powers" of Rome and laying the groundwork for his son, Charlemagne, to
2183      create the First Holy Roman Empire. (751-800 A.D.)
2184  2.  Charter of the First Holy Roman Empire, 800 A.D.

3. King John of England breaks with the Roman Catholic Church, 1209. Edict of Excommunication of John of England.

4. Treaty of King John of England, Cede to Innocent III, 1213 A.D. John agrees that England and Ireland are both "fiefs" of Rome, and that his own crown will be forfeit to Rome if he breaks his sworn agreements favoring the Pope.

5. Magna Carta 1215 A.D. In signing the Magna Carta King John silently invoked the 1213 Papal agreement relinquishing his crown to the Pope. Thereafter, all lands explored and claimed in behalf of Catholic Monarchs and **including the British Monarch as a vassal of Rome**, were in fact first and wholly claimed in behalf of the Holy See, which returned a portion of the profit to the vassal monarchs in the form of "jurisdictions". The Holy See retained the global jurisdiction of the air, granted jurisdiction of the land to temporal authorities (recognized monarchs), and granted the international jurisdiction of the sea to the British Crown Temple to be administered under the ancient Law of the Sea (international admiralty) and Law Merchant (now Uniform Commercial Code).

6. Charter(s) of the Global Estate Trust (1455, 1456, 1479, and 1492 et alia) by Papal Bulls, especially the Inter Ceatera of May 3 and 4, 1493, by Pope Alexander VI.

7. *European Treaties bearing on the History of the United States and its Dependencies to 1648*, Frances Gardiner Davenport, editor, Carnegie Institution of Washington, 1917, Washington, D.C., especially pp. 75-78.

8. "The Privileges and Prerogatives Granted by Their Catholic Majesties to Christopher Columbus April 30, 1492"

9. "The First Charter of Virginia" April 10, 1606

10. "The Second Charter of Virginia" 23 May 1609

11. "The Third Charter of Virginia" March 12, 1611

12. "The Charter of New England: 1620" It becomes obvious from the above that all these E(states) were formed as commercial ventures under the auspices of Monarchies owing fealty to the Holy See.

13. "Cestui Que Vie Act of 1666" --- Sets forth the nature and construction of Roman Inferior Trusts in England to allow state management of property belonging of unknown survivors of the Black Death and the Fire of London.

14. "Charter for the Province of Pennsylvania—1681" – More proof of the commercial and non-religious nature of the founding principles that the Holy See employs in managing its temporal affairs and providing governmental services.

15. "Charter of the Corporation of the Bank of England 1694"

16. The Articles of Confederation 1781

17. The Treaty(ies) of Paris plus Amends, 1784-90

18. The Treaty of Westminster, 1794, a "Treaty of Amity, Commerce, and Navigation" between HIS BRITANNIC MAJESTY AND THE UNITED STATES OF AMERICA,

