2 of 3

Case 3:19-mc-00029-MW-MJF    Document 1-0    Filed 02/27/19    Page 1 of 5 PageID 57

**Mazon Patricia**

| | |
|---|---|
| From: | Brown, Larry (USMS) |
| Sent: | Tuesday, February 17, 2015 5:43 AM |
| To: | Jauregui, Eddie (USACAC) |
| Cc: | Mazon Patricia |
| Subject: | Pics and Prints |
| Attachments: | Gullett pic and print.pdf |

✓ war criminal

Eddie/Patricia

Don't let the pictures fool you. Although at first when told he would be processed he refused. Tod fact is he is making in the pictures are him smelling and comforting his own face voluntarily.

He offered no resistance except to tuck his chin into his chest. As soon as he felt the hand underneath his chin he very agreeingly lifted his head and began smelling as if he were being forced. He even laughed a few times sticking his tongue out while we were taking his pictures. He thought this was a game.

He was under no duress.

Call me if you need anything else.

r/s,

Larry "LDB" Brown ← war criminal
Deputy U.S. Marshal
Protective Intelligence/Judicial Security
Middle District of Florida
Jacksonville Division

***This information is for U.S. Marshals Service LIMITED OFFICIAL USE and is LAW ENFORCEMENT SENSITIVE. E-mails are protected under the Electronic Communications Privacy Act, 18 U.S.C. 119 Sections 2510, 2511, and 2521. Dissemination to non-law enforcement sources is strictly prohibited without prior approval. Any inquiries concerning this information should be directed to the sender of this email.***

GULLETT 002504



United States Marshals Service – LIMITED OFFICIAL USE
Booking Package Photos

Prepared on: 02/12/2015

Case Number: SDFLMA0: 07013-016
CDFI: FJAGGB108

Last Name: GULLETT
First Name: PAQUAI
Middle Name: EZCOBAR

Sex: M
Race: 
SSN: ____-__-0977

View: FRONT
Date Taken: 02/12/2015

Height: 5'11"
Weight: 215 Lbs

Eye Color: BRO
Hair Color: BLK

Date of Arrest: 02/12/2015
FBI Number: 603708EA

Brutality by
FL US Marshals →
300 N Hogan Street
Jax, FL 32202

View: RIGHT
Date Taken: 02/12/2015

This information is the Property of the U.S. Marshals Service and Shall Not Be Publicly Released or Disseminated without U.S. Marshals Service Approval.
"Limited Official Use"
Page 1 of 2

GULLETT

Marxen Patricia

From: Brown, Larry (USMS)
Sent: Monday, February 09, 2015 9:29 AM
To: Donovan, Daniel (USMS)
Cc: Marxen Patricia
Subject: GULLETT, Taequon PID 9701714

On February 7, 2015 State Department agents from Ft Myers, Florida produced a new arrest. HEPHZIBAH, Syteria HEPHZIBAH was arrested for fraudulent U.S. passport applications.

While processing HEPHZIBAH, she provided deputies with information as to her family. Masaik Rashe El was identified as her son and resisted at the same address as she, 422 L 27th St, Jacksonville, FL 32206.

While HEPHZIBAH was in USMS custody, two individuals appeared on her behalf at the front window of the U.S. Marshal's office Jacksonville. They requested assistance from the USMS in filing documentation to the U.S. Clerk's office. One of the individuals identified himself as Masaik Rashe El. The USMS denied them their request, however, they left a copy of what they intended to file with the USMS.

Shortly thereafter, DUSM Brown was contacted by the chambers of Judge Patricia Barksdale in reference to emails received from Masaik Rashe El. El had sent pseudo court filings directly to Judge Barksdale's email that were of a sovereign citizen nature. It was later determined that El's mother, HEPHZIBAH and her are involved in a sovereign citizen movement and both identify themselves as sovereign citizens. They do not acknowledge the federal court's authority.

