# Honorable Angela C Dempsey (/c/mtw3llq/honorable-angela-c-dempsey)

Tallahassee, FL 32301
Phone: 🕽 Show Number

Honorable Angela C Dempsey is a privately held company in Tallahassee, FL.

[ Own This Business? ]

Categorized under County Government Offices. Current estimates show this company has an annual revenue of unknown and employs a staff of approximately 5 to 9.

## 🗐 Featured Content



8 Essential Google Analytics Metrics You Need to Know
(https://www.manta.com/resources/small-business-advice/8-essential-google-analytics/)

IN THE CIRCUIT COURT OF THE
SECOND JUDICIAL CIRCUIT, IN
AND FOR LEON COUNTY, FLORIDA

STATE OF FLORIDA,            CASE NO.: 2015CF3444
vs.

SYTERIA HEPHZIBAH,          SPN: 242901

    Defendant.                     DIV.: B
_____/

## ORDER ADJUDGING DEFENDANT INCOMPETENT TO PROCEED
## AND
## PLACING DEFENDANT ON CONDITIONAL RELEASE

THIS CAUSE having come to be heard before the Court, and the questions of the competency of the Defendant in this cause to proceed having been raised in accordance with the provisions of Rule 3.211(a), Fla. R. Crim. P., and s. 916.12, Fla. Stat. (Supp. 1998), the Court appointed **Dr. MARTIN E. FALB, Ph.D., P.A.** to examine the Defendant and to report to the Court on whether the Defendant is competent to proceed and, if not, to report on any recommended treatment for the Defendant to attain competency to proceed. The Court having received:

    __X__ the written reports

    _____ the oral testimony

    _____ both written reports and oral testimony

of the above-named experts and others in relation to the issue of the Defendant's competency to proceed and need for treatment, the court hereby makes the following Findings of Fact and Conclusions of Law:

### FINDINGS OF FACTS

1.    The Defendant suffers from a major mental illness.

2.    The Defendant is incompetent to proceed.

3. The Defendant is in need of competency restoration training and such training is available in the community.

4. The Defendant does not meet the criteria for placement in an inpatient program.

## CONCLUSIONS OF LAW

A. The Defendant is incompetent to proceed due to the Defendant's mental illness as defined in s. 916.106(11), Fla. Stat. (Supp. 1998).

B. The Defendant is incompetent to proceed with

    __X__ pre-trial hearings

    __X__ entry of a plea

    __X__ the trial of the case

    __X__ sentencing

    __X__ violation of probation or community control proceedings

    __X__ hearings on issues regarding a defendant's failure to comply with court orders or conditions

    __X__ other matters where the mental competence of the defendant is necessary, i.e. _____

C. The Defendant does not meet the criteria for commitment to a treatment facility of the Department of Children and Families as provided in s. 916.13(1), Fla. Stat. (Supp. 1998), but is in need of outpatient treatment to restore competency to proceed.

Based upon the FINDINGS OF FACTS and CONCLUSIONS OF LAW, it is ORDERED AND ADJUDGED that:

1. The Defendant is incompetent to proceed due to the Defendant's mental illness as defined in s. 916.106(11), Fla. Stat. (Supp. 1998) and all further proceedings are hereby stayed.

2. The Defendant does not meet the criteria for commitment to a treatment facility of the Department of Children and Families as provided in s. 916.13(1), Fla. Stat. (Supp. 1998), but is in need of outpatient treatment to restore competency to proceed.

3. Accordingly, the Defendant is hereby released, pursuant to s. 916.17, Fla. Stat. (Supp. 1998) and Rules 3.212(8)(d) and 3.219, Fla. R. Crim. P., on the following release conditions:

    a. The Defendant shall meet with his assigned case manager/ competency restoration specialist as required for the purpose of monitoring compliance with the Conditions of the Release. These meetings may include scheduled office visits or scheduled and/or random home visits.

    b. The Defendant will reside at **422 E. 27TH Street, Jacksonville, FL  32207 by herself; brother Arthur Newsome's phone #: (904) 994-3833; Pastor Bertie Vereen's phone#:  904-503-7285.** The Defendant shall not change his address/living situation without prior written approval from the Judge who maintains jurisdiction over his case.

    c. The Defendant will take psychotropic medication as prescribed by his treating psychiatrist.

    d. The Defendant will not drink alcohol or use illegal substances of any kind.

    e. The Defendant will not possess or use any firearms or other weapons of any kind; and will not participate in any acts of violence.

    f. The Defendant is to report for further court-ordered evaluation regarding competency to proceed at specified times during such release period.

    g. The Defendant will have no contact with the victim/s in his case

    h. The Defendant shall obey all municipal, state, and federal laws.

    i. The Defendant shall not to leave the state of Florida without written permission from the judge who maintains jurisdiction over my case.

