Filing # 114492797 E-Filed 10/06/2020 11:15:10 AM

IN THE CIRCUIT COURT
FOURTH JUDICIAL CIRCUIT
DUVAL COUNTY, FLORIDA
CIVIL DIVISION

OFFICE OF THE ATTORNEY GENERAL,
JESSE HASKINS, ANGELA C. DEMPSEY,
SARA HASSLER, JON S. WHEELER,
in his official capacity as the Clerk of Court,
First District Court of Appeal of Florida,
FLORIDA DEPARTMENT OF HIGHWAY
SAFETY AND MOTOR VEHICLES,
PETER STOUMBELIS, RICHARD BLANCO,
and KENNETH L. GREEN,

    Plaintiffs,

v.                                                             Case No.: 2017-CA-006098

SYTERIA HEPHZIBAH, individually and,
RONNIE FUSSELL, in his official capacity
as the Clerk of the Circuit Court for
Duval County, Florida,

    Defendants.
_____/

## NOTICE OF HEARING

PLEASE TAKE NOTICE that Plaintiff's Amended Motion for Costs and Attorney's Fees, filed April 30, 2020, shall be heard on Thursday, October 15, 2020, at 3:15 p.m. (Eastern) (45 minutes reserved) or as soon thereafter as counsel may be heard, before Judge Eric C. Roberson. Parties shall appear via Zoom

via the following link: https://zoom.us/j/8768632186, or telephonically with the following number: 888-788-0099 (meeting ID: 876 863 2186). PLEASE GOVERN YOURSELF ACCORDINGLY.

        Respectfully Submitted,

        **ASHLEY MOODY**
        **ATTORNEY GENERAL**

        */s/ Charles J. F. Schreiber, Jr.*
        Charles J. F. Schreiber, Jr.
        Fla. Bar No.: 0843075
        charles.schreiber@myfloridalegal.com

        Office of the Attorney General
        State Programs Litigation Bureau
        The Capitol PL-01
        Tallahassee, Florida 32399-1050
        Telephone:   (850) 414-3300
        Telefacsimile: (850) 488-4872

        Attorney for the Plaintiffs, the Office of the Attorney General, State of Florida, Jesse Haskins, the Honorable Angela C. Dempsey, Sara Hassler, Jon S. Wheeler, in his official capacity as the Clerk of the Court for the First District Court of Appeal, the Florida Department of Highway Safety and Motor Vehicles, Peter Stoumbelis, Richard Blanco, and Kenneth L. Green

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy hereof has been furnished this 6th day of October 2020, via the Florida E-Portal System, U.S. Mail, and email, (as applicable) to:

Jon R. Phillips, Deputy General Counsel
Office of General Counsel
City of Jacksonville
117 West Duval Street, Suite 480
Jacksonville, Florida 32202-5721
jphillips@coj.net
Attorney for Defendant Ronnie W. Fussell in his official capacity as the Clerk of the Circuit Court for Duval County, Florida

**VIA U.S. MAIL TO:**
Syteria Hepzibah
422 East 27th Street
Jacksonville, Florida 32206-2211

7643 Gate Parkway Suite 104-705
Jacksonville, Florida 32256-9998
Defendant, *Pro Se*

/s/ *Charles J. F. Schreiber, Jr.*
Attorney

## Americans with Disabilities Act (ADA)

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator at (904) 255-1695 or crtintrp@coj.net at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711."

Filing # 114494645 E-Filed 10/06/2020 11:28:42 AM

IN THE CIRCUIT COURT
FOURTH JUDICIAL CIRCUIT
DUVAL COUNTY, FLORIDA
CIVIL DIVISION

OFFICE OF THE ATTORNEY GENERAL,
JESSE HASKINS, ANGELA C. DEMPSEY,
SARA HASSLER, JON S. WHEELER,
in his official capacity as the Clerk of Court,
First District Court of Appeal of Florida,
FLORIDA DEPARTMENT OF HIGHWAY
SAFETY AND MOTOR VEHICLES,
PETER STOUMBELIS, RICHARD BLANCO,
and KENNETH L. GREEN,

    Plaintiffs,

v.　　　　　　　　　　　　　　　　　　　　Case No.: 2017-CA-006098

SYTERIA HEPHZIBAH, individually and,
RONNIE FUSSELL, in his official capacity
as the Clerk of the Circuit Court for
Duval County, Florida,

    Defendants.
_____/

## AMENDED NOTICE OF HEARING

PLEASE TAKE NOTICE that Plaintiff's Amended Motion for Costs and Attorney's Fees, filed April 30, 2020, shall be heard on Thursday, October 15, 2020, at 3:15 p.m. (Eastern) (20 minutes reserved) or as soon thereafter as counsel may be heard, before Judge Eric C. Roberson. Parties shall appear via Zoom

via the following link: https://zoom.us/j/8768632186, or telephonically with the following number: 888-788-0099 (meeting ID: 876 863 2186). PLEASE GOVERN YOURSELF ACCORDINGLY.

