# Fci Tallahassee (/c/mr0dk41/fci-tallahassee)

501 Capital Circle Ne
Tallahassee, FL 32301
Phone: 📞 Show Number
Web: www.bop.gov (/urlverify?redirect=http://www.bop.gov&s=2afd4c78642cfe264b9d64f148c061f9&cb=3737465&emid=mr0dk41)
Ad
River City Baptist Church
Struggling For Answers? We Have Hope For Your Fam
rivercitybaptist.church
Fci Tallahassee is a privately held company in Tallahassee, FL and is a Single Location business.

[ Own This Business? ]

Categorized under Prison, Government. Our records show it was established in 2003 and incorporated in Florida.

## 📰 Featured Content



6 Financing Options to Help You Survive a Cash Flow Crunch
(https://www.manta.com/resources/small-business-advice/6-financing-options-help-survive-cash-flow-crunch/)

**Honorable M Morales Howard** (/c/mtw3fhl/honorable-m-morales-howard)

Jacksonville, FL 32202
Phone: Show Number ()

Honorable M Morales Howard is a privately held company in Jacksonville, FL.

| Own This Business? | Call Company (tel:9043016750) |

Categorized under Government Offices. Current estimates show this company has an annual revenue of unknown and employs a staff of approximately 10 to 19.

## Contact  Is this your business? Claim This Profile

**Honorable M Morales Howard**
Phone: (904) 301-6750

## Directions  Is this your business? Claim This Profile

**Honorable M Morales Howard**
Jacksonville, FL 32202

(/cmap/mtw3fhl/honorable-m-morales-howard)

Get Directions    (/cmap/mtw3fhl/honorable-m-morales-howard)

## Online Visibility  New for Business Owners

The Full Report for Honorable M Morales Howard is Now Available. Local online listings for Honorable M Morales Howard have ERRORS.

| Sites Scanned | 60+ |
|---|---|
| Errors Found | Unlock free report |
| Missing Info | Unlock free report |
| Business Credit Score | View Business Credit Score (/build/c/mtw3fhl/?seed=credit) |

## Detailed Information

| Location Type | Unknown |
|---|---|
| Annual Revenue Estimate | Unknown |
| Employees | 10 to 19 |

5

7/1/2019 Case 3:19-mc-00029-MMH-JBT   Document 1-2  Filed 09/27/19  Page 94 of 97 PageID 410

# U S District Court (/c/mtkztrr/u-s-district-court)

*11th Circuit Court*
300 North Hogan Street # 9-150
Jacksonville, FL 32202
Phone: 🛡 Show Number
Web: www.usdoj.gov (/urlverify?redirect=http://www.usdoj.gov&s=3b4cf0a490d9ce01653d672169614f95&cb=5375941&emid=mtkztrr)
Ad
<u>experienced trial lawyers</u>
DUIs, drug offenses, homicide, probation, all state and
<u>fmnlawyers.com</u>
U S District Court is a privately held company in Jacksonville, FL.

[ Own This Business? ]

Categorized under Federal Courts. Current estimates show this company has an annual revenue of unknown and employs a staff of approximately 5 to 9.

## 📰 Featured Content



8 Essential Google Analytics Metrics You Need to Know

| | | | |
|---|---|---|---|
| Debtor 1 | Syteria Hephzibah | Social Security number or ITIN | xxx-xx-1890 |
| | First Name  Middle Name  Last Name | EIN | _ _ - _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _ - _ _ _ _ _ _ _ |

United States Bankruptcy Court   **Northern District of Florida**

Case number: 18-40381-KKS

# Order of Discharge     12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Syteria Hephzibah
aka Highly Favored Shekinah El, aka Syteria
Hephzibah-El, aka Syteria Lawrence, dba Syteria
Hephzibah, dba Hephzibah Syteria

11/7/18

By the court:   Karen K. Specie
                United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

For more information, see page 2 >

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Taquan Rashe Gullett-El**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–8532<br>EIN   __-_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __-_____ |
| United States Bankruptcy Court   **Middle District of Florida** | | |
| Case number:   **3:20-bk-00618-JAF** | | |

# Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Taquan Rashe Gullett-El
aka Taquan Rashie Gullett, aka Maalik Rahshe El, dba Taquan Gullett, dba Gullett Taquan

_Dated: July 23, 2020_

Jerry A. Funk
United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

For more information, see page 2 >

Official Form 318                **Order of Discharge**                page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**