ORDERED.

**Dated: March 24, 2020**

Jerry A. Funk
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:

Taquan Rashe Gullett-El,                                    Chapter 7

                                                            Case No.: 3:20-bk-618-JAF

     Debtor.

_____/

Taquan Rashe Gullett-El,

v.                                                          Adv. No. 3:20-ap-30-JAF

United States of America, et al.,

     Defendants.

_____/

## ORDER STRIKING DOCUMENT AS UNINTELLIGIBLE

This proceeding came before the Court upon a document filed by the Debtor, which he titled "Letter Rogatory for International Judicial Assistance and Application for Ex. Rel, Action/Humanitarian Intervention" (the "Document") (Doc. 4) The Document is 21 pages, handwritten, single spaced, and unintelligible. The Court cannot determine from reviewing the Document what relief the Debtor, who identifies himself as a "Political Prisoner of War for National Liberation from Colonialism," seeks. Upon the foregoing, it is

ORDERED:

The Document is stricken as unintelligible.

Clerk's Office to Serve

THE MIDDLE DISTRICT OF FLORIDA

In re: GULLETT-EL, TAQUAN RASHE,
(all alphabetical and/or numerical variations and/or derivations)
XXX-XX-8532 DEBTOR,

Taquan Rahshe Gullett-El,
                    Plaintiff.

            v.

UNITED STATES OF AMERICA,
UNITED STATES ATTORNEY GENERAL,
UNITED STATES DEPARTMENT OF JUSTICE,
INTERNAL REVENUE SERVICE,
CALIFORNIA FRANCHISE TAX BOARD,
FEDERAL BUREAU OF PRISONS,
CALIFORNIA ATTORNEY GENERAL,
AMERICAN BAR ASSOCIATION,
INTERNATIONAL BAR ASSOCIATION,
STATE OF CALIFORNIA,
UNITED STATES DEPARTMENT OF STATE,
FLORIDA ATTORNEY GENERAL,
STATE OF FLORIDA,
UNITED STATES DEPARTMENT OF TREASURY,
UNITED STATES DEPARTMENT OF COMMERCE,
UNITED STATES DEPARTMENT OF TRANSPORTATION,
U.S. SECURITIES AND EXCHANGE COMMISSION,
UNITED STATES COMPTROLLER OF THE CURRENCY,
UNITED STATES POSTAL SERVICE,
SOCIAL SECURITY ADMINISTRATION,
            DEFENDANT(S).

Claim Number: 3:20-bk-00
Chapter 7
Adv. Proc. No. 3:20-ap-00030-JAF

USPS Priority Mail # 9114 9999 4431 4620 1539 45

LETTER ROGATORY FOR INTERNATIONAL JUDICIAL ASSISTANCE
and APPLICATION FOR EX REL. ACTION/HUMANITARIAN INTERVENTION
(22 C.F.R. §§ 92.54,92.66(a) ; Fed. R. Bkrpt. P. 7026 et seq.

        In accordance with:
• Universal Declaration of Human Rights (1948) *

United Nations Declaration of Independence to Colonial *
• Countries and Peoples; General Assembly Resolution 1514
  (XV)   of   14   December   1960

• United Nations Declaration on the Rights of *
  Indigenous [Autochthonous] Peoples (2007)

• Madrid Convention for Protection in Morocco (1880)*
  codified at [18 U.C.S. Chapter 7 § 112 ]

• Treaty of Peace and Friendship (1787) *

• Hague Evidence Convention *[23 U.S.T. 2555, T.I.A.S. No. 7444,
  Articles 1,3,4,42 codified at [28 U.S.C. § 1781]

• Organic Constitution for the united states of America (1787)
  Article 1, Section 9 codified at [28 U.S.C. §§ 2241-2256 ]

•    ROME  STATUTE
• Statute of the International Court of Justice
• Statute of the International Criminal Court

"DEMAND FOR JURY TRIAL"

Taquan Rahshe Gullett-El, Unlawful Detainee
Political Prisoner of War for National Liberation from Colonialism
[ P.O.W. 62013-018 ]
Federal Correctional Institution Coleman Medium; P.O. Box 1032; Coleman, Florida [33521]
                N/A
          Phone Number
In Propria Persona proceeding in Sui Juris capacity

Bismillah-ir-Rahman-ir-Rahim (In the Name of Allah, Most Gracious, Most Merciful)

1. On the record and for the record, present is Taquan Gullett, also called Maalik Rahshe El, Divine Immortal Spirit in Living Flesh and Blood Competent Natural Man of majority by firm sound min and righteous upright moral integrity, In Propria Persona proceeding in Sui Juris capacity, General Executi Caveator/Settlor/Beneficiary/Paramount Security Intrest Holder (Authenticated Birth Certificate; Registered Copyright/Registered Trademark–United States for America Post Office No. RE346590423US; Registered Fictitious Business Name – Florida Department of State No. G15000018576; Maritime Lien No. RE 346590573US – Putnam County Florida Inst. No. 20105471431; California UCC # 10-7225252349, California UCC #10-7253610631, California UCC # 14-7415317710, Kentucky UCC #2014-2695084-41.01) over DEBTOR/INDIVIDUAL "GULLETT-EL, TAQUAN RASHE" (any and all alphabetical and/or numerical variations and/or derivations), hereinafter, "Affiant." Affiant is a lawful non-immigrant alien within the meaning of [Dred Scott v. Sanford, 60 U.S. 393–633 (19 Howard), 15 L.Ed. 691 (1857)[1] ; 8 U.S.C § 1101 – Alien(s), Alien (Foreign) Estates, and 18 U.S.C §§ 1116(b)(1),(2),(3),(4) – Alien (Foreign) Government, Alien (Foreign) Officials, Internationally Protected Persons(s), Family]; irrespective of recognition by the United States [see 4th Judicial Circuit Duval County Florida Probate (Registrar) Court TAQUAN RASHIE GULLETT ESTATE NOTICE OF TRUST #16-2017-CP-001286, OR BK 18009 Page 978; TAQUAN RASHIE GULLETT ESTATE CAVEAT #16-2017-CP-00102 OR BK 17971 Page 674; TAQUAN RASHIE GULLETT ESTATE Personal Replevin Claim # 16-2017-CA-002142 ].

