


Notice to Principle Is Notice To Agents
Notice to Agents Is Notice To Principle

## Affidavit of Truth
### Continuous Criminal Harassment, Stalking and Terrorism by Jacksonville Sheriff Office et al

Comes Now, Wisdom Shield El, hereinafter "Affiant#1" and Highly Favored Shekinah El, hereinafter "Affiant#2" In Propria Persona, Sui Juris, Autochthonous American Wombmen with Divine Right, Religious Independence, and Inheritance; HJR 75, Sundry Free Moors Act of 1790 and property of The Most High (God) Yah with clean hands and humble hearts in the image and likeness of our Creator.

On and for the record that's also recorded with the heavenly Angels. For the past 90 days, unidentified vehicles have been parking adjacent to our property day and night, taking pictures/ recording and stalking us for hours. On Sunday, September 22, 2019 approximately 10 a.m. as we left to go for our work out on the jogging trail, a dark blue or black car (picture attached), which had been parked in back, adjacent to our property for an unknown amount of time. Affiants #1 and #2 sensed a very uncomfortable energy, yet not afraid due to Psalms 91 Divine Protection from our Most High Supreme Self Existing Creator Yah.

However, encounter heightened our awareness that we are again under surveillance by Jacksonville Sheriff's Office for unknown reasons. When we saw these two Caucasians taking pictures and video tapping us, Affiants took pictures of their car as walked past these unidentified Caucasians. Affiant #2 turned around and continued videotaping them and said to Affiant #1, "They are videotaping us and we are video tapping them". Jacksonville Sheriff's Office has a history of stalking and harassing these innocent, non-combative, non-belligerent Indigenous Autochthonous American Moors and this type of behavior is very familiar.






Affiant #1 asked Affiant #2, "Are they are agents? Affiant#2 said, "Probably, but NO WEAPON FORMED AGAINST US WILL PROSPER"". The unidentified Agents' cameras were visibly and easily seen. Then, on Monday, September 23, 2019 at or around 10:15 p.m., a swarm of JSO private CORPORATE policy keeper vehicles surrounded our house at 422 East 27th Street beaming their squad car at sea maritime colored blue lights in full blast flashing. We are certain that these Agents were the same Jacksonville Sheriff Officers stalking us the day before, except this time they brought about 15-20 additional Agents in Jacksonville Sheriff's Office squad cars.

This "After dark" criminal harassment attack confirmed that the agents in the black car on Sunday September 22, 2019, and all of the previous surveillance unmarked cars were/are indeed none other than "Jacksonville Sheriff's Office policy enforcers". They sat in and around our house for about an hour as we notified family and Moorish American Consulate Nationals by phone. We closed the windows and blinds concerned that these International War Criminals may invade and attempt to perform further violations and harm to us.

Since February 2015 a R.I.C.O gang of International War Criminals have launched numerous attacks upon the Person and Property of Humanitarian Lightworkers and "We the American People" are in URGENT need of assistance & protection. Public Fiduciary Trustees are using the police, courts, prisons, etc as Weapons of Mass Destruction violating our Divine Natural and Constitutional life Liberty Pursuit of Happiness Rights to live on planet Earth in Peace and Shalom. These Corporate Agents' criminal behavior includes HUMAN TRAFFICKING, INVOLUNTARY SERVITUDE, GENOCIDE AND multiple INTERNATIONAL WAR CRIMES AGAINST ABORIGINALS who are heirs to this land.

Autochthonous Moor Aboriginal Tribes, Moorish American are being attacked by the Public Servants who are supposed to administer "Trust" according to Lawful Remedy. This pattern of abuse, deprivation of rights under Color of Law R.I.C.O. Mafia International War Crimes, is completely unacceptable and will not








be tolerated by "We the American People"! These acts are in violation of the Organic united States for America Constitution, Treaty of Peace and Friendship 1789/1836, and Treaty of Tripoli 1796 and additional Laws and Treaties governing the Laws of Nations.

Affiant #1 and Affiant #2 do state the foregoing facts to be truth and if called upon to testify in a court of law shall do so in Truth, accurately, without misleading affirming under the Penalty of Perjury so help us Most High Supreme Self Existing Creator Yahveh.

By Affiant#1 _Wisdom Shield El_  -1967 Moorish American / Al Moroccan Native

By Affiant#2 _Highly Favored Shekinah El_  1954 Autochthonous American Aboriginal

## JURAT

State of Florida )
) ss:
Duval County )

On the _26_ day of _September_, 2019 before me, _Lizzie M. Rodgers_, personally appeared _Wisdom Shield El + Highly Favored Shekinah El_ who proved to me on the basis of satisfactory evidence to be the persons whose names are subscribed to this instrument and acknowledged to me that they are the persons that executed this instrument. I certify under PENALTY OF PERJURY under the laws of the Florida State that the foregoing paragraph is true and correct.

WITNESS by my hand and official seal

_Lizzie M. Rodgers_    DATE _26 September 2019_
Notary Public

My Commission Expires _4/25/2020_

[Notary seal: LIZZIE M. RODGERS, MY COMMISSION EXPIRES APRIL 25, 2020, NOTARY PUBLIC, STATE OF FLORIDA]

9/23/2019   Jacksonville Sheriff Admin Jacksonville FL, 32202 – Manta.com

# Jacksonville Sheriff Admin (/c/mtkzddt/jacksonville-sheriff-admin)

501 East Bay Street
Jacksonville, FL 32202
Phone: (904) 630-2120 (tel:9046302120)
Web: Coj.net (/urlverify?redirect=http%3A%2F%2FCoj.net&s=2816f79b0fdd293ab703465749944317&cb=5610223&amid=mtkzddt)

**Belle Époque Realty - Historic Proper Specialists**

Helping Clients Achieve their Dreams since 2014 homesforjack

Jacksonville Sheriff Admin is a privately held company in Jacksonville, FL.

Own This Business? (/busid/c/mtkzddt)

Categorized under Government Offices City Village and Township. Current estimates show this company has an annual revenue of unknown and employs a staff of approximately 1,000 to 4,999.

## Featured Content



What's the Difference Between Personal and Commercial Auto Insurance?
(https://www.manta.com/resources/small-business-experts/whats-difference-personal-commercial-auto-insurance/)

[illegible tracking URL parameters]