10/9/20, 11:05 AM

DIVISION OF CORPORATIONS



Department of State  /  Division of Corporations  /  Search Records  /  Search by Entity Name  /

## Detail by Entity Name

Florida Profit Corporation
UNITED STATES CORPORATION COMPANY

### Filing Information

| | |
|---|---|
| **Document Number** | 100009 |
| **FEI/EIN Number** | 13-6149455 |
| **Date Filed** | 07/15/1925 |
| **State** | FL |
| **Status** | ACTIVE |

### Principal Address

251 LITTLE FALLS DRIVE
WILMINGTON, DE 19808

Changed: 04/27/2018

### Mailing Address

251 LITTLE FALLS DRIVE
WILMINGTON, DE 19808

Changed: 04/27/2018

### Registered Agent Name & Address

THE PRENTICE-HALL CORPORATION SYSTEM, INC.
1201 HAYS STREET
TALLAHASSEE, FL 32301

Name Changed: 02/02/1994

Address Changed: 04/22/2005

### Officer/Director Detail

### Name & Address

Title President, Director

WARD III BORMAN

WARD III, RODMAN
251 LITTLE FALLS DRIVE
WILMINGTON, DE 19808

Title Secretary

MASSIH III, GEORGE A.
251 LITTLE FALLS DRIVE
WILMINGTON, DE 19808

Title Treasurer

FORTUNATO, JOHN, Jr.
251 LITTLE FALLS DRIVE
WILMINGTON, DE 19808

**Annual Reports**

| Report Year | Filed Date |
|---|---|
| 2018 | 04/27/2018 |
| 2019 | 04/24/2019 |
| 2020 | 04/24/2020 |

**Document Images**

| | |
|---|---|
| 04/24/2020 -- ANNUAL REPORT | View image in PDF format |
| 04/24/2019 -- ANNUAL REPORT | View image in PDF format |
| 04/27/2018 -- ANNUAL REPORT | View image in PDF format |
| 01/24/2017 -- ANNUAL REPORT | View image in PDF format |
| 04/29/2016 -- ANNUAL REPORT | View image in PDF format |
| 04/15/2015 -- ANNUAL REPORT | View image in PDF format |
| 04/30/2014 -- ANNUAL REPORT | View image in PDF format |
| 04/26/2013 -- ANNUAL REPORT | View image in PDF format |
| 04/30/2012 -- ANNUAL REPORT | View image in PDF format |
| 04/21/2011 -- ANNUAL REPORT | View image in PDF format |
| 04/23/2010 -- ANNUAL REPORT | View image in PDF format |
| 05/12/2009 -- ANNUAL REPORT | View image in PDF format |
| 01/22/2008 -- ANNUAL REPORT | View image in PDF format |
| 01/12/2007 -- ANNUAL REPORT | View image in PDF format |
| 03/13/2006 -- ANNUAL REPORT | View image in PDF format |
| 04/22/2005 -- ANNUAL REPORT | View image in PDF format |
| 02/24/2004 -- REINSTATEMENT | View image in PDF format |
| 01/22/2003 -- ANNUAL REPORT | View image in PDF format |
| 01/18/2002 -- ANNUAL REPORT | View image in PDF format |
| 02/06/2001 -- ANNUAL REPORT | View image in PDF format |
| 02/16/1999 -- ANNUAL REPORT | View image in PDF format |

Detail by Entity Name

| | |
|---|---|
| ~~05/10/1998~~ -- ANNUAL REPORT | View image in PDF format |
| 04/30/1998 -- ANNUAL REPORT | View image in PDF format |
| 04/23/1997 -- ANNUAL REPORT | View image in PDF format |
| 02/06/1996 -- ANNUAL REPORT | View image in PDF format |
| 05/01/1995 -- ANNUAL REPORT | View image in PDF format |
| 05/01/1995 -- ANNUAL REPORT | View image in PDF format |
| 11/08/1993 -- Reg. Agent Change | View image in PDF format |
| 05/01/1993 -- ANNUAL REPORT | View image in PDF format |
| 07/22/1992 -- ANNUAL REPORT | View image in PDF format |
| 06/28/1991 -- ANNUAL REPORT | View image in PDF format |
| 07/12/1990 -- ANNUAL REPORT | View image in PDF format |
| 08/18/1989 -- ANNUAL REPORT | View image in PDF format |
| 02/03/1989 -- Reg. Agent Change | View image in PDF format |
| 07/07/1988 -- ANNUAL REPORT | View image in PDF format |
| 06/18/1987 -- ANNUAL REPORT | View image in PDF format |
| 05/14/1986 -- ANNUAL REPORT | View image in PDF format |
| 06/18/1985 -- ANNUAL REPORT | View image in PDF format |
| 04/30/1984 -- Reg. Agent Change | View image in PDF format |
| 02/16/1984 -- ANNUAL REPORT | View image in PDF format |
| 08/29/1983 -- Reg. Agent Change | View image in PDF format |
| 03/10/1983 -- Reg. Agent Change | View image in PDF format |
| 01/20/1983 -- ANNUAL REPORT | View image in PDF format |
| 01/21/1982 -- ANNUAL REPORT | View image in PDF format |
| 04/23/1981 -- ANNUAL REPORT | View image in PDF format |
| 05/08/1980 -- ANNUAL REPORT | View image in PDF format |
| 02/15/1979 -- ANNUAL REPORT | View image in PDF format |
| 01/09/1978 -- ANNUAL REPORT | View image in PDF format |
| 03/31/1977 -- ANNUAL REPORT | View image in PDF format |
| 03/22/1976 -- ANNUAL REPORT | View image in PDF format |
| 01/14/1975 -- ANNUAL REPORT | View image in PDF format |
| 09/09/1974 -- RA CERTIFICATE | View image in PDF format |
| 08/07/1974 -- RA CERTIFICATE | View image in PDF format |
| 06/29/1974 -- ANNUAL REPORT | View image in PDF format |
| 02/02/1974 -- ANNUAL REPORT | View image in PDF format |
| 02/10/1973 -- ANNUAL REPORT | View image in PDF format |
| 01/18/1972 -- ANNUAL REPORT | View image in PDF format |
| 06/30/1970 -- ANNUAL REPORT | View image in PDF format |
| 04/04/1969 -- ANNUAL REPORT | View image in PDF format |
| 09/03/1968 -- RA CERTIFICATE | View image in PDF format |
| 05/20/1968 -- ANNUAL REPORT | View image in PDF format |
| 05/15/1967 -- ANNUAL REPORT | View image in PDF format |
| 06/10/1966 -- ANNUAL REPORT | View image in PDF format |
| 05/03/1965 -- ANNUAL REPORT | View image in PDF format |

