

THE WHITE HOUSE
WASHINGTON

May 4, 2020

RE: U.S. Federal Person "ROGER ALLEN MOORE/RAAJ AMEXEM MOOR RAFA EL"
  Taxpayer Identification / Decedent's Social Security Number: 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

Note: See United States Department of the Treasury/Internal Revenue Service Forms *2848* (Power of Attorney and Declaration of Representative) and *56* (Notice of Fiduciary Agent), sent December 1, 2019, via United States Postal Service Certified Mail Number 7016 0910 0002 3020 3644.

To whomever UNITED STATES Business Entity this may concern (who commercially-operates on United States *Public* Markets and excepts and/or exchanges in United States Currency while providing goods and/or services to U.S. Customers/Consumers in everyday commerce).

The above-mentioned U.S. Federal *Public* Person has a Pre-Paid Non-Obligatory Commercial Debt Obligation Arrangement with the UNITED STATES in relation to **12 U.S. Code § 95a – Regulation of Transactions in foreign exchange of gold and silver; property transfers; vested interests, enforcement and penalties (Part 2)** and *other Public Policy on U.S. Debt.*

Your Business Entity is *federally*-bound to UNITED STATES and U.S. *Public* Debt Obligations, by way of your Internal Revenue Service Employer Identification Number (the I.R.S. being under the U.S. Department of the Treasury) and your Federal Reserve Business Bank Account.

Your Business is hereby ordered to itemize whatever and however many Commercial Products and/or Services in which the above U.S. Federal *Public* Person wishes to commercially-acquire, adjust the bottom line total cost amount to zero ($0.00), and release the items. Provide a receipt to the above U.S. Federal Person, by way of it's Duly Authorized Representative ("**Raaj Rafa El – Sui Juris/De jure/In Proper Person**") and retain the record of the transaction to settle with your Federal Tax Obligation(s) with Internal Revenue Service as the entire overall transaction is only a Commercial Accounting Matter of what the Bankrupt UNITED STATES owes it's *True Creditors*, which is the American People, in direct relation to the borrowed gold and National Banking Emergency Act of 1933. All Commercial *Public* Debt-Obligations, while transacting all business within UNITED STATES Commercial Markets, belong to the UNITED STATES, as the UNITED STATES is the *True* Obligor in each and every U.S. Commercial-Transaction.

**Any Willful Dishonoring and/or Non-Settlement of UNITED STATES Commercial "*Public*-Debt" Obligational Matters, by any Duly-Bound Commercial Business Entity within the United States, will result in Federal Prosecution to the fullest extent possible.**

Sincerely,

*[signature]*

Donald J. Trump
President/Chief Executive Officer of the UNITED STATES