

ATTN: CLERK OF COURT
UNITED STATES BANKRUPTCY
COURT FOR THE NORTHERN
DISTRICT OF FLORIDA
TALLAHASSEE DIVISION
110 East Park Avenue Suite 100
Tallahassee Florida 32301