RE 307 159 625 US
To: Ogden, Utah 84201

# Form 56
(Rev. November 2017)
Department of the Treasury
Internal Revenue Service

## Notice Concerning Fiduciary Relationship
▶ Go to www.irs.gov/Form56 for instructions and the latest information.
(Internal Revenue Code sections 6036 and 6903)

OMB No. 1545-0013

## Part I  Identification

**Name of person for whom you are acting (as shown on the tax return)**
MOORISH SCIENCE TEMPLE OF AMERICA d/b/a MALIK RAHSHE EL

**Identifying number**
10105905

**Decedent's social security no.**
577638532

**Address of person for whom you are acting (number, street, and room or suite no.)**
Care of: 422 East 27th Street

**City or town, state, and ZIP code (If a foreign address, see instructions.)**
Jacksonville Florida Republic [32206-2211] T.D.C.

**Fiduciary's name**
Karen K. Specie Public servant Fiduciary Trustee d/b/a
UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIV

**Address of fiduciary (number, street, and room or suite no.)**
110 East Park Ave #100

**City or town, state, and ZIP code**
Tallahassee Florida [32301]

**Telephone number (optional)**
(850) 521-5031

### Section A. Authority

1   Authority for fiduciary relationship. Check applicable box:
a   ☑ Court appointment of testate estate (valid will exists)
b   ☐ Court appointment of intestate estate (no valid will exists)
c   ☐ Court appointment as guardian or conservator
d   ☑ Valid trust instrument and amendments
e   ☐ Bankruptcy or assignment for the benefit or creditors
f   ☑ Other. Describe ▶ Affidavit of appointment over Fee Simple Vest Estate Trust #10105905

2a  If box 1a or 1b is checked, enter the date of death ▶
b   If box 1c—1f is checked, enter the date of appointment, taking office, or assignment or transfer of assets ▶

### Section B. Nature of Liability and Tax Notices

3   Type of taxes (check all that apply): ☐ Income  ☐ Gift  ☐ Estate  ☐ Generation-skipping transfer  ☐ Employment
    ☐ Excise  ☐ Other (describe) ▶

4   Federal tax form number (check all that apply):  a ☐ 706 series  b ☐ 709  c ☐ 940  d ☐ 941, 943, 944
    e ☐ 1040, 1040-A, or 1040-EZ  f ☐ 1041  g ☐ 1120  h ☐ Other (list) ▶

5   If your authority as a fiduciary does not cover all years or tax periods, check here . . . . . . . . . . . . ▶ ☐
    and list the specific years or periods ▶

For Paperwork Reduction Act and Privacy Act Notice, see separate instructions.    Cat. No. 16375I    Form **56** (Rev. 11-2017)

FILED

NOV - 2 2020

CLERK OF COURT
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF FL

Form 56 (Rev. 11-2017)     Page **2**

### Part II    Revocation or Termination of Notice

#### Section A—Total Revocation or Termination

6. Check this box if you are revoking or terminating all prior notices concerning fiduciary relationships on file with the Internal Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship ▶ ☐

Reason for termination of fiduciary relationship. Check applicable box:

- a ☐ Court order revoking fiduciary authority
- b ☐ Certificate of dissolution or termination of a business entity
- c ☑ Other. Describe ▶ Case # 20-40375 this instruction is self executing with respect to zero Account # 571638532 transactions

#### Section B—Partial Revocation

7a. Check this box if you are revoking earlier notices concerning fiduciary relationships on file with the Internal Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship ▶ ☐

b. Specify to whom granted, date, and address, including ZIP code.
▶ _____

#### Section C—Substitute Fiduciary

8. Check this box if a new fiduciary or fiduciaries have been or will be substituted for the revoking or terminating fiduciary and specify the name(s) and address(es), including ZIP code(s), of the new fiduciary(ies) ▶ ☑
▶ _____

### Part III    Court and Administrative Proceedings

| Name of court (if other than a court proceeding, identify the type of proceeding and name of agency) | Date proceeding initiated |
|---|---|
| MOORISH SCIENCE TEMPLE OF AMERICA/Court of Equity and Truth LD105905 | 10/14/2020 |

| Address of court | Docket number of proceeding |
|---|---|
| Care of: 422 East 27th Street | # LD105905 |

| City or town, state, and ZIP code | Date | Time | ☐ a.m. ☐ p.m. | Place of other proceedings |
|---|---|---|---|---|
| Jacksonville Florida Republic [32206] T.D.C. | 10/14/2020 | | | |

### Part IV    Signature

**Please Sign Here**

I certify that I have the authority to execute this notice concerning fiduciary relationship on behalf of the taxpayer.

MOORISH SCIENCE TEMPLE OF AMERICA / COURT OF EQUITY AND TRUTH d/b/a (TARUAN RASHIE GULLETT)
▶ By: Tarquan Rashie d/b/a All Rights Reserved, without Prejudice UCC 1-308, 3-308 #LD105905 TAX IMMUNITY for the Moorish Nation, Lawful Beneficiary of the Vast estate
Fiduciary's signature    CONTROL OF LETTER-OF-CREDIT RIGHT    Title, if applicable    Date 10/14/2020
UCC 9-107

Form **56** (Rev. 11-2017)