## CERTIFICATE OF SERVICE

**STATE OF FLORIDA**

**COUNTY OF DUVAL**

FILED USBC NDFL TLMAIL
NOV 5 2020 PM1:13

On this 3 day of November, 2020. I certify that the preceding or attached 484 documents, and the duplicate retained by me as a notarial record, are true, exact, complete, and unaltered photocopies made by me of the service of Summons To Debtor In Involuntary Case and complaint, and service of process by United States Postal Service: Priority Mail addressed to United States Corporation Company Agents, Subsidiaries, Successors, Assigns, 1201 Hays ST, Tallahassee, FL 22301. USPS Tracking number #9405503699300114313095 presented to me by the document's custodian, Highly Favored Shekinah El dba Moorish Science Temple of America/Court of Equity and Truth (SYTERIA LAWRENCE/SYTERIA HEPHZIBAH) #10105905 Tax Immunity Number for the Moorish Nation.



Notary Public State of Florida
Denise Cross
My Commission GG 258884
Expires 01/11/2023

_DENISECROSS_
Notary Signature

## United States Bankruptcy Court
### Northern District of Florida
### Tallahassee Division

In re: United States Corporation Company Agents, Subsidiaries, Successors, Assigns
    Alleged Debtor(s)

Bankruptcy Case No.: 20-40375
Chapter: 11

Judge: Karen K. Specie

### Summons To Debtor In Involuntary Case

An involuntary petition under Title 11, United States Code was filed against you on 10/14/2020 in this bankruptcy court, requesting an order for relief under chapter 11 of the Bankruptcy Code (title 11 of the United States Code)

YOU ARE SUMMONED and required to file with the clerk of the bankruptcy court a motion or answer to the petition within 21 days after the service of this summons. A copy of the involuntary petition is attached.

    Address of Clerk:
        U.S. Bankruptcy Court 110 E.
        Park Ave., Ste. 100
        Tallahassee, FL 32301

At the same time, you must also serve a copy of the motion or answer upon the petitioner or the petitioner's attorney.

    Name and Address of Petitioner/Attorney:
        Zosear-RA Neteckeht El
        d/b/a Minister of Defense Asiaic Nation of North America/Moorish Science Temple Court of Equity and Truth
        2082 Harrison Avenue
        Cincinnati, OH 45214-1195

If you make a motion, your time to serve an answer is governed by Federal Rule of Bankruptcy Procedure 1011(c).

If you fail to respond to this summons, the order for relief will be entered.

                Traci E. Abrams
                Clerk of the Bankruptcy Court

Date: 10/21/2020            By: /s/ Ann Laritz
                          Deputy Clerk



Electronic issuance of this summons is authorized under F.R.B.P 7004(a)(2). Authenticity may be verified by accessing the on-line case file using PACER at www.flnb.uscourts.gov or by visiting the Clerk's office.

## CERTIFICATE OF SERVICE

I, _____, certify that I am, and at all times during the service
      (name)

of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made _____ by:
                                                           (date)

___ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:


___ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:


___ Residence Service: By leaving the process with the following adult at:


___ Publication: The defendant was served as follows: [Describe briefly]


___ State Law: The defendant was served pursuant to the laws of the State of _____ as follows:
    [Describe briefly]                                                              (name of state)


Under penalty of perjury, I declare that the foregoing is true and correct.


_____           _____
Date                                 Signature



Print Name
_____

Business Address
_____

City                              State      Zip

Please See "CERTIFICATE OF SERVICE."

# Click-N-Ship® Label Receipt

**USPS TRACKING #:**
**9405 5036 9930 0114 3130 95**

| | | |
|---|---|---|
| Trans. #: | 512837794 | Priority Mail® Postage: $8.05 |
| Print Date: | 11/03/2020 | Total: $8.05 |
| Ship Date: | 11/03/2020 | |
| Expected Delivery Date: | 11/06/2020 | |

**From:** C/O DENISE CROSS, NOTARY
6501 ARLINGTON EXPY
B105
JACKSONVILLE FL 32211-5779

**To:** UNITED STATES CORPORATION COMPANY, ET., AL
1201 HAYS ST
TALLAHASSEE FL 32301-2699

\* Retail Pricing Priority Mail rates apply. There is no fee for USPS Tracking® service