UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:

UNITED STATES CORPORATION COMPANY,

    Alleged Debtor.

_____/

CASE NO.: 20-40375-KKS

INVOLUNTARY
CHAPTER: 11

### ORDER STRIKING *NOTICE TO PRINCIPAL IS NOTICE TO AGENT AND NOTICE TO AGENT IS NOTICE TO PRINCIPAL* (DOC. 7)

THIS MATTER is before the Court on the document entitled "*Notice to Principal is Notice to Agent and Notice to Agent is Notice to Principal*," ("Notice," Doc. 7) filed on November 2, 2020.

Pursuant to Fed. R. Bankr P. 1018, the Court directs Fed. R. Bankr. P. 7012 to apply to this Involuntary Petition proceeding.[1] Fed. R. Civ. P. 12(f) provides that the Court may, on its own initiative, strike from a pleading any matter that is immaterial, impertinent, or scandalous.[2] Here, the Notice improperly designates the Clerk of Court as a "Public

---

[1] Fed. R. Bankr. P. 1018 ("Unless the court otherwise directs . . . the following rules in Part VII apply to all proceedings contesting an involuntary petition . . . Rules 7005, 7008–7010, 7015, 7016, 7024–7026, 7028–7037, 7052, 7054, 7056, and 7062. The court may direct that other rules in Part VII shall also apply. . . References in the Federal Rules of Civil Procedure to the complaint shall be read as a reference to the petition.").

[2] Fed. R. Civ. P. 12(b)–(i) is made applicable by Fed. R. Bankr. P. 7012(b).

NJM

Servant Fiduciary Trustee."

The Notice also apparently seeks to amend the names of Petitioning Parties. To amend their names, Petitioning Parties must file an amended involuntary petition—their names cannot be changed by Notice.

For the reasons stated, it is

ORDERED: The document entitled "*Notice to Principal is Notice to Agent and Notice to Agent is Notice to Principal,*" (Doc. 7) is STRICKEN.

DONE and ORDERED on  November 12, 2020  .

KAREN K. SPECIE
Chief U. S. Bankruptcy Judge

cc: all parties in interest, including
Syteria Hephzibah
Highly Favored Shekinah El
422 East 27th Street
Jacksonville, FL 32206-2211
dba Moorish Science Temple of America
dba Court of Equity and Truth

Taquan Gullett
Maalik Rahshe El
422 East 27th Street
Jacksonville, FL 32206-2211
dba Moorish Science Temple of America
dba Court of Equity and Truth

2