# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**IN RE:**

**UNITED STATES CORPORATION COMPANY,**

**CASE NO.: 20-40375-KKS**

**INVOLUNTARY CHAPTER: 11**

    **Alleged Debtor.**

_____/

## ORDER GRANTING ALLEGED DEBTOR'S EMERGENCY MOTION FOR ORDER DISMISSING INVOLUNTARY PETITION (Doc. 28)

THIS MATTER came before the Court on the *Alleged Debtor's Emergency Motion for Order Dismissing Involuntary Petition and Request for Emergency Hearing, with Memorandum* ("Motion," Doc. 28).

The Court held a hearing on the United States Corporation Company's ("USCC") Motion on November 30, 2020, at the conclusion of which this Court announced that this case is dismissed, with prejudice. The Court reserved jurisdiction to rule on any and all sanctions that USCC may seek against Petitioning Parties, within fourteen (14) days of this Order, and any additional sanctions this Court may order under the *Order for Petitioning Party, Syteria Hephzibah, to Show Cause Why She Should Not Be Declared a Vexatious Litigant* (Doc. 38).[1]

---

[1] At the hearing the Court ruled on the *Amended Order to Show Cause (1) Why Notice Concerning Fiduciary Relationship (Docs. 8, 9, 21, and 22) Should Not Be Stricken, and (2) Why Petitioning Parties Should Not Be Sanctioned Under Bankruptcy Rule 9011 and 11 U.S.C. § 105(a)* (Doc. 26); the Court announced that it will issue a separate order imposing sanctions on that Order to Show Cause.

Upon consideration of the pleadings and argument of counsel, the testimony before the Court, and based upon the findings of fact and conclusions of law announced in open Court on November 30, 2020, it is:

ORDERED:

1. The *Alleged Debtor's Emergency Motion for Order Dismissing Involuntary Petition and Request for Emergency Hearing, with Memorandum* (Doc. 28) is **GRANTED**, and this case is **DISMISSED**, with prejudice.

2. This Court reserves jurisdiction over this matter to consider any and all sanctions that USCC may seek against the petitioning parties by filing a request for such sanctions within fourteen (14) days of entry of this Order. Further, this Court reserves jurisdiction to consider any additional sanctions that this Court may order under the *Order for Petitioning Party, Syteria Hephzibah, to Show Cause Why She Should Not Be Declared a Vexatious Litigant* (Doc. 38).

**DONE and ORDERED** this    December 2, 2020    .

KAREN K. SPECIE
United States Bankruptcy Judge

Patrick M. Shelby, counsel for United States Corporation Company, is directed to serve a copy of this Order on all interested parties and file a certificate of service of mailing within three (3) days of the entry of this Order.

Prepared by: **(Modified in Chambers)**

Patrick "Rick" M. Shelby
Phelps Dunbar LLP
365 Canal Place, Suite 2000
New Orleans, Louisiana 70130-6534