**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF FLORIDA**

Chapter 11

In re: COASTAL INTERNATIONAL SECURITY INC

Case Number: 20-40375 KKS

Claim Number: 2 for $4,511.45

        DEBTOR

## WITHDRAWAL OF NOTICE BY COMMISSIONER OF MASSACHUSETTS DEPARTMENT OF REVENUE PROOF OF CLAIM

Please take notice that based upon further information provided by the debtor, Geoffrey E. Snyder, as he is Commissioner of Revenue for the Commonwealth of Massachusetts (hereinafter, "MDOR"), by and through his undersigned agent and attorney-in-fact, hereby withdraws the *Proof of Claim By the Commissioner Of Massachusetts Department of Revenue.*

        GEOFFREY E. SNYDER
        COMMISSIONER
        MASSACHUSETTS DEPARTMENT OF REVENUE

        **By his duly authorized agent,**

        /s/ Krystle Liles
        **MASSACHUSETTS DEPARTMENT OF REVENUE**
        **BANKRUPTCY UNIT - COLLECTIONS BUREAU**
        **100 CAMBRIDGE STREET, PO BOX 9564**
        **BOSTON, MA 02114-9564**
        **(617) 626-3875**



Geoffrey E. Snyder
Commissioner

**MASSACHUSETTS DEPARTMENT OF REVENUE**
**COLLECTIONS BUREAU - BANKRUPTCY UNIT**

100 CAMBRIDGE STREET - 7th FLOOR, BOSTON
PO BOX 9564, BOSTON, MA 02114-9564
Phone: (617) 626-3875     Fax: (617) 626-3796

In re: COASTAL INTERNATIONAL SECURITY INC

Chapter 11
Case Number: 20-40375 KKS

## CERTIFICATE OF SERVICE

I, Krystle Liles, hereby certify that I have served the attached Commissioner of the Massachusetts Department of Revenue's Withdrawal of Proof of Claim By Commissioner Of Massachusetts Department of Revenue, by first class mail, postage prepaid, upon parties or persons appearing on the accompanying SERVICE LIST attached hereto who were not listed as being served electronically upon.

PATRICK MICHAEL SHELBY
365 CANAL ST, Ste 2000
NEW ORLEANS, LA 70130-6534

Chapter 11 Trustee
110 E PARK AVE, Ste 128
TALLAHASSEE, FL 32301

/s/ Krystle Liles
MASSACHUSETTS DEPARTMENT OF REVENUE
12/22/2020