**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE, FLORIDA**

```
IN RE:                          )
                                ) Case No: 20-40375-KKS
UNITED STATES CORPORATION       ) Involuntary Chapter:  11
COMPANY,                        )
                                ) Tallahassee, Florida
              Alleged Debtor.   ) December 17, 2021
                                ) 2:27 P.M.
_____ )
```

**TRANSCRIPT OF ORDER FOR PETITIONING PARTY,**
**SYTERIA HEPHZIBAH, TO SHOW CAUSE WHY SHE SHOULD**
**NOT BE DECLARED A VEXATIOUS LITIGANT**
**BEFORE THE HONORABLE KAREN K. SPECIE,**
**UNITED STATES BANKRUPTCY JUDGE**

<u>APPEARANCES</u>:

 Via CourtCall:          Highly Favored Shekinah El,
                         In Pro Per/Pro Se



1              _P_ _R_ _O_ _C_ _E_ _E_ _D_ _I_ _N_ _G_ _S_

2              DEPUTY CLERK:  United States Corporation Company,

3    Chapter 11, Case Number 20-40375.  Before the court is hearing

4    on order to show cause.  Scheduled via CourtCall, Ms. Highly

5    Favored Shekinah El?

6              MS. SHEKINAH EL:  Yes, I'm here.

7              DEPUTY CLERK:  Thank you.  Is there anyone else

8    present wishing to appear?

9              MS. SHEKINAH EL:  No.

10              DEPUTY CLERK:  Thank you.

11              THE COURT:  All right.  Thank you very much.  As

12    announced, this is Judge Specie.  We are here to consider the

13    order at Docket Number 38 entitled, "Order for Petitioning

14    Party, Syteria Hephzibah, To Show Cause Why She Should Not Be

15    Declared a Vexatious Litigant."

16              I will note that Ms. Hephzibah requests to be

17    designated today as Highly Favored Shekinah El.

18              The order to show cause has been entered, as it

19    specifically states, to consider whether this party should be

20    declared a vexatious litigant, and I'm now reading from the

21    paragraph at the top of page 2-4:

22              "1.  Attempting to relitigate meritless and frivolous

23    claims;

24              "2.  Harassing alleged debtor, governmental agencies

25    of the United States and others; and,

1        "3.  Continuing to abuse the bankruptcy system,"

2   close quote.

3        The sanction that the court is considering, in

4   addition to others that may result by result of prior orders,

5   includes, and I quote, "Permanently enjoining Hephzibah, also

6   known as Shekinah El, from initiating any matter or filing any

7   papers in this court without prior approval from the court or

8   unless she is represented by counsel admitted to practice in

9   this court."

10       The order gives Ms. Shekinah El an opportunity to

11  convince the court today why such a sanction should not occur.

12       Ms. Shekinah El?

13       MS. SHEKINAH EL:  Yes.  For the record, based on the

14  person's rights of the constitution to address my grievances,

15  object to the grievances and religious freedom, I offer to

16  allow the change name in the year 2010, and I have a

17  confirmation letter from the Social Security Administration

18  that is dated April the 27th, 2010.  It says:  "Highly Favored

19  Shekinah El, this is a receipt to show that you applied for a

20  social security card on April the 27th, 2010.  You should have

21  your card in about two weeks.  Any documents you have

22  submitted are being returned to you with this receipt.  If you

23  do not receive your social security card within two weeks,

24  please let us know.  You may call, write or visit any social

25  security office.  If you wish to visit an office, please bring

1  this receipt with you.  To protect the privacy, we will not

2  disclose a social security number over the phone.  The Social

3  Security Administration is required by law to obtain social

4  security cards three a year and ten for lifetime.  Do not

5  carry your social security card with you to the location in

6  your wallet."

7         And so this was in year 2010.  However, in the year

8  2015, the Human Rights of Duval County came together to form

9  what we thought was going to be a common law grand jury to

10  address the massive police brutality in Duval County.