# Final Judgment and Civil Orders
## APRIL 11, 2014

2223      November 19, 1794, in which the British Crown commercial company and the American
2224      version agreed to peace in perpetuity.
2225    19. The Northwest Ordinance, 1787.
2226    20. The Constitution for the united States of America, 1789.
2227    21. Act of February 20, 1792, Establishing a General Post Office for the United States
2228      government, in addition to the already existing general post office.
2229    22. 1818: U.S. v. Bevans, 16 U.S.336. Establishes two separate jurisdictions within the
2230      United States Of America: 1. The "federal zone" and 2. "the 50 States".
2231    23. The Treaty of Ghent, 1814
2232    24. Treaty of Verona, 1822, American Diplomatic Code, 1778 - 1884, vol. 2 ; Elliott, p. 179 and
2233      CONGRESSIONAL RECORD - SENATE.,64th CONGRESS, 1st SESSION, VOLUME 53,
2234      PART 7, Page 6781, 25 April 1916, in which the Higher Contracting Powers agreed to undermine
2235      the American government.
2236    25. "Bankruptcy Law (of England)" 1826
2237    26. "First Bank Act (America)" 1863
2238    27. The Lieber Code also known as General Order 100, April 24, 1863, by President
2239      Abraham Lincoln as Commander in Chief, making the Union Army responsible for
2240      proper administration of the monetary system, protection of the National Trust, and fair
2241      treatment of the Southern States and their inhabitants during reconstruction.  The Lieber
2242      Code requires the Army, or in modern terms, the Department of Defense, to pay
2243      reparations to all non-combatant civilians harmed.  This Code has never been repealed or
2244      changed.  It is the reason that we continue to have "Secretary **Generals**" and "US
2245      Postmaster **Generals**" and "Attorney **Generals**" and "Inspector **Generals**" and
2246      "**Lieutenant** Governors".
2247    28. The Reform Act of 1867 (Britain) – First use of enfranchisement as a political tool to
2248      undermine legal standing of living men under Chancellor of the Exchequer, Benjamin
2249      Disraeli.
2250    29. The Reconstruction Act of 1867 – American counterpart
2251    30. "the Constitution of the United States of America" 1871 – established by the "US
2252      Congress" acting as Board of Directors to form the United States of America, Inc. as a
2253      Trust Management Organization to operate both the municipal government of the United
2254      States of America (Minor) and to administer and fulfill the National Trust Indenture and
2255      service contracts owed the now- 50 states known as The United States of America
2256      (Major).
2257    31. The Act of 1871 – Formally incorporated the municipal (city state) government of the
2258      District of Columbia as a separate nation operated according to its own government and
2259      code.
2260    32. Merriam's Estate, 36 NE 505, 506 22: "... the United States is to be regarded as a body
2261      politic and corporate.  ... It is suggested that the United States is to be regarded as a
2262      domestic corporation, so far as the State of New York is concerned.  We think this

contention has no support in reason or authority. ... The United States is a foreign corporation in relation to a State."

33. U.S. v. Anthony 24 Fed. 829 (1873) "The term resident and citizen of the United States is distinguished from a Citizen of one of the several states, in that the former is a special class of citizen created by Congress." Though the judge fails to fully admit the circumstance, "US citizenship" was created as an excuse for the "government" to claim ownership of all the slaves supposedly freed by the Civil War as chattel backing Union war debts. To this day, black Americans have only "Civil Rights".

34. U.S. v. Cruikshank, 92 U.S. 542, 23 L.Ed. 588, (1875). "There is in our political system [two governments], a government of the Several [50] States, and a government of the United States. Each is distinct from the other and has citizens of its own. A person may be a citizen of the United States and of a State, and as such have different rights."

35. United States v. Germane, 99 U.S. 508 (1879), Norton v. Shelby County, 118 U.S. 425, 441, 6 S.Ct. 1121 (1866), etc., dating to Pope v. Commissioner, 138 F.2d 1006, 1009 (6th Cir. 1943); where the state is concerned, the most recent corresponding decision was State v. Pinckney, 276 N.W.2d 433,436 (Iowa 1979). All these are supporting case law establishing res judicata regarding the nature of The United States (original TMO) and a State (one of "Several States" of the Union) as first expressed in the Merriam's Estate case cited above.

36. Title 8 USC §§ 1101(a), (3), (21) and (22) and Public Law, 15 U.S. Stat., Chapter 249, pps 223-224. Under Federal Code (the internal "law" of the United States of America, Inc.) there is no such thing as dual citizenship.

37. Title 8 USC 1101 (a) (21) the birthright status of "American Nationals" is recognized. Under the statutory law of the United States of America, Inc. there is absolute distinction between "US citizens" and "American Nationals".

38. The Clearfield Doctrine and USC Title 22: When a government operates as a commercial corporation it descends to the level of all such corporations and has no special powers or attributes. It is only when acting as a properly formed unincorporated Body Politic that a government exercises sovereign power of any kind. Virtually all governments operating in the world today are for-profit corporations under contract to provide governmental services. The American "US (Major)" government hasn't operated as a sovereign entity since 1865. The US (Minor) government operates as a corporation.

39. The Insular Tariff Cases, US Supreme Court, 1900-1904 – A series of US Supreme Court cases that resulted in allowing Congress to operate "the United States of America (Minor)"----DC, Guam, Puerto Rico, et alia---as a separate and foreign nation state **without regard for the requirements imposed by** The Constitution for the united States of America (Major). From one of the cases, Downes v. Bidwell, 182 U.S. 244 (1901), we quote Justice Marshall Harlan writing in dissent: "...two national governments, one to be maintained under the Constitution, with all its restrictions, the

## Final Judgment and Civil Orders
## **APRIL 11, 2014**

other to be maintained by Congress outside and independently of that instrument, by exercising such powers as other nations of the earth are accustomed to...a radical and mischievous change in our system of government will result...We will, in that event, pass from the era of constitutional liberty guarded and protected by a written constitution into an era of legislative absolutism...It will be an evil day for American liberty if the theory of a government outside the supreme law of the land finds lodgment in our constitutional jurisprudence."