Brown researched El in order to open an I/C case on him. In doing so Brown identified Masaik Rashe El as the AKA for Taequon GULLETT. GULLETT's # 8/M, 5'11", 215lbs, DOB 10/08/1977 and, SSN 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. When attempting to place GULLETT in JDIS as the sender of an I/C it was discovered he had a previously established PID assigned. Brown researched the PID and found that GULLETT had a sealed warrant for his arrest out of C/CA for FALSE, FICTITIOUS and FRAUDULENT CLAIMS AGAINST THE UNITED STATES; RETALIATION AGAINST A FEDERAL LAW ENFORCEMENT OFFICER BY FALSE CLAIM or SLANDER OR TITLE; CAUSING AN ACT TO BE DONE. Title 18, USC Section 287;1521(2)(b). The warrant was issued by the IRS in C/CA.

Brown contacted the lead investigating agent of the IRS in C/CA, Patricia Mazon and notified her of GULLETT's location. Mazon contacted the U.S. Marshals in the Los Angeles Division of C/CA and requested their assistance in arresting GULLETT. Brown was contacted by DUSMs in C/CA who stated they are sending a collateral lead for the arrest of GULLETT while he was in Jacksonville.

Please contact me if you have any questions.

r/s,

Larry "LDB" Brown
Deputy U.S. Marshal
Protective Intelligence/Judicial Security
Middle District of Florida
Jacksonville Division

GULLETT 002507

# manta

(/cs/mmf3k6z/fci-coleman-medium?q=fci+coleman+medium+Coleman+Florida&cx=000513454314247386359%3Aarvxicegnim&cof=FORID

## Fci Coleman Medium (/c/mmf3k6z/fci-coleman-medium)

*Federal Bureau Of Prisons*
846 Ne 54th Terrace
Coleman, FL 33521
Phone: Show Number
Web: www.bop.gov (/api/v1/urlverify/http%3A%2F%2Fwww.bop.gov)
Ad
GlobalTel.net
Inmate Call Savings Service For Friends & Families.
globaltel.net
Fci Coleman Medium is a privately held company in Coleman, FL .

[Own This Business?]

Categorized under Prison, Government.

## Featured Content



8 Essential Google Analytics Metrics You Need to Know
(https://www.manta.com/resources/small-business-advice/8-essential-google-analytics/)

# Honorable Timothy J Corrigan (/c/mmpy49d/honorable-timothy-j-corrigan)

Jacksonville, FL 32209

Phone: 🌐 Show Number

Ad

<u>Shopping for Tile Flooring?</u>

Huge Selection of Tile Flooring at Great Prices, Call or

<u>flooringamericajacksonville.com/Tile</u>

Honorable Timothy J Corrigan is a privately held company in Jacksonville, FL.

Own This Business?

Categorized under Government Offices. Current estimates show this company has an annual revenue of unknown and employs a staff of approximately 5 to 9.

## 🔲 Featured Content



8 Essential Google Analytics Metrics You Need to Know
(https://www.manta.com/resources/small-business-advice/8-essential-google-analytics/)

7/17/2019 Case 3:19-mc-00029-MMH-JRK Document 8 - Entered on FLSD Docket 10/14/2020 Page 97 PageID 407

# US Marshall (/c/mmd0q21/us-marshall)

300 North Hogan Street 2 450
Jacksonville, FL 32202
Phone: 📞 Show Number
Web: Usmarshals.gov (/urlverify?redirect=http://Usmarshals.gov&s=1d2400a4f882bdef7d40058bcd865e8f&cb=2993588&emid=mmd0q21)
Ad
<u>Arrest Records: 2 Secrets</u>
Find Addresses, Phone Numbers, Felonies, Traffic Rec
<u>Instant Checkmate</u>
US Marshall is a privately held company in Jacksonville, FL and is a Unknown business.

Own This Business?

Categorized under Business Services (Unclassified). Our records show it was established in 2005 and incorporated in Florida. Current estimates show this company has an annual revenue of unknown and employs a staff of approximately 20 to 49.

## 🖼 Featured Content



6 Financing Options to Help You Survive a Cash Flow Crunch
(https://www.manta.com/resources/small-business-advice/6-financing-options-help-survive-cash-flow-crunch/)