**4. The forensic team at Apalachee Center Inc., shall be responsible for facilitating an intrastate forensic transfer to the appropriate agency that provides continuing mental health treatment and competency restoration training, to ensure that the Defendant continues with mental health treatment competency restoration training. Apalachee Center Inc. shall provide written documentation and confirmation of the transfer to the court and all parties on the distribution page of this order within 30 days of the date of this order. Further, the provider receiving the Defendant for mental health treatment and competency restoration services will provide the court with reports regarding the Defendant's compliance with the conditions of release and her progress in treatment. These reports will be submitted every month or as required by the court.**

5. **The Defendant will be released to her brother Arthur Newsome on Tuesday, April 30, 2019.**

6. The Defendant understands the conditions of release listed and agrees to comply with them.

7. Should the Defendant fail to comply with the terms of his/her conditional release, this Order directs all sheriffs of this state to render aid and assistance in the arrest and detention of the defendant and detain him/her pending transfer to the Leon County Jail. The detaining sheriff's deputy shall immediately notify the Leon County Sheriff Department to arrange for the transfer of the Defendant to the Leon County Jail. The court shall hold a hearing within seven (7) days and the Court may enter such orders as it deems appropriate or necessary in accordance with Fla. R. Crim. P. 3.219 and '916.17(2), Fla. Stat. In accordance with Fla. R. Crim. P. 3.219(b), the court, after hearing, may modify the conditions or release or may order the Defendant be recommitted to the Department of Children and Families or The Agency for Persons with Disabilities.

8. The Court hereby retains jurisdiction in this cause, pursuant to s. 916.16, Fla. Stat. (Supp. 1998), for the entry of such Order as may be necessary or appropriate.

DONE AND ORDERED at the Leon County Courthouse, Leon County, Florida, this ____ day of _____, 2014.

_____

JUDGE ANGELA DEMPSEY

CIRCUIT JUDGE

Copies furnished to:

Office of the State Attorney:  Kathleen Bogenschutz

Defense Counsel: Elizabeth Vallejo

Criminal Case Management Unit

Damenian Carter
Forensic Supervisor, Apalachee Ctr, 2634 Capital Cir NE, Tallahassee, Fl 32308

# Conditional Release Plan

## Syteria Hephzibah

### Case Number: 2015CF3444 (SPN#242901)

Date Plan Submitted: **April 22, 2019**

TO: **Honorable Judge Angela C. Dempsey** in the 2nd Judicial Circuit

**General Conditions:**

I **Syteria Hephzibah** understand that I have been found by the Court to be **Incompetent To Proceed** pursuant to Chapter 916, F.S., and that I am being considered for Conditional Release status. I understand that I will be expected to follow the conditions listed below in order to remain living in the community. I specifically agree:

1) To obey all municipal, state, and federal laws.

2) Not to leave the state of Florida without written permission from the judge who maintains jurisdiction over my case.

3) To live at **422 E. 27th Street, Jacksonville, FL 32207; brother is Arthur Newsome and his phone number is (904) 994 – 3833 and Pastor is Bertie Vereen and her number is (904) 503-7285.** I agree not to change my address/living situation without prior written approval from my case manager or the **Judge** who maintains jurisdiction over my case.

4) Not to own, possess, or have access to firearms or any other illegal weapons.

5) To provide any release of information requested by my treating physician, case manager, Forensic Specialist, or other treatment staff concerning my mental health and compliance with the conditions of this Conditional Release Plan.

6) Not to take or possess any illegal drugs or prescribed medications unless prescribed by my treating physician.

7) To follow the terms of my treatment plan, whether or not they are specified in this Conditional Release Plan.

8) To complete any necessary forms for payment of services to the best of my ability.

9) To understand that, even though I may not have violated any Conditions of Release, I may be re-hospitalized or placed in a crisis stabilization facility if my mental health deteriorates to such a point that hospitalization or stabilization is necessary for my safety and /or the safety of the community.

**Specific Conditions:** (include any or all of the following, to be tailored to the individual's needs and specific situation).

1) Not to consume alcoholic beverages or any drugs not lawfully obtained.

2) To meet with my assigned case manager/ competency restoration specialist **on a weekly basis** for the purpose of monitoring compliance with the Conditions of the Release. These meetings may include scheduled office visits or scheduled and/or random home visits.

3) **To take all medications as prescribed by my treating psychiatrist and/or physician.**

4) To cooperate with the collection of laboratory specimens including testing of blood, breath, or urine for alcohol, illicit drugs, and therapeutic medication levels. I understand that some of these requests may be random and unscheduled.

5) **To meet with the assigned agency for Competency Training as scheduled. I understand that the Court is directing the assigned agency to provide competency restoration training, psychiatry services and forensic case management. I understand that the assigned agency will submit monthly reports to all court parties on the distribution page of this plan, regarding my compliance and progress with competency training. Such reports shall commence within 30 days of the date of this conditional release plan. I also understand that Apalachee Center Inc. in Tallahassee will be responsible for coordinating the intrastate transfer of my case to the assigned agency in Duval County, FL and notifying the Court in writing when this is done, but no later than 30 days from the signing of this plan.**

6) To cooperate with all requests for Psychological Testing.

7) To comply with any other special conditions deemed necessary by the mental health staff responsible for my treatment.