>Respectfully Submitted,
>
>**ASHLEY MOODY**
>**ATTORNEY GENERAL**
>
>*/s/ Charles J. F. Schreiber, Jr.*
>Charles J. F. Schreiber, Jr.
>Fla. Bar No.: 0843075
>charles.schreiber@myfloridalegal.com
>
>Office of the Attorney General
>State Programs Litigation Bureau
>The Capitol PL-01
>Tallahassee, Florida 32399-1050
>Telephone:    (850) 414-3300
>Telefacsimile: (850) 488-4872
>
>Attorney for the Plaintiffs, the Office of the Attorney General, State of Florida, Jesse Haskins, the Honorable Angela C. Dempsey, Sara Hassler, Jon S. Wheeler, in his official capacity as the Clerk of the Court for the First District Court of Appeal, the Florida Department of Highway Safety and Motor Vehicles, Peter Stoumbelis, Richard Blanco, and Kenneth L. Green

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy hereof has been furnished this 6th day of October 2020, via the Florida E-Portal System, U.S. Mail, and email, (as applicable) to:

Jon R. Phillips, Deputy General Counsel
Office of General Counsel
City of Jacksonville
117 West Duval Street, Suite 480
Jacksonville, Florida 32202-5721
jphillips@coj.net
Attorney for Defendant Ronnie W. Fussell
in his official capacity as the Clerk of the
Circuit Court for Duval County, Florida

**VIA U.S. MAIL TO:**
Syteria Hepzibah
422 East 27th Street
Jacksonville, Florida 32206-2211

7643 Gate Parkway Suite 104-705
Jacksonville, Florida 32256-9998
Defendant, *Pro Se*

/s/ *Charles J. F. Schreiber, Jr.*
Attorney

## Americans with Disabilities Act (ADA)

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator at (904) 255-1695 or crtintrp@coj.net at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711."

# Office Of Attorney General (/c/mmgmp5n/office-of-attorney-general)

*Florida Department Of Legal Affairs*
107 West Gaines Street Floor 4
Tallahassee, FL 32399
Phone: 📞 Show Number
Web: www.myfloridalegal.com (/urlverify?redirect=http://www.myfloridalegal.com&s=91ab568a20e26d7a88092a44a38b3f44&cb=6812470&emid=mmgmp5n)
Ad
Improve your NEMT Operations
Trip Master helps NEMT operations decrease manual c
TripMaster
Office Of Attorney General is a privately held company in Tallahassee, FL .

[ Own This Business? ]

Categorized under State Courts. Current estimates show this company has an annual revenue of unknown and employs a staff of approximately 500 to 999.

## 📰 Featured Content



USER

# Entity Dashboard

- Entity Overview
  - Entity Record
    - Core Data
    - Assertions
    - Reps & Certs
      - POCs
    - Reports
  - Service Contract Report
  - BioPreferred Report
    - Exclusions
    - Active Exclusions
    - Inactive Exclusions
  - Excluded Family Members

**RETURN TO SEARCH**

**JUDICIARY COURTS OF THE STATE OF FLORIDA**
DUNS: 360706212   CAGE Code: 5AXB0
Status: Active

Expiration Date: 03/21/201
Purpose of Registration: Federal Assistan

## Entity Record

| Entity Record |
|---|
| Please see below for the entire Entity Registration record. If you would like button. |

Current Record

DUNS Number:
D&B Legal Business Name:                    JUDICL
Doing Business As:

**Core Data**

### Business & TIN Information:

**Business Information:**
| | |
|---|---|
| Business Start Date: | 01/01/2009 |
| Fiscal Year End Close Date: | 06/30 |
| Company Division Name: | |
| Company Division Number: | |
| Corporate URL: | |
| Congressional District: | FL 02 |
| Registration Date: | 01/29/2009 |
| Activation Date: | 03/21/2016 |
| Expiration Date: | 03/21/2017 |
| Renewal Date: | 03/21/2016 |

**Physical Address:**
| | |
|---|---|
| Address Line 1: | 500 SOUTH DUVAL ST |
| City: | TALLAHASSEE |
| State/Province: | FL |
| Country: | UNITED STATES |
| ZIP/Postal Code: | 32399 - 6556 |