2. Affiant does rise and give honors and recognition to the Noble Qur'an and Sunnah, then Holy Koran ⑦ Circle Seven, Zodiac Constitution AA222141 (A1-Truth), Suhuf, Zabur, Tawrah, Injil, Great Law of Peace, Treaty of Peace and Friendship (1787), Madrid Convention for Protection in Morocco (1880), Universal Declaration of Human Rights (1948)* and all annexes thereto, United Nations Declaration on the Granting of Independence to Colonial Countries and Peoples Adopted by General Assembly Resolution 1514 (XV) of 14 December 1960,* United Nations Declaration on the Rights of Indigenous [Autochthonous] Peoples (2007),* ROME STATUTE, Geneva Conventions, HAGUE EVIDENCE CONVENTIONS,* Inter-American Conventions, and all annexes thereto, Hague Conference on Private International Law: Convention on the Service Abroad of Judicia and Extrajudicial Documents in Civil or Commercial Matters (15 November 1965),* Apostille Convention Abolishi the Requirement of Legislation for Foreign Public Documents (5 October 1961),* Convention on International Access to Justice (25 October 1980),* Convention on Choice of Court Agreements (30 June 2005)*; Convention or the Law Applicable to Trusts and On Their Recognition (1 July 1985),* Convention on the Law Applicable To Certa Rights in Respect of Securities Held with an Intermediary (5 July 2006)* United Nations Covenant of Civil and Political Rights (1966),* Vienna Convention on the Law of Treaties (1969),* Organic Constitution for the unit states of America (1787), Statute of the International Court of Justice (ICJ), and Statute of the Internation Criminal Court (ICC).

[1] see C.D. Cal. #2:19-cv-10247-CAS, Affidavit For Habeas Corpus, Ground 5, Pgs. 28-29, Paragraphs 2A-2I

1. SENDER: Maalik Taquan Rahshe Gullett-El on behalf of Himself; General Executor-Caveator/ Settlor/Beneficiary/Paramount Security Interest Holder over GULLETT-EL, TAQUAN RASHE (any and all alphabetical and/or numerical variations and/or derivations)

2. CENTRAL AUTHORITY OF REQUESTED STATE: Mike Pompeo, Secretary of State; U.S. Department of State; U.S. Central Authority for Hague and Inter-American Service Conventions; Office of International Judicial Assistance; 1100 L. Street, N.W. Room 11006; Washington, District of Columbia 20522-1710

3. PERSON(s) TO WHOM THE EXECUTED REQUEST IS TO BE RETURNED:

A) Ms. Fatou Bensouda, Prosecutor; Office of the Prosecutor International Criminal Court; Information and Evidence Unit: Post Office Box 19519; 2500 CM The Hague; The Netherlands

B) Ms. Karen Mosoti, Head of the Office Liason Office of the International Criminal Court to the United Nations: 866 United Nations Plaza, Suite 476; New York, New York 10017

C) General Carter F. Ham, III; CEO, Association of U.S. Army: 2425 Wilson Boulevard; Arlington, Virginia 22201

4. Letters Rogatory for International Judicial Assistance are requested to issue in this Adversary Proceeding M.D.Fla. Bkrpt. # 3:20-ap-00030-JAF related to United States Bankruptcy Court M.D.Fla. # 20-00618-337, in accordance with the Hague Evidence Convention (23 U.S.T. 2555, T.I.A.S No.7444) Articles 1,3,4,42; 22 C.F.R. §§ 92.54, 92.66(a); 28 U.S.C. § 1781; Fed.R.Bkrpt.P. 7026, 7027, 031, 7032, 7033, 7034, 7036, 7037, 7055, 7056, 7058; Fed.R.Civ.P. 26, 27, 31, 32, 33, 34, 36, 37, 55, 56, 58 to cause Defendant(s) herein listed below to be examined as Defendant(s) are within the jurisdiction of the United States [see Barnes & Noble, Inc. v. LSI Corp., 2010 U.S. Dist. LEXIS 1625, at *5 (N.D.Cal. May 2, 2012); see In re Urethane Antitrust Litig., 267 F.R.D. 361, 363-364 (Kan. 2010)]. The Hague Evidence Convention Article 42 shows the United States is a signatory thereto, and as such, will honor Letters Rogatory and requests issued under the protocols of the Hague Evidence Convention. The Defendant(s) to be examined are as follows:

2 of 21

i) United States of America; United States Attorney General; U.S. Department of Justice:
Ben Franklin Station, P.O. Box 683; Washington, District of Columbia 20044
950 Pennsylvania Avenue, NW; Washington, District of Columbia 20530

i') United States Attorney (Los Angeles):
Federal Building, Room 7516; 300 North Los Angeles Street; Los Angeles, California 90012

ii) Internal Revenue Service:
P.O. Box 7346; Philadelphia, Pennsylvania 19101-7346

iv) California Franchise Tax Board:
General Counsel Section; P.O. Box 1720, MS: A-260; Rancho Cordova, California 95741-1720

v) Federal Bureau of Prisons:
320 First Street, NW; Washington, District of Columbia 20534

vi) California Attorney General; State of California:
P.O. Box 944255; Sacramento, California 94244-2550

vii) American Bar Association:
321 North Clark Street; Chicago, Illinois 60610

iii) International Bar Association:
4th Floor, 10 St. Bride Street; London EC4A 4AD; United Kingdom

ix) United States Department of State:
SA-17, 10th Floor; 2201 C Street, NW; Washington, District of Columbia 20522-1710

x) Florida Attorney General; State of Florida:
PL 01 THE CAPITOL, Tallahassee, Florida 32399-1050

xi) United States Department of Treasury:
1500 Pennsylvania Avenue, NW; Washington, District of Columbia 20220

ii.) United States Department of Commerce:
1401 Constitution Avenue, NW; Washington, District of Columbia 20230

i.) United States Department of Transportation:
395 E. Street, SW; Washington, District of Columbia 20403

v.) U.S. Securities and Exchange Commission:
Attn: Bankruptcy Counsel; 444 South Flower Street, Suite 900; Los Angeles, California 90071-9591

i.) United States Comptroller of the Currency:
400 Seventh Street, SW; Washington, District of Columbia 20219

vi.) United States Postal Service:
475 L-Enfant Plaza, SW; Washington, District of Columbia 20260

iii.) Social Security Administration:
118 East Main Street; Leesburg, Florida 34749

iiii.) Office of His Holiness:
The Holy Door of Mercy, 00120 Vatican City

ix.) Inter-American Commission Organization of American States:
1889 F. Street, NW; Washington, District of Columbia 20006

i.) District of Columbia Department of Insurance, Securities, and Banking:
810 First Street, NE #701; Washington, District of Columbia 20002

i.) Florida Office of Insurance Regulation:
200 East Gaines Street; Tallahassee, Florida 32301

ii.) California Department of Insurance:
300 Spring Street, South Tower; Los Angeles, California 90013

4    of    21

xxiii) United Nations:
First Avenue @ 46th Street; New York, New York 10017

xxiv) Los Angeles County Sheriff; County of Los Angeles:
4500 City Terrace Drive; Los Angeles, California 90063-1010

xxv) Duval County Sheriff; County of Duval:
501 East Bay Street; Jacksonville, Florida 32202

xxvi) Department of Education/Sallie Mae:
P.O. Box 9635; Wilkes Barre, Pennsylvania 18773-9635

xxvii) Los Angeles Tax Collector:
P.O. Box 54110; Los Angeles, California 90054-0110

xxviii) Transunion Credit Bureau:
P.O. Box 1000; Chester, Pennsylvania 19022

xxix) State of California Employment Development Department:
Bankruptcy Group MIC 92E; P.O. Box 826880; Sacramento, California 94280-0001

xxx) Experian Credit Bureau:
P.O. Box 9595; Allen, Texas 70513

xxxi) Equifax Credit Bureau:
P.O. Box 740241; Atlanta, Georgia 30374

xxxii) United States District Court:
350 West 1st Street, Suite 4311; Los Angeles, California 90012

xxxiii) United States Trustee:
915 Wilshire Boulevard, Suite 1850; Los Angeles, California 90017
P.O. Box 922; Palatka, Florida 32178-0922

5   of   21

-. This proceeding is an Adversary Proceeding M.D.Fla.Bkrpt.# 3:20-ap-00030-JAF related to United States Bankruptcy Court M.D.Fla.# 20-00618-357, which is a claim of malicious criminal prosecution as a subterfuge for collection of a dischargeable debt, and a claim of breach of Trust/Breach of Fiduciary Duty/Breach of (Executory) Contract [see Affidavit For Adversary Proceeding M.D.Fla.Bkrpt.# 3:20-ap-00030-JAF related to M.D.Fla.Bkrpt.# 20-00618-357 re Affidavit For Habeas Corpus C.D.Cal.# 2:19-cv-10247-CAS/2:14-cr-00735-CAS-1 ].

. Affiant is a lawful non-immigrant Alien within the meaning of Dred Scott v. Sanford, 60 U.S. 393-63 (19 Howard), 15 L.Ed.691 (1857), 8 U.S.C.§ 1101, and 18 U.S.C.§§ 1116 (b)(X),(2),(3),(4), who is currently unlawfully/unconstitutionally detained: (i) by color of the authority of the United States; (ii) in violation of the Constitution and/or laws and/or treaties of the United States; and/or (iii) being an official(s) of a foreign [E]state and domiciled therein is unlawfully/unconstitutionally detained for an act done or omitted under any alleged right, title, authority, privilege, protection, or exemption claimed under the commission, order, or sanction of any foreign [E]state, or under color thereof, the validity and effect of which depends upon the Law of Nations [see Notice on Page 1, Prgh.1; see C.D.Cal.# 2:19-cv-10247-CAS, Affidavit For Habeas Corpus, Ground 5, Pgs. 28-29, Prghs. 2A-2I ].