| | |
|---|---|
| 06/05/1964 -- ANNUAL REPORT | View image in PDF format |
| 06/20/1963 -- ANNUAL REPORT | View image in PDF format |
| 03/29/1962 -- ANNUAL REPORT | View image in PDF format |
| 06/05/1961 -- ANNUAL REPORT | View image in PDF format |
| 06/06/1960 -- ANNUAL REPORT | View image in PDF format |
| 06/08/1959 -- ANNUAL REPORT | View image in PDF format |
| 06/16/1958 -- ANNUAL REPORT | View image in PDF format |
| 07/07/1957 -- ANNUAL REPORT | View image in PDF format |
| 06/11/1956 -- ANNUAL REPORT | View image in PDF format |
| 05/30/1955 -- ANNUAL REPORT | View image in PDF format |
| 06/25/1954 -- ANNUAL REPORT | View image in PDF format |
| 05/25/1953 -- ANNUAL REPORT | View image in PDF format |
| 06/02/1952 -- ANNUAL REPORT | View image in PDF format |
| 08/07/1951 -- ANNUAL REPORT | View image in PDF format |
| 08/19/1950 -- RA CERTIFICATE | View image in PDF format |
| 08/19/1950 -- ANNUAL REPORT | View image in PDF format |
| 06/11/1949 -- ANNUAL REPORT | View image in PDF format |
| 06/26/1948 -- ANNUAL REPORT | View image in PDF format |
| 07/14/1947 -- ANNUAL REPORT | View image in PDF format |
| 05/01/1946 -- ANNUAL REPORT | View image in PDF format |
| 06/29/1945 -- ANNUAL REPORT | View image in PDF format |
| 06/29/1944 -- ANNUAL REPORT | View image in PDF format |
| 06/17/1943 -- ANNUAL REPORT | View image in PDF format |
| 06/22/1942 -- ANNUAL REPORT | View image in PDF format |
| 08/13/1941 -- ANNUAL REPORT | View image in PDF format |
| 06/14/1940 -- ANNUAL REPORT | View image in PDF format |
| 08/16/1938 -- ANNUAL REPORT | View image in PDF format |
| 08/17/1937 -- ANNUAL REPORT | View image in PDF format |
| 08/08/1936 -- ANNUAL REPORT | View image in PDF format |
| 05/07/1935 -- ANNUAL REPORT | View image in PDF format |
| 06/09/1934 -- ANNUAL REPORT | View image in PDF format |
| 08/08/1933 -- ANNUAL REPORT | View image in PDF format |
| 05/03/1933 -- RA CERTIFICATE | View image in PDF format |
| 08/06/1932 -- ANNUAL REPORT | View image in PDF format |
| 05/18/1932 -- RA CERTIFICATE | View image in PDF format |
| 06/08/1931 -- RA CERTIFICATE | View image in PDF format |
| 04/30/1931 -- ANNUAL REPORT | View image in PDF format |
| 05/31/1930 -- RA CERTIFICATE | View image in PDF format |
| 05/07/1929 -- RA CERTIFICATE | View image in PDF format |
| 06/04/1928 -- RA CERTIFICATE | View image in PDF format |
| 05/29/1928 -- RA CERTIFICATE | View image in PDF format |
| 07/28/1927 -- RA CERTIFICATE | View image in PDF format |
| 10/05/1925 -- RA CERTIFICATE | View image in PDF format |



# 100009

Articles of Incorporation   800002555948---7

Filed 7-15-25

7pgs.



A - 9

## CERTIFICATE OF INCORPORATION

### OF

## UNITED STATES CORPORATION COMPANY

Filed in Office Secretary of State
of the State of Florida, this 15
day of January A.D. 1925

*Secretary of State*

By

**United States Corporation Company**

Dover, Del.—19-21 Dover Green
Chicago—39 No. La Salle St.     Albany, N. Y.—83 State
St. Louis—404 Carleton Bldg.     Jersey City, N. J.—15 Exch.
Philadelphia—1218 Commonwealth Bldg.;
Los Angeles—331 Van Nuys Bldg.

European Office
**International Corporation Company**
26 Rue de la Paix, Paris

Executive Offices
**65 Cedar Street, New York City**

Book. a - 1
Page. 9.

STATE OF FLORIDA
RECEIVED
JUL 13 1925

## CERTIFICATE OF INCORPORATION

### OF

### UNITED STATES CORPORATION COMPANY

-----ooOco-----

1. The name of the corporation is

UNITED STATES CORPORATION COMPANY.

2. The nature of the business and the objects and purposes proposed to be transacted, promoted or carried on by the corporation are as follows:

To prepare or cause to be prepared and procure to be filed, recorded, registered, published, issued or granted, in accordance with law, articles or certificates of incorporation, applications for letters patent, charters and other instruments relating to the incorporation and organization of corporations and joint stock companies.

To prepare or cause to be prepared and procure to be filed, recorded, registered, published, issued or granted, certificates, reports, statements, applications for licenses to do business or other instruments in relation to domestic and foreign corporations, companies or associations.

To provide and maintain domiciliary and other offices and facilities for corporations, companies and associations, and to act as agent in charge thereof and upon whom process against or any official notices to any such corporation, company or association may be served or given, and for any other lawful purpose.

To act as the fiscal or transfer agent of, or registrar of the stock or securities issued by any public or private corporation; and in such capacity to receive and dis-

burse money, to transfer, register, countersign, issue and deliver certificates of stock, bonds or other evidences of indebtedness, and to act as agent of any corporation, foreign or domestic, for any lawful purpose.

To carry on the business of an appraisal and audit company and in connection therewith to make examinations and appraisals of the business and property of corporations and individuals, to examine and audit their books and accounts, and to make reports and certificates in respect thereof.

To publish and deal in books, periodicals, pamphlets, legal forms and blanks of all kinds.

To acquire by purchase or otherwise, and to hold for investment or otherwise to use, sell, lease or dispose of real estate and real property, and any interest, estate or rights therein.

To acquire by purchase, subscription or otherwise and to hold for investment or otherwise, and to use, sell or dispose of shares of stock, bonds or any other obligations or securities of any corporation, domestic or foreign; to aid in any manner any corporation whose shares of stock, bonds or other obligations are held or in any manner guaranteed by the company, or in which the company is in any way interested; and to do any other acts or things for the preservation, protection, improvement or enhancement of the value of any such shares of stock, bonds or other obligations, or to do any acts or things designed for any such purpose; and while owner of any such shares of stock, bonds or other obligations, to exercise all the rights, powers and privileges of ownership thereof, and to exercise any and all voting powers thereon.

To acquire by purchase or otherwise, and to hold, own, use, grant licenses in respect to, or otherwise turn to

-2-

account or dispose of any copyrights, trademarks, inventions patent rights and letters patent of the United States or of any other country.

The business of the corporation is from time to time to do any one or more of the acts and things herein set forth; and it may conduct business in the State of Florida, other states, the District of Columbia, the territories and colonies of the United States and in foreign countries, have one or more offices out of the State of Florida, and hold, purchase, mortgage and convey real and personal property within or without of the State of Florida.