11  Unbeknownst to us, when we formed this common law grand jury

12  and proceeded according to constitutional law to protect our

13  rights, our lives, and our property, retaliation from federal

14  and state agents was launched against us.  And on February the

15  5th, as I was on my way to my second mother's funeral, my

16  travel was intercepted by about 30 federal agents, Florida

17  Highway Patrol agents and Jacksonville Sheriff's Office

18  telling me that I had fraudulently used this name Highly

19  Favored Shekinah El, which is a fraudulent name using it on a

20  passport.  I had used it for five years, used it on my car

21  registration, and -- let's see if there's anything else --

22  they just said it was a fraudulent name change.  And so they

23  arrested me.

24         I was sexually abused by Jessie Alvarez, one of the

25  marshals, when he did a body search on me, running his hands

1  up my -- the center of my legs, the crease of my vagina, and

2  then over my breasts in the present of about six to seven

3  additional marshals, one of them was a female whom I believe

4  was Penelope Knox and.  But they were humiliating me and

5  badgering me, taunting me and -- so this was a pattern that

6  was implemented against me.

7        When I went to report for pretrial services, the

8  marshals told me that I had to have an ID to get into the

9  building; and I said, "Well, you guys arrested me saying that

10  this is a false name change, my religious name change is a

11  false name change, even though I had documents from the Social

12  Security Administration saying that it was a lawful name

13  change."  And so they demanded that I go get ID to get into

14  the building.  I said, "Well, how am I going to get an ID if

15  you guys are saying that this name change was false?"  And

16  they said, "Well, you know, basically that's your problem."

17        So I went to the driver's license office to get an

18  ID -- another ID.  And when I went in, I told the

19  representative what happened, and I said, "I need to revert

20  back to Syteria Hephzibah because --" and I told her about the

21  arrest and everything.  She looks in the system and she said,

22  "There is nothing in the system that says that this is a false

23  name change; we cannot give you an ID in any other name except

24  for Highly Favored Shekinah El because that's all that is

25  showing up in our system."  So I'm like, "What?"  I'm like

1  shocked that she said that.

2         So I said, "Okay.  Well, they said I have to have an
3  ID to get in to report to pretrial services.  If I don't get
4  in to report to pretrial services, they'll come and arrest me
5  again."

6         So I get the ID, and it's in Highly Favored Shekinah
7  El.  The next time I go in to check into pretrial services for
8  about -- let's see, that was February -- about March the
9  22nd -- -7th -- the 27th, the day before I think it was like
10 my 61st birthday, and Florida Highway Patrol shows up at my --
11 Florida Highway Patrol, the FBI, the Jacksonville Sheriff's
12 Office showed up at my job, and Ricky Blanco arrested me
13 saying that I had gotten a driver's license in the name Highly
14 Favored Shekinah El, and it was a false name.  They arrested
15 me, charged me $100,000 bond, and I had to go to court with
16 those matters.

17        So -- and this happened -- like, I think I got
18 arrested like about four or five times, because anytime I
19 would go back to District Court, they would tell me that I
20 needed an ID to get in, and I didn't have an ID.

21        So finally, I went to the Social Security
22 Administration, and I told them what was happening to me, and
23 I begged them.  I said, "Please, I need for y'all to change
24 this name back to Syteria Hephzibah because they keep
25 arresting me; and, you know, they tell me to report to the

| | |
|---|---|
| 1 | District Court, I report to the District Court, and they tell |
| 2 | me that I have to have an ID to get in."  And I would always |
| 3 | take my Pastor Birdie with me.  So she's a witness, she can |
| 4 | verify what I'm saying. |
| 5 | And so I'm sitting in the Social Security |
| 6 | Administration telling them this, and the rep takes my |
| 7 | documents.  I showed her the documents that I used for my name |
| 8 | change five years earlier.  She takes them to the back.  The |
| 9 | crowd of other workers gather around her, and I'm sitting |
| 10 | there, my heart is about to jump out of my chest because I'm |
| 11 | thinking, "Gosh, am I going to get arrested again?  And I'm |
| 12 | trying to make this thing right and straighten this thing |
| 13 | out." |
| 14 | And so after about 10, 15 minutes, she comes back |
| 15 | other to me and she says, "Ms. Highly Favored, this is not a |
| 16 | false name change.  Our records show that this was a lawfully |
| 17 | changed name, a religious common law name change based on the |
| 18 | First Amendment; this is not a false name change, and we will |
| 19 | send a representative to testify on your behalf at your |
| 20 | trial." |
| 21 | So, I was, like, stunned, shocked, beyond belief.  So |
| 22 | then at the same time, I'm like elated, thank you, Heavenly |
| 23 | Father.  These charges are going to be dropped and all of this |
| 24 | is going to go away. |
| 25 | However, I took the documents to the District Court, |

1  I filed them in the District Court.  I notified the District

2  Court about what the Social Security Administration said; that

3  they would send a representative to testify on my behalf.