40. Charter of The Corporation Trust Company of America, 1907 A.D.

41. Hendrick v. Maryland S.C. Reporter's Rd. 610-625. (1914) "A "US Citizen" upon leaving the District of Columbia becomes involved in "interstate commerce", as a "resident" does not have the common-law right to travel, of a Citizen of one of the several states."  This "power of the Congress" to rule over the people of the District of Columbia and the Insular states was used  as an excuse to impose Drivers Licenses on "US citizens" living outside the confines of the United States of America (Minor) and mis-applied to Citizens of The United States of America (Major)--- so-called "State Citizens" who were entrapped into contract by a process of mis-administration and legal presumption. This applies to the myriad "licenses" and "codes" that have been mis-applied to the American People under undisclosed, misrepresented, and otherwise invalid private contracts.

42. The Federal Reserve Act, 1913. Allows a private for-profit banking association doing business under the purposefully deceitful name of "Federal Reserve" to commandeer the national monetary and economic systems, allowing these banks to print money and back only a small "fractional" portion of it with gold or silver.  Later, they will be allowed to back the money with nothing at all but the promises of the US Congress.

43. Trading With the Enemy Act, Public Law No. 65-91 (40 Stat. L. 411) October 6, 1917, defines non-combatant American civilian Nationals and their States as "enemies" of the United States of America (Minor). This Act originally excluded citizens of the United States, but in the Act of March 9, 1933, Section 2 amended this to include "any person within the United States or any place subject to the jurisdiction thereof". This has been used as a self-serving and transparent excuse to commit fraud and violence against Americans who never recognized any such "state of war" between themselves or their States and the United States of America (Minor) and who were instead already owed full fiduciary care under commercial equity contract (The Constitution for the united States of America), reparations under the Lieber Code, and trusteeship from the Global Estate Trust.

44. The Maternity Act /The Sheppard-Towner Act, 1921, first foray into socialized medicine and "registration" of live births.

45. Minutes of the Geneva Convention(s), May 1930.  Declares international bankruptcy via treaties between the G5 nations. The United States of America, Inc. was bankrupted internationally along with the Trust Management Organizations of four European nations including Great Britain, which caused a domino effect worldwide bankruptcy.  Please note that the real property assets held by each national trust---- land, vegetation, animals,

natural resources, etc.--- are held in **perpetual trust** and are required to be unaffected by the ups and downs of any Trust Management Organization charged as Trustees to administer business affairs in behalf of the beneficiaries, who are the living people who inhabit the land of each country and continent.

46. Amended Charter renaming the above as The Corporation Trust Company, April 15, 1930.

47. Executive Order 6073 issued on March 10, 1933, created the "bank holiday" and closed the doors of the bankrupt government chartered banks (they were bankrupted as a whole because they operated under government charter, and because of the Great Fraud committed by the Governors of the several States, **not because they were individually bankrupt**).

48. Executive Order 6102 issued on April 5, 1933, prohibited "hoarding" gold and required people to turn it (their private property) in to the Federal Reserve Banks (the creditors) under the false and undisclosed presumption that they were volunteering to stand as sureties for the debts of the United States of America, Inc.

49. Executive Order 6111 issued on April 20, 1933, prohibited people from exporting gold. The creditors (banks) claimed that all the gold in private hands in the Several (now 50) States no longer belonged to the State Citizens and other Inhabitants, as a result of having been pledged by corporate officers of the privately owned and operated United States of America, Inc. acting as deceitfully named State "Governors" so confiscation of privately held American gold resources was instituted under conditions of false pretense and semantic deceit by officers of a bankrupted privately owned and operated Trust Management Organization and their creditors, privately owned and operated international banks---the World Bank (now IMF), IBRD, and Federal Reserve.