8) If I am unable to attend a meeting or session as required by this Conditional Release Plan, I will provide advance notice by telephoning the person with whom I was scheduled to meet. If I am unable to contact this person, I will call the following individual/ agency:

   Alternative Contact #1: **Case Manager to be assigned in Duval County, FL.**

   Telephone Number: **TBD**

   Alternative Contact #2: **Damenian Carter, Forensic Services Supervisor**

   Telephone Number: **(850) 523-3333 x 4575**

9) To make arrangements for my transportation between my residence and meetings, appointments and activities and/or attend all meetings, appointments and activities as required by this Plan. I understand that missing meetings, appointments and activities because of a lack of transportation will not be accepted as an excuse.

10) To have no contact with the victim/s in my case.

11) The Defendant agrees to waive his/her right to confidentiality to all parties, designees or successors assigned to his/her case(s), including the Leon County Clerk of Court, law enforcement agencies, the Office of the State Attorney, the defense, the Apalachee Center Inc., and the Office of Court Administration. This waiver of confidentiality includes, but is not limited to, all past and future information regarding the Defendant's inpatient and outpatient evaluations, medical, mental health, psychiatric, psychological and substance abuse treatment records as it pertains to his/her cases and compliance with treatment.

**Individual Agreement:**

I have read or had read to me and understand and accept the conditions under which I will be

released by the Court. I agree to abide and conform to them and fully understand that my failure to do so may result in:

a) revocation of Conditional Release;

b) modification of the Conditional Release Plan;

c) notification of the Court and proper legal authorities;

d) emergency hospitalization, pursuant to Chapter 916, F.S.; and,

e) arrest and prosecution.

**I also understand that I will be released to my brother Arthur Newsome on Tuesday, April 30, 2019 to be transported back to Duval County, FL.**

The following individuals participated in the development of this Conditional Release Plan and/or reviewed and approved the plan:

Name: Brenda Mueller    Title: Criminal Court Coordinator    Date Reviewed: 4/22/2019

Name: _____ Title: _____ Date Reviewed: _____

Name: _____ Title: _____ Date Reviewed: _____

**Approved, accepted, ordered, and adjudged, this _____ day of _____, 20___**


Judge Angela C. Dempsey

Circuit Judge

Copies to:

Kathleen Bogenschutz: Office of the State Attorney

Elizabeth Vallejo: Defense Attorney

Court Administration – Criminal Case Management Unit

Damenian Carter: Apalachee Center Inc.

**Specific Conditions:** (include any or all of the following, to be tailored to the individual's needs and specific situation).

1) Not to consume alcoholic beverages or any drugs not lawfully obtained.

2) To meet with my assigned case manager/ competency restoration specialist **on a weekly basis** for the purpose of monitoring compliance with the Conditions of the Release. These meetings may include scheduled office visits or scheduled and/or random home visits.

3) **To take all medications as prescribed by my treating psychiatrist and/or physician.**

4) To cooperate with the collection of laboratory specimens including testing of blood, breath, or urine for alcohol, illicit drugs, and therapeutic medication levels. I understand that some of these requests may be random and unscheduled.

5) **To meet with the assigned agency for Competency Training as scheduled. I understand that the Court is directing the assigned agency to provide competency restoration training, psychiatry services and forensic case management. I understand that the assigned agency will submit monthly reports to all court parties on the distribution page of this plan, regarding my compliance and progress with competency training. Such reports shall commence within 30 days of the date of this conditional release plan. I also understand that Apalachee Center Inc. in Tallahassee will be responsible for coordinating the intrastate transfer of my case to the assigned agency in Duval County, FL and notifying the Court in writing when this is done, but no later than 30 days from the signing of this plan.**

6) To cooperate with all requests for Psychological Testing.

7) To comply with any other special conditions deemed necessary by the mental health staff responsible for my treatment.

8) If I am unable to attend a meeting or session as required by this Conditional Release Plan, I will provide advance notice by telephoning the person with whom I was scheduled to meet. If I am unable to contact this person, I will call the following individual/ agency:

   Alternative Contact #1: **Case Manager to be assigned in Duval County, FL.**

   Telephone Number: **TBD**

   Alternative Contact #2: **Damenian Carter, Forensic Services Supervisor**

   Telephone Number: **(850) 523-3333 x 4575**

9) To make arrangements for my transportation between my residence and meetings, appointments and activities and/or attend all meetings, appointments and activities as required by this Plan. I understand that missing meetings, appointments and activities because of a lack of transportation will not be accepted as an excuse.

10) To have no contact with the victim/s in my case.

8. The Court hereby retains jurisdiction in this cause, pursuant to s. 916.16, Fla. Stat. (Supp. 1998), for the entry of such Order as may be necessary or appropriate.

DONE AND ORDERED at the Leon County Courthouse, Leon County, Florida, this ____ day of _____, 2014.

_____

JUDGE ANGELA DEMPSEY

CIRCUIT JUDGE

Copies furnished to:

Office of the State Attorney: Kathleen Bogenschutz

Defense Counsel: Elizabeth Vallejo

Criminal Case Management Unit

Damenian Carter
Forensic Supervisor, Apalachee Ctr, 2634 Capital Cir NE, Tallahassee, Fl 32308