. The highly probative credible **admissible** evidence proffered and preferred in Adversary Proceeding M.D.Fla.Bkrpt.# 3:20-ap-00030-JAF related to M.D.Fla.Bkrpt.# 20-00618-357 and C.D.Cal.# 2:19-cv-10247-CAS, establishes multiple substantive and procedural violations of due process of law. "Due process requires that there be opportunity to present every available defense, but it need not be before entry of judgment" [see George Moore Ice Cream Co. v. Rose, 289 U.S. 373, 53 S.Ct. 620, 77 L.Ed. 1265 (1933)]. "The estate shall have the benefit of any defense available to the debtor/individual as against any entity other than the estate,..." [see 11 U.S.C.§ 558; see Affidavit For Adversary Proceeding M.D.Fla.Bkrpt.# 3:20-ap-00030-JAF, Pg.9, Prgh.1]. Affiant asserts all of the following defenses including without limitation: (A) UCC 3-305: Defenses and Claims in Recoupment; (B) Duress; (C) Illegality of the Transaction; (D) Fraud; (E) Discharge In Insolvency Proceedings; (F) Doctrine of Equitable Recoupment; (G) Abuse of Process; (H) Breach of Trust/Breach of Fiduciary Duty/Breach of (Executory) Contract; (I) 28 U.S.C.§ 2256: Habeas Corpus from Bankruptcy Courts; (J) Self-Help Repossession/Replevin Claim; (K) Lack of Jurisdiction; (L) Denial of Justice/Denial of Procedural Justice; (M) Expropriation/Wrongful Taking of Alien Property; (N) Doctrine of Pacta Sunt Servanda; (O) Damages/Reparations/Compensation; (P) International Standard of Justice; (Q) International Agreements; (R) Application For Ex Rel. Action/Humanitarian Intervention.

4. Letters Rogatory are regularly granted by International Customary-Law for reasons of comity [see U.S. Department of State Regulations 22 C.F.R. §§ 92.54, 92.66(a)]. The District Court, Bankruptcy Courts, and the Courts of Appeal have the inherent authority to issue Letters Rogatory in both civil and criminal cases [see United States v. Jefferson, 594 F. Supp. 2d 655, 676 (E.D. Va. 2009)]. The Hague Evidence Convention Article 42 shows that the United States is a signatory thereto.

5. The Hague Evidence Convention (23 U.S.T. 2555, T.I.A.S. No. 7444) is designed as a tool for common law states / [E]states to obtain civil discovery evidence in civil-law jurisdictions [see International Soc'y for Krishna Consciousness, Inc. v. Lee, 105 F.R.D. 435, 442-443 (S.D.N.Y. 1984). The Hague Evidence Convention allows Letters Rogatory may be used by Affiant (a lawful non-immigrant Alien, Alien (Foreign) [E]state, Alien (Foreign) Official) to secure evidence from an uncooperative witness( Defendant(s)) through the compulsory powers of a foreign court (U.S. District Courts / U.S. Bankrupt Courts / U.S. Courts of Appeal) [see Hague Evidence Convention, Article 1].

6. "The Department of State has power, directly, or through suitable channels to receive a letter rogatory issued, or request made, by a foreign or international tribunal, to transmit it to the tribunal, officer, or agency in the United States to whom it is addressed and to receive and return it after execution; and to receive a letter rogatory issued, or request made, by a tribunal in the United States, to transmit it to the foreign or international tribunal, officer, or agency to whom it is addressed, and to receive and return it after execution." [see 28 U.S.C. § 1781(a) - Transmittal of Letter Rogatory or Request].

7. "This section (28 U.S.C. § 1781) does not preclude the transmittal of a letter rogatory or request directly from a foreign or international tribunal, officer, or agency in the United States to whom it is addressed and its return in the same manner; or the transmittal of a letter rogatory or request directly from a tribunal in the United States to the foreign or international tribunal, officer, or agency to whom it is addressed and its return in the same manner [see 28 U.S.C. § 1781(b) - Transmittal of Letter Rogatory or Request].

3. Affiant does exercise his right to obtain civil discovery evidence and propound written interrogatories (depositions) and requests for production of documents as is proper, just, and appropriate [see Fed. R. Bkrpt. P. 7026, 7027, 7031, 7032, 7033, 7034, 7036, 7037, 7055, 7056, 7058; see Fed. R. Civ. P. 26, 27, 31, 32, 33, 34, 36, 37, 55, 56, 58 ; see Affidavit For Discovery - Interrogatories and Requests To Produce M.D. Fla. Bkrpt. # 3:20-ap-00030-JAF ___, annexed and appended hereto in full by this reference. Affiant's Affidavit For Adversary Proceeding M.D. Fla. Bkrpt. # 3:20-ap-00030-JAF ___ and Affidavits For Habeas Corpus C.D. Cal. # 2:19-cv-10247-CAS, show "good cause" to compel such civil discovery evidence for a fair, rounded development of material facts which show and prove by a preponderance of highly probative credible evidence that:

A) all of Affiant's several (related) lawsuits filed for just and fair redress of all infringements are all meritorious claims;

3) Affiant has been "actually prejudiced" and is "actually innocent" of all alleged criminal charges;

) Defendant(s) and all privity party(ies) in active concert and/or participation are engaged in a pattern and/or practice of Denial of Justice, Denial of Equality Before the Law; Arbitrary and Capricious Decisions / Actions, Abuse of Discretion / Authority, Discrimination and/or Deprivation and/or Conspiracy to Deprive and/or Resistance to the full enjoyment of people's constitutionally protected Natural Rights, Human Rights, and/or Civil Rights / Civil Liberties, privileges, and/or immunities, in violation of International Law (International Standard of Justice), National Law, and Personal Law [see Affidavit For Adversary Proceeding M.D. Fla. Bkrpt. # 3:20-ap-00030-JAF ___; see Affidavit For Habeas Corpus C.D. Cal. # 2:19-cv-10247-CAS ].

## Evidence To Be Obtained and/or Other Judicial Acts To Be Performed

1. Affiant respectfully seeks discovery, specifically, interrogatories answers and production of documents for the purpose of obtaining evidence [see Fed.R.Bkrpt.P. 7026, 7027, 7031, 7032, 7033, 7034, 7036, 7037, 7055, 7056, 7058; see Fed.R.Civ.P. 26, 27, 31, 32, 33, 34, 36, 37, 55, 56, 58 ; see Affidavit For Discovery - Interrogatories and Requests To Produce M.D.Fla. Bkrpt. # 3:20-ap-00030-JAF , annexed and appended hereto in full ]

## International Court of Justice (ICJ) and International Criminal Court (ICC) Jurisdiction & Venue

2. Please see Affidavit For Adversary Proceeding M.D.Fla. Bkrpt. # 3:20-ap-00030-JAF Pages 27-29, Paragraphs 1-7(c), annexed and appended hereto in full by this reference.