3. The maximum number of shares which this corporation is authorized to have outstanding at any time is ONE HUNDRED (100), each of which shares shall have a par value of ONE HUNDRED DOLLARS ($100.)

4. The amount of capital with which the corporation will begin business is FIVE HUNDRED DOLLARS ($500.)

5. The corporation is to have perpetual existence.

6. The principal office of the corporation shall be located in the Centennial Building, Tallahassee, Leon County.

7. The number of directors shall be three (3)

8. The names of the directors who shall hold office for the first year of the corporation's existence, or until their successors are elected and have qualified and their post-office addresses are as follows:

| NAMES | POST-OFFICE ADDRESSES |
|---|---|
| HARRY O. COUGHLAN | 150 BROADWAY, NEW YORK, N. Y. |
| SAMUEL B. HOWARD | 150 BROADWAY, NEW YORK, N. Y. |
| ARTHUR W. BRITTON | 150 BROADWAY, NEW YORK, N.Y. |

9. The names and post-office addresses of the sub-
scribers of this certificate and the number of shares of
stock which each agrees to take are as follows:

| NAMES | POST-OFFICE ADDRESSES | NO. OF SHARES |
|---|---|---|
| LOUIS H. GUNTHER | 150 BROADWAY, NEW YORK, N.Y. | 2 |
| SAMUEL B. HOWARD | 150 BROADWAY, NEW YORK, N.Y. | 2 |
| ARTHUR W. BRITTON | 150 BROADWAY, NEW YORK, N.Y. | 1 |

10. The directors and stockholders shall have power
to hold their meetings and to have one or more offices and
to keep the books of the corporation (except the original
or duplicate stock ledger) outside of the State of Florida,
at such place or places as from time to time may be des'gnated
by the By-Laws or by resolution of the Board.

The directors shall also have power, without the
assent or vote of the stockholders, to make and alter by-laws
of the corporation; to fix the times for the declaration and
payment of dividends; and to fix and vary the amount to be
reserved as working capital; to determine the use and dis-
position of any surplus or net profits over and above the
capital stock paid in, and in their discretion the directors
may use and apply any such surplus or accumulated profits in
purchasing or acquiring the bonds or other obligations or
shares of the capital stock of the corporation to such extent
and in such manner and upon such terms as the directors shall
deem expedient; but shares of such capital stock so purchased
or acquired may be resold unless such shares shall have been
retired for the purpose of decreasing the corporation's cap-
ital stock as provided by law.

-4-

WE, THE UNDERSIGNED, being each of the original
ubscribers to capital stock hereinbefore named, do hereby
associate for the purpose of establishing a corporation pur-
suant to the Corporation Law, State of Florida, 1925.

WITNESS our hands and seals this 7th day of July
1925.

IN PRESENCE OF:

Samuel C. Wood
as to all

(L.S.)

(L.S.)

(L.S.)

STATE OF NEW YORK, COUNTY OF NEW YORK, July 7th,
A. D., 1925, personally appeared before me, a Notary Public
in and for New York County, duly authorized to take acknow-
ledgments, LOUIS H. GUNTHER, SAMUEL B. HOWARD and ARTHUR
W. BRITTON, to me known and known to me to be the persons
described in and who executed the foregoing instrument, who
each acknowledged to me that he executed the same freely and
voluntarily as and for his act and deed for the uses and
purposes therein expressed.

WITNESS my hand and official seal the day and year
in this certificate first above written, at New York, New
York County, New York.

Samuel C. Wood,
notary Public
my commission expires
march 30, 1927.

DIVISION OF CORPORATIONS



Department of State  /  Division of Corporations  /  Search Records  /  Search by Entity Name  /

# Detail by Entity Name

Foreign Profit Corporation
CORPORATION SERVICE COMPANY

### Filing Information

| | |
|---|---|
| **Document Number** | P26505 |
| **FEI/EIN Number** | 51-0009810 |
| **Date Filed** | 10/19/1989 |
| **State** | DE |
| **Status** | ACTIVE |
| **Last Event** | CORPORATE MERGER |
| **Event Date Filed** | 06/06/2018 |
| **Event Effective Date** | NONE |

### Principal Address

251 LITTLE FALLS DRIVE
WILMINGTON, DE 19808

Changed: 04/27/2018

### Mailing Address

251 LITTLE FALLS DRIVE
WILMINGTON, DE 19808

Changed: 04/27/2018

### Registered Agent Name & Address

The Prentice-Hall Corporation System, Inc.
1201 HAYS STREET
TALLAHASSEE, FL 32301

Name Changed: 05/01/2017

Address Changed: 05/01/2017

### Officer/Director Detail

### Name & Address

Title Director, President

WARD III, RODMAN
251 LITTLE FALLS DRIVE
WILMINGTON, DE 19808

Title Treasurer

FORTUNATO, JOHN, Jr.
251 LITTLE FALLS DRIVE
WILMINGTON, DE 19808

Title Secretary

MASSIH , GEORGE A., III
251 LITTLE FALLS DRIVE
WILMINGTON, DE 19808

Title Director

BURKICK, LALOR
251 LITTLE FALLS DRIVE
WILMINGTON, DE 19808

Title Director

BUTLER, DOUGLAS R.
251 LITTLE FALLS DRIVE
WILMINGTON, DE 19808

Title Director

BUTLER, JEFFREY D.
251 LITTLE FALLS DRIVE
WILMINGTON, DE 19808

Title Director

DONOHUE, MICHAEL F., IV
251 LITTLE FALLS DRIVE
WILMINGTON, DE 19808

Title Director

SANTORA, WILLIAM A.

251 LITTLE FALLS DRIVE
WILMINGTON, DE 19808

Title Director

STANFORD, MARJORIE
251 LITTLE FALLS DRIVE
WILMINGTON, DE 19808

Title Director

UPADHYAY, SUKETU P.
251 LITTLE FALLS DRIVE
WILMINGTON, DE 19808

Title Director

WINN, BRUCE R.
251 LITTLE FALLS DRIVE
WILMINGTON, DE 19808

Title Director

BUTLER, LISA
251 LITTLE FALLS DRIVE
WILMINGTON, DE 19808

## Annual Reports

| Report Year | Filed Date |
|---|---|
| 2018 | 04/27/2018 |
| 2019 | 04/24/2019 |
| 2020 | 04/24/2020 |