4           However, that did not happen.  I thought the case was

5  going to be dropped, the case is going to be dismissed.  The

6  Florida Times Union, they printed this extremely defaming

7  article in the paper about me, says that Putnam County woman

8  arrested for passport fraud.  Twenty-six people picked up in

9  Florida for fraudulently receiving documents or attempting to

10 do so.  Out of the 26 people that are supposed to be picked

11 up, the only name that is listed is Highly Favored Shekinah El

12 and Syteria Hephzibah.  They're tying me into identity fraud

13 and drugs, and all kinds of extremely defaming things, which

14 caused me to lose my job at the YMCA.

15          Then I asked -- when I told Judge Howard at the

16 District Court that the Social Security Administration will

17 come and testify on my behalf, they issued the summons, the

18 necessary -- the Social Security Administration said they

19 needed a 30-day notice.  So Judge Howard moved the trial up

20 and didn't give the Social Security Administration enough time

21 to prepare and come.

22          And then about a week before the actual trial, the

23 material witness, who is Ramon DeLeon -- no.  It was Arnold

24 Bernard Corsmeier, the prosecutor, made an announcement that

25 Ramon DeLeon suddenly got stationed in Baghdad, Iraq, and he

1    will not be able to be at the trial to testify.  And he was

2    the only witness.  He wrote the criminal complaint saying that

3    he had firsthand knowledge that I had gotten this ID on fraud

4    that five years ago.  Well, he was the only material witness

5    to this matter.

6         And so when he said that, I said, "Well, if he's not

7    going to come to the trial and testify on behalf of the

8    prosecution, then there is no case."  However, Judge Howard

9    would not -- she refused to dismiss the case.  She proceeded

10   to go forward with the case.

11        And on the day of the trial, Ramon DeLeon shows up at

12   the trial.  But when it came time to call his name, a man

13   named Greg Brenneman was called up.  So I don't have anything

14   with this man said that came up and testified on the stand.

15   He was the only one that testified.  The Social Security

16   Administration did not have time to come and testify on my

17   behalf.  They didn't have a -- Judge Howard did not give them

18   enough time that they said they needed to prepare and come.

19   And so Greg Brenneman gets up on the stand and testifies that

20   he had firsthand knowledge that I had committed passport

21   fraud, and he pointed me out to the jury saying that I was the

22   one that he had this knowledge of.  And so, of course, that

23   was a conviction.  I was falsely convicted.

24        And then after the trial, Ramon DeLeon and Arnold

25   Bernard Corsmeier went out on the courthouse steps, and they

1 | did a dancing celebration, high-fiving, people walking by,

2 | video cameras taping this, and they're just out there

3 | celebrating because they had framed me and fraudulently -- got

4 | a fraudulent guilty verdict.

5 |      And I was falsely imprisoned.  I lost my -- they

6 | stole my 2015 Mitsubishi car.  I've been stalked.  I've been

7 | sexually molested when I was in prison.  I was constantly

8 | being retaliated against.

9 |      I filed a habeas corpus and I listed all of this, in

10 | the habeas corpus with the court in Pensacola, and

11 | everything -- anything -- any kind of remedy that I have tried

12 | to execute in the courts have been denied repeatedly.  And

13 | I've been repeatedly harassed, stalked.  My son was beat up by

14 | the United States Marshals.  This has been a continual ongoing

15 | attack, and it's going into the sixth year, and it's

16 | extremely, extremely, discouraging and exhausting.

17 |      I have not had one single judge or lawyer put

18 | anything on the record about their oath of office, their bond,

19 | the delegation of authority orders.  The lawyers and the

20 | attorneys and the barristers and the esquires are foreign

21 | agents.  They refuse to put their foreign agent registration

22 | on the record.