**H.J. Res 192, 73rd Congress, First Session, principally prior enrolled as Public Law, U.S. Statutes at Large, Vol. 1, Public Acts, 3rd Congress, 2nd Session, Chapter 48, especially 48.48.112** ---This is the commercial remedy that the perpetrators were required to create to make their confiscation of private gold and hypothecated titles to private land and business holdings "legal". This remedy like the underlying surreptitious hypothecation of debt and claims against private property made by the officers of the United States of America, Inc. against the American Nationals was never widely circulated or disclosed for obvious reasons. Unaware of how they'd been injured and abused by those obligated to act as their Trustees, the inhabitants of the land were equally unable to access this remedy, which was for the government corporation to literally pre-pay all debts owed by the *foreign situs* trusts created to stand as sureties of the United States of America, Inc. Like irresponsible teenagers promising to make the payments on a car, the US Congress "resolved" to pay its debts in such a way that the secondaries---

Final Judgment and Civil Orders
**APRIL 11, 2014**

the presumed co-signers on their loans, the *foreign situs* trusts they named after American Nationals---would never default, and in theory, the living American Nationals would never be dunned or otherwise impacted by their fraudulent semantic deceits and false claims.

In actual practice, the voucher and coupon system which should have been ubiquitously implemented never was, and the Internal Revenue Service, the agency responsible for both collecting taxes and dispensing credit owed individual accounts was split into two distinct and separate entities, the Internal Revenue Service operated by the Federal Reserve and the IRS operated by the International Monetary Fund, which colluded to confuse and defraud the living people, billing them "as if" they owed the tax bills and forcing them to pay the debts of the make-believe *foreign situs* trusts operated under their names using Federal Reserve Notes, a process that not only failed to pay the debts of these "fictional citizens" of the United States of America (Minor) but left the American Nationals even further in debt as a result of interest and service fees and import duties charged by the same banks.

50. U.S. Bankruptcy Act of 1933, especially Section 101 (11)--- Declares the American People as the Creditors, the "United States" as the Obligator, or Debtor. This established that the signatures of Americans were to be used as credit, but the "State" franchises of the United States of America, Inc, dba "United States", "State of Ohio", etc., and their Trustees, dba Secretary of the Treasury of Puerto Rico, Custodian of Alien Property, Comptroller of the Currency, etc., were to discharge **all** debts.

51. "Charges Against Board of Governors of the Federal Reserve Bank System, The Comptroller of the Currency and Secretary of the United States Treasury brought by Congressman Louis T. McFadden, May 23, 1933, Co-Chair of House Banking Committee, US Congressional Record, pp. 4055-4058"

52. The Naturalization Act of 1935. More deceitful efforts to entrap American Nationals and claim that they were "US citizens" subject to the whims of the "US CONGRESS".

53. 49 Statute 3097 Treaty Series 881 (Convention on Rights and Duties of States) December 26, 1933---enacted as a result of the bankruptcies, both national and international, by the US CONGRESS---newly redefined to operate the UNITED STATES, INC. --- replaced all the "statutory law" (Federal Code and State Statutes) with international law. That is, the bankrupted United States of America, Inc. continued in reorganization to function under Federal Code, but the UNITED STATES, INC. operated by the IMF operates under the Uniform Commercial Code and International Admiralty jurisdiction.

54. Social Security Act, 1935. Contrives under conditions of conceit and non-disclosure to register everyone applying for any job, public or private, and to conscript them under these conditions to act as unpaid "voluntary" Withholding Agents in behalf of the Puerto Rican Estate Trusts set up "in their names".

55. U.S. Congressional Record Proceedings and Debates of the 76th Congress, Monday August 19, 1940, Third Session, Debate of Honorable Judge Thorkelson, "Steps Toward British Union, A World State, and International Strife---Part 1".

56. Alien Registration Act, 1940 – mandated registration of the names of all living Americans to create estate trusts operating under their names in foreign maritime and admiralty jurisdictions.

57. Buck Act, 1940 ---"enfranchised" the ESTATES of American Nationals as "dual citizens" of The United States of America, and the United States of America (Minor) ------and their respective franchises of the UNITED STATES, INC. operated as "STATES of States" (See UCC 1-207 Definitions) allowed this "enfranchisement" to stand as an excuse for claims of ownership and controlling interest in the assets of the individual ESTATE trusts-----including the living men and women as slaves, and their private property as chattels still presumed to be "surety" for the debts of the United States of America, Inc. owed for the governmental services performed by the UNITED STATES, INC.