## Effect of Lack of Jurisdiction For An Action By A State

3. Please see Affidavit For Adversary Proceeding M.D.Fla. Bkrpt. # 3:20-ap-00030-JAF , Page 29, Paragraph 8, annexed and appended hereto in full by this reference.

## International Standard of Justice

4. Please see Affidavit For Adversary Proceeding M.D.Fla. Bkrpt. # 3:20-ap-00030-JAF , Pages 29-31, Paragraphs 9-13 , annexed and appended hereto in full by this reference.

## Denial of Justice / Denial of Procedural Justice

5. Please see Affidavit For Adversary Proceeding M.D.Fla. Bkrpt. # 3:20-ap-00030-JAF , Page 32 , Paragraphs 14-15 .

. Please see Affidavit For Adversary Proceeding M.D.Fla. Bkrpt.# 3:20-ap-00030-JAF, Pages 33-34, Paragraphs 16-21, annexed and appended hereto in full by this reference.

## Doctrine of Pacta Sunt Servanda

. Please see Affidavit For Adversary Proceeding M.D.Fla.Bkrpt.# 3:20-ap-00030-JAF, Pages 34-35, Paragraphs 22-24, annexed and appended hereto in full by this reference.

## Damages / Reparations / Compensation

Please see Affidavit For Adversary Proceeding M.D.Fla.Bkrpt.# 3:20-ap-00030-JAF, Pages 35-36, Paragraphs 25-28, annexed and appended hereto in full by this reference.

## International Agreements

. Please see Affidavit For Adversary Proceeding M.D.Fla. Bkrpt.# 3:20-ap-00030-JAF, Pages 36-40, Paragraphs 29-42, annexed and appended hereto in full by this reference.

), Whereas, the Universal Declaration of Human Rights (1948)* guarantees:

Article 2 - "Everyone is entitled to all the rights and freedoms set forth in this Declaration, without distinction of any kind, such as race, color, sex, language, religion, political or other opinion, national or social origin, property, birth, or other status;"

Article 4 - "No one shall be held in slavery or servitude; slavery and the slave trade shall be prohibited in all their forms;"

Article 6 - "Everyone has a right to recognition everywhere as a person before the law;"

Article 7 - "All are equal before the law and are entitled without any discrimination to equal protection of the law against any discrimination in violation of this Declaration and against any incitement to such discrimination;"

Article 8 - "Everyone has the right to an effective remedy by the competent national tribunals for acts violating the fundamental rights granted them by the Constitution or by law;"

Article 9 - "No one shall be subjected to arbitrary arrest, detention, or exile;"

Article 14 - "Everyone has the right to seek and to enjoy in other countries asylum from persecution

Article 15 - "① Everyone has the right to a nationality; ② No one shall be arbitrarily deprived of their nationality nor denied the right to change their nationality;"

Article 20 - "① Everyone has the right to freedom of peaceful assembly and association; ② No one may be compelled to belong to an association (i.e. Social Security / Union States Society / U.S.);"

Article 28 - "Everyone is entitled to a social and international order in which the rights and freedoms set forth in this Declaration can be fully realized (i.e. AAMARU Religious Consul Association Testamentary Trust)."

.1. Whereas, the United Nations Declaration on the Granting of Independence to Colonial Countries and Peoples Adopted by General Assembly Resolution 1514 (XV) of 14 December 1960* guarantees:

Article 1 - "The subjection of peoples to alien subjugation, dominion, and exploitation constitutes a denial of fundamental human rights ...;"

Article 2 - "All peoples have the right to self-determination; by virtue of that right they freely determine their political status and freely pursue their economic, social, and cultural development;"

Article 3 - "Inadequacy of political, economic, social, or educational preparedness should never serve as a pretext for delaying independence;"

Article 4 - "Immediate steps shall be taken, in Trust... to transfer all powers to the peoples of those territories, without any conditions or reservations, in accordance with their freely expressed will and desire, without any distinction as to race, creed, or color, in order to enable them to enjoy complete independence and freedom."

2. Whereas, the United Nations Declaration on the Rights of Indigenous (Autochthonous) Peoples (2007)* guarantees:

Articles 11, 20, 28, 32 - "Indigenous (Autochthonous) Peoples have the right to just and fair redress, by means that can include restitution or, ... just and fair equitable compensation ... States shall provide just and fair redress through effective mechanisms;"

Preamble and Article 37 - "Indigenous (Autochthonous) Peoples have the right to the recognition, observance, and enforcement of treaties, agreements, and other constructive arrangements concluded with States or their successors and to have States honor and respect such treaties, agreements, and other constructive arrangements;"

Article 39 - "Indigenous (Autochthonous) Peoples have the right to have access to financial and technical assistance from States and through international cooperation, for the enjoyment of the rights contained in this Declaration;"

Article 40 - Indigenous (Autochthonous) Peoples have the right to access to and prompt decision through just and fair procedures for the resolution of conflicts (of law) and disputes with States or other parties, as well as to effective remedies for all infringements of their individual and collective rights;"

Article 43 - "The rights recognized herein (this Declaration) constitute the minimum standards for the survival, dignity, and well-being of the indigenous (autochthonous) peoples of the world."