## Document Images

| | |
|---|---|
| 04/24/2020 -- ANNUAL REPORT | View image in PDF format |
| 04/24/2019 -- ANNUAL REPORT | View image in PDF format |
| 06/06/2018 -- Merger | View image in PDF format |
| 04/27/2018 -- ANNUAL REPORT | View image in PDF format |
| 05/01/2017 -- AMENDED ANNUAL REPORT | View image in PDF format |
| 03/14/2017 -- ANNUAL REPORT | View image in PDF format |
| 04/28/2016 -- ANNUAL REPORT | View image in PDF format |
| 04/22/2015 -- ANNUAL REPORT | View image in PDF format |
| 04/30/2014 -- ANNUAL REPORT | View image in PDF format |
| 04/26/2013 -- ANNUAL REPORT | View image in PDF format |

| | |
|---|---|
| 04/30/2012 -- ANNUAL REPORT | View image in PDF format |
| 04/21/2011 -- ANNUAL REPORT | View image in PDF format |
| 04/23/2010 -- ANNUAL REPORT | View image in PDF format |
| 05/12/2009 -- ANNUAL REPORT | View image in PDF format |
| 01/22/2008 -- ANNUAL REPORT | View image in PDF format |
| 01/12/2007 -- ANNUAL REPORT | View image in PDF format |
| 03/13/2006 -- ANNUAL REPORT | View image in PDF format |
| 04/22/2005 -- ANNUAL REPORT | View image in PDF format |
| 02/24/2004 -- REINSTATEMENT | View image in PDF format |
| 01/22/2003 -- ANNUAL REPORT | View image in PDF format |
| 01/18/2002 -- ANNUAL REPORT | View image in PDF format |
| 02/06/2001 -- ANNUAL REPORT | View image in PDF format |
| 03/16/1999 -- ANNUAL REPORT | View image in PDF format |
| 04/30/1998 -- ANNUAL REPORT | View image in PDF format |
| 04/23/1997 -- ANNUAL REPORT | View image in PDF format |
| 02/14/1996 -- ANNUAL REPORT | View image in PDF format |
| 01/24/1995 -- ANNUAL REPORT | View image in PDF format |



## Detail by Entity Name

Florida Limited Liability Company
FIFTH FLORIDA LIVING OPTIONS LLC

**Filing Information**

| | |
|---|---|
| **Document Number** | L04000024410 |
| **FEI/EIN Number** | 33-1094306 |
| **Date Filed** | 03/31/2004 |
| **State** | FL |
| **Status** | ACTIVE |

**Principal Address**

861 WEST LUMSDEN ROAD
BRANDON, FL 33511

Changed: 09/06/2007

**Mailing Address**

861 WEST LUMSDEN ROAD
BRANDON, FL 33511

Changed: 02/25/2011

**Registered Agent Name & Address**

CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE, FL 32301-2525

**Authorized Person(s) Detail**

**Name & Address**

Title MGRM

FLORIDA LIVING OPTIONS, INC.
861 WEST LUMSDEN ROAD
BRANDON, FL 33511

Title Authorized Representative

Cassiba, Joseph
861 WEST LUMSDEN ROAD
BRANDON, FL 33511

Title Authorized Representative

Wilson, Ronald J
861 WEST LUMSDEN ROAD
BRANDON, FL 33511

**Annual Reports**

| Report Year | Filed Date |
|---|---|
| 2018 | 04/12/2018 |
| 2019 | 04/11/2019 |
| 2020 | 01/23/2020 |

**Document Images**

| | |
|---|---|
| 01/23/2020 -- ANNUAL REPORT | View image in PDF format |
| 04/11/2019 -- ANNUAL REPORT | View image in PDF format |
| 04/12/2018 -- ANNUAL REPORT | View image in PDF format |
| 03/10/2017 -- ANNUAL REPORT | View image in PDF format |
| 03/08/2016 -- ANNUAL REPORT | View image in PDF format |
| 03/27/2015 -- ANNUAL REPORT | View image in PDF format |
| 03/12/2014 -- ANNUAL REPORT | View image in PDF format |
| 03/29/2013 -- ANNUAL REPORT | View image in PDF format |
| 04/23/2012 -- ANNUAL REPORT | View image in PDF format |
| 02/25/2011 -- ANNUAL REPORT | View image in PDF format |
| 02/23/2010 -- ANNUAL REPORT | View image in PDF format |
| 03/31/2009 -- ANNUAL REPORT | View image in PDF format |
| 01/16/2008 -- ANNUAL REPORT | View image in PDF format |
| 04/25/2007 -- ANNUAL REPORT | View image in PDF format |
| 02/17/2006 -- ANNUAL REPORT | View image in PDF format |
| 07/21/2005 -- ANNUAL REPORT | View image in PDF format |
| 03/31/2004 -- Florida Limited Liabilites | View image in PDF format |



L04000024410

_____
(Requestor's Name)

_____
(Address)

_____
(Address)

_____
(City/State/Zip/Phone #)

☐ PICK-UP    ☐ WAIT    ☐ MAIL

_____
(Business Entity Name)

_____
(Document Number)

Certified Copies _____    Certificates of Status _____

```
Special Instructions to Filing Officer:




```

Office Use Only

900031251699

03/31/04--01051--011   **125.00







CORPORATION SERVICE COMPANY™

FILED
04 MAR 31  PM 4:00
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

```
        ACCOUNT NO.  :   072100000032

          REFERENCE  :   534815    4323000

      AUTHORIZATION  :

        COST LIMIT   :   $ PPD
---------------------------------------------------------------------

ORDER DATE  :  March 31, 2004

ORDER TIME  :  11:15 AM

ORDER NO    :  534815-005
```

# ARTICLES OF ORGANIZATION
## FOR
## FIFTH FLORIDA LIVING OPTIONS LLC

The undersigned, for the purpose of forming a Limited Liability Company under the Florida Limited Liability Act, Chapter 608 of the Florida Statutes, hereby adopts the following Articles of Organization:

### ARTICLE I:  NAME

The name of the limited liability company is FIFTH FLORIDA LIVING OPTIONS LLC.

### ARTICLE II:  ADDRESS

The mailing address and street address of the principal office of the Company is:

851 West Lumsden Road
Brandon, Florida 33511

### ARTICLE III:  REGISTERED AGENT

The name and the Florida street address of the Company's registered agent is:

Corporation Service Company
1201 Hays Street
Tallahassee, FL 32301

### ARTICLE IV:  DURATION

The period of duration for the Company shall be perpetual.

### ARTICLE V:  MANAGEMENT

The Company shall be managed by its sole member, Florida Living Options, Inc., a Florida not-for-profit corporation.

### ARTICLE VI:  PURPOSE

The Company shall be operated exclusively for charitable purposes, within the meaning of Section 501(c)(3) of the Internal Revenue Code of 1986, as amended (the "Code") or corresponding section of any future federal tax code.

### ARTICLE VII: INTERNAL AFFAIRS

The regulation of the internal affairs of the Company shall be set forth in the operating agreement.

### ARTICLE VIII: AMENDMENT

The Sole Member reserves the right to amend or repeal any provisions contained in these Articles of Organization or any amendment to them.

### ARTICLE IX: ORGANIZER

The name and address of the organizer of the company is:

> William P. Crain
> Attorney at Law
> 623 East Broadway
> Centralia, IL 62801

By signature below, the Organizer swears, confirms and declares that the Company has at least one (1) member.