23 |      So my only remedy was to go into this bankruptcy

24 | court and execute the process that my son and I did where we

25 | reported these international war crimes that were being

1  committed against us.  We had reported them to court bodies

2  all over the world, and nobody was coming to protect us, to

3  defend us, to help us.  Anything that we did was only met with

4  more retaliation, more international war crimes being

5  committed against us.  Stalking, Jacksonville Sheriff's Office

6  stalking my home, circle my home, keeping it -- sitting

7  outside with their blue lights flashing, surrounding my home.

8          Anytime we did anything to protect ourselves or to

9  get any kind of remedy from the courts was met with more

10  retaliation.  And so I know that the Bar Association is the

11  ones that own the courts.  So that was our only remedy that we

12  could see to get some kind of a relief from all of the

13  heartache and the pain and suffering that we have been

14  through, and it's going into the sixth year.

15          They stole my 2015 Mitsubishi based on a lie.  And I

16  still have not gotten remedy even though I placed in the court

17  multiple documents showing that these are false charges, these

18  are lies.  I did not commit passport fraud.  This was not a

19  false name change.

20          And so that is the only -- that was the only remedy

21  that we could see that was available to us because we had --

22  we had -- the maxima of law says that unrebutted affidavits

23  stand as truth in commerce.  We listed all of the crimes that

24  have been committed against us.  Nobody rebutted them.  So

25  silence and acquiesce is an agreement.

1      You know, this has gone into -- this process has gone

2 into default.  In 2017 the United States Marshals broke into

3 my home and sprayed me and my son with chemical weapons that

4 caused all kinds of skin irritations and burns and messed my

5 home.  I don't know what they did to my home, but when I came

6 back in here it was ransacked.

7      The Social Security Administration said that they had

8 deposited $3,000 on the debit card for my benefits after I was

9 incarcerated.  So they were requiring me to pay $3,000 back.

10 While I was locked up in prison, I was not getting my funds

11 that I had worked for over 40 years to accumulate.  I don't

12 know where my funds were going, but the Social Security

13 Administration was demanding that I pay them back $3,000.

14      So after I got out of prison, I didn't have income

15 for nine months -- for six months, I mean.  I did not have any

16 income for six months.  And so --

17      THE COURT:  All right.  Ms. Highly Favored Shekinah

18 El, I hate to interrupt you, and that is indeed a difficult

19 tale.  But we are here because you and your son filed an

20 involuntary bankruptcy against a company that should never

21 have been put into bankruptcy and apparently had never heard

22 of you before.

23      Now, you obviously feel you still have grievances,

24 but filing an involuntary bankruptcy petition to try to

25 address what you categorize as international war claims and

1   false accusations against you is completely inappropriate.

2   There is no basis for filing an involuntary bankruptcy under

3   the Bankruptcy Code, which provides specifically that an

4   involuntary case may be filed by one or more holders of a

5   claim that is at least $16,750 or more.  And at the last

6   hearing, it was proved to me to my satisfaction, and you did

7   not question it, that you and your son do not hold a money

8   claim against the company here, which is United States

9   Corporation Company.  And all of the papers that you filed

10   attached to this involuntary petition are -- many of the

11   papers you filed in support of this involuntary petition

12   consist of copies of the exact papers that you originally --

13   you and he originally filed in the Circuit Court in Duval

14   County, Florida.  The case was removed to the District Court

15   for the Middle District of Florida, and ultimately that case

16   was dismissed with prejudice as not having merit, and the

17   Middle District entered an order enjoining you and your son,

18   Mr. Gullett, from filing additional cases in the Middle

19   District of Florida and in the Circuit Court for Duval County

20   without prior approval from that court.

21        And it is that exact type of remedy that I feel is

22   appropriate here unless I hear something from you that

23   convinces me that you or your son had any legal right under

24   the Bankruptcy Code to put some innocent company into an

25   involuntary bankruptcy case.

1    MS. SHEKINAH EL:  My research, and based on the

2    Constitution, that the United States -- that the United States

3    is doing business as the United States Corporation Company.

4    Article VI says -- of the United States of America

5    Constitution says:

6          All Debts contracted and engagements entered into,

7    before the adoption of this Constitution, shall be as valid

8    against the United States under this Constitution, as under

9    the Confederation.