58. The Bretton Woods Accords, Inclusive, 1944, succeeded until 1971 in partial restoration of the Gold and Silver Standard, and as a secondary result, ceded control of all the agencies, assets, departments, logos, symbols, etc. to the UNITED NATIONS and its International Monetary Fund (IMF) agency merely doing business as the UNITED STATES. All STATE OF ALASKA offices are in fact UN corporate offices.

59. Hooven & Allison Vs. Evatt, 65 SCt.870, 880,321 U.S 652,89 L.Ed.12, 52 (1945) conclusively affirmed that there are two (2) distinctly different United States with TWO OPPOSITE FORMS OF GOVERNMENTS.

60. United Nations Charter, 1946. (Note, the commercial company dba UNITED NATIONS existed *prior* to the city-state being chartered as the "United Nations".)

61. Administrative Procedures Act (1946) provides statutory admission that the ESTATES of American Nationals are the priority creditors of the United States of America, Inc. and provides that American Nationals deemed to be civil executors and "federal contracting officers" administering their own ESTATES are enabled to bring administrative claims against the United States of America, Inc. assets and also against the UNITED STATES. This is where we got two court systems with differently styled names--- "The US District Court" and "THE US DISTRICT COURT" for example. This was the remedy offered to the victims of the first fraud for the **second** fraud carried out against them by the UNITED NATIONS and the US Bankruptcy Trustee, when they rolled the assets of the individual *foreign situs* trusts into Roman Inferior ESTATE trusts. Like the first remedy, this second remedy was never delivered to the people. The perpetrator banking cartels which were by now funding both the Courts and the COURTS simply ordered their employees not to recognize the identities and standing of the American Nationals,

## Final Judgment and Civil Orders
## **APRIL 11, 2014**

2460     conveniently laying claim to their ESTATES without providing remedy to them for the
2461     theft of controlling interest in their assets and misappropriation of their good faith and
2462     credit.
2463   62. MILOSZEWSKI v. SEARS ROEBUCK, 346 F.Supp. 119 (1972)(2).
2464     [Outside of Constitutional authority is 100% private authority – NO lawful authority. 18
2465     USC 2381-85 Treason - Sedition.] OPINION, FOX, Chief Judge (U.S. District Court of
2466     Michigan): "A mere statement of this fact may not seem very significant; corporations,
2467     after all, are not supposed to exercise the governmental powers with which the Bill of
2468     Rights was concerned. But this has been radically changed by the emergence of the
2469     public-private state. Today private institutions do exercise governmental power; more,
2470     indeed, than 'government' itself ... . We have two governments in America, then-one
2471     under the Constitution and a much greater one not under the Constitution. In short, the
2472     inapplicability of our Bill of Rights is one of the crucial facts of American life today." **In
2473     fact, American Nationals are owed the Bill of Rights as they always have been. "US
2474     citizens" are not owed the Bill of Rights.** The problem is that we have all been self-
2475     interestedly mis-identified as "US citizens"---a crime known as "personage" carried out
2476     against us by individuals and corporations in our employment and under contract to
2477     provide governmental services.
2478   63. Foreign Sovereign Immunity Act, 1976. This releases all "State" laws and statutes to
2479     international jurisdiction, specifically to the Uniform Commercial Code (maritime law).
2480     The corporate franchises calling themselves "States" continue to publish their own
2481     copyrighted version of the Uniform Commercial Code with addendums and label it as
2482     "Statutes" but these have no actual enabling clause.
2483   64. Title 22 USC, Chapter 11, all public officials designated foreign agents.
2484   65. 22 CFR 92, 12-92.31 "Foreign Relationship" requires an oath of office, and Title 8 USC
2485     1481 states that once an oath of office is taken, **citizenship is relinquished**. As a result,
2486     when American Nationals are arbitrarily defined as "US citizens" and harassed by agents
2487     of the United States of America (Minor) and the UNITED STATES, INC. into acting as
2488     "Withholding Agents", "Federal Contracting Agents", or members of the Armed Forces,
2489     or as Federal Employees of any stamp, they temporarily and **for as long as they continue
2490     to act "in office"** lose the protections and benefits of their birthright citizenship. This
2491     "presumption of employment" is often used by the corporate administrative tribunals to
2492     defraud and abuse American Nationals who are owed all the protections of The
2493     Constitution for the united States of America and the United Nations Declaration of
2494     Human Rights and also good faith service under contract.
2495   66. Title 28 USC 3002, Section 15 (A), "United States" is a Federal Corporation, **not a
2496     government**, including the Judicial Procedural Section.
2497   67. Court Registry Investment System Charter and Operations Manuel
2498   68. Committee on Uniform Securities Identification Procedures Minutes and Publications
2499   69. The Federal Prison Industry, Inc. Charter, dba UNICOR