12   of   21

13. Whereas, the Madrid Convention for Protection in Morocco (1880)* guarantees in Article 15 that the default status of all Moors is to the Al Moroccan Empire and said status can only be forfeited upon completion of a naturalization process to the United States after obtaining the informed consent of the Al Moroccan Empire [see Dred Scott v. Sanford, 60 U.S. 393-633 (19 Howard), 15 L.Ed. 691 (1857) - (A) Free Moors are not citizens of the United States and cannot become a citizen of the United States; (B) citizens are natives or naturalized; (C) all persons born in the United States are not citizens ... the exceptions are Indians (Autochthons) and in general, Moors (people of color); (D) persons who are not citizens can only become such by virtue of naturalization, the power of naturalization is exclusively vested in Congress; see Affidavit For Habeas Corpus C.D.Cal.#5:19-cv-10247-CAS Ground 5, Pgs. 28-31; see Petition For Rehearing (S.Ct. #18-6630) with 3rd Letters Rogatory, Letters of Request For International Judicial Assistance, et al.].


14. Whereas, the Treaty of Peace and Friendship (1787)* guarantees in Article 16, "In case of a war between the partyeies (Moors and United States), the prisoners are not to be made slaves, but to be exchanged one for another ...; and if there shall prove a deficiency on either side, it shall be made up by the payment of one hundred Mexican dollars for each person wanting. And it is agreed that all prisoners shall be exchanged in twelve months from the time of their being taken, ..." [see Petition For Rehearing (S.Ct. #18-6630) with 3rd Letters Rogatory / Letters of Request For International Judicial Assistance, et al.; see Affidavit For Adversary Proceeding M.D. Fla. Bkrpt. #3:20-ap-00030-JAF, Pg. 26, Prgh. 53; Appendix - Documentary Evidence Exhibit G: Treaty of Peace and Friendship (1787)].

. Based upon all of the foregoing, Affiant proffers and prefers evidence and charges to the International Court of Justice (ICJ) and International Criminal Court (ICC), that officer(s), agent(s), employee(s), subsidiary(ies), and all privity party(ies) of the United States federal corporation, in active concert and/or participation, are engaged in a pattern and/or practice of War Crimes Under The Law of Nations; Grave Breaches of the foregoing and following International Law* (International Standard of Justice), Geneva Conventions, Hague Evidence Conventions, Inter-American Conventions; Felonies, High Crimes, and Misdemeanors Under Color of Law (i.e. Assault on Alien (Foreign) Official(s)/Family; Attempted Murder; Duress; Oppression; Genocide; Kidnapping/Abduction/False Imprisonment; Human Trafficking; Mail Fraud/Mail Tampering; Tampering With Evidence/Witness(es)/Informant(s); Retaliating Against Witness(es)/Informant(s); Conspiracy/Deprivation of Rights Under Color of Law; Peonage; Slavery; Involuntary Servitude; Piracy Under The Law of Nations; Trusts/Monopolies in Restraint of International Trade), Denial of Justice, Denial of Equality before the Law, Arbitrary and Capricious Decisions/Actions, Abuse of Discretion/Authority; Discrimination and/or Deprivation and/or Conspiracy To Deprive and/or Resistance to the full enjoyment of people's constitutionally protected Natural Rights, Human Rights, and/or Civil Rights/Civil Liberties, privileges, and/or immunities; in violation of International Law* (International Standard of Justice), National Law, and Personal Law [see Affidavits for Habeas Corpus C.D.Cal. # 2:19-cv-10247-CAS (9th Cir. Appeal #'s 19-73241, 20-55077, 20-55156); see Letter Rogatory For International Judicial Assistance and Application for Ex Rel. Action/Humanitarian Intervention C.D. Cal. # 2:19-cv-10247-CAS (9th Cir. Appeal #'s 9-73241, 20-55077, 20-55156); see Affidavit For Adversary Proceeding M.D. Fla. Bkrpt. # 3:20-ap-00030-JAF   ].

14    of    21

16. Wherefore, in an exercise of the realization of the Natural Rights and Human Rights enumerated in the Universal Declaration of Human Rights (1948),* United Nations Declaration of Independence to Colonial Countries and Peoples (1960),* United Nations Declaration on the Rights of Indigenous (Autochthonous) Peoples (2007),* Hague Conference on Private International Law: Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters (15 November 1965),* Apostille Convention Abolishing the Requirement of Legislation For Foreign Public Documents (5 October 1961),* Convention on International Access To Justice (25 October 1980),* Convention on Choice of Court Agreements (30 June 2005),* Convention on the Law Applicable To Trusts and On Their Recognition (1 July 1985),* Convention on Choice of Law Applicable To Certain Rights in Respect To Securities Held With An Intermediary (5 July 2006 United Nations Covenant of Civil and Political Rights (1966),* Vienna Convention on the Law of Treat (1969),* Madrid Convention for Protection in Morocco (1880),* and Treaty of Peace and Friendship (1787).*