### ARTICLE X: COMMENCEMENT

In accordance with Section 608.409 of the Florida Statutes, the date when the Company's existence shall commence is the date of execution by the Organizer of these Articles of Organization. In the event these Articles of Organization are not filed within the time period set forth in Section 608.409 of the Florida Statutes, the date when the Company's existence shall commence is the date of filing with the Secretary of State.

IN WITNESS WHEREOF, the Organizer has signed these Articles of Organization on this 30th day of March, 2004.

William P. Crain

## CERTIFICATE OF DESIGNATION OF REGISTERED AGENT

Having been named as registered agent to accept service of process for the Company at the place designated in the foregoing Articles of Organization, I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relating to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent as provided for in Chapter 608 of the Florida Statutes.

Dated this 31st day of March , 2004.

Registered Agent

**Cynthia L. Harris
as its agent**

DIVISION OF CORPORATIONS



## Detail by Entity Name

Florida Profit Corporation
CHINA TELETECH HOLDING, INC.

### Filing Information

| | |
|---|---|
| **Document Number** | P99000028316 |
| **FEI/EIN Number** | 59-3565377 |
| **Date Filed** | 03/29/1999 |
| **State** | FL |
| **Status** | INACTIVE |
| **Last Event** | PENDING REINSTATEMENT |
| **Event Date Filed** | 10/08/2020 |

### Principal Address

8th ZHONGSHAN RD.
145 ENZHOU BIG LN.
UNIT 505, 5/F, B2 FULI SQUARE
LIWAN DISTRICT, GUANGDONG 510150 CN

Changed: 01/23/2017

### Mailing Address

8th ZHONGSHAN RD.
145 ENZHOU BIG LN.
UNIT 505, 5/F, B2 FULI SQUARE LIWAN DISTRICT
GUANGZHOU, GUANGDONG 510150 CN

Changed: 01/23/2017

### Registered Agent Name & Address

CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE, FL 32301

Name Changed: 12/07/2016

Address Changed: 12/07/2016

Address Changed: 12/07/2016

**Officer/Director Detail**

**Name & Address**

Title CEO

LI, YANKUAN
8th ZHONGSHAN RD.
145 ENZHOU BIG LN.
UNIT 505, 5/F, B2 FULI SQUARE LIWAN DISTRICT
GUANGZHOU, GUANGDONG 510150 CN

Title CFO

YU, JANE
8th ZHONGSHAN RD.
145 ENZHOU BIG LN.
UNIT 505, 5/F, B2 FULI SQUARE LIWAN DISTRICT
GUANGZHOU, GUANGDONG 510150 CN

Title Chairman, Director

YANG, KUNYUAN
8th ZHONGSHAN RD.
145 ENZHOU BIG LN.
UNIT 505, 5/F, B2 FULI SQUARE LIWAN DISTRICT
GUANGZHOU, GUANGDONG 510150 CN

Title Director

YU, QING
8th ZHONGSHAN RD.
145 ENZHOU BIG LN.
UNIT 505, 5/F, B2 FULI SQUARE LIWAN DISTRICT
GUANGZHOU, GUANGDONG 510150 CN

Title Director

LI, JIEWEI
8th ZHONGSHAN RD.
145 ENZHOU BIG LN.
UNIT 505, 5/F, B2 FULI SQUARE LIWAN DISTRICT
GUANGZHOU, GUANGDONG 510150 CN

**Annual Reports**

Report Year        Filed Date

| Report Year | Filed Date |
|---|---|
| 2015 | 04/10/2015 |
| 2016 | 12/07/2016 |
| 2017 | 01/23/2017 |

**Document Images**

| | |
|---|---|
| 01/23/2017 -- ANNUAL REPORT | View image in PDF format |
| 12/07/2016 -- Reinstatement | View image in PDF format |
| 04/10/2015 -- REINSTATEMENT | View image in PDF format |
| 04/27/2012 -- ANNUAL REPORT | View image in PDF format |
| 03/08/2012 -- Name Change | View image in PDF format |
| 10/07/2011 -- REINSTATEMENT | View image in PDF format |
| 04/25/2010 -- ANNUAL REPORT | View image in PDF format |
| 01/23/2009 -- Amendment | View image in PDF format |
| 01/23/2009 -- CORAPREIWP | View image in PDF format |
| 07/30/2007 -- ANNUAL REPORT | View image in PDF format |
| 07/23/2007 -- Reg. Agent Change | View image in PDF format |
| 03/27/2007 -- Name Change | View image in PDF format |
| 05/01/2006 -- ANNUAL REPORT | View image in PDF format |
| 12/05/2005 -- Amended and Restated Articles | View image in PDF format |
| 05/02/2005 -- ANNUAL REPORT | View image in PDF format |
| 05/03/2004 -- ANNUAL REPORT | View image in PDF format |
| 05/05/2003 -- ANNUAL REPORT | View image in PDF format |
| 05/24/2002 -- ANNUAL REPORT | View image in PDF format |
| 05/02/2001 -- ANNUAL REPORT | View image in PDF format |
| 05/09/2000 -- ANNUAL REPORT | View image in PDF format |
| 03/29/1999 -- Domestic Profit | View image in PDF format |

SPIEGEL & UTRERA, P.A.
(Requestor's Name)

343 ALMERIA AVENUE

CORAL GABLES, FL 33134 - (305) 445-2700

FILED
99 MAR 29 AM 10: 32
SECRETARY OF STATE
TALLAHASSEE FLORIDA

OFFICE USE ONLY

## CORPORATION NAME(S) & DOCUMENT NUMBER(S) (if known):

1. AVALON DEVELOPMENT ENTERPRISES, INC.
   (Corporate Name)                                    (Document #)
2. (Corporation Name)                                  (Document #)
3. (Corporation Name)                                  (Document #)
4. (Corporation Name)                                  (Document #)

*P99000028316*

- ☐ Walk-In
- ☐ Pick up time  ASAP
- ☐ Certified Copy
- ☐ Mail out
- ☐ Will wait
- ☐ Photocopy
- ☐ Certificate of Status

| NEW FILINGS | |
|---|---|
| ✓ | Profit |
| | NonProfit |
| | Limited Liability |
| | Domestication |
| | Other |

| AMENDMENTS | |
|---|---|
| | Amendment |
| | Resignation of R.A., Officer/Director |
| | Change of Registered Agent |
| | Dissolution/Withdrawal |
| | Merger |

| OTHER FILINGS | |
|---|---|
| | Annual Report |
| | Fictitious Name |
| | Name Reservation |

| REGISTRATION/ QUALIFICATION | |
|---|---|
| | Foreign |
| | Limited Partnership |
| | Reinstatement |
| | Trademark |
| | Other |

90000282134 9---5
-03/29/99--01034--006
***2590.00  *****70.00

RECEIVED
99 MAR 29 AM 9: 58

Examiner's Initials

AVALON DEVELOPMENT ENTERPRISES, INC.
Page 1

# ARTICLES OF INCORPORATION

## OF

# AVALON DEVELOPMENT ENTERPRISES, INC.



The undersigned subscriber to these Articles of Incorporation is a natural person competent to contract and hereby form a Corporation for profit under Chapter 607 of the Florida Statutes.