10          This Constitution, and the laws of the United States

11   which shall be made in pursuance thereof; and all treaties

12   made, or which shall be made, under the authority of the

13   United States, shall be the supreme law of the land; and the

14   judges in every state shall be bound thereby, anything in the

15   Constitution or laws of any state to the contrary

16   notwithstanding.

17          The Senators and Representatives before mentioned,

18   and the members of the several state legislatures, and all

19   executive and judicial officers, both of the United States and

20   of the several states, shall be bound by oath or affirmation,

21   to support this Constitution; but no religious test shall ever

22   be required as a qualification to any office or public trust

23   under the United States.

24          And in 28 USC 302, 15, P16, says that the United

25   States is a federal corporation, and that the agency thereof

1    are -- the agency -- the states are the agencies of the United

2    States Corporation.

3            In our international war crimes complaint and in our

4    affidavit that we wrote that we have on the record in this

5    matter, we have listed the United States Corporation Company

6    as well as other agencies and corporations who participated in

7    this bane of terror against me and my family, and everything

8    that we have represented has been an affidavit.  We -- we

9    properly served each and every one of the defendants listed in

10   our claim, and there was time given -- sufficient time given

11   for denial of anything in the claim, and no one denied any of

12   the allegations that we made.  And a maxima of law says an

13   unrebutted affidavit stands as truth in commerce.

14           So this has been on the record for over three years,

15   and no one has come forward to say that any of the allegations

16   that we made were false.  There's true bills that we listed;

17   there's a default judgment that is listed, and no one has

18   challenged that.  Not the United States Corporation Company,

19   not the United States of America, not any of the people that

20   are listed on there have come forward to say that anything

21   that we have said in that international war crimes complaint

22   is false.

23           THE COURT:  All right.  Thank you, Ms. Shekinah El.

24           At this point I am going to rule, and I rule that the

25   order to show cause appropriately indicates the sanction

*1*   should be imposed in this case.  I find that Syteria

*2*   Hephzibah, also known as Highly Favored Shekinah El, to be a

*3*   vexatious litigant.

*4*        I find that the sanction should include permanently

*5*   enjoining her from initiating any case or filing any papers in

*6*   this court without prior approval from this court or through

*7*   counsel admitted to practice in this court.  If any such

*8*   papers should arrive at the clerk's office after the date of

*9*   the order that the court will prepare, the clerk will direct

*10*  those papers -- it will date stamp the papers and will submit

*11*  the papers to chambers.  And after the papers are reviewed by

*12*  me, the papers will either be filed on the docket or they will

*13*  be returned to the party that submitted them.

*14*       Ms. Highly Favored Shekinah El, I understand that you

*15*  are -- you apparently believe that by serving a document like

*16*  you have, and by nobody filing or sending you back anything

*17*  that you're done.  This paper, as I said before, is precisely

*18*  the paper that was before the District Court for the Middle

*19*  District of Florida.  Numerous -- I think 162 parties were

*20*  involved in that case, and that court has already ruled that

*21*  that paper should be dismissed.  It dismissed the paper and

*22*  that paper is no longer valid to pursue any action against

*23*  anyone that you've previously gone after on account of those

*24*  issues.

*25*       The bankruptcy court is not a forum to address issues

1  pertaining to false accusations or any other criminal matter.

2  The bankruptcy court is strictly to deal with commercial

3  debtor-creditor issues.  There are no claims that you or your

4  son hold against the United States Corporation Company.

5  Despite what you may believe, United States Corporation

6  Company is not and has never been the same entity as the

7  United States Government.

8      And so for all of those reasons, the court will

9  sanction you and declare you a vexatious litigant as I've just

10  announced.

11      Thank you very much.  This hearing is concluded.

12      DEPUTY CLERK:  Court is adjourned.

13    (*The proceedings adjourned at 2:54 p.m.*)

14              *   *   *   *   *   *   *   *   *

15

16

17  I certify that the foregoing is a correct transcript from the
    record of proceedings in the above-entitled matter.  Any
18  redaction of personal data identifiers pursuant to the
    Judicial Conference Policy on Privacy are noted within the
19  transcript.

20

21

22  *Judy A. Gagnon*                    10/25/2021
    Judy A. Gagnon, RMR, FCRR          Date
23  Registered Merit Reporter

24

25