2500  70. The American Bar Association Style Manual.
2501  71. Black's Law Dictionary, Fifth Edition.
2502  72. Title 28 USC, Chapter 176, Federal Debt Collection Procedure --- places all courts
2503  formerly operated by the United States of America, Inc. in equity and commerce venues
2504  under the International Monetary Fund, that is, in receivership and acting as corporate
2505  tribunals of the IMF, including "STATE" franchise courts.
2506  73. UNITED STATES is a commercial corporation chartered in France by the International
2507  Monetary Fund, an agency of the UNITED NATIONS chartered by the Vatican.
2508  74. Maxims of Law including "Fraud vitiates everything."
2509  75. Universal Postal Treaty for the Americas 2010.
2510  76. Burton's Legal Thesaurus, 5th Edition.

2511

2512  **WHERE TO NOW?**

2513  **(Slightly amended April 20, 2014)**

2514  Since issuing the FINAL JUDGMENT AND CIVIL ORDERS people have asked, now what?
2515  We are not standing in the Shoes of the Fishermen. All we can provide is an educated opinion
2516  offered in goodwill to the American people. Here is what we would do:

2517  **As individuals:** know who you are and take action accordingly. Are you a birthright American
2518  National? Or are you rightly considered a "US citizen"? If you are a "US citizen" is it a
2519  permanent or temporary condition of employment?

2520  **Federal employees and members of the active duty military** are considered "US citizens"
2521  during their employment, but they have the absolute right to quit their jobs or void their contracts
2522  (military service) if they are required to act in any manner contrary to the Law of the Land
2523  known as "The Constitution for the united States of America" while on the land.

2524  **All American Negroes** are similarly considered "US citizens" because the individual states did
2525  not act to formally recognize their State Citizenship at the end of the Civil War; however, this
2526  condition can be addressed in a number of ways. First, the United States of America (Minor) has
2527  guaranteed "equal civil rights"----equal to the rights of American Nationals, which includes the
2528  right to refuse any claims made by the United States of America (Minor) upon you, your persons,
2529  or your ESTATES. Second, you can push the reorganized and lawful state legislatures to
2530  formally recognize your equal status as Americans born on the land of the American states. That
2531  should have been done 150 years ago, but better late than never.


# Final Judgment and Civil Orders
## APRIL 11, 2014

**"Foreign" Welfare Recipients** --- Americans are considered to be "foreigners" with respect to the United States of America (Minor) and anyone receiving welfare benefits is considered to be a "US citizen", however, because these programs have been funded with American credit obtained under conditions of fraud and often have been entirely paid for by the recipients as a group (as in the case of Social Security), some other compelling basis would have to be established before the United States of America (Minor) could convincingly claim American welfare recipients as "US citizens".

**Retirees** – the United States of America (Minor) will no doubt attempt to claim that American Retirees owed Social Security Insurance coverage are "welfare recipients" receiving "benefits" (see above).  Individual retirees need to object to this "interpretation" of their status and give notice to the Social Security Administration that it is their understanding that Social Security is and was a retirement insurance program that they paid into and are vested in, and not in any way welfare or benefit of any Public Charitable Trust.  This is just more self-interested deceit. American workers paid for every drop of their retirement insurance coverage and are grandfathered in once vested, just as with any other **private** insurance program. Receipt of Social Security payments does not provide any claim against your status as an American National.  If the Social Security Administration goes bankrupt, the United States of America (Minor) will be charged as secondary, and so on up the food chain.

**Obammacare** – is a brazen attempt to corner the market on medical insurance by the federal corporation. Ask yourselves----does Blue Cross have any right to "tax" me or force me to buy insurance coverage from them?  If not, neither does E PLURIBUS UNUM THE UNITED STATES OF AMERICA, Inc.   Just say, "No." You are not a "US citizen" and you are not obligated to pay or obey.