Affiant respectfully invites the assistance of the International Court of Justice, International Criminal Court (Ms. Fatou Bensouda, Office of the Prosecutor; Ms. Karen Mosoti, Head of Liason Office of the ICC to the UN), United Nations (including without limitation the Permanent Forum on Indigenous Issues, the bodies, organs, and specialized agencies of the United Nations system), in the nature of an Ex Rel. Action/Humanitarian Intervention, for Special Public Prosecution, and for such equitable relief as may be appropriate to insure the minimum corrective measures necessary, including without limitation financial assistance and technical assistance, access to and prompt decision through just and fair procedures, for the honorable resolution of this action and the entirety of the directly related actions; as well as access to effective remedies for all infringements [ see Affidavits For Habeas Corpus C.D.Cal. #2:19-cv-10347-CAS (9th Cir. App. #'s 19-73241, 20-55077, 20-55156); see Letter Rogatory For International Judicial Assistance and Application For Ex Rel. Action/Humanitarian Intervention C.D.Cal. #2:19-cv-10347-CAS (9th Cir. App. 19-73241, 20-55077, 20-55156); see Supreme Court #18-9138 -- Petition For Rehearing with Affidavit For Modification of Detention Order (S.Ct. #18-9138) and Judicial Notice of Adjudicative Facts (S.Ct. #18-9138); see Supreme Court #18-9138 -- Supplemental Brief; see Supreme Court #18-9138 - Petition For Writ of Certiorari see Supreme Court #18-6630 -- Petition For Writ of Mandamus; see Supreme Court #18-6630 -- Petition For Rehearing with 3rd Letters Rogatory For International Judicial Assistance, et al.; see D.D.C. #1:19-cv-02015-UNA (D.C. Cir. App. #19-5217) - Affidavit For Judicial Review and Enforcement and Petition For Writ of Scire Facias; see D.C. Cir. # 19-1149 - Affidavit For Judicial Review and Enforcement and Petition for Writ of Scire Facias ].

7. Affiant respectfully offers his 4th Judicial Circuit Duval County Florida Court "ACCEPTED" and "EXECUTED" Personal Replevin Silver Bonds (each Bond is Twenty (20) Silver Trade Dollars 900 fine) Numbers 16-2017-CA-002142 and 16-2017-CA-002144 (annexed and appended to Affiant's Universal and International Humanitarian Declaration for Common Law Prejudgment Writ of Personal Replevin" Original Case Number 16-2017-CA-004274 and filed into C.D.Cal.# 2:14-cr-0725-CAS-1 as "Surety Bond With Collateral, Supersedeas Surety Bond, Mandatory Judicial Notice, Judicial Notice of Act of Surety, Judicial Notice of Silver Bond, Judicial Notice of fiduciary appointment, and Judicial Notice of Maritime Lien + Invoice CONTRACT UNDER SEAL International agreement"), as security to the ICJ, ICC, and UN in the nature of a Supersedeas/Surety Bond. NOTE: The term "Trade Dollar" means "a United States dollar coin made of Silver for use in foreign (alien) trade."

8. For the purpose of this Letter Rogatory for International Judicial Assistance and Application or Ex Rel. Action/Humanitarian Intervention, a Dollar is defined as a One Ounce Silver Coin 1999 fine or par value in United States Red Seal Silver Certificates issued by the United States Treasury Mint in accordance with Executive Order 11110 [see Affidavit for Adversary Proceeding M.D.Fla. Bkrpt.# 3:20-ap-00030-JAF , APPENDIX - Documentary Evidence Exhibit E: Executive Order 11110].

9. Affiant further respectfully invites all such other relief, intermediate relief, and further relief, in accord with Natural Equity, for the honorable resolution of this matter as law and justice require.

In Honor
Ameen

16    of    21

## Commercial Verification

I, Taquan Gullett, also called Maalik Rahshe El, Divine Immortal Spirit in Living Flesh and Blood Competent Natural Man of majority by firm sound mind and righteous upright moral integrity, In Propria Persona proceeding in Sui Juris capacity: General Executor-Cavestor/Settlor Beneficiary/Paramount Security Interest Holder (Authenticated Birth Certificate/Registered Copyright Registered Trademark-United States for America Post Office No. RE 246 590 423 US; Registered Fictitious Business Name-Florida Department of State No. G15000018576; Maritime Lien No. RE 246590573 U Putnam County Florida Inst. No. 201054714 21; California UCC 10-7225252349, California UCC 10-7253610631, California UCC 14-7415317710, Kentucky UCC 2014-2695084-41.01) over DEBTOR/ INDIVIDUAL "GULLETT-EL, TAQUAN RASHE" (any and all alphabetical and/or numerical variations and/or derivations); do hereby declare and affirm under the penalty of perjury under the Universal Law of Our Most High Divine Source of the Force Universal Allah The Exalted and Majestic, then under the laws of the United States, that the foregoing is true, correct, certain, complete to the best of my own first-hand personal knowledge, not misleading, admissible as evidence, and in accord with the righteous upright moral integrity of my honorable intent, and if called upon to offer rhetoric and testify as to the veracity of the evidence herein proffered and preferred, I shall so state. [28 U.S.C § 1746; Fed.R.Ev. 301, 902(10)

This affidavit is dated on or about the Eleventh (11th) day of Rajab in the Moorish Calendar Year of Our Most High Divine Source of the Force Universal Allah The Exalted and Majestic Fourteen Hundred Forty-One (1441) [Gregorian Calendar Year (G.C.Y.) 2020 - March, 6 ]

### Witness My Hand and Seal:

under protest; without prejudice; under reserve; and with reservation of all our rights
Maalik Taquan Rahshe Gullett El, Autochthonous American Moor Alien Friend UCC 1-308
Maalik Taquan Rahshe Gullett El: General Executor-Cavestor/Settlor/Beneficiary/Paramount Security Interest Holder over GULLETT-EL, TAQUAN RASHE (any and all alphabetical and/or numerical variations and/or derivations)

Political Prisoner of War for National Liberation from Colonialism
Unlawfully Detained and Falsely Imprisoned at:
Federal Correctional Institution Coleman Medium; P.O. Box 1032; Coleman, Florida [33521]

-, Taquan Gullett, also called Maalik Rahshe El: General Executor-Caveator/Settlor/Beneficiary/ ramount Security Interest Holder over GULLETT-EL, TAQUAN RASHE (any and all alphabetical and/or omerical variations and/or derivations), competent Natural Man of majority, do certify and firm that on or about the Eleventh (11th) day of ___Rajab___ in the year of Our Lord Allah re Exalted and Majestic Fourteen Hundred Forty-One (1441) [G.C.Y. 2020- March, 6 ], the foregoing etter Rogatory For International Judicial Assistance and Application For Ex Rel. Action/ umanitarian Intervention " [22 pages total] was served by U.S. Postal Mail, First-Class Postage Prepaid upon