### ARTICLE 1 - NAME

The name of the Corporation is **AVALON DEVELOPMENT ENTERPRISES, INC.,** (hereinafter, "Corporation").

### ARTICLE 2 - PURPOSE OF CORPORATION

The Corporation shall engage in any activity or business permitted under the laws of the United States and of the State of Florida.

### ARTICLE 3 - PRINCIPAL OFFICE

The address of the principal office of this Corporation is 8700 64th Street North, Pinellas, Florida 33782 and the mailing address is the same.

### ARTICLE 4 - INCORPORATOR

The name and street address of the incorporator of this Corporation is:

Elsie Sanchez
343 Almeria Avenue
Coral Gables, Florida 33134

### ARTICLE 5 - OFFICERS

The officers of the Corporation shall be:

President:        Marguerite Godels
Vice-President:   Charles P. Godels
Secretary:        Charles P. Godels
Treasurer:        Charles P. Godels

whose addresses shall be the same as the principal office of the Corporation.



SPIEGEL & UTRERA, P.A.
L A W Y E R S
www.amerilawyer®.com
343 ALMERIA AVENUE CORAL GABLES, FL 33134 - (305) 445-2700 - (800) 603-3900 - FACSIMILE (305) 447-8900
MAILING ADDRESS - POST OFFICE BOX 144479, CORAL GABLES, FL 33114-4479

## ARTICLE 6 - DIRECTOR(S)

The Director(s) of the Corporation shall be:

> Charles P. Godels
> Marguerite Godels

whose addresses shall be the same as the principal office of the Corporation.

## ARTICLE 7 - CORPORATE CAPITALIZATION

7.1    The maximum number of shares that this Corporation is authorized to have outstanding at any time is **SEVEN THOUSAND FIVE HUNDRED (7,500)** shares of common stock, each share having the par value of **ONE DOLLAR ($1.00)**.

7.2    No holder of shares of stock of any class shall have any preemptive right to subscribe to or purchase any additional shares of any class, or any bonds or convertible securities of any nature; provided, however, that the Board of Director(s) may, in authorizing the issuance of shares of stock of any class, confer any preemptive right that the Board of Director(s) may deem advisable in connection with such issuance.

7.3    The Board of Director(s) of the Corporation may authorize the issuance from time to time of shares of its stock of any class, whether now or hereafter authorized, or securities convertible into shares of its stock of any class, whether now or hereafter authorized, for such consideration as the Board of Director(s) may deem advisable, subject to such restrictions or limitations, if any, as may be set forth in the bylaws of the Corporation.

7.4    The Board of Director(s) of the Corporation may, by Restated Articles of Incorporation, classify or reclassify any unissued stock from time to time by setting or changing the preferences, conversions or other rights, voting powers, restrictions, limitations as to dividends, qualifications, or term or conditions of redemption of the stock.



SPIEGEL & UTRERA, P.A.
L A W Y E R S
www.amerilawyer.com
343 ALMERIA AVENUE CORAL GABLES, FL 33134 - (305) 445-2700 - (800) 603-3900 - FACSIMILE (305) 447-8900
MAILING ADDRESS - POST OFFICE BOX 144479, CORAL GABLES, FL 33114-4479

## ARTICLE 8 - SHAREHOLDERS' RESTRICTIVE AGREEMENT

All of the shares of stock of this Corporation may be subject to a Shareholders' Restrictive Agreement containing numerous restrictions on the rights of shareholders of the Corporation and transferability of the shares of stock of the Corporation. A copy of the Shareholders' Restrictive Agreement, if any, is on file at the principal office of the Corporation.

## ARTICLE 9 - POWERS OF CORPORATION

The Corporation shall have the same powers as an individual to do all things necessary or convenient to carry out its business and affairs, subject to any limitations or restrictions imposed by applicable law or these Articles of Incorporation.

## ARTICLE 10 - TERM OF EXISTENCE

This Corporation shall have perpetual existence.

## ARTICLE 11 - REGISTERED OWNER(S)

The Corporation, to the extent permitted by law, shall be entitled to treat the person in whose name any share or right is registered on the books of the Corporation as the owner thereto, for all purposes, and except as may be agreed in writing by the Corporation, the Corporation shall not be bound to recognize any equitable or other claim to, or interest in, such share or right on the part of any other person, whether or not the Corporation shall have notice thereof.

## ARTICLE 12 - REGISTERED OFFICE AND REGISTERED AGENT

The initial address of registered office of this Corporation is Spiegel & Utrera, P.A., located at 343 Almeria Avenue, Coral Gables, Florida 33134. The name and address of the registered agent of this Corporation is Spiegel & Utrera, P.A., 343 Almeria Avenue, Coral Gables, Florida 33134.

## ARTICLE 13 - BYLAWS

The Board of Director(s) of the Corporation shall have power, without the assent or vote of the shareholders, to make, alter, amend or repeal the Bylaws of the Corporation, but the affirmative vote of a number of Directors equal to a majority of the number who would constitute a full Board of Director(s) at the time of such action shall be necessary to take any action for the making, alteration, amendment or repeal of the Bylaws.

## ARTICLE 14 - EFFECTIVE DATE

These Articles of Incorporation shall be effective immediately upon approval of the Secretary of State, State of Florida.

## ARTICLE 15 - AMENDMENT

The Corporation reserves the right to amend, alter, change or repeal any provision contained in these Articles of Incorporation, or in any amendment hereto, or to add any provision to these Articles of Incorporation or to any amendment hereto, in any manner now or hereafter prescribed or permitted by the provisions of any applicable statute of the State of Florida, and all rights conferred upon shareholders in these Articles of Incorporation or any amendment hereto are granted subject to this reservation.

**IN WITNESS WHEREOF,** I have hereunto set my hand and seal, acknowledged and filed the foregoing Articles of Incorporation under the laws of the State of Florida, this _____ MAR 29 1999 _____.

Elsie Sanchez, Incorporator

## ACCEPTANCE OF REGISTERED AGENT DESIGNATED IN ARTICLES OF INCORPORATION

Spiegel & Utrera, P.A., having a business office identical with the registered office of the Corporation name above, and having been designated as the Registered Agent in the above and foregoing Articles of Incorporation, is familiar with and accepts the obligations of the position of Registered Agent under the applicable provisions of the Florida Statutes.

Spiegel & Utrera, P.A.