**Internal Revenue/IRS** --- recognize that these are two separate agencies, one representing the Federal Reserve System, one representing the International Monetary Fund.   They act in two separate roles. One owes you a lot of money and is obligated to pay any and all debts your ESTATE may owe from a credit account established using nine digits without dashes: *123456789" and the other is owed moderate service fees for providing public services and operates a debt account under the same number separated by dashes: 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.   These two agencies work together to defraud you, but you have the absolute right to act as the Civil Executor on the Land of your own ESTATE, and once you have proven who you are, you have every right to tell the holder of the debt (IRS) to bill the holder of the credit (Internal Revenue Service) and to discharge any taxes, tithes, or fees owed by the ESTATE.

**State Legislators** – immediately enter your **public offices**, take valid oaths to the "Alaska state" and the "living Alaskan people" (or whatever other state, such as "illinois" and people "Illionoians" you believe you represent), and act together as an **unincorporated** Body Politic to demand (1) release of all land within the state's geographically defined borders that are not specifically granted for "federal" use under permit, such as "federal courthouses", military bases,

2570   arsenals, etc. that are traditionally allocated to the use of the "federal government", (2) recognize
2571   that the "United States senators" are still under their original obligation to the state legislatures –
2572   they work for you and are accountable to the state, not the federal corporation, not the United
2573   States of America (Minor) and not the IMF.   Demand that they account for their actions and
2574   inactions and remove them from public office if they have failed to abide by "The Constitution
2575   for the united States of America" and "The Alaska Statehood Compact" (just substitute the name
2576   of your state), (3) recognize that the "US congress members" are similarly directly accountable
2577   to the people of the state and demand that they immediately act to release all false claims against
2578   state and private property assets that have been made via the use of legal fiction entities however
2579   constructed, together with all false titles to land and other assets held under color of law, (4)
2580   recognize only "state banks" operated under state control and force all "national banks" to
2581   submit to state banking rules in order to do business in your state--- and make sure those rules
2582   are explicit in denying the use of "off book" accounts and other practices not allowed by Basel I,
2583   II, and III, (5) force all "courts" currently operating in your state to declare exactly who or what
2584   is operating them, and in what jurisdiction they are operating, and for what purpose(s) they are
2585   operating and make them openly, freely, and officially declare their nature and status so that
2586   people are no longer hoodwinked, (6) void the charters of all municipalities and boroughs
2587   operating in your state that have been issued under the auspices of the United States of America
2588   (Minor) or the UNITED STATES; these entities are under foreign obligation and have been
2589   established under conditions of fraud based on semantic deceit; so provide substitute issuance/ of
2590   city and other government unit charters as appropriate.

2591   **Note that inhabiting an American public office requires you to act with 100% commercial**
2592   **liability and according to The Constitution for the united States of America.  As a result,**
2593   **you wield ultimate power, but to exercise this power you must also accept ultimate**
2594   **responsibility.** Also recognize that your acceptance of public office does not confer any special
2595   magic power or serve to make you "more equal" than any other birthright American. All
2596   Americans who accept the responsibility of a civil office may exercise it, because the **entire**
2597   power of the civil government is vested in **every** American without exception.

2598   **You cannot claim any control over public assets based on your public office while**
2599   **operating in a private capacity.**  For example, you cannot sign a valid contract selling the
2600   Alaska state's oil resources while enjoying any limited liability whatsoever, and you cannot
2601   make any such agreements in conflict of interest.

2602   **Governors of states** --- See above.

2603   **"US" congress members and "senators"**---- Find a distinct and unequivocal name for the
2604   United States of America (Minor) and end the semantic deceits and crimes that have been

## Final Judgment and Civil Orders
### APRIL 11, 2014

2605   perpetuated as a result of this purposeful confusion at law.   When you are operating the
2606   Municipal government, or the Insular States government, either one, make it clear to everyone
2607   everywhere that that is the capacity in which you are acting and do not allow any sloppy
2608   interpretation of your authorities and actions to bleed over and impact American Nationals.