) Clerk of Court, United States Bankruptcy Court for the Middle District of Florida:
   300 North Hogan Street, Suite 3-150; Jacksonville, Florida 32202

) United States of America; United States Attorney General; U.S. Department of Justice:
   Ben Franklin Station, P.O. Box 683; Washington, District of Columbia 20044
   950 Pennsylvania Avenue, NW; Washington, District of Columbia 20530

¦ United States Attorney (Los Angeles):
   Federal Building, Room 7516; 300 North Los Angeles Street; Los Angeles, California 90012

) Internal Revenue Service:
   P.O. Box 7346; Philadelphia, Pennsylvania 19101-7346

) California Franchise Tax Board:
   General Counsel Section; P.O. Box 1720, MS: A-260; Rancho Cordova, California 95741-1720

   Federal Bureau of Prisons:
   320 First Street, NW; Washington, District of Columbia 20534

   California Attorney General; State of California:
   P.O. Box 944255; Sacramento, California 94244-2550

) American Bar Association:
   321 North Clark Street; Chicago, Illinois 60610

9) International Bar Association:
4th Floor, 10 St. Bride Street; London EC4A 4AD; United Kingdom

10) United States Department of State:
SA-17, 10th Floor, 2201 C Street, NW; Washington, District of Columbia 20522-1710

11) Florida Attorney General; State of Florida:
PL 01 THE CAPITOL, Tallahassee, Florida 32399-1050

12) United States Department of Treasury
1500 Pennsylvania Avenue, NW; Washington, District of Columbia 20220

13) United States Department of Commerce:
1401 Constitution Avenue, NW; Washington, District of Columbia 20230

14) United States Department of Transportation:
395 E. Street, SW; Washington, District of Columbia 20423

15) U.S. Securities and Exchange Commission:
Attn: Bankruptcy Counsel; 444 South Flower Street, Suite 900; Los Angeles, California 90071-9591

16) United States Comptroller of the Currency:
400 Seventh Street, SW; Washington, District of Columbia 20219

17) United States Postal Service:
475 L-Enfant Plaza, SW; Washington, District of Columbia 20260

18) Social Security Administration:
118 East Main Street; Leesburg, Florida 34749

19) Office of His Holiness:
The Holy Door of Mercy, 00120 Vatican City

19   of   21

20) Inter-American
1889 F. Street, NW; Washington, District of Columbia 20006

11) District of Columbia Department of Insurance, Securities, and Banking:
810 First Street, NE #701; Washington, District of Columbia 20002

12) Florida Office of Insurance Regulation:
200 East Gaines Street; Tallahassee, Florida 32301

3) California Department of Insurance:
300 Spring Street, South Tower; Los Angeles, California 90013

4) United Nations:
First Avenue @ 46th Street; New York, New York 10017

5) Los Angeles County Sheriff; County of Los Angeles:
4500 City Terrace Drive; Los Angeles, California 90063-1010

6) Duval County Sheriff; County of Duval:
501 East Bay Street; Jacksonville, Florida 32202

7) Department of Education / Sallie Mae:
P.O. Box 9635 Wilkes Barre, Pennsylvania 18773-9635

8) Los Angeles County Tax Collector:
P.O. Box 54110; Los Angeles, California 90054-0110

9) Transunion Credit Bureau:
P.O. Box 1000; Chester, Pennsylvania 19022

10) State of California Employment Development Department:
Bankruptcy Group MIC 92E; P.O. Box 826880; Sacramento, California 94280-0001

20 of 21

31) Experian Credit Bureau:
   P.O. Box 9595; Allen, Texas 70513

32) Equifax Credit Bureau:
   P.O. Box 740241; Atlanta, Georgia 30374

33) United States District Court:
   350 West 1st Street, Suite 4311; Los Angeles, California 90012

34) United States Trustee:
   915 Wilshire Boulevard, Suite 1850; Los Angeles, California 90017
   P.O. Box 922; Palatka, Florida 32178-0920

Cc:
1) Ms. Fatou Bensouda, Prosecutor; Office of the Prosecutor
   International Criminal Court; Information and Evidence Unit:
   Post Office Box 19519; 2500 CM The Hague; The Netherlands

2) Ms. Karen Mosoti, Head of the Office
   Liason Office of the International Criminal Court to the United Nations:
   866 United Nations Plaza, Suite 476; New York, New York 10017

3) General Carter F. Ham, III; CEO, Association of U.S. Army:
   2425 Wilson Boulevard; Arlington, Virginia 22201

4) Mike Pompeo, Secretary of State; U.S. Department of State
   U.S. Central Authority for Hague and Inter-American Service Conventions
   Office of International Judicial Assistance:
   1100 L. Street, NW; Room 11006; Washington, District of Columbia 20522-1710

under protest; without prejudice; under reserve; and with reservation of all our rights
Maalik Taquan Rahshe Gullett El, Autochthonous American Moor Alien Friend UCC 1-308

Maalik Taquan Rahshe Gullett El: General Executor-Caveator/Settlor/Beneficiary/Paramount Security Interest Holder
over GULLETT-EL, TAQUAN RASHE (any and all alphabetical and/or numerical variations and/or derivations)

Political Prisoner of War for National Liberation from Colonialism
Unlawfully Detained and Falsely Imprisoned at:
Federal Correctional Institution Coleman Medium; P.O. Box 1032; Coleman, Florida [33521]