By: _____
Natalia Utrera, Vice President

FILED
99 MAR 29 AM 10: 32
SECRETARY OF STATE
TALLAHASSEE FLORIDA

**SPIEGEL & UTRERA, P.A.**
L A W Y E R S
www.amerilawyer®.com
343 ALMERIA AVENUE CORAL GABLES, FL 33134 - (305) 445-2700 - (800) 603-3900 - FACSIMILE (305) 447-8900
MAILING ADDRESS - POST OFFICE BOX 144479, CORAL GABLES, FL 33114 4479

Detail by Entity Name

10/9/20, 4:08



## Detail by Entity Name

Foreign Profit Corporation

CHINA TELECOM (AMERICAS) CORPORATION

**Filing Information**

| | |
|---|---|
| **Document Number** | F15000002262 |
| **FEI/EIN Number** | 02-0625788 |
| **Date Filed** | 05/21/2015 |
| **State** | DE |
| **Status** | ACTIVE |

**Principal Address**

607 HERNDON PARKWAY, SUITE 201
HERNDON, VA 20170

**Mailing Address**

607 HERNDON PARKWAY, SUITE 201
HERNDON, VA 20170

**Registered Agent Name & Address**

COGENCY GLOBAL INC.
115 NORTH CALHOUN ST., STE. 4
TALLAHASSEE, FL 32301

Name Changed: 12/07/2016

Address Changed: 12/07/2016

**Officer/Director Detail**

**Name & Address**

Title Secretary, Officer

FIALLO, LUIS
4124 TROWBRIDGE ST
FAIRFAX, VA 22030

Title Treasurer, Officer

ZHANG, XIAOFENG
2913 TIMBER WOOD DAY
HERNDON, VA 20171

Title President, Director

XU, TAN
607 HERNDON PARKWAY, SUITE 201
HERNDON, VA 20170

## Annual Reports

| Report Year | Filed Date |
|---|---|
| 2018 | 01/23/2018 |
| 2019 | 02/13/2019 |
| 2020 | 02/11/2020 |

## Document Images

| | |
|---|---|
| 02/11/2020 -- ANNUAL REPORT | View image in PDF format |
| 02/13/2019 -- ANNUAL REPORT | View image in PDF format |
| 01/23/2018 -- ANNUAL REPORT | View image in PDF format |
| 02/13/2017 -- ANNUAL REPORT | View image in PDF format |
| 12/07/2016 -- Reg. Agent Change | View image in PDF format |
| 03/07/2016 -- ANNUAL REPORT | View image in PDF format |
| 05/21/2015 -- Foreign Profit | View image in PDF format |

DIVISION OF CORPORATIONS



## Detail by Entity Name

Foreign Profit Corporation
COASTAL INTERNATIONAL SECURITY, INC.

**Cross Reference Name**

CIS, INC.

**Filing Information**

| | |
|---|---|
| **Document Number** | F00000002927 |
| **FEI/EIN Number** | 57-0940973 |
| **Date Filed** | 05/25/2000 |
| **State** | SC |
| **Status** | INACTIVE |
| **Last Event** | REVOKED FOR ANNUAL REPORT |
| **Event Date Filed** | 09/25/2020 |
| **Event Effective Date** | NONE |

**Principal Address**

7 Infinity Loop
Espanola, NM 87532

Changed: 01/12/2017

**Mailing Address**

7 Infinity Loop
Espanola, NM 87532

Changed: 04/19/2018

**Registered Agent Name & Address**

CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE, FL 32301

Name Changed: 04/11/2017

Address Changed: 04/11/2017

**Officer/Director Detail**

**Name & Address**

Title President

Singh, Sukhwinder
7 Infinity Loop
Espanola, NM 87532

Title Secretary

Khalsa, Sirichand Kaur
7 Infinity Loop
Espanola, NM 87532

Title VP

Khalsa, Mehtab Singh
7 Infinity Loop
Espanola, NM 87532

Title Director

Khalsa, Krishan Shiva Singh
7 Infinity Loop
Espanola, NM 87532

Title Director

Anthony, Gurubachan Singh
7 Infinity Loop
Espanola, NM 87532

Title Director

Rice , John
7 Infinity Loop
Espanola, NM 87532

Title Director

Khalsa, Amrit Singh
7 Infinity Loop
Espanola, NM 87532

Title Director

Kaur Khalsa, Siri Ram
7 Infinity Loop
Espanola, NM 87532

## Annual Reports

| Report Year | Filed Date |
|---|---|
| 2017 | 01/12/2017 |
| 2018 | 04/19/2018 |
| 2019 | 01/25/2019 |

## Document Images

| | |
|---|---|
| 01/25/2019 -- ANNUAL REPORT | View image in PDF format |
| 04/19/2018 -- ANNUAL REPORT | View image in PDF format |
| 04/11/2017 -- Reg. Agent Change | View image in PDF format |
| 01/12/2017 -- ANNUAL REPORT | View image in PDF format |
| 03/17/2016 -- ANNUAL REPORT | View image in PDF format |
| 03/17/2015 -- ANNUAL REPORT | View image in PDF format |
| 02/24/2014 -- ANNUAL REPORT | View image in PDF format |
| 04/11/2013 -- ANNUAL REPORT | View image in PDF format |
| 04/30/2012 -- ANNUAL REPORT | View image in PDF format |
| 01/04/2011 -- ANNUAL REPORT | View image in PDF format |
| 02/24/2010 -- ANNUAL REPORT | View image in PDF format |
| 02/02/2009 -- ANNUAL REPORT | View image in PDF format |
| 12/05/2008 -- REINSTATEMENT | View image in PDF format |
| 01/03/2007 -- ANNUAL REPORT | View image in PDF format |
| 04/10/2006 -- ANNUAL REPORT | View image in PDF format |
| 04/08/2005 -- ANNUAL REPORT | View image in PDF format |
| 07/28/2004 -- ANNUAL REPORT | View image in PDF format |
| 07/11/2003 -- ANNUAL REPORT | View image in PDF format |
| 09/23/2002 -- ANNUAL REPORT | View image in PDF format |
| 10/17/2001 -- REINSTATEMENT | View image in PDF format |
| 05/25/2000 -- Foreign Profit | View image in PDF format |

F0000000002927    4.

## TRANSMITTAL LETTER

To:    Registration Section
       Division of Corporations

SUBJECT:    Coastal International Security, Inc (CIS,Inc)
_____
            (Name of corporation - must include suffix)

Dear Sir or Madam:

The enclosed "Application by Foreign Corporation for Authorization to Transact Business in Florida", "Certificate of Existence", and check are submitted to register the above referenced foreign corporation to transact business in Florida.