2609   **Judges, Lawyers, Court Clerks, Judicial Councils** --- If you've read the rest of this document,
2610   it should be apparent that you are not required to be a member of the Bar Association.   We
2611   suggest tearing up your Bar and/or BAR cards and forming a state-based professional association
2612   that accomplishes the worthy and positive functions of such an organization without the
2613   corruption and negative elements.   Nobody is prevented from practicing law in America and
2614   never has been, nor is anyone prevented from offering **lawful** service.   Set up your own courts as
2615   loyal Americans, include service under American Common Law, and have at it.   The Bar
2616   Associations have long functioned as "closed union shops" and in violation of Taft-Hartley. Bust
2617   them for it.

2618   The actual 13th Amendment to The Constitution for the united States of America does NOT
2619   prevent you from serving your country or from plying your trade.   It simply prevents you from
2620   serving a foreign government (that of the city state of Westminster) and accepting titles from that
2621   government as a Bar Association Member.   So, purge your ranks of liars and traitors, do the
2622   right thing as Americans, and you'll be fine.   Otherwise, pack your belongings and go.   You have
2623   three years as of July 1, 2013 to settle your affairs and leave, provided that you do no harm to
2624   anyone else and do not infringe upon the material interests of any American National in the
2625   meantime and do not operate as an Undeclared Foreign Agent on our soil.   If you cause any such
2626   trouble, you will be immediately arrested and deported.

2627   **Bankers** -  Obviously, if you've been operating a "national" bank without the American nation
2628   on American soil and proposing to conscript Americans as debt slaves via the self-interested
2629   presumption that American Nationals are "US citizens," you are in a heap of trouble, and need to
2630   quickly, quietly, and determinedly make changes to recognize the interests of the American
2631   Nationals in their own private accounts, and to admit all off-book and escrow and demand
2632   accounts the bank has held or processed for federal corporations "in the name of" American
2633   Nationals.

2634   All fiat money systems based on "Notes" whether "Federal Reserve Notes" or "US Treasury
2635   Notes" are illegal in America, aka, The United States of America (Major) composed of 50
2636   organic states, and you are under complete demand to provide legal tender based on gold and
2637   silver coin standards.   Otherwise, your clientele will be strictly limited to "US citizens" and you
2638   will be under full obligation to completely reveal (1) the difference between "US citizens" and
2639   "American Nationals" and precluded from offering service to any American National; (2)
2640   required to prove the citizenship status of all clients and that they have adopted that status
2641   knowingly, willingly, and under conditions of complete, explicit, and fully discussed disclosure
2642   of the consequences as well as any benefits, (3) honor the living status of American Nationals

2643 and never again create accounts merely "in the name" of any living man or woman born on the
2644 land of the American states based on "representations" made in their behalf, (4) commit no act of
2645 false advertising, such as advertising "loans" based on the customer's own credit.    All national
2646 banks operating facilities on the land of the states will be obliged to conform to state standards
2647 and function according to "The Constitution for the united States of America" when addressing
2648 or offering services of any kind to American Nationals.

2649 The circumstance that American Nationals have suffered in having no money with which to pay
2650 debts is entirely the fault of the private, for-profit corporations under contract to provide these
2651 governmental services and the Department of Defense Financial Services Administration.  Any
2652 bank proposing to offer service to the American Nationals must provide interest free commodity
2653 based real money subject to the gold and silver coin standard, not corporate I.O.U.'s, not fiat
2654 "debt notes", and cannot charge any interest, make any loan, or offer to indebt any American
2655 National or state on the basis of failure to provide such service.

2656 **Military Officers, Police, Provost Marshals, Civilian Employees of DOD** -  Remember who
2657 you actually work for and make no mistake.  There are two different populations being served.
2658 American Nationals pay for your services and are owed your good faith service and dedication.
2659 "US citizens" are allowed to be present on the land of the organic states, but operate (at present)
2660 under a different government and are not owed the same protections, rights, and guarantees.  All
2661 American Nationals are owed all protections of their national trust indenture and commercial
2662 service contract known as "The Constitution for the united States of America" and any law, rule,
2663 statute, or code serving to infringe upon them or their material rights in contravention of **their**
2664 Constitution is a violation of the Law of the Land and the Supreme Law of the Land which you
2665 are obligated to observe, honor, and protect under contract.

# Final Judgment and Civil Orders
## APRIL 11, 2014