Please return all correspondence concerning this matter to the following:

      Jeanette I. Hurt, President/CEO     200003235892--9
_____     --05/02/00--01097--005
            (Name of Person)                ****70.00  ****70.00

Coastal International Security, Inc.
_____
            (Firm/Company)                            ω -11846

600 Azalea Drive North
_____
            (Address)

Surfside Beach, South Carolina 29575
_____
            (City/State/Zip)

Should you need to call someone concerning this matter, please call:

Jeanette I. Hurt              at ( 843    )  238-9080
_____        _____
      (Name of Person)                (Area Code & Daytime Telephone Number)

**STREET ADDRESS:**                    **MAILING ADDRESS:**

Registration Section                   Registration Section
Division of Corporations               Division of Corporations
409 E. Gaines St.                      P.O. Box 6327
Tallahassee, FL 32399                  Tallahassee, FL  32314

                                                          ymth
                                                          5/25

Enclosed is a check for the following amount:

❑ $70.00 Filing Fee     ❑ $78.75 Filing Fee &     ❑ $78.75 Filing Fee &     ❑ $87.50 Filing Fee,
                           Certificate of Status      Certified Copy            Certificate of Status &
                                                                                 Certified Copy



**FLORIDA DEPARTMENT OF STATE**
Katherine Harris
Secretary of State

May 5, 2000

JEANETTE I. HURT
600 AZALEA DRIVE NORTH
SURFSIDE BEACH, SC  29575

SUBJECT: CIS, INC.
Ref. Number: W00000011846

We have received your document for CIS, INC. and your check(s) totaling
$70.00.  However, the document has not been filed and is being retained in this
office for the following:

The name designated in your document is not available.   Therefore, the
corporation must adopt an alternate name for use in the state of Florida.   To
adopt an alternate name the corporation must submit a corporate resolution by
the board of directors adopting the alternate name for use in the state of Florida.
Please note the corporate resolution must be signed by the chairman, vice
chairman, or an officer of the corporation.  The alternate name must contain a
corporate suffix.  Such suffixes include:  Corporation, Corp., Incorporated, Inc.,
Company, and CO.

Please  RETURN  ALL  DOCUMENTATION  to  the  ATTENTION  of  the
DOCUMENT SPECIALIST indicated.

Please return your document, along with a copy of this letter, within 60 days or
your filing will be considered abandoned.

If you have any questions concerning the filing of your document, please call
(850) 487-6097.

Michael Mays
Document Specialist

Letter Number: 200A00025031

# APPLICATION BY FOREIGN CORPORATION FOR AUTHORIZATION TO TRANSACT BUSINESS IN FLORIDA

*IN COMPLIANCE WITH SECTION 607.1503, FLORIDA STATUTES, THE FOLLOWING IS SUBMITTED TO REGISTER A FOREIGN CORPORATION TO TRANSACT BUSINESS IN THE STATE OF FLORIDA.*

1. _____ (CIS,Inc)
   (Name of corporation; must include the word "INCORPORATED", "COMPANY", "CORPORATION" or words or abbreviations of like import in language as will clearly indicate that it is a corporation instead of a natural person or partnership if not so contained in the name at present.)

2. South Carolina                              3. 57-0940973
   (State or country under the law of which it is incorporated)        (FEI number, if applicable)

4. March 18, 1999                              5. Perpetual
   (Date of incorporation)                     (Duration: Year corp. will cease to exist or "perpetual")

6. UPON QUALIFICATION
   (Date first transacted business in Florida.  If corporation has not transacted business in Florida, insert "upon qualification.")
   (SEE SECTIONS 607.1501, 607.1502 and 817.155, F.S.)

7. a. 600 Azalea Drive North, Surfside Beach, SC 29575
      (Principal office address)

   b. 600 Azalea Drive North, Surfside Beach, SC 29575
      (Current mailing address)

8. Security Officer/Guard Services
   (Purpose(s) of corporation authorized in home state or country to be carried out in state of Florida)

9. **Name and street address** of Florida registered agent: (P.O. Box or Mail Drop Box **NOT** acceptable)

   Name:    Jim Cali

   Office Address:  401 S.E. 3rd Street, #201

   Dania Beach                          , Florida  33004
                                                   (Zip code)

10. **Registered agent's acceptance:**

*Having been named as registered agent and to accept service of process for the above stated corporation at the place designated in this application, I hereby accept the appointment as registered agent and agree to act in this capacity.  I further agree to comply with the provisions of all statutes relative to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent.*

_____
(Registered agent's signature)

11. Attached is a certificate of existence duly authenticated, not more than 90 days prior to delivery of this application to the Department of State, by the Secretary of State or other official having custody of corporate records in the jurisdiction under the law of which it is incorporated.

# RESOLUTION OF BOARD OF DIRECTORS
### (Please print or type)

I, the undersigned ___Jeanette I. Hurt___, do hereby certify
(Name)

that this Resolution of the Board of Directors of _____

_____C I S , Inc_____
(Corporate Name)

a corporation duly organized and existing under the laws of the State of __South Carolina__

was duly adopted on _____ __5/12__ ,20__00__

Be it resolved, that _____C I S , Inc._____
(Corporate Name)

organized and existing in the State of __South Carolina__, hereby adopts the name

__Coastal International Security, Inc._____ for use in Florida.

Dated: _5/12/2000_____

_____
Signature of either Chairman, Vice Chairman or any officer

_____Jeanette I. Hurt_____
Type or print Name

INHS19(1/00)

FILED
00 MAY 25 AM 8 24
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

# The State of South Carolina



## Office of Secretary of State Jim Miles
### Certificate of Existence

I, Jim Miles, Secretary of State of South Carolina Hereby certify that:

### CIS INC.,

a corporation duly organized under the laws of the State of South Carolina on **March 18th, 1999**, and having a perpetual duration unless otherwise indicated below, has as of the date hereof filed all reports due this office, paid all fees, taxes and penalties owed to the Secretary of State, that the Secretary of State has not mailed notice to the Corporation that it is subject to being dissolved by administrative action pursuant to Section 33-14-210 of the South Carolina Code, and that the corporation has not filed articles of dissolution as of the date hereof.

Given under my Hand and the Great Seal of the State of South Carolina this 14th day of April, 2000.

_Jim Miles_

Jim Miles, Secretary of State

12.  Names and business addresses of officers and/or directors:

## A. DIRECTORS

Chairman: _____

Address: _____

_____

Vice Chairman: _____

Address: _____

_____

Director: _____

Address: _____

_____

Director: _____

Address: _____

_____

## B. OFFICERS

President:  Jeanette Ione Hurt

Address:   600 Azalea Drive North

Surfside Beach, SC 29575

Vice President:   Paul Milton Hurt

Address:   600 Azalea Drive North

Surfside Beach, SC 29575

Secretary: _____

Address: _____

_____

Treasurer: _____

Address: _____

_____

**NOTE:**  If necessary, you may attach an addendum to the application listing additional officers and/or directors.

13.  _Jeanette J. Hurt_
        (Signature of Chairman, Vice Chairman, or any officer listed in number 12 of the application)

14.  ___Jeanette Ione Hurt, President___
        (Typed or printed name and capacity of person signing application)